B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>ORCHARD SUPPLY HARDWARE STORES CORPORATION | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>95-4214109 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>6450 VIA DEL ORO<br>SAN JOSE, CALIFORNIA<br>ZIP CODE 95119 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>SANTA CLARA COUNTY | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                        Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>--------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (on a consolidated basis)

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (on a consolidated basis)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (on a consolidated basis)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                           Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>ORCHARD SUPPLY HARDWARE STORES CORP. | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number:<br>N/A | Date Filed: |
| Location<br>Where Filed: | Case Number:<br>N/A | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:   SEE ANNEX 1 | Case Number:<br>PENDING | Date Filed: |
| District:   District of Delaware | Relationship:<br>SEE ANNEX 1 | Judge:<br>PENDING |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>ORCHARD SUPPLY HARDWARE STORES CORP. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (if not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br>   STUART M. BROWN<br>   Printed Name of Attorney for Debtor(s)<br>   DLA PIPER LLP (US)<br>   Firm Name<br>   919 NORTH MARKET STREET, SUITE 1500<br>   WILMINGTON, DELAWARE 19801<br>   Address<br>   (302) 468-5700<br>   Telephone Number   6/17/13<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>   Address<br><br>X _____<br>   Signature<br><br>_____<br>   Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   MICHAEL W. FOX<br>   Printed Name of Authorized Individual<br>   SENIOR VICE PRESIDENT AND GENERAL COUNSEL<br>   Title of Authorized Individual   6/17/13<br>   Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## ANNEX 1

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates
Each Concurrently Filed in the United States Bankruptcy Court
for the District of Delaware**

On the date of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  Contemporaneously with the filing of their petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

