**<u>EXHIBIT A</u>**

**ORGANIZATIONAL CHART**

# Corporate Structure

