## EXHIBIT A

## List of Bank Accounts

| DEBTOR | BANK NAME | BANK ADDRESS | ACCOUNT NO. |
|---|---|---|---|
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx3268 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx0508 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxx-xxZ58-1-3 BCS |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx5154 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx4222 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6682 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6886 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6682 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6925 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6611 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7021 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6514 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6459 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6365 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6200 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6857 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6899 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6718 |

| DEBTOR | BANK NAME | BANK ADDRESS | ACCOUNT NO. |
|---|---|---|---|
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6310 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6323 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6721 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6828 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6213 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6996 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7018 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6763 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6802 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6831 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6983 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6912 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6129 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6954 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6420 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6940 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6446 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6815 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6844 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx1759 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6909 |

| DEBTOR | BANK NAME | BANK ADDRESS | ACCOUNT NO. |
|---|---|---|---|
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6132 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6242 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6462 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6394 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6679 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6187 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6873 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6501 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6666 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx5207 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6381 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6349 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx1762 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7005 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx5988 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6433 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx0509 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6239 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx1746 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6336 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6488 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6792 |

| DEBTOR | BANK NAME | BANK ADDRESS | ACCOUNT NO. |
|---|---|---|---|
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6190 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx5975 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6475 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx4407 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6161 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6695 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6404 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6174 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6255 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6941 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6747 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6938 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6734 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6653 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6624 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6750 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6970 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6417 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6705 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8258 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6967 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx5660 |

| DEBTOR | BANK NAME | BANK ADDRESS | ACCOUNT NO. |
|---|---|---|---|
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6378 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx3071 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6860 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6844 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6226 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx5709 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6640 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx5712 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6776 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6608 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6145 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6271 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6307 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx6158 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx5154 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx4222 |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7948 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8057 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8015 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7977 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8099 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8060 (TX) |

| DEBTOR | BANK NAME | BANK ADDRESS | ACCOUNT NO. |
|---|---|---|---|
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8125 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7896 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8167 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7993 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8002 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7951 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8073 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7919 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7964 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7883 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx7935 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8031 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8109 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8138 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx8044 (TX) |
| ORCHARD SUPPLY HARDWARE LLC | Pinnacle Bank | One Financial Parkway Locator Z1-Yb42-03-01 Kalamazoo, MI  49009 | xx-xxxx-3422 |
| ORCHARD SUPPLY HARDWARE LLC | Wells Fargo Bank | 707 Wilshire Blvd, 13th Floor Los Angeles, CA  90017 | xxxxxx1749 |
| ORCHARD SUPPLY HARDWARE STORES CORPORATION | Bank of America | 901 Main Street, 7th Floor Dallas, TX 75202 | xxxxxx2794 |