# EXHIBIT B

**(Cash Management Diagram)**

WEST\240606346.6



Orchard Supply Hardware — Cash Management Flow Chart, FY 2013