# **EXHIBIT C**

**AUCTION AND STORE CLOSING SALE NOTICE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
                                                                   :

In re:                                                 : Chapter 11

Orchard Supply Hardware Stores Corporation,   : Case No. 13-11565 (_____)
*et al.*,[1]
                                                   : (Jointly Administered)
                Debtors.                             :

------------------------------------------------------------x

## AUCTION AND STORE CLOSING SALES NOTICE

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed a motion (the "<u>Motion</u>") for entry of an order, among other things: (i) approving proposed auction procedures (the "<u>Auction Procedures</u>") for submission and acceptance of competing bids for employment of a liquidating agent (the "<u>Liquidator</u>") to conduct store closing sales (the "<u>Store Closing Sales</u>") at certain of the Debtors' stores (the "<u>Closing Stores</u>"), (ii) setting the time, date and place of the auction (the "<u>Auction</u>") and Sale Hearing,[2] (iii) approving an Agency Agreement with the party or parties submitting the highest or otherwise best Bid at the Auction, (iv) approving the Store Closing Sales, and (v) approving related relief.

PLEASE TAKE FURTHER NOTICE that a hearing to consider, among other things, the Liquidation Agreement with the party or parties submitting the highest or otherwise best Bid at the Auction and the Store Closing Sales, will be held on _____ 2013 at __:00 _.m. (Eastern)

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

before The Honorable _____**,** United States Bankruptcy Judge, in Courtroom \_\_, 824 N. Market Street, \_<sup>th</sup> Floor, Wilmington, Delaware 19801, or as soon thereafter as the Debtors may be heard (the "<u>Sale Hearing</u>").  The Sale Hearing may be adjourned from time to time, without further notice to parties in interest other than by announcement of the adjournment in open Court.

PLEASE TAKE FURTHER NOTICE that the Auction will be held on June 27, 2013 at 10:00 a.m. (Eastern) at the offices of DLA Piper LLP, 1251 Avenue of the Americas, 27th Floor, New York, NY  10020.

PLEASE TAKE FURTHER NOTICE that a list of the Closing Stores shall be filed with Court no later than three (3) business days prior to the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that objections to the Motion must be in writing, conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and be filed with the Bankruptcy Court and served upon Orchard Supply Hardware Stores Corporation, 6450 Via Del Oro, San Jose, California 95119 (Attn: Michael W. Fox), with copies to their attorneys, counsel to the Debtors, DLA Piper LLP (US), 203 North LaSalle Street, Suite 1900, Chicago, Illinois 60601 (Attn:  Richard A. Chesley, Esq. and Chun I. Jang, Esq.) and 919 North Market Street, 15th Floor, Wilmington, Delaware 19801 (Attn:  Stuart M. Brown, Esq.), so as to be actually received no later than _____**, 2013 at 4:00 p.m. (Eastern)**.  Objections to the Motion must also be served upon counsel to the Debtors' postpetition debtor-in-possession financing lenders, RIEMER & BRAUNSTEIN LLP, 3 Center Plaza, Boston, Massachusetts  02108 (Attn: Donald E. Rothman)

| | |
|---|---|
| Dated: _____, 2013<br>Wilmington, Delaware | Respectfully submitted,<br><br>_____<br>Stuart M. Brown (DE 4050)<br>DLA PIPER LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone:  (302) 468-5700<br>Facsimile:  (302) 394-2341<br>Email:  stuart.brown@dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (IL 6240877)<br>Chun I. Jang (DE 4790)<br>Daniel M. Simon (IL 6297629)<br>DLA PIPER LLP (US)<br>203 N. LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>Telephone:  (312) 368-4000<br>Facsimile:  (312) 236-7516<br>Email:   richard.chesley@dlapiper.com<br>            chuhn.jang@dlapiper.com<br>            daniel.simon@dlapiper.com<br><br>PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |