## Exhibit A

**Initial Budget**

WEST\241397179.7

**Orchard Supply Hardware**
**Weekly DIP Cash Flow**
($ in 000's)

| Week Ending | CH 11 June Week 1 Forecast 22-Jun | June Week 2 Forecast 29-Jun | June Week 3 Forecast 6-Jul | July Week 4 Forecast 13-Jul | July Week 5 Forecast 20-Jul | July Week 6 Forecast 27-Jul | July Week 7 Forecast 3-Aug | August Week 8 Forecast 10-Aug | August Week 9 Forecast 17-Aug | 9 Weeks Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **I. Memo: Sales Comp** | -7.0% | -6.3% | -5.8% | -1.9% | -2.0% | -2.5% | -2.0% | -2.4% | -2.5% | -4.1% |
| Memo: Store Count | 91 | 83 | 83 | 83 | 83 | 81 | 81 | 82 | 82 | 82 |
| **II. Cash Flows** | | | | | | | | | | |
| Sales Receipts | 15,266 | 15,609 | 16,169 | 14,965 | 13,769 | 13,472 | 12,993 | 12,974 | 12,862 | 128,079 |
| Sale of Closing Store Inventory | - | 6,480 | - | - | 720 | - | - | - | - | 7,200 |
| Credit Card Holdback | (800) | - | - | - | - | - | - | - | - | (800) |
| Subtotal | 14,466 | 22,089 | 16,169 | 14,965 | 14,489 | 13,472 | 12,993 | 12,974 | 12,862 | 134,479 |
| **Operating Disbursements** | | | | | | | | | | |
| Merchandise | 6,253 | 7,167 | 5,443 | 5,760 | 5,539 | 5,731 | 5,828 | 5,205 | 6,014 | 52,940 |
| Payroll and Benefits | 4,885 | 140 | 4,885 | 1,250 | 4,413 | 140 | 4,413 | 140 | 5,282 | 25,549 |
| Rent | - | - | 4,362 | - | - | - | 4,362 | - | - | 8,724 |
| Selling and Advertising | 1,088 | 1,088 | 1,114 | 1,156 | 1,111 | 1,111 | 1,111 | 805 | 805 | 9,390 |
| Sales Tax Remittance | - | 7,350 | - | - | - | - | 5,675 | - | - | 13,025 |
| Non Merchandise | 799 | 1,726 | 1,865 | 1,059 | 1,088 | 1,093 | 1,705 | 1,059 | 1,222 | 11,618 |
| Subtotal | 13,025 | 17,471 | 17,670 | 9,226 | 12,151 | 8,074 | 23,095 | 7,209 | 13,324 | 121,246 |
| **Operating Cash Flow** | 1,441 | 4,617 | (1,500) | 5,738 | 2,338 | 5,397 | (10,102) | 5,765 | (462) | 13,233 |
| **Non-Operating Disbursements** | | | | | | | | | | |
| Net CapEx | 462 | 462 | (138) | 381 | 381 | 381 | (252) | 274 | 274 | 2,226 |
| Interest - Term Loan, Revolver and L/C Fees | - | - | 407 | - | 108 | - | 287 | - | 108 | 910 |
| Facility Term Loan Amortization | - | - | 479 | - | - | - | - | - | - | 479 |
| Subtotal | 462 | 462 | 748 | 381 | 489 | 381 | 35 | 274 | 381 | 3,615 |
| **Bankruptcy / Emergence Expenditures** | | | | | | | | | | |
| Professional Fees | 55 | - | - | 600 | - | - | - | 2,151 | - | 2,806 |
| DIP Financing Fees | 2,012 | - | 8 | - | - | - | 8 | - | - | 2,028 |
| Utilities Deposit | 600 | - | - | - | - | - | - | - | - | 600 |
| Disbursement Account Reserve | 2,000 | - | - | - | - | - | - | - | - | 2,000 |
| Subtotal | 4,667 | - | 8 | 600 | - | - | 8 | 2,151 | - | 7,434 |
| **Total Disbursements** | 18,155 | 17,934 | 18,426 | 10,208 | 12,640 | 8,456 | 23,138 | 9,634 | 13,706 | 132,296 |
| **Net Cash Flow** | (3,688) | 4,155 | (2,257) | 4,757 | 1,849 | 5,016 | (10,145) | 3,340 | (843) | 2,184 |
| **III. DIP Loan Balance** | | | | | | | | | | |
| Beginning Revolver | 107,150 | 100,350 | 96,150 | 99,229 | 93,729 | 91,829 | 86,829 | 97,229 | 93,629 | 107,150 |
| Draw / (Pay Down) | 1,700 | (4,200) | 3,079 | (5,500) | (1,900) | (5,000) | 10,400 | (3,600) | 1,100 | (3,921) |
| DIP Term Loan Facility (Draw) | (6,000) | - | - | - | - | - | - | - | - | (6,000) |
| Bounced Checks | (2,500) | - | - | - | - | - | - | - | - | (2,500) |
| Ending Revolver | 100,350 | 96,150 | 99,229 | 93,729 | 91,829 | 86,829 | 97,229 | 93,629 | 94,729 | 94,729 |
| **IV. Borrowing Base** | | | | | | | | | | |
| Total Borrowing Base | 165,796 | 153,383 | 151,279 | 149,031 | 148,279 | 148,037 | 147,945 | 143,032 | 143,016 | 143,016 |
| Available Line Cap | 164,849 | 164,572 | 164,085 | 163,773 | 163,671 | 163,630 | 163,635 | 162,835 | 162,852 | 162,852 |
| Lesser of Borrowing Base or Available Line | 164,849 | 153,383 | 151,279 | 149,031 | 148,279 | 148,037 | 147,945 | 143,032 | 143,016 | 143,016 |
| Less: Letters of Credit Outstanding | (10,336) | (10,336) | (10,336) | (10,336) | (10,336) | (10,336) | (10,336) | (10,336) | (10,336) | (10,336) |
| Less: Current Balance Outstanding | (100,350) | (96,150) | (99,229) | (93,729) | (91,829) | (86,829) | (97,229) | (93,629) | (94,729) | (94,729) |
| Net Availability | 54,164 | 46,897 | 41,714 | 44,966 | 46,114 | 50,872 | 40,380 | 39,068 | 37,952 | 37,952 |
| Plus: DIP Term Loan Facility ($12M) | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Availability Subject to Availability Covenant | (14,000) | (14,000) | (14,000) | (14,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) |
| **Availability After Block** | **46,164** | **38,897** | **33,714** | **36,966** | **44,114** | **48,872** | **38,380** | **37,068** | **35,952** | **35,952** |