IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                          : Chapter 11
                                                                :
Orchard Supply Hardware Stores Corporation,                     : Case No. 13-11565 (CSS)
*et al.*,[1]                                                    :
                                                                : (Jointly Administered)
        Debtors.                                                :
                                                                : Hearing Date: July 15, 2013 at 1:00 p.m.  (Eastern)
                                                                : Obj. Deadline: July 8, 2013 at 4:00 p.m. (Eastern)
---------------------------------------------------------------x

NOTICE OF
MOTION OF ORCHARD SUPPLY HARDWARE
STORES CORPORATION FOR AN ORDER PURSUANT
TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULE
9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
APPROVING RONDONE CLASS ACTION SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that, on June 18, 2013, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Orchard Supply Hardware Corporation for an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Rondone Class Action Settlement Agreement* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), a copy of which is attached hereto.

PLEASE TAKE FURTHER NOTICE that any objection or other response to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **July 8, 2013 at 4:00 p.m. (Eastern)**.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

WEST\241490174. 1

PLEASE TAKE FURTHER NOTICE that if a response is timely filed, served and received, you or your attorney must attend the hearing on the Motion scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 on **July 15, 2013 at 1:00 p.m. (Eastern)**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 18, 2012
       Wilmington, Delaware

Respectfully submitted,

 /s/ *Stuart M. Brown*
Stuart M. Brown (DE 4050)
DLA PIPER LLP (US)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com

-and-

Richard A. Chesley (IL 6240877)
Chun I. Jang (DE 4790)
Daniel M. Simon (IL 6297629)
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: richard.chesley@dlapiper.com
       chun.jang@dlapiper.com
       daniel.simon@dlapiper.com

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION