**Exhibit C**

**(Proposed Order)**

WEST\241485422.3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
Orchard Supply Hardware Stores Corporation, : Case No. 13-11565 (CSS)
*et al.*,[1]
: (Jointly Administered)
Debtors. :
: **Re Docket No. __**
---------------------------------------------------------------x

**ORDER GRANTING THE
MOTION OF ORCHARD SUPPLY HARDWARE
STORES CORPORATION FOR AN ORDER PURSUANT
TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULE
9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
APPROVING RONDONE CLASS ACTION SETTLEMENT AGREEMENT**

This matter coming before the Court on the *Motion of Orchard Supply Hardware Corporation for an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Rondone Class Action Settlement Agreement* (the "Motion"),[2] filed by Orchard Supply Hardware Corporation ("Orchard"); the Court having reviewed the Motion and having scheduled a hearing on the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

-2-

core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; after good and sufficient cause having been shown;

   IT IS HEREBY ORDERED THAT:

   1. The Motion is GRANTED.

   2. Orchard has authority to enter into and effectuate the Settlement Agreement.

   3. This Court shall retain jurisdiction over all issues arising from or related to this Order.

Dated: June___, 2013
   Wilmington, Delaware

                        _____
                        United States Bankruptcy Judge