**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ORCHARD SUPPLY HARDWARE | § | CASE NO. 13-11565 |
| STORES CORPORATION, et al.,[1] | § | |
| | § | |
| DEBTORS | § | |

**NOTICE OF APPEARANCE**

COMES NOW, Hunton & Williams, LLP ("H&W") and files this its Notice of Appearance as counsel for Orchard Supply Company LLC and Lowe's Companies, Inc. in the above-styled case, and pursuant to applicable law and Bankruptcy Rule 9010 respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the office, postal address and telephone number listed as follows:

**Gregory G. Hesse**
**Jesse T. Moore**
**Hunton & Williams LLP**
**1445 Ross Avenue, Suite 3700**
**Dallas, Texas  75202-2799**
**(214) 979-3000 Telephone**
**(214) 880-0011 Telecopy**
**ghesse@hunton.com**
**jtmoore@hunton.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint,

---

1 The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391).  The mailing address of each of the Debtors, solely for purposes of notices and communications is, 6450 Via Del Oro, San Jose, California 95119

demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

H&W additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully submitted,

HUNTON & WILLIAMS, LLP

By:     /s/  Gregory G. Hesse
        Gregory G. Hesse
        Delaware Bar No. 005710
        Jesse T. Moore
        Texas Bar No. 24056001

1445 Ross Avenue, Suite 3700
Dallas, Texas  75202-2799
Telephone:  (214) 979-3000
Telecopy:   (214) 880-0011

**ATTORNEYS FOR ORCHARD HARDWARE COMPANY, LLC AND LOWE'S COMPANIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on ECF participants, electronically through the Court's ECF System.

/s/  Gregory G. Hesse
Gregory G. Hesse