## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Orchard Supply Hardware Stores Corporation, *et al.*,[1] | ) Case No. 13-11565 (CSS) |
| | ) |
| | ) (Joint Administration Pending) |
| | ) |
| | ) Related Docket Nos. 12, 14, 55, 57, |
| Debtors. | ) 66, 67, 78, 79, 80 and 81 |
| | ) |

### AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 12 | MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS ESTABLISHING ADEQUATE ASSURANCE PROCEDURES WITH RESPECT TO THEIR UTILITY PROVIDERS PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE |
| Docket No. 14 | MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507 (1) AUTHORIZING INCURRENCE BY THE DEBTORS OF POST-PETITION SECURED INDEBTEDNESS WITH PRIORITY OVER ALL SECURED INDEBTEDNESS AND WITH ADMINISTRATIVE SUPERPRIORITY, (2) GRANTING LIENS, (3) AUTHORIZING USE OF CASH COLLATERAL BY THE DEBTORS PURSUANT TO 11 U.S.C. § 363 AND PROVIDING FOR ADEQUATE PROTECTION, (4) MODIFYING THE AUTOMATIC STAY, (5) SCHEDULING A FINAL HEARING AND (6) GRANTING RELATED RELIEF |
| Docket No. 55 | INTERIM ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN INTERIM AND FINAL ORDERS ESTABLISHING ADEQUATE ASSURANCE PROCEDURES WITH RESPECT TO THEIR UTILITY PROVIDERS PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE [Docket No. 12] |

---

[1]   The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

| Docket No. 57 | CERTIFICATION OF COUNSEL REGARDING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507 (1) AUTHORIZING INCURRENCE BY THE DEBTORS OF POST-PETITION SECURED INDEBTEDNESS WITH PRIORITY OVER ALL SECURED INDEBTEDNESS AND WITH ADMINISTRATIVE SUPERPRIORITY, (2) GRANTING LIENS, (3) AUTHORIZING USE OF CASH COLLATERAL BY THE DEBTORS PURSUANT TO 11 U.S.C. § 363 AND PROVIDING FOR ADEQUATE PROTECTION, (4) MODIFYING THE AUTOMATIC STAY, (5) SCHEDULING A FINAL HEARING AND (6) GRANTING RELATED RELIEF [Re: Docket No. 14] |
|---|---|
| Docket No. 66 | INTERIM ORDER PURSUANT TO 11 U.S.C. SECTIONS 105, 361, 363, 363 AND 364 AND RULES 2002, 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (1) AUTHORIZING INCURRENCE BY THE DEBTORS OF POST-PETITION SECURED INDEBTEDNESS FROM PRE-PETITION ABL AND SUPPLEMENTAL TERM LENDERS WITH PRIORITY OVER ALL SECURED INDEBTEDNESS AND WITH ADMINISTRATIVE SUPERPRIORITY, (2) GRANTING LIENS, (3) AUTHORIZING USE OF CASH COLLATERAL BY THE DEBTORS PURSUANT TO U.S.C. SECTION 363 AND PROVIDING FOR ADEQUATE PROTECTION, (4) MODIFYING THE AUTOMATIC STAY AND (5) SCHEDULING A FINAL HEARING (ABL INTERIM DIP ORDER) [Re: Docket No. 14] |
| Docket No. 67 | INTERIM ORDER PURSUANT TO 11 U.S.C. SECTIONS 105, 361, 362, 363 AND 364 AND RULES 2002, 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (1) AUTHORIZING INCURRENCE BY THE DEBTORS OF POST-PETITION SECURED INDEBTEDNESS FROM PRE-PETITION TERM LENDERS WITH PRIORITY OVER CERTAIN SECURED INDEBTEDNESS AND WITH ADMINISTRATIVE SUPERPRIORITY, (2) GRANTING LIENS, (3) PROVIDING FOR ADEQUATE PROTECTION, (4) MODIFYING THE AUTOMATIC STAY AND (5) SCHEDULING A FINAL HEARING (TERM LENDERS INTERIM DIP ORDER) [Re: Docket No. 14] |

///

                                        
| Docket No. 78 | NOTICE OF (I) ENTRY OF INTERIM ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THEM TO PAY CERTAIN EMPLOYEE OBLIGATIONS AND MAINTAIN AND CONTINUE EMPLOYEE BENEFITS AND PROGRAMS AND (II) AUTHORIZING BANKS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS, AND SCHEDULING A FINAL HEARING ON THE MOTION [Re: Docket No. 8 and 48] |

Docket No. 78    NOTICE OF (I) ENTRY OF INTERIM ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THEM TO PAY CERTAIN EMPLOYEE OBLIGATIONS AND MAINTAIN AND CONTINUE EMPLOYEE BENEFITS AND PROGRAMS AND (II) AUTHORIZING BANKS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS, AND SCHEDULING A FINAL HEARING ON THE MOTION [Re: Docket No. 8 and 48]

Docket No. 79    NOTICE OF (I) ENTRY OF AN INTERIM ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN INTERIM AND FINAL ORDERS (I) AUTHORIZING THEM TO CONTINUE THE DEBTORS' INSURANCE POLICIES AND PAY OBLIGATIONS IN RESPECT THEREOF, AND (II) TO AUTHORIZE FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH INSURANCE OBLIGATIONS AND (II) SCHEDULING A FINAL HEARING THEREON [Re: Docket Nos. 11 and 67]

Docket No. 80    NOTICE OF (I) ENTRY OF INTERIM ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS ESTABLISHING ADEQUATE ASSURANCE PROCEDURES WITH RESPECT TO THEIR UTILITY PROVIDERS PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE AND (II) SCHEDULING A FINAL HEARING THEREON  [Re: Docket Nos. 12 and 55]

Docket No. 81    NOTICE OF (I) ENTRY OF INTERIM ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507(1) AUTHORIZING INCURRENCE BY THE DEBTORS OF POST-PETITION SECURED INDEBTEDNESS AND WITH ADMINISTRATIVE SUPERPRIORITY, (2) GRANTING LIENS, (3) AUTHORIZING USE OF CASH COLLATERAL BY THE DEBTORS PURSUANT TO 11 U.S.C. § 363 AND PROVIDING FOR ADEQUATE PROTECTION, (4) MODIFYING THE AUTOMATIC STAY, (5) SCHEDULING A FINAL HEARING AND (6) GRANTING RELATED RELIEF AND (II) SCHEDULING A FINAL HEARING THEREON [Re: Docket Nos. 14, 57, 66 and 67]

I, James H. Myers, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc., 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2.      On June 20, 2013, at the direction of DLA Piper (US), proposed counsel for the Debtors and Debtors-In-Possession, the above referenced documents were served on the parties listed in Exhibits A through F via the modes of service indicated thereon:

| | |
|---|---|
| Exhibit A | Those parties who have requested special notice, the Top Creditors and the Core Group Address List regarding Docket Nos. 14, 57, 66, 67, 78, 79, 80 and 81 |
| Exhibit B | The Utility Address List regarding Docket Nos. 12, 55 and 80 |
| Exhibit C | The DIP Counsel Address regarding Docket Nos. 14, 57, 66, 67 and 81 |
| Exhibit D | The Utilities Address List regarding Docket No. 80 |
| Exhibit E | The Banks Address List regarding Docket Nos. 78 and 79 |
| Exhibit F | The Insurers Address List regarding Docket No. 79 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 21 day of June 2013 at Paramount, California.

