# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Orchard Supply Hardware Stores Corporation
6450 Via Del Oro
San Jose, CA 95119
  **EIN:** 95–4214109

**Chapter:** 11

*Case No*.: 13–11565–CSS

*NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 6/18/13 was filed on 6/19/13 . The following deadlines apply:

   The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 7/10/13 .

   If a request for redaction is filed, the redacted transcript is due 7/22/13 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 9/17/13 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 6/19/13

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                      Case No. 13-11565-CSS
Orchard Supply Hardware Stores Corporati                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Leslie             Page 1 of 2              Date Rcvd: Jun 19, 2013
                              Form ID: ntcBK           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2013.
db        +Orchard Supply Hardware Stores Corporation,   6450 Via Del Oro,   San Jose, CA 95119-1211
aty       +Daniel M. Simon,   DLA PIPER LLP (US),   203 North LaSalle Street,   19th Floor,
            Chicago, IL 60601-1263
aty       +Richard A. Chesley,   DLA Piper LLP (US),   203 North LaSalle Street,   19th Floor,
            Chicago, IL 60601-1263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2013**                    **Signature:** *Joseph Speetjens*

```
District/off: 0311-1          User: Leslie            Page 2 of 2                   Date Rcvd: Jun 19, 2013
                              Form ID: ntcBK          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2013 at the address(es) listed below:

        BMC Group, Inc.   mjohn@bmcgroup.com
        Dennis A. Meloro    on behalf of Interested Party   Wells Fargo Bank, National Association, as Supplemental Term Loan Agent under the prepetition and post-petition credit facilities melorod@gtlaw.com,    thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
        Donald E. Rothman    on behalf of Interested Party   Wells Fargo, National Association drothman@riemerlaw.com
        Gregory G. Hesse    on behalf of Interested Party   Orchard Supply Company LLC and Lowe's Companies, Inc.  ghesse@hunton.com,   jmoore@hunton.com
        James S. Carr    on behalf of Creditor   National Retail Properties, Inc. KDWBankruptcyDepartment@kelleydrye.com
        James S. Carr    on behalf of Creditor   Regency Centers, L.P. KDWBankruptcyDepartment@kelleydrye.com
        Jennifer Lynn Pruski    on behalf of Creditor   Donahue Schriber Realty Group, LP jpruski@trainorfairbrook.com
        John M. Debbeler    on behalf of Creditor   The Hillman Companies, Inc.  mdebbeler@graydon.com
        Jordan A Lavinsky    on behalf of Creditor   South County Professional Park, Ltd. jlavinsky@hansonbridgett.com
        Karen B. Skomorucha Owens    on behalf of Interested Party   Joint Venture Comprised of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC  kskomorucha@ashby-geddes.com
        Neil Herskowitz    on behalf of Creditor   Riverside Claims LLC  notice@regencap.com
        Robert F. Poppiti, Jr.    on behalf of Interested Party   Gleacher Products Corp., and the Ad Hoc Committee of Certain Senior Secured Term Loan Lenders  bankfilings@ycst.com
        Robert S. Brady    on behalf of Interested Party   Gleacher Products Corp., and the Ad Hoc Committee of Certain Senior Secured Term Loan Lenders  bankfilings@ycst.com
        Steven E. Fox    on behalf of Interested Party   Wells Fargo, National Association sfox@riemerlaw.com,    astumbo@riemerlaw.com;bnizzo@riemerlaw.com;dromanik@riemerlaw.com
        Steven J. Reisman    on behalf of Interested Party   Joint Venture Comprised of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC  sreisman@curtis.com, mchiu@curtis.com;jdrew@curtis.com;athau@curtis.com;kparker@curtis.com;ceilbott@curtis.com;tbarnes@curtis.com;njames@curtis.com;mgallagher@curtis.com;pbuenger@curtis.com
        Steven K. Kortanek    on behalf of Interested Party   Wells Fargo, National Association skortanek@wcsr.com,    klytle@wcsr.com;hsasso@wcsr.com
        Stuart M. Brown    on behalf of Debtor   Orchard Supply Hardware Stores Corporation stuart.brown@dlapiper.com
        Susan E. Kaufman    on behalf of Creditor   South County Professional Park, Ltd. skaufman@coochtaylor.com
        United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

        TOTAL: 19