# UNITED STATES BANKRUPTCY COURT
## District of Delaware

David D. Bird

*Clerk of Court*

824 Market Street, 3rd Floor
Wilmington, DE 19801

*To: Stuart M. Brown*
*DLA Piper LLP (US)*
*919 N. Market Street*
*Suite 1500*
*Wilmington, DE 19801*

*Richard A. Chesley*
*DLA Piper LLP (US)*
*203 North LaSalle Street*
*19th Floor*
*Chicago, IL 60601*

*Daniel M. Simon*
*DLA PIPER LLP (US)*
*203 North LaSalle Street*
*19th Floor*
*Chicago, IL 60601*

**RE:** *Orchard Supply Hardware Stores Corporation 13−11565−CSS*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Tuesday, July 23, 2013** at **1:00 P.M.**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov. Should you want to make changes to this notice, you must contact David D. Bird, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before July 3, 2013 and file the Notice and Certificate of Service with the Court no later than July 10, 2013.

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281–1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Date: 6/20/13

David D. Bird, *Clerk of Court*

(VAN–472)

```
                        United States Bankruptcy Court
                             District of Delaware
In re:                                                    Case No. 13-11565-CSS
Orchard Supply Hardware Stores Corporati                  Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0311-1         User: JudyF               Page 1 of 2              Date Rcvd: Jun 20, 2013
                             Form ID: van472           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
```
db          +Orchard Supply Hardware Stores Corporation,    6450 Via Del Oro,   San Jose, CA 95119-1211
aty         +Daniel M. Simon,    DLA PIPER LLP (US),    203 North LaSalle Street,    19th Floor,
              Chicago, IL 60601-1263
aty         +Richard A. Chesley,    DLA Piper LLP (US),    203 North LaSalle Street,    19th Floor,
              Chicago, IL 60601-1263
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**          **Signature:**  _Joseph Speetjens_

```
District/off: 0311-1          User: JudyF                  Page 2 of 2                  Date Rcvd: Jun 20, 2013
                              Form ID: van472              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2013 at the address(es) listed below:
         BMC Group, Inc.    mjohn@bmcgroup.com
         Brian David Huben    on behalf of Creditor    The Krausz Companies, Inc. brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;patrecia.formeca@kattenlaw.com;dana.thompson@kattenlaw.com
         Brian David Huben    on behalf of Creditor    Financial Management Group c/o Katten Muchin Rosenman
      LLP brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;patrecia.formeca@kattenlaw.com;dana.thompson@kattenlaw.com
         Dennis A. Meloro    on behalf of Interested Party    Wells Fargo Bank, National Association, as
      Supplemental Term Loan Agent under the prepetition and post-petition credit facilities
      melorod@gtlaw.com,    thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
         Donald E. Rothman    on behalf of Interested Party    Wells Fargo, National Association
      drothman@riemerlaw.com
         Dustin Parker Branch    on behalf of Creditor    Fortus Property Group, Inc., c/o Katten Muchin
      Rosenman LLP dustin.branch@kattenlaw.com,
      carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com
         Dustin Parker Branch    on behalf of Creditor    Financial Management Group c/o Katten Muchin
      Rosenman LLP dustin.branch@kattenlaw.com,
      carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com
         Dustin Parker Branch    on behalf of Creditor    The Krausz Companies, Inc.
      dustin.branch@kattenlaw.com,
      carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com
         Gilbert R. Saydah, Jr.    on behalf of Creditor    National Retail Properties, Inc.
      gsaydah@kelleydrye.com
         Gilbert R. Saydah, Jr.    on behalf of Creditor    Regency Centers, L.P. gsaydah@kelleydrye.com
         Gregory G. Hesse    on behalf of Interested Party    Orchard Supply Company LLC and Lowe's
      Companies, Inc. ghesse@hunton.com,    jmoore@hunton.com
         James S. Carr    on behalf of Creditor    National Retail Properties, Inc.
      KDWBankruptcyDepartment@kelleydrye.com
         James S. Carr    on behalf of Creditor    Regency Centers, L.P.
      KDWBankruptcyDepartment@kelleydrye.com
         Jennifer Lynn Pruski    on behalf of Creditor    Donahue Schriber Realty Group, LP
      jpruski@trainorfairbrook.com
         John M. Debbeler    on behalf of Creditor    The Hillman Companies, Inc. mdebbeler@graydon.com
         Jordan A Lavinsky    on behalf of Creditor    South County Professional Park, Ltd.
      jlavinsky@hansonbridgett.com
         Karen B. Skomorucha Owens    on behalf of Interested Party    Joint Venture Comprised of Hilco
      Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC kskomorucha@ashby-geddes.com
         Leigh-Anne M. Raport    on behalf of Interested Party    Joint Venture Comprised of Hilco Merchant
      Resources, LLC and Gordon Brothers Retail Partners, LLC lraport@ashby-geddes.com
         Neil Herskowitz    on behalf of Creditor    Riverside Claims LLC notice@regencap.com
         Neil E. Herman    on behalf of Creditor    Kimco Realty Corporation nherman@morganlewis.com
         Robert F. Poppiti, Jr.    on behalf of Interested Party    Gleacher Products Corp., and the Ad Hoc
      Committee of Certain Senior Secured Term Loan Lenders bankfilings@ycst.com
         Robert L. LeHane    on behalf of Creditor    National Retail Properties, Inc.
      KDWBankruptcyDepartment@kelleydrye.com
         Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P.
      KDWBankruptcyDepartment@kelleydrye.com
         Robert S. Brady    on behalf of Interested Party    Gleacher Products Corp., and the Ad Hoc
      Committee of Certain Senior Secured Term Loan Lenders bankfilings@ycst.com
         Steven E. Fox    on behalf of Interested Party    Wells Fargo, National Association
      sfox@riemerlaw.com,    astumbo@riemerlaw.com;bnizzo@riemerlaw.com;dromanik@riemerlaw.com
         Steven J. Reisman    on behalf of Interested Party    Joint Venture Comprised of Hilco Merchant
      Resources, LLC and Gordon Brothers Retail Partners, LLC sreisman@curtis.com,
      mchiu@curtis.com;jdrew@curtis.com;athau@curtis.com;kparker@curtis.com;ceilbott@curtis.com;tbarnes@curtis.com;njames@curtis.com;mgallagher@curtis.com;pbuenger@curtis.com
         Steven K. Kortanek    on behalf of Interested Party    Wells Fargo, National Association
      skortanek@wcsr.com,    klytle@wcsr.com;hsasso@wcsr.com
         Stuart M. Brown    on behalf of Debtor    OSH Properties LLC stuart.brown@dlapiper.com
         Stuart M. Brown    on behalf of Debtor    Orchard Supply Hardware Stores Corporation
      stuart.brown@dlapiper.com
         Stuart M. Brown    on behalf of Debtor    Orchard Supply Hardware LLC stuart.brown@dlapiper.com
         Susan E. Kaufman    on behalf of Creditor    South County Professional Park, Ltd.
      skaufman@coochtaylor.com
         United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
                                                                                                          TOTAL: 32