**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | * | |
| **ORCHARD SUPPLY HARDWARE STORES CORPORATION, et al.,**[1] | * | Case No. 13-11565 (Chapter 11) |
| | * | (Jointly Administered) |
| **Debtors.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE, REQUEST FOR ENTRY
ON MATRIX, REQUEST FOR SERVICE OF NOTICES
AND OTHER DOCUMENTS, AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), PACCAR Financial Corp. ("PACCAR") hereby appears in the above-captioned case by its counsel, Richard L. Costella and Miles & Stockbridge P.C.  Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

> Richard L. Costella, Esquire
> Miles & Stockbridge P.C.
> 100 Light Street
> Baltimore, Maryland 21202
> Direct Phone:  (410) 385-3440
> Facsimile:  (410) 385-3700
> Email Address: rcostell@milesstockbridge.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone facsimile, or otherwise.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391).  The mailing address of each of the Debtors, solely for purposes of notices and communications is, 6450 Via Del Oro, San Jose, California  95119.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that PACCAR intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which PACCAR is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATE:  June 24, 2013

/s/ Richard L. Costella
Richard L. Costella
Federal Bar No. 14095 (Maryland)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Phone: (410) 385-3440
Facsimile: (410) 385-3700
Email: rcostell@milesstockbridge.com

*Counsel for PACCAR Financial Corp.*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2013, a copy of the foregoing Notice of Appearance, Request for Entry on Matrix, Request for Service of Notices and Other Documents, and Reservation of Rights was served electronically on all parties registered to receive electronic noticing in this case via this Court's CM/ECF system.

/s/ Richard L. Costella
Richard L. Costella