## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ORCHARD SUPPLY HARDWARE, <br> STORES CORPORATION, *et al.*, <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) <br> ) Case No. 13-11565 (CSS) <br> ) (Jointly Administered) <br> ) <br> ) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Benjamin Moore & Co., a party in interest, and, pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that the Clerk of this Court enter the following names and addresses on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

| | |
|---|---|
| Jami B. Nimeroff | Mark D. Plevin |
| Brown Stone Nimeroff LLC | Crowell & Moring LLP |
| 901 N. Market Street, Suite 1300 | 275 Battery Street, 23rd Floor |
| Wilmington, DE 19801 | San Francisco, California 94111 |
| Telephone: (302) 428-8142 | Telephone: (415) 986-2800 |
| Facsimile: (302) 351-2744 | Facsimile: (415) 986-2827 |
| jnimeroff@bsnlawyers.com | mplevin@crowell.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed

by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

. **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the rights of Benjamin Moore & Co. (i) to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Benjamin Moore & Co. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: June 25, 2013

Respectfully submitted,

 */s/ Jami B. Nimeroff*
Jami B. Nimeroff
Brown Stone Nimeroff LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
Telephone:  (302) 428-8142
Facsimile:  (302) 351-2744
jnimeroff@bsnlawyers.com

Mark D. Plevin
Crowell & Moring LLP
275 Battery Street, 23rd Floor
San Francisco, California  94111
Telephone:  (415) 986-2800
Facsimile:  (415) 986-2827

*Attorneys for Benjamin Moore & Co.*

**CERTIFICATE OF SERVICE**

I, Jami B. Nimeroff, hereby certify that on this 25th day of June, 2013, I caused to be served a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers upon the following via ECF Notification and first class U.S. Mail:

Stuart M. Brown, Esquire
**DLA Piper LLP (US)**
919 N. Market Street
Suite 1500
Wilmington, DE 19801

Richard A. Chesley, Esquire
Daniel M. Simon, Esquire
**DLA Piper LLP (US)**
203 North LaSalle Street
19th Floor
Chicago, IL 60601

/s/ Jami B. Nimeroff
Jami B. Nimeroff