# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Orchard Supply Hardware Stores Corporation, ) | Case No. 13-11565 (CSS) |
| et al.,[1] ) | |
| ) | (Joint Administration Pending) |
| ) | |
| ) | Related Docket Nos. 87 through 90 |
| Debtors. ) | |

## AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 87 | MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS<br><br>NOTICE OF MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS |
| Docket No. 88 | MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING AND APPROVING THE PERFORMANCE-BASED INCENTIVES FOR KEY EMPLOYEES<br><br>NOTICE OF MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER AUTHORIZING AND APPROVING THE PERFORMANCE-BASED INCENTIVES FOR KEY EMPLOYEES |
| Docket No. 89 | MOTION OF DEBTORS AND DEBTORS IN POSSESSION TO ASSUME EXECUTORY CONTRACTS BETWEEN HILCO MERCHANT RESOURCES, LLC AND ORCHARD SUPPLY HARDWARE, LLC<br><br>NOTICE OF MOTION OF DEBTORS AND DEBTORS IN POSSESSION TO ASSUME EXECUTORY CONTRACTS BETWEEN HILCO MERCHANT RESOURCES, LLC AND ORCHARD SUPPLY HARDWARE, LLC |

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

Docket No. 90  MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF AN UNEXPIRED LEASE WITH METROPOLITAN VIEW PROPERTIES, L.P.

NOTICE OF MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF AN UNEXPIRED LEASE WITH METROPOLITAN VIEW PROPERTIES, L.P.

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. On June 24, 2013, at the direction of DLA Piper (US), proposed counsel for the Debtors and Debtors-In-Possession, the above referenced documents were served on the parties listed in Exhibits A through C via the mode of service indicated thereon:

Exhibit A   Address List regarding Docket Nos. 87 through 90
- Those parties who have requested special notice, the Top Creditors and the Core Group are referenced in Service Lists 52234 and 52235
- The Affected Party is referenced in Service List 52236

Exhibit B   The Affected Parties Address List regarding Docket No. 89

Exhibit C   The Affected Party Address List regarding Docket No. 90

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 25th day of June 2013 at Paramount, California.

