IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
Orchard Supply Hardware Stores Corporation, : Case No. 13-11565 (CSS)
*et al.*,[1] :
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 28, 2013 AT 1:00 P.M. (EDT)

**MATTERS GOING FORWARD:**

1. Emergency Motion of Debtors and Debtors in Possession for Orders Approving Auction Procedures, Agency Agreement, Store Closing Sales and Related Relief [Docket No. 13; Filed 06/17/13].

    **Response/Objection Deadline**: June 28, 2013 at the Hearing.

    **Related Documents:**

    A. Order Approving Auction Procedures, Time, Date and Place of Auction and Sale Hearing and Related Relief [Docket No. 54; Entered 06/18/13].

    B. Auction and Store Closing Sales Notice [Docket No. 70; Filed 06/19/13].

    **Responses Received:** None.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

EAST\56445219.1

**Status:** This matter is scheduled to go forward.

| | |
|---|---|
| Dated: June 26, 2013<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>DLA PIPER LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (IL 6240877)<br>Chun I. Jang (DE 4790)<br>Daniel M. Simon (IL 6297629)<br>DLA PIPER LLP (US)<br>203 N. LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: richard.chesley@dlapiper.com<br>          chun.jang@dlapiper.com<br>          daniel.simon@dlapiper.com<br><br>PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |