**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ORCHARD SUPPLY HARDWARE STORES CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 13-11565 (CSS) <br><br> Jointly Administered |

**APPEARANCE AND REQUEST FOR NOTICES**

NOW COMES Gordon J. Toering of Warner Norcross & Judd LLP and hereby enters his appearance for and on behalf of Chervon (HK) Limited in the above-captioned case. All notices, motions, and pleadings regarding this matter should be served on the undersigned.

Dated: June 26, 2013

/s/ Gordon J. Toering
Gordon J. Toering
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Fax: (616) 222-2185
Email: gtoering@wnj.com
Attorneys for Chervon (HK) Limited

9231316