# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                              : Chapter 11
:
Orchard Supply Hardware Stores Corporation,         : Case No. 13-11565 (CSS)
et al.,[1]                                          :
:                                                     : (Jointly Administered)
            Debtors.                                :
:                                                     : Re: Docket Nos. 18 and 33
---------------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## DANIEL M. SIMON, AS AMENDED

On June 17, 2013 the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion and Order for Admission *Pro Hac Vice* of Daniel M. Simon [Docket No. 18] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

Undersigned counsel moves this Court to enter the Order Granting Motion for Admission Pro Hac Vice of Daniel M. Simon, As Amended, to reflect the representations attached hereto in the Certification By Counsel To Be Admitted Pro Hac Vice, the original of which was inadvertently submitted with reference to another lawyer of DLA Piper LLP (US).

Pursuant to Bankruptcy Court Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice*, as amended, of Daniel M. Simon of DLA Piper LLP (US), 203 North LaSalle Street, Suite 1900, Chicago, IL 60601-1293, to represent Orchard Supply Hardware Stores Corporation, *et al.*, in its capacity as proposed Debtors' counsel, in the above-captioned cases.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

EAST\56480692.3

Date 6/26/13
Docket # 93

Dated: June 26, 2013
      Wilmington, Delaware	**DLA PIPER LLP (US)**

/s/ Stuart M. Brown
Stuart M. Brown (Bar No. 4050)
919 N. Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: 302-468-5700
Facsimile: 302-394-2341
Email: stuart.brown@dlapiper.com

*Proposed Attorneys for Debtors and Debtors-in-Possession*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted as a member in good standing of the Bar of the State of Illinois, and am admitted to practice law in all state courts of the State of Illinois and the United States District Court for the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 26, 2013
Wilmington, Delaware

/s/ Daniel M. Simon
Daniel M. Simon
DLA PIPER LLP (US)
203 North LaSalle Street, 19th Floor
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: daniel.simon@dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice, as amended, is granted.

Date: June 26, 2013

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

EAST\56480692.3