UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE

| | |
|---|---|
| In re:<br><br>Orchard Supply Hardware Stores Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br>(Jointly Administered) |

NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Eleven Western Builders, Inc.**, Attn: Richard Huey, 2862 Executive Place, Escondido, CA 92029 Phone: (760) 796-6346, Fax: (760) 796-6360.

2. **Jordan Manufacturing Company, Inc.**, Attn: David Jordan, 1200 S. 6th Street, Monticello, IN 47960, Phone: (574) 583-6008, Fax: (574) 583-6675.

3. **Kawahara Nurseries, Inc.**, Attn: Josh Kawahara, 698 Burnett Ave., Morgan Hill, CA 95037, Phone: (408) 779-2400, Fax: (408) 779-6850.

4. **National Retail Properties, Inc.**, Attn: Christopher P. Tessitore, 450 South Orange Ave., Suite 900, Orlando, FL 32801, Phone: (407) 650-1115, Fax: (321) 206-2138.

5. **Gina Rondone on behalf of Certified Class**, Attn: Laura M. Cotter, Esq., The Markam Law Firm, 750 B Street, Suite 1950, San Diego, CA 92101, Phone: (619) 399-3995, Fax: (619) 224-3974.

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

DATED: June 26, 2013

Attorney assigned to this Case: Tiiara N. A. Patton, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Chun I. Jang, Esq., Phone: (312) 368-4000, Fax: (312) 236-7516

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.