



Powering Business Worldwide

**Cooper Lighting**
C/O Eaton
Global Trade Credit Dept.
Mail code 3N
1000 Eaton Boulevard
Cleveland, OH 44122

June 18, 2013

<u>Via Overnight Mail</u>

Orchard Supply Hardware Stores Corporation
6450 Via Del Oro
San Jose, CA 95119

RE: Reclamation Demand for Cooper Lighting

Dear Orchard Supply Hardware Stores Corporation:

In the exercise of its rights under Section 2-702(2) of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, Cooper Lighting and all affiliate companies, hereby reclaim from Orchard Supply Hardware Stores Corporation and all affiliate companies and demand immediate return to Cooper Lighting of all goods, products and other property (the "Goods") that have been shipped to or received by Orchard Supply Hardware Stores Corporation from Cooper Lighting as indicated below.

Cooper Lighting further hereby serves notice that it reserves the right to enforce its rights under Section 546(c) of the Bankruptcy Code by filing an adversary complaint for reclamation of the Goods with the Bankruptcy Court and under Section 503(b)(9) of the Bankruptcy Code by filing claims for allowed administrative expenses.

Pursuant to this written demand, Orchard Supply Hardware Stores Corporation holds the Goods subject to Cooper Lighting's right of reclamation and may not incorporate the Goods in any of its manufactured products or otherwise use, sell, transfer or subject the Goods to any liens or encumbrances except as specifically ordered by a bankruptcy court or agreed to by Cooper Lighting.

The Goods being reclaimed were shipped to Orchard Supply Hardware Stores Corporation pursuant to the following unpaid invoices, copies of which are attached.

| Invoice Date | Invoice Number | Purchase Order Number | Amount Due | Date Due |
| --- | --- | --- | --- | --- |
| 5/10/2013 | 916489875 | 1570-20-4469-00 | 8,243.56 | 7/9/2013 |
| 5/20/2013 | 916559927 | 0490-20-9176-00 | 29.60 | 7/19/2013 |
| 5/23/2013 | 916591925 | 1570-20-4583-00 | 6,388.32 | 7/22/2013 |

Page Two
Orchard Supply Hardware Stores Corporation
June 18, 2013



Please provide an accounting of product covered by the invoices listed and confirmation that the goods have been segregated and are on Orchard Supply Hardware Stores Corporation property.

Should you have any questions, please contact me at 440-523-4566 or Sandy Scafaria at 440-523-4161.

Sincerely,

William T. Reiff
Director – Global Trade Credit

cc: U.S. Bankruptcy Court of Delaware
    Office of the U.S. Trustee Delaware
    DLA Piper LLP (Chicago), Attn: Richard A. Chesley, Chun I. Jang, Daniel M. Simon
    DLA Piper LLP (Delaware), Attn: Stuart Brown