# Original Invoice

**COPY**

**COOPER Lighting**
1121 Highway 74 South
Peachtree City, GA 30269
(770) 486-4800

| Please Remit To: | Wire Transfers To: |
| --- | --- |
| Please Send Checks To: | PNC Bank |
| Cooper Lighting PNC Bank | Pittsburgh, PA |
| P.O. Box 640460 | AC # 1000328 |
| Pittsburgh, PA 15264-0460 | ABA # 043000096 |

**Invoice No.**
916489875
**Delivery Note No.**
868271646
**Shipment No.**
19051196
**Order No.**
203918891
**Invoice Date**
05/10/2013
**Quote/Contract No.**

**Bill To:**
ORCHARD SUPPLY HARDWARE
1570
4849 GREENVILLE AVENUE
DALLAS TX  75206
USA

**Sold-To:**
ORCHARD SUPPLY HARDWARE 1570
1570
2650 NORTH MACARTHUR DRIVE
TRACY CA  95376
USA

**Ship-To:**
ORCHARD SUPPLY HARDWARE
1570
2650 N. MACARTHUR DR
TRACY CA  95376
USA

| Date Shipped | Ship-From | Customer No. | Customer P.O./Rel Number | | Curr |
| --- | --- | --- | --- | --- | --- |
| 05/10/2013 | Bloomington, CA (CL) | 33405 | 1570-20-4469-00 | | USD |
| **Carrier** | | **Tracking No.** | | **Delivery** | |
| Customer Arranged Collect Freight | | 249300305 | | CO, FOB PLANT | |

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000020 2 | SNF130L SNF130L SNF-130-LRS-120V-U 1227990 | 40 | 0 | 40 | EA | 11.20 | 448.00 |
| 000030 3 | SNF132R SNF132R SNF-132-120V-REB1-U 1228022 | 60 | 0 | 60 | EA | 11.32 | 679.20 |
| 000040 4 | SSF220 SSF220 SSF-220-LTS-120V-U 1228030 | 30 | 0 | 30 | EA | 12.89 | 386.70 |
| 000050 5 | SNF232R SNF232R SNF-232-120V-REB1-U 1228063 | 20 | 0 | 20 | EA | 13.11 | 262.20 |

Invoice Amount in USD Up to 07/09/2013 without deduction         $8,243.56

**Conditions:**
Payment:  Net 60 Days

Orders are accepted subject to Cooper Lighting terms and conditions of sale which are included or have been provided previously to buyer.


**Cooper Lighting**
1121 Highway 74 South
Peachtree City, GA 30269
(770) 486-4800

# Original Invoice


2 of 3

Invoice No.
916489875

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description<br>Customer Material Number | | | | | | |
| 000080<br>8 | FNF18PC<br>FNF18PC 18W FLUOR FLOOD<br>6624548 | 60 | 0 | 60 | EA | 18.00 | 1,080.00 |
| 000090<br>9 | FW26PC<br>FW26PC 26W FLUOR WALL<br>6624571 | 12 | 0 | 12 | EA | 18.50 | 222.00 |
| 000100<br>10 | 12098399<br>AL6501FL 65W FL D2D BARN LIGHT, COMPACT HOUSING<br>6766208 | 76 | 0 | 76 | EA | 24.00 | 1,824.00 |
| 000120<br>12 | 12245133<br>MS34W MS34 OPP Motion activated floodlight whi<br>6771521 | 66 | 0 | 66 | EA | 8.07 | 532.62 |
| 000140<br>14 | 11845841<br>FE13PCW 13W FLUOR ENTRY<br>6771638 | 18 | 0 | 18 | EA | 13.88 | 249.84 |
| 000150<br>15 | 12135075<br>MS600W MOTION ACTIVATE LOW PROFILE PIR LIGHT<br>6771646 | 54 | 0 | 54 | EA | 9.66 | 521.64 |
| 000160<br>16 | 11979371<br>MS600 MOTION ACTIVATE LOW PROFILE PIR LIGHT<br>6771653 | 20 | 0 | 20 | EA | 9.66 | 193.20 |
| 000170<br>17 | EQ300WL<br>EQ-300-WL 300W QUARTZ HAL Floodlight BRONZE<br>6771851 | 48 | 0 | 48 | EA | 5.94 | 285.12 |
| 000180<br>18 | 11845862<br>MX1 200WATT TWIN HA BRONZE<br>6771885 | 48 | 0 | 48 | EA | 9.13 | 438.24 |

Orders are accepted subject to Cooper Lighting terms and conditions of sale which are included or have been provided previously to buyer.