1.      Orchard Supply Hardware Stores Corporation

2.      Orchard Supply Hardware LLC

3.      OSH Properties LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
Orchard Supply Hardware Stores Corporation,                  :    Case No. 13-_____ (_____)
                                                             :
           Debtor.                                           :
                                                             :
-------------------------------------------------------------x
```

## EXHIBIT "A" TO VOLUNTARY PETITION

1.      The debtor has securities registered under Section 12 of the Securities and Exchange Act of 1934.  The debtor's SEC file number is 001-11679.

2.      The following financial data is the latest available information and refers to the debtor's condition as of May 4, 2013.

| | | |
|---|---|---|
| a. | Total Assets | $441,028,000 |
| b. | Total Liabilities | $480,144,000 |
| c. | Debt securities held by more than 500 holders | NONE |
| d. | Numbers of shares of preferred stock | 4,806,000 |
| e. | Number of shares of common stock | 6,032,791 |

Comments, if any:  Total shares as of April 18, 2013.  4,830,147 shares of Class A Common Stock, 8,644.06788 shares of Class B Common Stock and 1,194,000 shares of Class C Common Stock.

3.      Brief description of debtor's business:  Orchard Supply Hardware Stores Corporation and its subsidiaries operate neighborhood hardware and garden stores.  The Company was originally founded as a purchasing cooperative in San Jose, California in 1931 and currently operates 89 stores in California and two stores in Oregon.  In addition, the Company operates a proprietary web site, www.osh.com, which includes both marketing material and promotions for the Debtors' physical stores, and also provides online shopping services.  The Company's stores average 36,000 square feet of enclosed retail space and 8,000 square feet of exterior nursery and garden space, carrying a broad assortment of merchandise that primarily is focused on paint, repair and the backyard.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote 5% or more of the voting securities of debtor:  ESL Investments, Inc.; and ACOF I, LLC_____

## SECRETARY'S CERTIFICATE

Dated:  June 17, 2013

The undersigned, the Secretary of Orchard Supply Hardware Stores Corporation, a Delaware corporation (the "Company"), does hereby certify the following at and as of the date hereof:

(i)      attached as Annex A hereto are true, correct and complete copies of the resolutions of the Board of Directors (the "Resolutions") adopted on June 15, 2013;

(ii)      such Resolutions were adopted by the Company in accordance with the terms of the Company's Amended and Restated Certificate of Incorporation; and

(iii)      such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

Name:    Michael W. Fox
Title:      Secretary

**ANNEX A**

**RESOLUTIONS**
**OF THE BOARD OF DIRECTORS OF**
**ORCHARD SUPPLY HARDWARE STORES CORPORATION**

June 15, 2013

**WHEREAS**, upon careful consideration and after seeking alternative solutions, the following resolutions were adopted and recorded in the minute book of Orchard Supply Hardware Stores Corporation (the "Company"), and they have not been modified or rescinded, and are still in full force and effect:

**RESOLVED**, that it is desirable and in the best interests of the Company, its direct subsidiaries, namely Orchard Supply Hardware LLC and OSH Properties LLC (each of these subsidiaries together with the Company, the "OSH Entities"), their creditors, shareholders, employees and other interested parties, to file voluntary petitions (the "Petitions") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the same is hereby authorized and approved; and it is further,

**RESOLVED**, that chief executive officer, chief financial officer, president, any executive or senior vice president, the secretary and the treasurer, of the Company (each an "Authorized Person," and together the "Authorized Persons") be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company to prepare, execute and verify the Petition in such form as the officer executing the same shall deem appropriate and as required by law and to file such petition, thereby commencing the chapter 11 case in the appropriate court together with such statements, schedules, exhibits and reports as may be required from time to time by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or order of court, and to prepare and execute all other papers and take all other actions necessary or appropriate in connection with the Company's chapter 11 case, or any superseding or other bankruptcy case; and it is further,

**RESOLVED**, that the Company shall be, and hereby is, authorized to, in the name of and on behalf of the OSH Entities: (a) borrow funds from, provide guaranties to and undertake related financing transactions, including the use of cash collateral (collectively, the "Financing Transactions"), with such lenders and on such terms as may be approved by any one or more of the Authorized Persons, as reasonably necessary for the continuing conduct of the affairs of the OSH Entities; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the OSH Entities' assets, as may be deemed necessary by any one or more of the Authorized Persons in connection with such borrowings; and it is further,

**RESOLVED**, that (a) the Authorized Persons shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of and on behalf of the OSH Entities, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Authorized Persons may deem necessary or appropriate to facilitate the Financing Transactions, including, without limitation, any amendments, modifications, supplements, waivers or other appropriate supplemental documentation relating thereto (collectively, the "Financing Documents"); (b) execution and

delivery of the Financing Documents by any Authorized Persons containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Persons shall be conclusive evidence of the approval of such Financing Documents by the OSH Entities and this Board of Directors; and (c) the actions of any Authorized Persons taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by the OSH Entities and this Board of Directors; and it is further,