James H. Myers

**EXHIBIT A**

# OSH

**Total number of parties: 301**

## Exhibit A - OSH

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52196 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE: HILCO AND GORDON BROS JOINT VENTURE), AHERRMANN@ASHBY-GEDDES.COM | E-mail |
| 52196 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE: HILCO AND GORDON BROS JOINT VENTURE), KOWENS@ASHBY-GEDDES COM | E-mail |
| 52196 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE· HILCO AND GORDON BROS JOINT VENTURE), LRAPORT@ASHBY-GEDDES COM | E-mail |
| 52197 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE: HILCO AND GORDON BROS JOINT VENTURE), KAREN SKOMORUCHA OWENS, 500 DELEWARE AVE, 8TH FL, WILMINGTON, DE, 19899-1150 | US Mail (1st Class) |
| 52197 | BIG TIME PRODUCTS, PO BOX 162967, ATLANTA, GA, 30321-2967 | US Mail (1st Class) |
| 52196 | BINDER & MALTER LLP, MICHAEL  MALTER/ JULIE ROME-BANKS, (RE: MARDIT PROPERTIES LP), MICHAEL@BINDERMALTER.COM | E-mail |
| 52196 | BINDER & MALTER LLP, MICHAEL  MALTER/ JULIE ROME-BANKS, (RE: MARDIT PROPERTIES LP), JULIE@BINDERMALTER.COM | E-mail |
| 52197 | BINDER & MALTER LLP, MICHAEL  MALTER/ JULIE ROME-BANKS, (RE: MARDIT PROPERTIES LP), 2775 PARK AVENUE, SANTA CLARA, CA, 95050 | US Mail (1st Class) |
| 52197 | BLUE RHINO CORP , PO BOX 31001-1362, PASADENA, CA, 91110-1362 | US Mail (1st Class) |
| 52197 | CALIFORNIA ATTY GENERAL`S OFFICE, CONSUMER LAW SECTION, ATTN. BANKRUPTCY NOTICES, 455 GOLDEN GATE AVENUE, SUITE 11000, SAN FRANCISCO, CA, 94102-7004 | US Mail (1st Class) |
| 52197 | CIBER INC., PO BOX 844140, DALLAS, TX, 75284-4140 | US Mail (1st Class) |
| 52197 | COMMERCE LLC, PO BOX 64384, BALTIMORE, MD, 21264-4384 | US Mail (1st Class) |
| 52196 | COOCH AND TAYLOR, PA, SUSAN E. KAUFMAN, ESQ, (RE: SOUTH COUNTY PROFESSIONAL PARK, LTD), SKAUFMAN@COOCHTAYLOR.COM | E-mail |
| 52197 | COOCH AND TAYLOR, PA, SUSAN E  KAUFMAN, ESQ, (RE· SOUTH COUNTY PROFESSIONAL PARK, LTD), THE BRANDYWINE BUILDING, 1000 WEST STREET, 10TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 52197 | CORONA CLIPPER COMPANY IN., 22440 TEMESCAL CANYON RD., CORONA, CA, 92883-4103 | US Mail (1st Class) |
| 52196 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE  HILCO AND GORDON BROS JOINT VENTURE), SREISMAN@CURTIS.COM | E-mail |
| 52196 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE: HILCO AND GORDON BROS JOINT VENTURE), CGIGLIO@CURTIS.COM | E-mail |
| 52197 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE· HILCO AND GORDON BROS JOINT VENTURE), 101 PARK AVE, NEW YORK, NY, 10178-0061 | US Mail (1st Class) |
| 52197 | DBA COLORAMA WHOLESALE NU, RICHARD W WILSON, 1025 NORTH TODD AVENUE, AZUSA, CA, 91702 | US Mail (1st Class) |
| 52197 | DECHERT LLP, ATTN: MICHAEL J SAGE, ESQ, (RE: COUNSEL PRE-PETITION TERM AGENT), 1095 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 52197 | DECHERT LLP, ATTN: MICHAEL J SAGE, ESQ, (RE: SENIOR SECURED TERM LOAN LENDERS), 1095 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 52196 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE: APPEARING PARTIES), STEPHEN.WOLPERT@DECHERT.COM | E-mail |
| 52196 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE: APPEARING PARTIES), MICHAEL SAGE@DECHERT COM | E-mail |
| 52197 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE: APPEARING PARTIES), 1095 AVENUE OF THE AMERICA, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 52197 | DELAWARE STATE TREASURY, 820 SILVER LAKE BLVD., SUITE 100, DOVER, DE, 19904 | US Mail (1st Class) |
| 52196 | DLA PIPER LLP, CHUN I. JANG, (RE  COUNSEL TO THE DEBTORS), CHUN JANG@DLAPIPER.COM | E-mail |
| 52197 | DLA PIPER LLP, CHUN I. JANG, (RE: COUNSEL TO THE DEBTORS), 203 N  LASALLE STREET, SUITE 1900, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 52196 | DLA PIPER LLP, DANIEL M. SIMON, (RE: COUNSEL TO THE DEBTORS), DANIEL.SIMON@DLAPIPER.COM | E-mail |
| 52196 | DLA PIPER LLP, RICHARD A. CHESLEY, (RE: COUNSEL TO THE DEBTORS), RICHARD CHESLEY@DLAPIPER.COM | E-mail |
| 52196 | DLA PIPER LLP, STUART M. BROWN, (RE: COUNSEL TO THE DEBTORS), STUART BROWN@DLAPIPER.COM | E-mail |