_____
James H. Myers

**EXHIBIT A**

# OSH

Total number of parties: 106

### Exhibit A - OSH

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52234 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE· HILCO AND GORDON BROS JOINT VENTURE), AHERRMANN@ASHBY-GEDDES.COM | E-mail |
| 52234 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE· HILCO AND GORDON BROS JOINT VENTURE), KOWENS@ASHBY-GEDDES COM | E-mail |
| 52234 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE: HILCO AND GORDON BROS JOINT VENTURE), LRAPORT@ASHBY-GEDDES.COM | E-mail |
| 52235 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE. HILCO AND GORDON BROS JOINT VENTURE), KAREN SKOMORUCHA OWENS, 500 DELEWARE AVE, 8TH FL, WILMINGTON, DE, 19899-1150 | US Mail (1st Class) |
| 52235 | BIG TIME PRODUCTS, PO BOX 162967, ATLANTA, GA, 30321-2967 | US Mail (1st Class) |
| 52234 | BINDER & MALTER LLP, MICHAEL MALTER/ JULIE ROME-BANKS, (RE: MARDIT PROPERTIES LP), MICHAEL@BINDERMALTER COM | E-mail |
| 52234 | BINDER & MALTER LLP, MICHAEL MALTER/ JULIE ROME-BANKS, (RE· MARDIT PROPERTIES LP), JULIE@BINDERMALTER.COM | E-mail |
| 52235 | BINDER & MALTER LLP, MICHAEL MALTER/ JULIE ROME-BANKS, (RE: MARDIT PROPERTIES LP), 2775 PARK AVENUE, SANTA CLARA, CA, 95050 | US Mail (1st Class) |
| 52235 | BLUE RHINO CORP., PO BOX 31001-1362, PASADENA, CA, 91110-1362 | US Mail (1st Class) |
| 52235 | CALIFORNIA ATTY GENERAL'S OFFICE, CONSUMER LAW SECTION, ATTN: BANKRUPTCY NOTICES, 455 GOLDEN GATE AVENUE, SUITE 11000, SAN FRANCISCO, CA, 94102-7004 | US Mail (1st Class) |
| 52235 | CIBER INC , PO BOX 844140, DALLAS, TX, 75284-4140 | US Mail (1st Class) |
| 52235 | COMMERCE LLC, PO BOX 64384, BALTIMORE, MD, 21264-4384 | US Mail (1st Class) |
| 52234 | COOCH AND TAYLOR, PA, SUSAN E KAUFMAN, ESQ, (RE: SOUTH COUNTY PROFESSIONAL PARK, LTD), SKAUFMAN@COOCHTAYLOR.COM | E-mail |
| 52235 | COOCH AND TAYLOR, PA, SUSAN E. KAUFMAN, ESQ, (RE· SOUTH COUNTY PROFESSIONAL PARK, LTD), THE BRANDYWINE BUILDING, 1000 WEST STREET, 10TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 52235 | CORONA CLIPPER COMPANY IN., 22440 TEMESCAL CANYON RD., CORONA, CA, 92883-4103 | US Mail (1st Class) |
| 52234 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE: HILCO AND GORDON BROS JOINT VENTURE), SREISMAN@CURTIS COM | E-mail |
| 52234 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE· HILCO AND GORDON BROS JOINT VENTURE), CGIGLIO@CURTIS COM | E-mail |
| 52235 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE HILCO AND GORDON BROS JOINT VENTURE), 101 PARK AVE, NEW YORK, NY, 10178-0061 | US Mail (1st Class) |
| 52235 | DBA COLORAMA WHOLESALE NU, RICHARD W WILSON, 1025 NORTH TODD AVENUE, AZUSA, CA, 91702 | US Mail (1st Class) |
| 52235 | DECHERT LLP, ATTN: MICHAEL J SAGE, ESQ, (RE: COUNSEL PRE-PETITION TERM AGENT), 1095 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 52235 | DECHERT LLP, ATTN. MICHAEL J SAGE, ESQ, (RE: SENIOR SECURED TERM LOAN LENDERS), 1095 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 52234 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE· APPEARING PARTIES), STEPHEN WOLPERT@DECHERT COM | E-mail |
| 52234 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE: APPEARING PARTIES), MICHAEL.SAGE@DECHERT.COM | E-mail |
| 52235 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE: APPEARING PARTIES), 1095 AVENUE OF THE AMERICA, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 52235 | DELAWARE STATE TREASURY, 820 SILVER LAKE BLVD., SUITE 100, DOVER, DE, 19904 | US Mail (1st Class) |
| 52234 | DLA PIPER LLP, CHUN I JANG, (RE: COUNSEL TO THE DEBTORS), CHUN.JANG@DLAPIPER.COM | E-mail |
| 52235 | DLA PIPER LLP, CHUN I JANG, (RE· COUNSEL TO THE DEBTORS), 203 N LASALLE STREET, SUITE 1900, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 52234 | DLA PIPER LLP, DANIEL M. SIMON, (RE· COUNSEL TO THE DEBTORS), DANIEL.SIMON@DLAPIPER.COM | E-mail |
| 52234 | DLA PIPER LLP, RICHARD A CHESLEY, (RE COUNSEL TO THE DEBTORS), RICHARD.CHESLEY@DLAPIPER.COM | E-mail |
| 52234 | DLA PIPER LLP, STUART M. BROWN, (RE: COUNSEL TO THE DEBTORS), STUART.BROWN@DLAPIPER.COM | E-mail |