# Original Invoice

1121 Highway 74 South
Peachtree City, GA 30269
(770) 486-4800

Invoice No.
916489875

COPY    Page 3 of 3

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description  Customer Material Number | | | | | | |
| 000190 | 11845863 | 48 | 0 | 48 | EA | 9.13 | 438.24 |
| 19 | MX1W 200W TWIN HALOG WHITE | | | | | | |
| | 6771893 | | | | | | |
| 000200 | 11845840 | 48 | 0 | 48 | EA | 13.88 | 666.24 |
| 20 | FE13PC 13W FLUOR ENTRY | | | | | | |
| | 6771935 | | | | | | |
| 000201 | MSRU180W | 8 | 0 | 1 | EA | 16.32 | 16.32 |
| 7 | 180 DEG MOT SEN UNIT, WHITE | | | | | | |
| | 6590053 | | | | | | |

If COL ship PP 3rd Party
0-200 lb-UPS Act#6R71A6
201-350 lb-UPS Act 60-125
> 350 lb call 209-833-3159
Use "sticker" if Col

Invoice Amount in USD Up to 07/09/2013 without deduction               $8,243.56

**Conditions:**
Payment: Net 60 Days

Orders are accepted subject to Cooper Lighting terms and conditions of sale which are included or have been provided previously to buyer.

END OF INVOICE

# Original Invoice

COPY                    Page 1 of 1

**COOPER Lighting**
1121 Highway 74 South
Peachtree City, GA 30269
(770) 486-4800

| Please Remit To: | Wire Transfers To: |
|---|---|
| Please Send Checks To: | PNC Bank |
| Cooper Lighting PNC Bank | Pittsburgh, PA |
| P.O. Box 640460 | AC # 1000328 |
| Pittsburgh, PA 15264-0460 | ABA # 043000096 |

**Invoice No.**
916559927
**Delivery Note No.**
868416840
**Shipment No.**
19165705
**Order No.**
203992770
**Invoice Date**
05/20/2013
**Quote/Contract No.**

**Bill To:**
ORCHARD SUPPLY HARDWARE
1570
4849 GREENVILLE AVENUE
DALLAS TX 75206
USA

**Sold-To:**
ORCHARD SUPPLY HARDWARE 490
0490
360 SOUTH CHEROKEE LANE
LODI CA 95240
USA

**Ship-To:**
ORCHARD SUPPLY HARDWARE
0490
360 S. CHEROKEE LANE
LODI CA 95240
USA

| Date Shipped | Ship-From | Customer No. | Customer P.O./Rel Number | | Curr |
|---|---|---|---|---|---|
| 05/20/2013 | Bloomington, CA (CL) | 33405 | 0490-20-9176-00 | | USD |
| Carrier | | Tracking No. | | Delivery | |
| UNITED PARCEL SERVICE | | 1ZE237W60366579130 | | TP, FOB PLANT | |

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000010 | FML26 | 4 | 0 | 4 | EA | 7.40 | 29.60 |
| 1 | FML26 26W FENCE STYLE | | | | | | |
| | 3002276 | | | | | | |

If COL ship PP 3rd Party
0-200 lb-UPS Act#6R71A6
201-350 lb-UPS Act 60-125
> 350 lb call 209-833-3159
Use "sticker" if Col

| Invoice Amount in USD Up to 07/19/2013 without deduction | $29.60 |
|---|---|

**Conditions:**
Payment: Net 60 Days

END OF INVOICE

Orders are accepted subject to Cooper Lighting terms and conditions of sale which are included or have been provided previously to buyer.

# Original Invoice

**COOPER Lighting**

1121 Highway 74 South
Peachtree City, GA 30269
(770) 486-4800

| | |
|---|---|
| Please Remit To: | Wire Transfers To: |
| Please Send Checks To: | PNC Bank |
| Cooper Lighting PNC Bank | Pittsburgh, PA |
| P.O. Box 640460 | AC # 1000328 |
| Pittsburgh, PA 15264-0460 | ABA # 043000096 |