**RESOLVED**, that it is desirable and in the best interests of the OSH Entities that the OSH Entities close certain of their stores and liquidate the inventory thereof through a "store closing," "sale on everything," "everything must go," "going out of business" or other similar themed sales (collectively, "<u>GOB Sales</u>"), and, therefore, the OSH Entities are hereby authorized to file a motion to approve such GOB Sales and for any related relief and to conduct such GOB Sales, subject to Bankruptcy Court approval in the OSH Entities' chapter 11 cases; and it is further

**RESOLVED**, that it is desirable and in the best interests of the OSH Entities that the OSH Entities sell substantially all of their assets other than those sold through GOB Sales and, therefore, the OSH Entities are hereby authorized to enter into an asset purchase agreement to effectuate such sale, and the OSH Entities are further authorized to file a motion to approve such sale and for any related relief, or to approve such sale to a higher and better bidder, and to close such sale, subject to Bankruptcy Court approval in the OSH Entities' chapter 11 cases; and it is further,

**RESOLVED**, that the law firm of DLA Piper LLP (US) shall continue to be, and hereby is, engaged as bankruptcy counsel for the OSH Entities, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that the investment bank, Moelis & Company LLC shall continue to be, and hereby is, engaged to provide investment banking services for the OSH Entities, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that the advisory firm, FTI Consulting, Inc.  shall continue to be, and hereby is, engaged to provide financial, restructuring advisory and communications services for the OSH Entities, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that the consulting firm, A&G Realty Partners, LLC  shall continue to be, and hereby is, engaged to provide lease and real estate advisory services for the OSH Entities, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the OSH Entities, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court that such Authorized Person may deem necessary, proper, or desirable in connection with the Petitions, with a view to the successful prosecution thereunder; and

**RESOLVED**, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the OSH Entities, (i) to take or cause to be taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (ii) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (iii) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Person to be conclusive evidence of such approval; and

**RESOLVED**, that each Authorized Person is hereby severally authorized, directed and empowered to cause the OSH Entities to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Person shall be necessary, proper, and desirable to prosecute to a successful completion the OSH Entities' chapter 11 cases or modify the obligations, organizational form and structure, or ownership of the OSH Entities consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, such Authorized Person's authority thereunto to be evidenced by the taking of such actions; and

**RESOLVED**, that notwithstanding anything to the contrary in the foregoing resolutions, in the event that any action to be taken by the OSH Entities in furtherance of the foregoing resolutions adversely affects, or if the OSH Entities are advised by its counsel that such action is reasonably likely to adversely affect, the interests of the OSH Entities in favor of the interests of any of the OSH Entities' Affiliates (as such term is defined in section 101(2) of the Bankruptcy Code), the Authorized Persons shall have no authority to take such action unless approved by the Company's Board of Directors; and

**RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the OSH Entities by any Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

* * * * *

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                                            :
In re:                                                      :  Chapter 11
                                                            :
Orchard Supply Hardware Stores Corporation,                 :  Case No. 13-_____ (_____)
                                                            :
        Debtor.                                             :
                                                            :
------------------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case (the "Debtor") filed a voluntary petition in this Court on June 17, 2013 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's twenty largest unsecured creditors (the "Top 20 List"), based on the Debtor's books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure of the Debtor to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

| (1)<br><br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br><br>NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br><br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc.) | (4)<br>C<br>U<br>D<br>S | (5)<br><br>AMOUNT OF CLAIM<br>(if secured also state value of security) |
|---|---|---|---|---|
| Kawahara Nursery Inc. | Kawahara Nursery Inc.<br>PO Box 1358<br>Morgan Hill, CA 95037 | Trade | | $ 1,467,048.95 |
| The Scotts Company Inc. | The Scotts Company Inc.<br>PO Box 93211<br>Chicago, IL 60673-3211 | Trade | | $ 910,483.08 |
| Milwaukee Electric Tool Co. | Milwaukee Electric Tool<br>12069 Collection Center D<br>Chicago, IL 60693 | Trade | S | $ 790,195.91 |
| Richard W Wilson (Colorama) | Richard W Wilson (Colorama)<br>DBA Colorama Wholesale NU<br>1025 North Todd Avenue<br>Azusa, CA 91702 | Trade | | $ 756,693.36 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt,  bank loan,  government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| Hillman Group Inc | Hillman Group Inc. PO Box 532582 Atlanta, GA 30353-2582 | Trade | | $ 745,773.10 |
| Jordan Manufacturing | Jordan Manufacturing 1200 S. Sixth St. Monticello, IN 47960 | Trade | | $ 679,091.60 |
| Blue Rhino Corporation | Blue Rhino Corp. PO Box 31001-1362 Pasadena, CA 91110-1362 | Trade | | $ 637,256.00 |
| Sears Brands Management Corp | Sears Brands Management Corp. 2751 Momentum Place LOCKBOX 232751 Chicago, IL 60689-5327 | Trade | | $ 585,348.00 |
| Jensen-Byrd Co Inc | Jensen-Byrd Co Inc. DBA Jensen Distribution S 310-324 W Riverside Ave. Spokane, WA 99220 | Trade | | $ 571,930.13 |
| General Electric Company | General Electric Company ACCT GE Lighting 2267 Collections Center D Chicago IL 60693 | Trade | | $ 546,467.58 |
| L & L Nursery Supply Inc | L&L Nursery Supply Inc. DEPT 0154 Los Angeles, CA 90084-015 | Trade | | $ 514,051.55 |
| Big Time Products | Big Time Products PO Box 162967 Atlanta, GA 30321-2967 | Trade | | $ 491,570.66 |
| Hong Kong Sunrise Trading Co | Hong Kong Sunrise Trading Co. 319 Oates Rd. Ste C Mooresville, NC 28117 | Trade | | $ 447,929.28 |
| H D Hudson Manufacturing | H D Hudson Manufacturing 31004 Network Place Chicago, IL 60673-1310 | Trade | | $ 357,990.02 |
| Corona Clipper Company In | Corona Clipper Company In. 22440 Temescal Canyon Rd. Corona, CA 92883-4103 | Trade | | $ 357,350.52 |
| First Alert | First Alert, DBA Lehigh Group 5558 Reliable Parkway Chicago, IL 60686-0055 | Trade | | $ 352,252.96 |
| Commerce LLC | Commerce LLC PO Box 64384 Baltimore, MD 21264-4384 | Trade | | $ 326,935.00 |
| NDS Inc. | NDS Inc. 6228 Reliable Parkway Chicago, IL 60686 | Trade | | $ 324,907.06 |
| Makita | Makita USA Inc. PO Box 513760 Los Angeles, CA 90051-376 | Trade | S | $ 323,491.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt,  bank loan,  government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| Libman Co | Libman Co 5167 Eagle Way Chicago, IL 61678-1051 | Trade |  | $315,588.24 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                        :
In re:                                  :  Chapter 11
                                        :
Orchard Supply Hardware Stores Corporation,  :  Case No. 13-_____ (_____)
                                        :
          Debtor.                       :
                                        :
-----------------------------------------------------------x
```

**DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS**
**HOLDING THE TWENTY LARGEST UNSECURED CLAIMS**

      I, Michael W. Fox, Secretary of Orchard Supply Hardware Stores Corporation, a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Twenty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated:  June 17, 2013

                    _____
                    Name:   Michael W. Fox
                    Title:    Secretary

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                            :
In re:                                      :  Chapter 11
                                            :
Orchard Supply Hardware Stores Corporation, :  Case No. 13-_____ (_____)
                                            :
         Debtor.                            :
                                            :
-------------------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS

      The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on June 17, 2013 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  Contemporaneously with the filing of the petition, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists.  Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically.

              [information provided in electronic format]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
                                            :
In re:                                      :  Chapter 11
                                            :
Orchard Supply Hardware Stores Corporation, :  Case No. 13-_____ (_____)
                                            :
            Debtor.                         :
                                            :
------------------------------------------------------------x
```

## DECLARATION REGARDING CONSOLIDATED CREDITOR LIST

      I, Michael W. Fox, Secretary of Orchard Supply Hardware Stores Corporation, a Delaware corporation, and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Consolidated Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated:  June 17, 2013


                                       _____
                                       Name:   Michael W. Fox
                                       Title:   Secretary

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                                   :
In re:                                             :   Chapter 11
                                                   :
Orchard Supply Hardware Stores Corporation,        :   Case No. 13-_____ (_____)
                                                   :
        Debtor.                                    :
                                                   :
-------------------------------------------------------------x
```