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52197 | EXCEL GARDEN PRODUCTS, 851 VINTAGE AVE, ONTARIO, CA, 91764-5391 | US Mail (1st Class) |
| 52197 | FIRST ALERT, DBA LEHIGH GROUP, 5558 RELIABLE PARKWAY, CHICAGO, IL, 60686-0055 | US Mail (1st Class) |
| 52197 | GENERAL ELECTRIC COMPANY, ACCT GE LIGHTING, 2267 COLLECTIONS CENTER D, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 52197 | GLEACHER PRODUCTS CORP, ATTN  CHRISTOPHER CAPEZUTI, (RE: SENIOR SECURED TERM LOAN), 1290 AVENUE OF THE AMERICAS, 5TH FL, NEW YORK, NY, 10104 | US Mail (1st Class) |
| 52196 | GRAYDON HEAD & RITCHEY LLP, J  MICHAEL DEBBELER, (RE: THE HILLMAN COMPANIES, INC), MDEBBELER@GRAYDON.COM | E-mail |
| 52197 | GRAYDON HEAD & RITCHEY LLP, J. MICHAEL DEBBELER, (RE: THE HILLMAN COMPANIES, INC), 1900 FIFTH THIRD CENTER, 511 WALNUT STREET, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 52196 | GREENBERG TRAURIG LLP, DENNIS A MELORO, (RE: WELLS FARGO BANK, NA), MELOROD@GTLAW COM | E-mail |
| 52197 | GREENBERG TRAURIG LLP, DENNIS A MELORO, (RE: WELLS FARGO BANK, NA), THE NEMOURS BUILDING, 1007 N ORANGE STREET, STE 1200, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 52196 | GREENBERG TRAURIG LLP, JEFFREY M WOLF, (RE: WELLS FARGO BANK, NA), WOLFJE@GTLAW.COM | E-mail |
| 52197 | GREENBERG TRAURIG LLP, JEFFREY M WOLF, (RE: WELLS FARGO BANK, NA), ONE INTERNATIONAL PLACE, BOSTON, MA, 02110 | US Mail (1st Class) |
| 52197 | H D HUDSON MANUFACTURING, 31004 NETWORK PLACE, CHICAGO, IL, 60673-1310 | US Mail (1st Class) |
| 52197 | HANGZHOU GREAT STAR IND., NO. 35 JIU HUAN RD, JIU BAO, HANGZHOU,  CHINA | US Mail (1st Class) |
| 52196 | HANSON BRIDGETT LLP, JORDAN A  LAVINSKY, ESQ, (RE· SOUTH COUNTY PROFESSIONAL PARK, LTD), JLAVINSKY@HANSONBRIDGETT.COM | E-mail |
| 52197 | HANSON BRIDGETT LLP, JORDAN A. LAVINSKY, ESQ, (RE: SOUTH COUNTY PROFESSIONAL PARK, LTD), 425 MARKET STREET, 26TH FLOOR, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 52197 | HILLMAN GROUP INC , PO BOX 532582, ATLANTA, GA, 30353-2582 | US Mail (1st Class) |
| 52197 | HONG KONG SUNRISE TRADING CO , 319 OATES RD. STE C, MOORESVILLE, NC, 28117 | US Mail (1st Class) |
| 52196 | HUNTON & WILLIAMS LLP, GREGORY G. HESSE & JESSE T. MOORE, (RE: OSH & LOWE'S COMPANIES, INC), GHESSE@HUNTON.COM | E-mail |
| 52196 | HUNTON & WILLIAMS LLP, GREGORY G. HESSE & JESSE T. MOORE, (RE: OSH & LOWE'S COMPANIES, INC), JTMOORE@HUNTON.COM | E-mail |
| 52197 | HUNTON & WILLIAMS LLP, GREGORY G  HESSE & JESSE T. MOORE, (RE: OSH & LOWE'S COMPANIES, INC), 1445 ROSS AVENUE, SUITE 3700, DALLAS, TX, 75202-2799 | US Mail (1st Class) |
| 52197 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 2970 MARKET ST, PHILADELPHIA, PA, 19104-5002 | US Mail (1st Class) |
| 52197 | INTERNAL REVENUE SERVICE, P O. BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 52197 | JENSEN-BYRD CO INC., DBA JENSEN DISTRIBUTION S, 310-324 W RIVERSIDE AVE., SPOKANE, WA, 99220 | US Mail (1st Class) |
| 52197 | JORDAN MANUFACTURING, 1200 S. SIXTH ST., MONTICELLO, IN, 47960 | US Mail (1st Class) |
| 52196 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE· LANDLORDS), DUSTIN.BRANCH@KATTENLAW.COM | E-mail |
| 52196 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE· LANDLORDS), BRIAN.HUBEN@KATTENLAW.COM | E-mail |
| 52197 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE: LANDLORDS), 2029 CENTURY PARK EAST, SUITE 2600, LOS ANGELES, CA, 90067-3012 | US Mail (1st Class) |
| 52197 | KAWAHARA NURSERY INC , PO BOX 1358, MORGAN HILL, CA, 95037 | US Mail (1st Class) |
| 52196 | KELLEY DRYE & WARREN LLP, J. CARR, R. LEHANE, G. SAYDAH, JR, (RE. LANDLORDS), KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | E-mail |
| 52197 | KELLEY DRYE & WARREN LLP, J  CARR, R. LEHANE, G. SAYDAH, JR, (RE  LANDLORDS), 101 PARK AVENUE, NEW YORK, NY, 10178 | US Mail (1st Class) |
| 52197 | L&L NURSERY SUPPLY INC., DEPT 0154, LOS ANGELES, CA, 90084-015 | US Mail (1st Class) |
| 52197 | LIBMAN CO, 5167 EAGLE WAY, CHICAGO, IL, 61678-1051 | US Mail (1st Class) |
| 52197 | MAKITA USA INC., PO BOX 513760, LOS ANGELES, CA, 90051-376 | US Mail (1st Class) |
| 52197 | MILWAUKEE ELECTRIC TOOL, 12069 COLLECTION CENTER D, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 52196 | MORGAN, LEWIS & BOCKIUS LLP, NEIL E HERMAN, ESQ, (RE: KIMCO REALTY CORPORATION), NHERMAN@MORGANLEWIS COM | E-mail |
| 52197 | MORGAN, LEWIS & BOCKIUS LLP, NEIL E HERMAN, ESQ, (RE: KIMCO REALTY CORPORATION), 101 PARK AVENUE, NEW YORK, NY, 10178-0600 | US Mail (1st Class) |
| 52197 | NDS INC , 6228 RELIABLE PARKWAY, CHICAGO, IL, 60686 | US Mail (1st Class) |
| 52197 | OFFICE OF THE US TRUSTEE DELAWARE, 844 KING ST STE 2207, LOCKBOX 35, WILMINGTON, DE, 19801 | US Mail (1st Class) |

OSH

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52197 | OREGON STATE ATTORNEY GENERAL, OREGON DEPARTMENT OF JUSTICE, 1162 COURT STREET NE, SALEM, OR, 97301-4096 | US Mail (1st Class) |
| 52197 | PRIME WIRE & CABLE, 75 REMITTANCE DR., STE 6552, CHICAGO, IL, 60675-6562 | US Mail (1st Class) |
| 52197 | QUINN DEVELOPMENT CO., DBA MISSION CONCRETE PROD , 5787 OBATA WAY, GILROY, CA, 95020 | US Mail (1st Class) |
| 52196 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE: SENIOR SECURED CREDIT FACILITY), DROTHMAN@RIEMERLAW.COM | E-mail |
| 52196 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE: COUNSEL FOR THE DIP AGENT), DROTHMAN@RIEMERLAW.COM | E-mail |
| 52196 | RIEMER & BRAUNSTEIN LLP, ATTN. DONALD E ROTHMAN, ESQ, (RE: COUNSEL PRE-PETITION ABL AGENT), DROTHMAN@RIEMERLAW.COM | E-mail |
| 52197 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE. SENIOR SECURED CREDIT FACILITY), THREE CENTER PLAZA, BOSTON, MA, 02108 | US Mail (1st Class) |
| 52197 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE: COUNSEL FOR THE DIP AGENT), THREE CENTER PLAZA, BOSTON, MA, 02108 | US Mail (1st Class) |
| 52197 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE· COUNSEL PRE-PETITION ABL AGENT), THREE CENTER PLAZA, BOSTON, MA, 02108 | US Mail (1st Class) |
| 52196 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE. WELLS FARGO BANK, NA), DROTHMAN@RIEMERLAW.COM | E-mail |
| 52196 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE: WELLS FARGO BANK, NA), SFOX@RIEMERLAW.COM | E-mail |
| 52197 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE: WELLS FARGO BANK, NA), TIMES SQUARE TOWER, SEVEN TIMES SQUARE, STE 2506, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 52197 | RIVERSIDE CLAIMS LLC, PO BOX 626, PLANETARIUM STATION, NEW YORK, NY, 10024 | US Mail (1st Class) |
| 52197 | SEARS BRANDS MANAGEMENT CORP , 2751 MOMENTUM PLACE, LOCKBOX 232751, CHICAGO, IL, 60689-5327 | US Mail (1st Class) |
| 52197 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, P.O. BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 52197 | SECURITIES AND EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 52197 | SECURITIES AND EXCHANGE COMMISSION, ATTN. GEORGE SCANELLOS,REGIONAL DIR, NEW YORK REGIONAL OFFICE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 52197 | SUNCAST CORP., 4297 PAYSPHERE CIRCLE, CHICAGO, IL, 60674 | US Mail (1st Class) |
| 52197 | THE MERCURY NEWS, PO BOX 513120, LOS ANGELES, CA, 90051-1120 | US Mail (1st Class) |
| 52197 | THE SCOTTS COMPANY INC., PO BOX 93211, CHICAGO, IL, 60673-3211 | US Mail (1st Class) |
| 52197 | THE TORO CO , 36346 TREASURY CENTER, CHICAGO, IL, 60694-6300 | US Mail (1st Class) |
| 52196 | TRAINOR FAIRBROOK, JENNIFER L PRUSKI, ESQ, (RE: DONAHUE SCHRIBER REALTY GROUP, LP), JPRUSKI@TRAINORFAIRBROOK.COM | E-mail |
| 52197 | TRAINOR FAIRBROOK, JENNIFER L PRUSKI, ESQ, (RE: DONAHUE SCHRIBER REALTY GROUP, LP), 980 FULTON AVE, SACRAMENTO, CA, 95825 | US Mail (1st Class) |
| 52196 | US ATTORNEYS OFFICE, USADE.ECFBANKRUPTCY@USDOJ.GOV | E-mail |
| 52197 | US ATTORNEYS OFFICE, 1007 N ORANGE ST STE 700, PO BOX 2046, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 52197 | WELLS LAMONT CORP , 6640 W. TOUHY AVENUE, NILES, IL, 60714-4587 | US Mail (1st Class) |
| 52197 | WOODSTREAM, PO BOX 1200, LITITZ, PA, 17543 | US Mail (1st Class) |
| 52196 | YOUNG CONAWAY STARGATT & TAYLOR LLP, R BRADY, ESQ AND R POPPITI, JR, ESQ, (RE: APPEARING PARTIES), BANKFILINGS@YCST.COM | E-mail |
| 52197 | YOUNG CONAWAY STARGATT & TAYLOR LLP, R BRADY, ESQ AND R POPPITI, JR, ESQ, (RE: APPEARING PARTIES), RODNEY SQUARE, 1000 NORTH KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 96**

**EXHIBIT B**

**Exhibit B - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52198 | BULLSEYE TELECOM, JULIE KNIGHT, SPVR, ENTERPRISE & CARRIER ACCTS, 25925 TELEGRAPH RD, STE. 210, SOUTHFIELD, MI, 48033 | US Mail (1st Class) |

**Subtotal for this group:  1**

# EXHIBIT C

**Exhibit C - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 52204 | REIMER & BRAUNSTEIN LLP, ATTN: DONALD E. ROTHMAN, THREE CENTER PLAZA, BOSTON, MA, 02108 | US Mail (1st Class) |

**Subtotal for this group: 1**

OSH

# EXHIBIT D

**Exhibit D - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 52199 | ADVANCE DISPOSAL CO, PO BOX 400997, HESPERIA, CA, 92340 | US Mail (1st Class) |
| 52199 | ALAMEDA COUNTY WATER DISTRICT, PO BOX 5110, FREMONT, CA, 94537 | US Mail (1st Class) |
| 52199 | ALLIED WASTE, 12949 TELEGRAPH, SANTA FE SPRINGS, CA, 90670 | US Mail (1st Class) |
| 52199 | ALLIED WASTE, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | ALLIED WASTE #210, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | ALLIED WASTE SERVICES #208, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | ALLIED WASTE SERVICES #902, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | ALLIED WASTE SERVICES #915, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | ALLIED WASTE SERVICES #916, PO BOX 78830, PHOENIX, AZ, 85062-8830 | US Mail (1st Class) |
| 52199 | ALLIED WASTE SERVICES #916, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | ALLIED WASTE SERVICES #917, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | ALLIED WASTE SERVICES #922, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | AMADOR VALLEY INDUSTRIES, PO BOX 12617, PLEASANTON, CA, 94588 | US Mail (1st Class) |
| 52199 | AT&T CORP MANAGED INTERNET SERVICE, 2000 W AT&T CENTER DR - Z1, HOFFMAN ESTATES, IL, 60192 | US Mail (1st Class) |
| 52199 | ATHENS SERVICES, PO BOX 60009, INDUSTRY, CA, 91716-0009 | US Mail (1st Class) |
| 52199 | ATLAS DISPOSAL, PO BOX 511241, LOS ANGELES, CA, 90051-3039 | US Mail (1st Class) |
| 52199 | BAKMAN WATER COMPANY, PO BOX 7965, FRESNO, CA, 93747 | US Mail (1st Class) |
| 52199 | BURRTEC WASTE INDUSTRIES, 26000 SPRINGBROOK AVE, SUITE 101, SAUGUS, CA, 91350 | US Mail (1st Class) |
| 52199 | CALIFORNIA WATER SERVICE, PO BOX 940001, SAN JOSE, CA, 95194-0001 | US Mail (1st Class) |
| 52199 | CALIFORNIA WATER SERVICE-BAKERSFIELD, PO BOX 940001, SAN JOSE, CA, 95194-0001 | US Mail (1st Class) |
| 52199 | CALIFORNIA WATER SERVICE-CHICO, PO BOX 940001, SAN JOSE, CA, 95194-0001 | US Mail (1st Class) |
| 52199 | CALIFORNIA WATER SERVICE-LIVERMORE, PO BOX 940001, SAN JOSE, CA, 95194-0001 | US Mail (1st Class) |
| 52199 | CALIFORNIA WATER SERVICE-SALINAS, PO BOX 940001, SAN JOSE, CA, 95194-0001 | US Mail (1st Class) |
| 52199 | CALIFORNIA WATER SERVICE-VISALIA, PO BOX 940001, SAN JOSE, CA, 95194-0001 | US Mail (1st Class) |
| 52199 | CALIFORNIA-AMERICAN WATER COMPANY, PO BOX 7150, @ AMERICAN WATER COMPANY, PASADENA, CA, 91109-7150 | US Mail (1st Class) |
| 52199 | CAROUSEL INDUSTRIES, 1820 GATEWAY DRIVE, SUITE 110, SAN MATEO, CA, 94404 | US Mail (1st Class) |
| 52199 | CITY OF ANTIOCH, CA, PO BOX 6015, ARTESIA, CA, 90702-6015 | US Mail (1st Class) |
| 52199 | CITY OF BAKERSFIELD, PO BOX 2057, BAKERSFIELD, CA, 93303-2057 | US Mail (1st Class) |
| 52199 | CITY OF BURBANK, CA, PO BOX 631, PUBLIC SERVICE DEPARTMENT, BURBANK, CA, 91503-0631 | US Mail (1st Class) |
| 52199 | CITY OF CLOVIS, PO BOX 3007, CLOVIS, CA, 93613-3007 | US Mail (1st Class) |
| 52199 | CITY OF CLOVIS, CA, 1033 FIFTH, CLOVIS, CA, 93612 | US Mail (1st Class) |
| 52199 | CITY OF EL PASO DE ROBLES CA, 821 PINE ST STE A, PASO ROBLES, CA, 93446 | US Mail (1st Class) |
| 52199 | CITY OF FOLSOM, 50 NATOMA ST, FOLSOM, CA, 95630 | US Mail (1st Class) |
| 52199 | CITY OF FOLSOM, CA, PO BOX 7463, SAN FRANCISCO, CA, 94120-7463 | US Mail (1st Class) |
| 52199 | CITY OF FOSTER CITY, CA, 610 FOSTER CITY BLVD, FOSTER CITY, CA, 94404 | US Mail (1st Class) |
| 52199 | CITY OF FOUNTAIN VALLEY, CA, PO BOX 8030, WATER PAYMENTS, FOUNTAIN VALLEY, CA, 92728-8030 | US Mail (1st Class) |
| 52199 | CITY OF FRESNO, CA, PO BOX 2069, UTILITY BILLING AND COLLECTIONS DIVISION, FRESNO, CA, 93718 | US Mail (1st Class) |
| 52199 | CITY OF GILROY, CA, 7351 ROSANNA STREET, GILROY, CA, 95020-6197 | US Mail (1st Class) |
| 52199 | CITY OF HANFORD, CA, 315 NORTH DOUTY, HANFORD, CA, 93230 | US Mail (1st Class) |
| 52199 | CITY OF HESPERIA, CA, 9700 7TH AVE, HESPERIA, CA, 92345-3495 | US Mail (1st Class) |
| 52199 | CITY OF HUNTINGTON BEACH, CA, ATTN: CITY TREASURER, PO BOX 711, HUNTINGTON BEACH, CA, 92648 | US Mail (1st Class) |
| 52199 | CITY OF LA VERNE, CA, 3660 D STREET, LA VERNE, CA, 91750 | US Mail (1st Class) |
| 52199 | CITY OF LIVERMORE, CA, 1052 SOUTH LIVERMORE AVENUE, LIVERMORE, CA, 94550-4899 | US Mail (1st Class) |
| 52199 | CITY OF LODI, PO BOX 3006, LODI, CA, 95241-1910 | US Mail (1st Class) |
| 52199 | CITY OF LODI, CA, PO BOX 3006, LODI, CA, 95241 | US Mail (1st Class) |
| 52199 | CITY OF LONG BEACH, CA, PO BOX 630, GAS, WATER, SEWER, & REFUSE UTILITIES, LONG BEACH, CA, 90842-0001 | US Mail (1st Class) |
| 52199 | CITY OF MANTECA, 1001 W CENTER ST., MANTECA, CA, 95337 | US Mail (1st Class) |
| 52199 | CITY OF MANTECA, CA, 1001 WEST CENTER STREET, FINANCE DEPARTMENT, MANTECA, CA, 95337 | US Mail (1st Class) |
| 52199 | CITY OF MERCED, 678 W 18TH STREET DEPT, MERCED, CA, 95340 | US Mail (1st Class) |

OSH

**Exhibit D - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52199 | CITY OF MERCED, CA, 678 W 18TH ST, DEPT UB, MERCED, CA, 95340 | US Mail (1st Class) |
| 52199 | CITY OF MILLBRAE, CA, 621 MAGNOLIA AVENUE, UTILITY BILL, MILLBRAE, CA, 94030 | US Mail (1st Class) |
| 52199 | CITY OF MILPITAS, CA, PO BOX 7006, SAN FRANCISCO, CA, 94120 | US Mail (1st Class) |
| 52199 | CITY OF MODESTO, CA, PO BOX 767, MODESTO, CA, 95354-3767 | US Mail (1st Class) |
| 52199 | CITY OF MOUNTAIN VIEW, PO BOX 743338, LOS ANGELES, CA, 90074-3338 | US Mail (1st Class) |
| 52199 | CITY OF MOUNTAIN VIEW, CA, PO BOX 743338, LOS ANGELES, CA, 90074-3338 | US Mail (1st Class) |
| 52199 | CITY OF NAPA, CA, PO BOX 890, NAPA, CA, 94559-0660 | US Mail (1st Class) |
| 52199 | CITY OF PASADENA, 1414 MISSION ST, SOUTH PASADENA, CA, 91030-3214 | US Mail (1st Class) |
| 52199 | CITY OF PASADENA, CA, PO BOX 7120, MUNICIPAL SERVICES, PASADENA, CA, 91109 | US Mail (1st Class) |
| 52199 | CITY OF PETALUMA, CA, PO BOX 6011, PETALUMA, CA, 94953-6011 | US Mail (1st Class) |
| 52199 | CITY OF PISMO BEACH, CA, 760 MATTIE ROAD, PISMO BEACH, CA, 93449-2000 | US Mail (1st Class) |
| 52199 | CITY OF REDDING, PO BOX 496081, REDDING, CA, 96049-6081 | US Mail (1st Class) |
| 52199 | CITY OF REDDING, CA, PO BOX 496081, MUNICIPAL UTILITIES, REDDING, CA, 96049-6081 | US Mail (1st Class) |
| 52199 | CITY OF REDWOOD CITY, CA, PO BOX 3629, REDWOOD CITY, CA, 94064-3629 | US Mail (1st Class) |
| 52199 | CITY OF SAN JOSE, CA, PO BOX 80032, PRESCOTT, AZ, 86304-8032 | US Mail (1st Class) |
| 52199 | CITY OF SANTA ANA, CA, PO BOX 1964, MUNICIPAL SERVICES, SANTA ANA, CA, 92702 | US Mail (1st Class) |
| 52199 | CITY OF SANTA CLARA MUNICIPAL UTILITIES, PO BOX 49067, SAN JOSE, CA, 95161-9067 | US Mail (1st Class) |
| 52199 | CITY OF SANTA CLARA, CA, MUNICIPAL SERVICES, 1500 WARBURTON AVE, SANTA CLARA, CA, 95050-3796 | US Mail (1st Class) |
| 52199 | CITY OF SANTA MARIA, 110 E COOK STREET RM 9, SANTA MARIA, CA, 93454-5190 | US Mail (1st Class) |
| 52199 | CITY OF SANTA MARIA, CA, 110 E COOK ST RM 9, SANTA MARIA, CA, 93454 | US Mail (1st Class) |
| 52199 | CITY OF SANTA ROSA, CA-WATER & SEWER, PO BOX 1658, SANTA ROSA, CA, 95402-1658 | US Mail (1st Class) |
| 52199 | CITY OF SOUTH PASADENA, CA, 1414 MISSION STREET, SOUTH PASADENA, CA, 91030 | US Mail (1st Class) |
| 52199 | CITY OF STOCKTON, CA, PO BOX 1571, UTILITIES DEPARTMENT, STOCKTON, CA, 95201 | US Mail (1st Class) |
| 52199 | CITY OF SUNNYVALE, PO BOX 4000, SUNNYVALE, CA, 94088-4000 | US Mail (1st Class) |
| 52199 | CITY OF SUNNYVALE, CA, PO BOX 4000, SUNNYVALE, CA, 94088 | US Mail (1st Class) |
| 52199 | CITY OF THOUSAND OAKS, CA, 2100 EAST THOUSAND OAKS BLVD, UTILITY SERVICES BILLING, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 52199 | CITY OF TIGARD, OR, 13125 SW HALL BLVD, TIGARD, OR, 97223-8144 | US Mail (1st Class) |
| 52199 | CITY OF TORRANCE UTILITIES, PO BOX 51159, LOS ANGELES, CA, 90051-5459 | US Mail (1st Class) |
| 52199 | CITY OF TRACY, 333 CIVIC CENTER PLAZA, TRACY, CA, 95376-4062 | US Mail (1st Class) |
| 52199 | CITY OF TRACY, CA, 333 CIVIC CENTER PLAZA, TRACY, CA, 95376-4062 | US Mail (1st Class) |
| 52199 | CITY OF VACAVILLE, CA, PO BOX 6180, VACAVILLE, CA, 95696-6180 | US Mail (1st Class) |
| 52199 | CITY OF WATSONVILLE UTILITIES, PO BOX 149, WATSONVILLE, CA, 95077-0149 | US Mail (1st Class) |
| 52199 | CITY OF WOODLAND, CA, PO BOX 13819, UTILITY DEPARTMENT, SACRAMENTO, CA, 95853-3819 | US Mail (1st Class) |
| 52199 | CITY OF YUBA CITY, CA, 1201 CIVIC CENTER BOULEVARD, MUNICIPAL UTILITY BILL, YUBA CITY, CA, 95993 | US Mail (1st Class) |
| 52199 | CONCORD DISPOSAL SERVICE, PO BOX 5397, CONCORD, CA, 94524-0397 | US Mail (1st Class) |
| 52199 | CONSOLIDATED DISPOSAL, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | CONSOLIDATED DISPOSAL SERVICE, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | CONSOLIDATED DISPOSAL SERVICE #902, PO NOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | CONSOLIDATED DISPOSAL SERVICE #902, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | CONTRA COSTA WATER DISTRICT, PO BOX 1430, SUISUN CITY, CA, 94585-4430 | US Mail (1st Class) |
| 52199 | CRESCENTA VALLEY WATER DISTRICT, 2700 FOOTHILL BLVD, LA CRESENTA, CA, 91214 | US Mail (1st Class) |
| 52199 | CUCAMONGA VALLEY WATER DISTRICT, 10440 ASHFORD ST, RANCHO CUCAMONGA, CA, 91730 | US Mail (1st Class) |
| 52199 | DUBLIN SAN RAMON SERVICES DISTRICT, 7051 DUBLIN BLVD, WATER & WASTE WATER SERVICES, DUBLIN, CA, 94568-3018 | US Mail (1st Class) |
| 52199 | EAST BAY MUNICIPAL UTILITY DIST (EBMUD), EBMUD PAYMENT CENTER, OAKLAND, CA, 94649-0001 | US Mail (1st Class) |
| 52199 | EAST BAY SANITARY CO., 1432 KEARNEY STREET, EL CERRITO, CA, 94530 | US Mail (1st Class) |
| 52199 | FAIRFIELD MUNICIPAL UTILITIES, 1000 WEBSTER STREET, FAIRFIELD, CA, 94533-4883 | US Mail (1st Class) |
| 52199 | FRONTIER COMMUNICATIONS, 3 HIGH RIDGE PARK, STAMFORD, CT, 06905 | US Mail (1st Class) |
| 52199 | GILTON SOLID WASTE MANAGEMENT INC., 755 S YOSEMITE, OAKDALE, CA, 95361 | US Mail (1st Class) |

OSH

**Exhibit D - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52199 | GOLDEN STATE WATER CO., PO BOX 9016, @ AMERICAN STATES WATER COMPANY, SAN DIMAS, CA, 91773-9016 | US Mail (1st Class) |
| 52199 | GREAT OAKS WATER COMPANY, PO BOX 23490, SAN JOSE, CA, 95153 | US Mail (1st Class) |
| 52199 | GREENWASTE, PO BOX 11089, SAN JOSE, CA, 95103-1089 | US Mail (1st Class) |
| 52199 | INDUSTRIAL WASTE AND SALVAGE, 3457 S CEDAR AVE, FRESNO, CA, 93725 | US Mail (1st Class) |
| 52199 | J S WEST & SYMONS, PO BOX 3958, SONORA, CA, 95370-3958 | US Mail (1st Class) |
| 52199 | KINGS PLAZA SHOPPING CENTER, CA, 1601 41ST AVE STE 202, CAPITOLA, CA, 95010 | US Mail (1st Class) |
| 52199 | LIVERMORE DUBLIN DISPOSAL, PO BOX 78251, PHOENIX, AZ, 85062-8251 | US Mail (1st Class) |
| 52199 | LIVERMORE SANITATION, 7000 NATIONAL DR, LIVERMORE, CA, 94550 | US Mail (1st Class) |
| 52199 | LOS ANGELES DEPT OF WATER & POWER/30808, PO BOX 30808, LOS ANGELES, CA, 90030-0808 | US Mail (1st Class) |
| 52199 | MARBORG INDUSTRIES, PO BOX 4127, SANTA BARBARA, CA, 93140 | US Mail (1st Class) |
| 52199 | MARIN MUNICIPAL WATER DISTRICT, PO BOX 994, CORTE MADERA, CA, 94976-0994 | US Mail (1st Class) |
| 52199 | MARIN SANITARY SERVICE, PO BOX 11117, SAN RAFAEL, CA, 94912-1117 | US Mail (1st Class) |
| 52199 | MID VALLEY DISPOSAL, PO BOX 12146, FRESNO, CA, 93776 | US Mail (1st Class) |
| 52199 | MODESTO IRRIGATION DISTRICT, PO BOX 5355, MODESTO, CA, 95352-5355 | US Mail (1st Class) |
| 52199 | MONTEREY REGIONAL WATER P C A, PO BOX 2109, MONTEREY, CA, 93942-2109 | US Mail (1st Class) |
| 52199 | NAPA RECYCLING & WASTE SERVICE, LLC, PO BOX 239, NAPA, CA, 94559 | US Mail (1st Class) |
| 52199 | NW NATURAL, PO BOX 6017, NORTHWEST NATURAL, PORTLAND, OR, 97228-6017 | US Mail (1st Class) |
| 52199 | PACIFIC GAS & ELECTRIC, PO BOX 997300, PG&E CORPORATION, SACRAMENTO, CA, 95899-7300 | US Mail (1st Class) |
| 52199 | PASO ROBLES ROLL-OFF INCORPORATED, 2951 WALLACE DRIVE, PASO ROBLES, CA, 93446 | US Mail (1st Class) |
| 52199 | PETALUMA REFUSE & RECYCLING, PO BOX 14609, SANTA ROSA, CA, 95402 | US Mail (1st Class) |
| 52199 | PORTLAND GENERAL ELECTRIC (PGE), PO BOX 4438, PORTLAND, OR, 97208-4438 | US Mail (1st Class) |
| 52199 | PSC ENVIRONMENTAL SERVICES, LLC, 5151 SAN FELIPE, SUITE 1600, HOUSTON, TX, 77056 | US Mail (1st Class) |
| 52199 | RAINBOW DISPOSAL, PO BOX 1026, HUNTINGTON BEACH, CA, 92647 | US Mail (1st Class) |
| 52199 | RAINBOW DISPOSAL CO INC, PO BOX 1026, HUNTINGTON BEACH, CA, 92647 | US Mail (1st Class) |
| 52199 | RANCHO DISPOSAL, 9820 CHERRY AVE, RANCHO CUCAMONGA, CA, 91730 | US Mail (1st Class) |
| 52199 | RECOLOGY BUTTE COLUSA COUNTIES, PO BOX 1512, OROVILLE, CA, 95965 | US Mail (1st Class) |
| 52199 | RECOLOGY SAN MATEO COUNTY, 225 SHOREWAY RD, SAN CARLOS, CA, 94070-2712 | US Mail (1st Class) |
| 52199 | RECOLOGY SAN MATEO COUNTY, PO BOX 514230, LOS ANGELES, CA, 90051-4230 | US Mail (1st Class) |
| 52199 | RECOLOGY VACAVILLE SOLANO, 1 TOWN SQUARE PLACE, VACAVILLA, CA, 95688-3928 | US Mail (1st Class) |
| 52199 | RECOLOGY YUBA-SUTTER, 3001 NORTH LEVEE ROAD, MARYSVILLE, CA, 95901 | US Mail (1st Class) |
| 52199 | REPUBLIC SERVICES #471, PO BOX 78829, PHOENIX, AZ, 85062 | US Mail (1st Class) |
| 52199 | REPUBLIC SERVICES #915, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | RICHMOND SANITARY SRVS, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | RICHMOND SANITARY SRVS #851, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | SACRAMENTO COUNTY UTILITIES, PO BOX 1804, UTILITIES, SACRAMENTO, CA, 95812 | US Mail (1st Class) |
| 52199 | SACRAMENTO MUNICIPAL UTILITY DISTRICT, BOX 15555, @ SMUD, SACRAMENTO, CA, 95852-1555 | US Mail (1st Class) |
| 52199 | SACRAMENTO SUBURBAN WATER DISTRICT, PO BOX 919008, WEST SACRAMENTO, CA, 95691-9008 | US Mail (1st Class) |
| 52199 | SAN FRANCISCO SCAVENGER, 500 EAST JAMIE COURT, SOUTH SAN FRANCISCO, CA, 94083-0348 | US Mail (1st Class) |
| 52199 | SAN JOSE WATER COMPANY, PO BOX 229, SAN JOSE, CA, 95103-0229 | US Mail (1st Class) |
| 52199 | SANTA CRUZ MUNICIPAL UTILITIES, PO BOX 682, SANTA CRUZ, CA, 95061 | US Mail (1st Class) |
| 52199 | SANTA ROSA RECYLING & COLLECTIONS, PO BOX 1300, SUISUN, CA, 94585-4300 | US Mail (1st Class) |
| 52199 | SCAVENGER, 500 EAST JAMIE COURT, SOUTH SAN FRANCISCO, CA, 94083-0348 | US Mail (1st Class) |
| 52199 | SOLANO GARBAGE COMPANY, PO BOX 78829, PHOENIX, AZ, 85062-8829 | US Mail (1st Class) |
| 52199 | SOUTH COUNTY SANITARY SVC INC, PO BOX 60248, LOS ANGELES, CA, 90060-0248 | US Mail (1st Class) |
| 52199 | SOUTH SAN FRANCISCO SCAVENGER, PO BOX 348, SOUTH SAN FRANCISCO, CA, 94083-0348 | US Mail (1st Class) |
| 52199 | SOUTH VALLEY DISPOSAL, PO BOX 60648, LOS ANGELES, CA, 90060 | US Mail (1st Class) |
| 52199 | SOUTHERN CALIFORNIA EDISON, PO BOX 600, ATTN: ACCOUNTS RECEIVABLE, @ EDISON INTL, ROSEMEAD, CA, 91771-0001 | US Mail (1st Class) |
| 52199 | SOUTHERN CALIFORNIA GAS (THE GAS CO ), PO BOX C, MONTEREY PARK, CA, 91756 | US Mail (1st Class) |
| 52199 | SOUTHWEST GAS CORPORATION, PO BOX 98890, LAS VEGAS, NV, 89150 | US Mail (1st Class) |

OSH

**Exhibit D - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52199 | SPRINT, 6200 SPRINT PARKWAY, OVERLAND PARK, KS, 66251 | US Mail (1st Class) |
| 52199 | SUBURBAN PROPANE, ONE SUBURBAN PLAZA, 240 ROUTE 10 WEST, PO BOX 206, WHIPPANY, NJ, 07981-0206 | US Mail (1st Class) |
| 52199 | SUREWEST COMMUNICATIONS, PO BOX 30697, LOS ANGELES, CA, 90030-0697 | US Mail (1st Class) |
| 52199 | THE GAS COMPANY/2007, PO BOX 2007, MONTEREY PARK, CA, 91756 | US Mail (1st Class) |
| 52199 | TUALATIN VALLEY WATER DISTRICT, PO BOX 8996, VANCOUVER, WA, 98668-8996 | US Mail (1st Class) |
| 52199 | TUOLUMNE UTILITIES DISTRICT, 18885 NUGGET BLVD, SONORA, CA, 95370 | US Mail (1st Class) |
| 52199 | TURLOCK IRRIGATION DISTRICT, PO BOX 819007, TURLOCK, CA, 95381-9007 | US Mail (1st Class) |
| 52199 | VACAVILLE SANITARY SERVICE, PO BOX 60759, LOS ANGELES, CA, 90060 | US Mail (1st Class) |
| 52199 | VALENCIA WATER COMPANY,CA, PO BOX 515106, LOS ANGELES, CA, 90051-5106 | US Mail (1st Class) |
| 52199 | VAN UNEN/MIERSMA PROPANE INC., 20504 S HWY 99, FRONTAGE ROAD, RIPON, CA, 95366 | US Mail (1st Class) |
| 52199 | VERIZON WIRELESS, LEGAL & EXTERNAL AFFAIRS DEPT , ONE VERIZON WAY, VC52S401, ATTN: HQ LEGAL - B2B, CONTRACT ADMINISTRATION, BASKING RIDGE, NJ, 07920-1097 | US Mail (1st Class) |
| 52199 | WASTE CONNECTIONS CNTRL VALLEY, PO BOX 60248, LOS ANGELES, CA, 90060-0248 | US Mail (1st Class) |
| 52199 | WASTE MANAGEMENT, PO BOX 60248, LOS ANGELES, CA, 90060-0248 | US Mail (1st Class) |
| 52199 | WASTE MANAGEMENT, PO BOX 541065, LOS ANGELES, CA, 90054-1065 | US Mail (1st Class) |
| 52199 | WASTE MANAGEMENT OF ALAMEDA COUNTY, PO BOX 541065, LOS ANGELES, CA, 90054-1065 | US Mail (1st Class) |
| 52199 | WASTE MANAGEMENT OF ALAMEDA COUNTY, PO BOX 541065, LOS ANGELES, CA, 90054 | US Mail (1st Class) |
| 52199 | WASTE MANAGEMENT OF ORANGE COUNTY, PO BOX 541065, LOS ANGELES, CA, 90054-1065 | US Mail (1st Class) |
| 52199 | WASTE MANAGEMENT OF WOODLAND, 1324 PADDOCK PLACE, WOODLAND, CA, 95776 | US Mail (1st Class) |
| 52199 | WATSONVILLE CITY WATER DEPT, PO BOX 149, WATSONVILLE, CA, 95077-0149 | US Mail (1st Class) |
| 52199 | WESTBOROUGH WATER DISTRICT, PO BOX 2747, SOUTH SAN FRANCISCO, CA, 94083-2747 | US Mail (1st Class) |

**Subtotal for this group: 166**

OSH

# EXHIBIT E

**Exhibit E - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 52203 | BANK OF AMERICA, CHRISTINE SCOTT, 100 FEDERAL ST., 9TH FLOOR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 52203 | BANK OF AMERICA, DAWN WOJNAROWSKI, 901 MAIN STREET, 7TH FLOOR, DALLAS, TX, 75202 | US Mail (1st Class) |
| 52203 | CHOATE, HALL & STEWART LLP, (RE· BANK OF AMERICA), KEVIN J SIMARD, TWO INTERNATIONAL PLACE, BOSTON, MA, 02110 | US Mail (1st Class) |
| 52203 | PINNACLE BANK, STEPHAN PENN, ONE FINANCIAL PARKWAY, LOCATOR Z1-YB42-03-01, KALAMAZOO, MI, 49009 | US Mail (1st Class) |
| 52203 | WELLS FARGO BANK, 707 WILSHIRE BLVD, 13TH FLOOR, LOS ANGELES, CA, 90017 | US Mail (1st Class) |
| 52203 | WELLS FARGO BANK, JASON SEARLE, ONE BOSTON PLACE, 18TH FLOOR, BOSTON, MA, 02108 | US Mail (1st Class) |

**Subtotal for this group: 6**

OSH

# EXHIBIT F

**Exhibit F - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52200 | ACE AMERICAN INSURANCE COMPANY, 436 WALNUT STREET, PHILADELPHIA, PA, 19106 | US Mail (1st Class) |
| 52200 | ACE AMERICAN INSURANCE COMPANY, 436 WALNUT STREET, PO BOX 1000, PHILADELPHIA, PA, 19106-3703 | US Mail (1st Class) |
| 52200 | ACE COMPANIES, ACE USA PROPERTY & CASUALTY, CENTRALIZED OPERATIONS, 1 BEAVER VALLEY ROAD, WILMINGTON, DE, 19803 | US Mail (1st Class) |
| 52200 | ACE INA EXCESS & SURPLUS, INSURANCE SERVICES, INC., 455 MARKET STREET, SUITE 520, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 52200 | ACE RISK MANAGEMENT, PART OF ACE USA, 455 MARKET STREET, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 52200 | AFFILIATED FM INSURANCE COMPANY, PO BOX 7500, JOHNSTON, RI, 02919 | US Mail (1st Class) |
| 52200 | AFFILIATED FM INSURANCE COMPANY, ATT: RICHARD SUNNY, 100 PRINGLE AVE., STE 400, WALNUT CREEK, CA, 94596 | US Mail (1st Class) |
| 52200 | AFFILIATED FM INSURANCE COMPANY, ATT: ROBERT M ROGERS, PE, 100 PRINGLE AVE., STE 400, WALNUT CREEK, CA, 94596 | US Mail (1st Class) |
| 52200 | AXIS FINANCIAL INSURANCE SOLUTIONS, CONNELL CORPORATE PARK, 300 CONNELL DRIVE, PO BOX 357, BERKELEY HEIGHTS, NJ, 07922-0357 | US Mail (1st Class) |
| 52200 | CATLIN INSURANCE COMPANY, INC , 2880 POST OAK BOULEVARD, SUITE 4050, HOUSTON, TX, 77056 | US Mail (1st Class) |
| 52200 | CATLIN INSURANCE COMPANY, INC., 3340 PEACHTREE ROAD N E, TOWER PLACE 100, SUITE 2950, ATLANTA, GA, 30326 | US Mail (1st Class) |
| 52200 | CNA GLOBAL SPECIALTY LINES, PO BOX 8317, CHICAGO, IL, 60680-8317 | US Mail (1st Class) |
| 52200 | CONTINENTAL CASUALTY COMPANY, 333 SOUTH WABASH AVENUE, CHICAGO, IL, 60604 | US Mail (1st Class) |
| 52200 | FEDERAL INSURANCECOMPANY, CHUBB GROUP OF INSURANCE COMPANIES, 15 MOUNTAIN VIEW ROAD, WARREN, NJ, 07059 | US Mail (1st Class) |
| 52200 | HCC GLOBAL, 8 FOREST PARK DRIVE, FARMINGTON, CT, 06032 | US Mail (1st Class) |
| 52200 | HCC GLOBAL FINANCIAL PRODUCTS, ATTENTION: CLAIMS MANAGER, 8 FOREST PARK DRIVE, FARMINGTON, CT, 06032 | US Mail (1st Class) |
| 52200 | HCC GLOBAL FINANCIAL PRODUCTS LLC, ATTENTION: CLAIMS MANAGER, 8 FOREST PARK DRIVE, FARMINGTON, CT, 06032 | US Mail (1st Class) |
| 52200 | NATIONAL UNION FIRE INSURANCE COMPANY, OF PITTSBURGH, PA., 175 WATER STREET, 18TH FLOOR, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 52200 | PRICE FORBES AND PARTNERS LIMITED, 6TH FLOOR, 2 MINISTER COURT, MINCING LANE, LONDON, EC3R 7PD UNITED KINGDOM | US Mail (1st Class) |
| 52200 | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., ATT: ANNE SCULLY, 5500 TRILLIUM BLVD , STE 301, HOFFMAN ESTATES, IL, 60192 | US Mail (1st Class) |
| 52200 | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., ATT: GENERAL COUNSEL, 1100 RIDGEWAY LOOP ROAD, MEMPHIS, TN, 38120 | US Mail (1st Class) |
| 52200 | WELLS FARGO INS SERVICES USA INC., ATT· JEANNE ADELO, 959 SKYWAY ROAD, 2ND FLR, SAN CARLOS, CA, 94070 | US Mail (1st Class) |
| 52200 | WELLS FARGO INSURANCE, 959 SKYWAY ROAD, 2ND FLOOR, SAN CARLOS, CA, 94070 | US Mail (1st Class) |
| 52200 | WELLS FARGO INSURANCE, ATTN. JEANNE ADELO, 959 SKYWAY ROAD, 2ND FLOOR, SAN CARLOS, CA, 94070 | US Mail (1st Class) |
| 52200 | WELLS FARGO INSURANCE SERVICES USA, INC, 45 FREMONT STREET, SUITE 800, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 52200 | WELLS FARGO INSURANCE SERVICES USA, INC, ATT: KRIS MARTIN, 959 SKYWAY ROAD, 2ND FLR, SAN CARLOS, CA, 94070 | US Mail (1st Class) |
| 52200 | WELLS FARGO INSURANCE SERVICES USA, INC., 959 SKYWAY ROAD, SECOND FLOOR, SAN CARLOS, CA, 94070 | US Mail (1st Class) |
| 52200 | WELLS FARGO INSURANCE SERVICES USA, INC.(PLE), 959 SKYWAY ROAD, 2ND FLR, SAN CARLOS, CA, 94070-0000 | US Mail (1st Class) |
| 52200 | XL INSURANCE, SEAVIEW HOUSE, 70 SEAVIEW AVENUE, STAMFORD, CT, 06902-6040 | US Mail (1st Class) |
| 52200 | XL INSURANCE AMERICA, INC., 101 CALIFORNIA STREET, SUITE 1150, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 52200 | XL INSURANCE AMERICA, INC., REGULATORY OFFICE, 505 EAGLEVIEW BOULEVARD, SUITE 100, DEP`T: REGULATORY, EXTON, PA, 19341-0636 | US Mail (1st Class) |

Subtotal for this group: 31

OSH