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52235 | EXCEL GARDEN PRODUCTS, 851 VINTAGE AVE, ONTARIO, CA, 91764-5391 | US Mail (1st Class) |
| 52235 | FIRST ALERT, DBA LEHIGH GROUP, 5558 RELIABLE PARKWAY, CHICAGO, IL, 60686-0055 | US Mail (1st Class) |
| 52235 | GENERAL ELECTRIC COMPANY, ACCT GE LIGHTING, 2267 COLLECTIONS CENTER D, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 52235 | GLEACHER PRODUCTS CORP, ATTN: CHRISTOPHER CAPEZUTI, (RE: SENIOR SECURED TERM LOAN), 1290 AVENUE OF THE AMERICAS, 5TH FL, NEW YORK, NY, 10104 | US Mail (1st Class) |
| 52234 | GRAYDON HEAD & RITCHEY LLP, J. MICHAEL DEBBELER, (RE: THE HILLMAN COMPANIES, INC), MDEBBELER@GRAYDON.COM | E-mail |
| 52235 | GRAYDON HEAD & RITCHEY LLP, J MICHAEL DEBBELER, (RE: THE HILLMAN COMPANIES, INC), 1900 FIFTH THIRD CENTER, 511 WALNUT STREET, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 52234 | GREENBERG TRAURIG LLP, DENNIS A MELORO, (RE: WELLS FARGO BANK, NA), MELOROD@GTLAW.COM | E-mail |
| 52235 | GREENBERG TRAURIG LLP, DENNIS A MELORO, (RE WELLS FARGO BANK, NA), THE NEMOURS BUILDING, 1007 N ORANGE STREET, STE 1200, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 52234 | GREENBERG TRAURIG LLP, JEFFREY M WOLF, (RE: WELLS FARGO BANK, NA), WOLFJE@GTLAW.COM | E-mail |
| 52235 | GREENBERG TRAURIG LLP, JEFFREY M WOLF, (RE: WELLS FARGO BANK, NA), ONE INTERNATIONAL PLACE, BOSTON, MA, 02110 | US Mail (1st Class) |
| 52235 | H D HUDSON MANUFACTURING, 31004 NETWORK PLACE, CHICAGO, IL, 60673-1310 | US Mail (1st Class) |
| 52235 | HANGZHOU GREAT STAR IND., NO. 35 JIU HUAN RD, JIU BAO, HANGZHOU, CHINA | US Mail (1st Class) |
| 52234 | HANSON BRIDGETT LLP, JORDAN A. LAVINSKY, ESQ, (RE: SOUTH COUNTY PROFESSIONAL PARK, LTD), JLAVINSKY@HANSONBRIDGETT COM | E-mail |
| 52235 | HANSON BRIDGETT LLP, JORDAN A. LAVINSKY, ESQ, (RE. SOUTH COUNTY PROFESSIONAL PARK, LTD), 425 MARKET STREET, 26TH FLOOR, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 52235 | HILLMAN GROUP INC , PO BOX 532582, ATLANTA, GA, 30353-2582 | US Mail (1st Class) |
| 52235 | HONG KONG SUNRISE TRADING CO , 319 OATES RD. STE C, MOORESVILLE, NC, 28117 | US Mail (1st Class) |
| 52234 | HUNTON & WILLIAMS LLP, GREGORY G HESSE & JESSE T. MOORE, (RE: OSH & LOWE'S COMPANIES, INC), GHESSE@HUNTON COM | E-mail |
| 52234 | HUNTON & WILLIAMS LLP, GREGORY G HESSE & JESSE T. MOORE, (RE OSH & LOWE'S COMPANIES, INC), JTMOORE@HUNTON COM | E-mail |
| 52235 | HUNTON & WILLIAMS LLP, GREGORY G. HESSE & JESSE T. MOORE, (RE: OSH & LOWE'S COMPANIES, INC), 1445 ROSS AVENUE, SUITE 3700, DALLAS, TX, 75202-2799 | US Mail (1st Class) |
| 52235 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 2970 MARKET ST, PHILADELPHIA, PA, 19104-5002 | US Mail (1st Class) |
| 52235 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 52235 | JENSEN-BYRD CO INC , DBA JENSEN DISTRIBUTION S, 310-324 W RIVERSIDE AVE., SPOKANE, WA, 99220 | US Mail (1st Class) |
| 52235 | JORDAN MANUFACTURING, 1200 S. SIXTH ST., MONTICELLO, IN, 47960 | US Mail (1st Class) |
| 52234 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE: LANDLORDS), DUSTIN BRANCH@KATTENLAW COM | E-mail |
| 52234 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE: LANDLORDS), BRIAN.HUBEN@KATTENLAW.COM | E-mail |
| 52235 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE: LANDLORDS), 2029 CENTURY PARK EAST, SUITE 2600, LOS ANGELES, CA, 90067-3012 | US Mail (1st Class) |
| 52235 | KAWAHARA NURSERY INC., PO BOX 1358, MORGAN HILL, CA, 95037 | US Mail (1st Class) |
| 52234 | KELLEY DRYE & WARREN LLP, J CARR, R LEHANE, G. SAYDAH, JR, (RE: LANDLORDS), KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | E-mail |
| 52235 | KELLEY DRYE & WARREN LLP, J. CARR, R LEHANE, G. SAYDAH, JR, (RE. LANDLORDS), 101 PARK AVENUE, NEW YORK, NY, 10178 | US Mail (1st Class) |
| 52235 | L&L NURSERY SUPPLY INC , DEPT 0154, LOS ANGELES, CA, 90084-015 | US Mail (1st Class) |
| 52235 | LIBMAN CO, 5167 EAGLE WAY, CHICAGO, IL, 61678-1051 | US Mail (1st Class) |
| 52235 | MAKITA USA INC., PO BOX 513760, LOS ANGELES, CA, 90051-376 | US Mail (1st Class) |
| 52234 | MILES & STOCKBRIDGE PC, RICHARD L. COSTELLA, ESQUIRE, (RE: PACCAR FINANCIAL CORP), RCOSTELL@MILESSTOCKBRIDGE.COM | E-mail |
| 52235 | MILES & STOCKBRIDGE PC, RICHARD L. COSTELLA, ESQUIRE, (RE: PACCAR FINANCIAL CORP), 100 LIGHT STREET, BALTIMORE, MD, 21202 | US Mail (1st Class) |
| 52235 | MILWAUKEE ELECTRIC TOOL, 12069 COLLECTION CENTER D, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 52234 | MORGAN, LEWIS & BOCKIUS LLP, NEIL E HERMAN, ESQ, (RE: KIMCO REALTY CORPORATION), NHERMAN@MORGANLEWIS.COM | E-mail |
| 52235 | MORGAN, LEWIS & BOCKIUS LLP, NEIL E HERMAN, ESQ, (RE. KIMCO REALTY CORPORATION), 101 PARK AVENUE, NEW YORK, NY, 10178-0600 | US Mail (1st Class) |

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52235 | NDS INC., 6228 RELIABLE PARKWAY, CHICAGO, IL, 60686 | US Mail (1st Class) |
| 52235 | OFFICE OF THE US TRUSTEE DELAWARE, 844 KING ST STE 2207, LOCKBOX 35, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 52235 | OREGON STATE ATTORNEY GENERAL, OREGON DEPARTMENT OF JUSTICE, 1162 COURT STREET NE, SALEM, OR, 97301-4096 | US Mail (1st Class) |
| 52235 | PRIME WIRE & CABLE, 75 REMITTANCE DR., STE 6552, CHICAGO, IL, 60675-6562 | US Mail (1st Class) |
| 52235 | QUINN DEVELOPMENT CO., DBA MISSION CONCRETE PROD., 5787 OBATA WAY, GILROY, CA, 95020 | US Mail (1st Class) |
| 52236 | REIMER & BRAUNSTEIN LLP, ATTN DONALD E. ROTHMAN, (RE: COUNSEL FOR LENDERS UNDER PROPOSED DIP), THREE CENTER PLAZA, BOSTON, MA, 02108 | US Mail (1st Class) |
| 52234 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE: SENIOR SECURED CREDIT FACILITY), DROTHMAN@RIEMERLAW.COM | E-mail |
| 52234 | RIEMER & BRAUNSTEIN LLP, ATTN. DONALD E ROTHMAN, ESQ, (RE. COUNSEL FOR THE DIP AGENT), DROTHMAN@RIEMERLAW.COM | E-mail |
| 52234 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE: COUNSEL PRE-PETITION ABL AGENT), DROTHMAN@RIEMERLAW COM | E-mail |
| 52235 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE: SENIOR SECURED CREDIT FACILITY), THREE CENTER PLAZA, BOSTON, MA, 02108 | US Mail (1st Class) |
| 52235 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE: COUNSEL FOR THE DIP AGENT), THREE CENTER PLAZA, BOSTON, MA, 02108 | US Mail (1st Class) |
| 52235 | RIEMER & BRAUNSTEIN LLP, ATTN: DONALD E ROTHMAN, ESQ, (RE: COUNSEL PRE-PETITION ABL AGENT), THREE CENTER PLAZA, BOSTON, MA, 02108 | US Mail (1st Class) |
| 52234 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE: WELLS FARGO BANK, NA), DROTHMAN@RIEMERLAW.COM | E-mail |
| 52234 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE WELLS FARGO BANK, NA), SFOX@RIEMERLAW COM | E-mail |
| 52235 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE: WELLS FARGO BANK, NA), TIMES SQUARE TOWER, SEVEN TIMES SQUARE, STE 2506, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 52235 | RIVERSIDE CLAIMS LLC, PO BOX 626, PLANETARIUM STATION, NEW YORK, NY, 10024 | US Mail (1st Class) |
| 52235 | SEARS BRANDS MANAGEMENT CORP., 2751 MOMENTUM PLACE, LOCKBOX 232751, CHICAGO, IL, 60689-5327 | US Mail (1st Class) |
| 52235 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, P.O. BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 52235 | SECURITIES AND EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 52235 | SECURITIES AND EXCHANGE COMMISSION, ATTN: GEORGE SCANELLOS,REGIONAL DIR, NEW YORK REGIONAL OFFICE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 52235 | SUNCAST CORP., 4297 PAYSPHERE CIRCLE, CHICAGO, IL, 60674 | US Mail (1st Class) |
| 52235 | THE MERCURY NEWS, PO BOX 513120, LOS ANGELES, CA, 90051-1120 | US Mail (1st Class) |
| 52235 | THE SCOTTS COMPANY INC , PO BOX 93211, CHICAGO, IL, 60673-3211 | US Mail (1st Class) |
| 52235 | THE TORO CO , 36346 TREASURY CENTER, CHICAGO, IL, 60694-6300 | US Mail (1st Class) |
| 52234 | TRAINOR FAIRBROOK, JENNIFER L PRUSKI, ESQ, (RE: DONAHUE SCHRIBER REALTY GROUP, LP), JPRUSKI@TRAINORFAIRBROOK.COM | E-mail |
| 52235 | TRAINOR FAIRBROOK, JENNIFER L PRUSKI, ESQ, (RE: DONAHUE SCHRIBER REALTY GROUP, LP), 980 FULTON AVE, SACRAMENTO, CA, 95825 | US Mail (1st Class) |
| 52234 | US ATTORNEYS OFFICE, USADE.ECFBANKRUPTCY@USDOJ.GOV | E-mail |
| 52235 | US ATTORNEYS OFFICE, 1007 N ORANGE ST STE 700, PO BOX 2046, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 52235 | WELLS LAMONT CORP., 6640 W. TOUHY AVENUE, NILES, IL, 60714-4587 | US Mail (1st Class) |
| 52235 | WOODSTREAM, PO BOX 1200, LITITZ, PA, 17543 | US Mail (1st Class) |
| 52234 | YOUNG CONAWAY STARGATT & TAYLOR LLP, R BRADY, ESQ AND R POPPITI, JR, ESQ, (RE. APPEARING PARTIES), BANKFILINGS@YCST.COM | E-mail |
| 52235 | YOUNG CONAWAY STARGATT & TAYLOR LLP, R BRADY, ESQ AND R POPPITI, JR, ESQ, (RE: APPEARING PARTIES), RODNEY SQUARE, 1000 NORTH KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 99**

**EXHIBIT B**

**Exhibit B - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52240 | ASHBY & GEDDES, PA, (RE HILCO MERCHANT RESOURCES LLC), AMANDA HERMANN, LEIGH-ANNE RAPORT,, KAREN SKOMORUCHA OWENS, 500 DELEWARE AVE, 8TH FL, WILMINGTON, DE, 19899-1150 | US Mail (1st Class) |
| 52240 | ASHBY & GEDDES, PA, (RE: HILCO MERCHANT RESOURCES, LLC), AMANDA HERMANN, LEIGH-ANNE RAPORT,, KAREN SKOMORUCHA OWENS, 500 DELEWARE AVE, 8TH FL, WILMINGTON, DE, 19899-1150 | US Mail (1st Class) |
| 52240 | CURTIS MALLET-PREVOST COLT & MOSLE, (RE. HILCO MERCHANT RESOURCES LLC), S REISMAN, ESQ & C GIGLIO, ESQ, 101 PARK AVE, NEW YORK, NY, 10178-0061 | US Mail (1st Class) |
| 52240 | CURTIS MALLET-PREVOST COLT & MOSLE, (RE: HILCO MERCHANT RESOURCES, LLC), S REISMAN, ESQ & C GIGLIO, ESQ, 101 PARK AVE, NEW YORK, NY, 10178-0061 | US Mail (1st Class) |
| 52240 | HILCO MERCHANT RESOURCES LLC, 5 REVERE DR SUITE 206, ATTN LORI HENRY, NORTHBROOK, IL, 60062 | US Mail (1st Class) |
| 52240 | HILCO MERCHANT RESOURCES, LLC, ATTN· IAN FREDERICKS, ONE NORTHBROOK PLACE, 5 REVERE DRIVE, #206, NORTHBROOK, IL, 60062 | US Mail (1st Class) |

**Subtotal for this group: 6**

# EXHIBIT C

**Exhibit C - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 52241 | METROPOLITAN VIEW PROPERTIES, L P, 6399 WILSHIRE BLVD , SUITE 604, LOS ANGELES, CA, 90048-5709 | US Mail (1st Class) |

**Subtotal for this group: 1**