**Invoice No.**
96591925

**Delivery Note No.**
868416843

**Shipment No.**
19169123

**Order No.**
204012433

**Invoice Date**
05/23/2013

**Quote/Contract No.**

**Bill To:**
ORCHARD SUPPLY HARDWARE
1570
4849 GREENVILLE AVENUE
DALLAS TX 75206
USA

**Sold-To:**
ORCHARD SUPPLY HARDWARE 1570
1570
2650 NORTH MACARTHUR DRIVE
TRACY CA 95376
USA

**Ship-To:**
ORCHARD SUPPLY HARDWARE
1570
2650 N. MACARTHUR DR
TRACY CA 95376
USA

| Date Shipped | Ship-From | Customer No. | Customer P.O./Rel Number | Curr |
|---|---|---|---|---|
| 05/23/2013 | Bloomington, CA (CL) | 33405 | 1570-20-4583-00 | USD |

| Carrier | Tracking No. | Delivery |
|---|---|---|
| Customer Arranged Collect Freight | 249301048 | CO, FOB PLANT |

| Item No. / Cust Itm# | Material Number / Catalog Number and Description / Customer Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| 000010 / 1 | SNF120P<br>SNF120P SNF-120-PH-120V-U<br>1227966 | 12 | 0 | 12 | EA | 6.53 | 78.36 |
| 000020 / 2 | SNF132R<br>SNF132R SNF-132-120V-REB1-U<br>1228022 | 12 | 0 | 12 | EA | 11.32 | 135.84 |
| 000030 / 3 | SSF220<br>SSF220 SSF-220-LTS-120V-U<br>1228030 | 12 | 0 | 12 | EA | 12.89 | 154.68 |
| 000040 / 4 | SNF232R<br>SNF232R SNF-232-120V-REB1-U<br>1228063 | 36 | 0 | 36 | EA | 13.11 | 471.96 |

| | |
|---|---|
| Invoice Amount in USD Up to 07/22/2013 without deduction | $6,388.32 |

**Conditions:**
Payment: Net 60 Days

Orders are accepted subject to Cooper Lighting terms and conditions of sale which are included or have been provided previously to buyer.





# Original Invoice

1121 Highway 74 South
Peachtree City, GA  30269
(770) 486-4800

Page 2 of 3

Invoice No.
916591925

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description  Customer Material Number | | | | | | |
| 000050  5 | 12234053  WP232R 4 ft 2 lamp Metalux Economy Wraparound  2783298 | 120 | 0 | 120 | EA | 15.87 | 1,904.40 |
| 000060  6 | MSRU180W  MSRU180W 180 DEG MOT SEN UNIT, WHITE  6590053 | 8 | 0 | 8 | EA | 16.32 | 130.56 |
| 000070  7 | FNF18PC  FNF18PC 18W FLUOR FLOOD  6624548 | 24 | 0 | 24 | EA | 18.00 | 432.00 |
| 000080  8 | 12098399  AL6501FL  65W FL D2D BARN LIGHT, COMPACT HOUSING  6766208 | 24 | 0 | 24 | EA | 24.00 | 576.00 |
| 000090  9 | 12245133  MS34W MS34 OPP Motion activated floodlight whi  6771521 | 192 | 0 | 192 | EA | 8.07 | 1,549.44 |
| 000100  10 | GP500WL  GP-500-WL 500W QUARTZ HAL  6771620 | 12 | 0 | 12 | EA | 7.81 | 93.72 |
| 000110  11 | 11845841  FE13PCW 13W FLUOR ENTRY  6771638 | 12 | 0 | 12 | EA | 13.88 | 166.56 |
| 000120  12 | EQ300WL  EQ-300-WL 300W QUARTZ HAL Floodlight BRONZE  6771851 | 24 | 0 | 24 | EA | 5.94 | 142.56 |
| 000130  13 | 11845862  MX1 200WATT TWIN HA BRONZE  6771885 | 12 | 0 | 12 | EA | 9.13 | 109.56 |

Orders are accepted subject to Cooper Lighting terms and conditions of sale which are included or have been provided previously to buyer.



# Original Invoice

1121 Highway 74 South
Peachtree City, GA 30269
(770) 486-4800

Invoice No.
916591925



Page 3 of 3

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description<br>Customer Material Number | | | | | | |
| 000140 | 11845863 | 12 | 0 | 12 | EA | 9.13 | 109.56 |
| 14 | MX1W 200W TWIN HALOG WHITE<br>6771893 | | | | | | |
| 000150 | 11845840 | 24 | 0 | 24 | EA | 13.88 | 333.12 |
| 15 | FE13PC 13W FLUOR ENTRY<br>6771935 | | | | | | |

If COL ship PP 3rd Party
0-200 lb-UPS Act#6R71A6
201-350 lb-UPS Act 60-125
> 350 lb call 209-833-3159
Use "sticker" if Col

| | |
|---|---|
| Invoice Amount in USD Up to 07/22/2013 without deduction | $6,388.32 |

**Conditions:**
Payment:  Net 60 Days

Orders are accepted subject to Cooper Lighting terms and conditions of sale which are included or have been provided previously to buyer.
END OF INVOICE