**LIST OF EQUITY SECURITY HOLDERS HOLDING
MORE THAN 5% INTEREST BY CLASS OF SECURITY[1]**

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities/ Kind of Interest |
|---|---|---|
| ESL Investments, Inc. | Common and Preferred Stock | 417,661 Class A Common 1,883,684 Class A Preferred |
| Samana Capital, L.P. | Common | 274,721 Class A Common |
| John S. Beasley III | Common | 1,525 Class B Common |
| Martin M. Hodgett | Common | 3,050 Class B Common |
| Michael J. Racer | Common | 3,050 Class B Common |
| Sandra Whitehouse | Common | 1,016 Class B Common |
| ACOF I, LLC | Common | 1,194,000 Class C Common |

---

[1]    Affiliates of Fairholme Capital Management received 734,841 shares of the Class A Common Stock and 734,841 shares of the Series A Preferred Stock of Orchard Supply Hardware Stores Corporation in connection with the spin-off of Orchard Supply Hardware Stores Corporation from Sears Holdings Corporation on December 30, 2011.  Based upon a Schedule 13G filed by Fairholme Capital Management on June 10, 2013, it no longer holds any shares of Class A Common Stock of Orchard Supply Hardware Stores Corporation.  Information regarding the holdings of Series A Preferred Stock of Orchard Supply Hardware Stores Corporation subsequent to the spin-off is not publicly available and Orchard Supply Hardware Stores Corporation cannot represent that Fairholme Capital Management and its affiliates continue to own such shares of Series A Preferred Stock.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
Orchard Supply Hardware Stores Corporation, :  Case No. 13-_____ (_____)
                                          :
            Debtor.                       :
                                          :
--------------------------------------------------------------x
```

**DECLARATION CONCERNING THE DEBTOR'S LIST**
**OF EQUITY SECURITY HOLDERS**

    I, Michael W. Fox, Secretary of Orchard Supply Hardware Stores Corporation, a Delaware corporation, and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Equity Security Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated:  June 17, 2013

Name:    Michael W. Fox
Title:     Secretary

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------x
                                          :
In re:                                    :  Chapter 11
                                          :
Orchard Supply Hardware Stores Corporation,  :  Case No. 13-_____ (_____)
                                          :
            Debtor.                       :
                                          :
---------------------------------------------------------------x
```

**ORCHARD SUPPLY HARDWARE STORES CORPORATION'S STATEMENT
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)[1]**

  For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), Orchard Supply Hardware Stores Corporation (the "Debtor") respectfully represents the following:

  1.  ACOF I, LLC owns 100% of the Debtors' Class C Common Stock.

  2.  ESL Investments, Inc. and related persons, as a group, owns (i) 8.6% of the Debtor's Class A Common Stock and (ii) 39.2% of the Debtor's Series A Preferred Stock.

---

[1] Affiliates of Fairholme Capital Management received 734,841 shares of the Class A Common Stock and 734,841 shares of the Series A Preferred Stock of Orchard Supply Hardware Stores Corporation in connection with the spin-off of Orchard Supply Hardware Stores Corporation from Sears Holdings Corporation on December 30, 2011. Based upon a Schedule 13G filed by Fairholme Capital Management on June 10, 2013, it no longer holds any shares of Class A Common Stock of Orchard Supply Hardware Stores Corporation. Information regarding the holdings of Series A Preferred Stock of Orchard Supply Hardware Stores Corporation subsequent to the spin-off is not publicly available and Orchard Supply Hardware Stores Corporation cannot represent that Fairholme Capital Management and its affiliates continue to own such shares of Series A Preferred Stock.

Dated:  June 17, 2013        Respectfully submitted,
       Wilmington, Delaware

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)
DLA PIPER LLP (US)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
Email:  stuart.brown@dlapiper.com

-and-

Richard A. Chesley (IL 6240877)
Chun I. Jang (DE 4790)
Daniel M. Simon (IL 6297629)
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone:  (312) 368-4000
Facsimile:  (312) 236-7516
Email:    richard.chesley@dlapiper.com
        chun.jang@dlapiper.com
        daniel.simon@dlapiper.com

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION