# Original Invoice

**COOPER Bussmann**
North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

Please Remit To:
Bussmann Division
P.O. Box 676301
Dallas, TX
75267-6301  USA

**Invoice No.**
916598039
**Delivery Note No.**
868456160
**Shipment No.**
19195670
**Order No.**
204002362
**Invoice Date**
05/23/2013
**Quote/Contract No.**

**Bill To:**
ORCHARD SUPPLY HARDWARE
1570
4849 GREENVILLE AVENUE
DALLAS TX  75206
USA

**Sold-To:**
ORCHARD SUPPLY HARDWARE 1570
1570
2650 NORTH MACARTHUR DRIVE
TRACY CA  95376
USA

**Ship-To:**
ORCHARD SUPPLY HARDWARE 1570
1570
2650 NORTH MACARTHUR DRIVE
TRACY CA  95376
USA

| Date Shipped | Ship-From | Customer No. | Customer P.O./Rel Number | Curr |
|---|---|---|---|---|
| 05/23/2013 | Ellisville, MO CDC (CBU) | 33405 | 1570-20-4570-00 | USD |

| Carrier | Tracking No. | Delivery |
|---|---|---|
| UNITED PARCEL SERVICE | 1Z6661320315367526 | PP2, PLANT |

| Item No. Cust Itm# | Material Number Catalog Number and Description Customer Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| 000010 1 | BP-FRN-R-15 BP/FRN-R-15 FUSETRON DUAL ELEMENT FUS 6560437 8536100040 MX    Other. | 40 | 0 | 40 | EA | 3.81 | 152.40 |

Invoice Amount in USD if paid by  06/10/2013

$    1,360.85                        2.00% discount of $27.21      Total amount     1,333.64

**Invoice Amount in USD due 06/25/2013**                                                                       $1,360.85

**Conditions:**
Payment:  2% 10th Prox, Net 25th Prox


North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

# Original Invoice



Page 2 of 5

Invoice No.
916598039

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000020 2 | BP-FRN-R-30 BP/FRN-R-30 FUSETRON DUAL ELEMENT FUS 6560452 8536100040 MX    Other. | 120 | 0 | 120 | EA | 3.81 | 457.20 |
| 000030 3 | BP-AGC-1-2-RP BP/AGC-1/2-RP BUSS SMALL DIMENSION FUSE 6560551 8536100020 TW    Glass cartridge. | 75 | 0 | 75 | EA | 0.86 | 64.50 |
| 000040 4 | BP-AGC-2-1-2-RP BP/AGC-2-1/2-RP BUSS SMALL DIMENSION FUSE 6560593 8536100020 TW    Glass cartridge. | 30 | 0 | 30 | EA | 0.62 | 18.60 |



North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

# Original Invoice



Page 3 of 5

Invoice No.
916598039

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000050 5 | BP-MDL-1-2 BP/MDL-1/2 BUSS SMALL DIMENSION FUSE 6560635 8536100020 US    Glass cartridge. | 20 | 0 | 20 | EA | 2.14 | 42.80 |
| 000060 6 | BP-SSU BP/SSU FUSETRON BOX COVER UNIT 6560775 8537109070 MX    Other: Other.. | 15 | 0 | 15 | EA | 6.49 | 97.35 |
| 000080 8 | BP-GMA-5A BP/GMA-5A BP FAST ACTING FUSE 6636955 8536100020 CN    Glass cartridge. | 120 | 0 | 120 | EA | 1.31 | 157.20 |


**COOPER Bussmann**
North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

# Original Invoice


Page 4 of 5

Invoice No.
916598039

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description<br>Customer Material Number | | | | | | |
| 000090<br>9 | BP-SC-20<br>BP/SC-20 MIDGET FUSE<br>6636971<br>8536100040 US    Other. | 20 | 0 | 20 | EA | 5.30 | 106.00 |
| 000100<br>10 | BP-FNM-30<br>BP/FNM-30 DUAL ELEMENT FUSE<br>6913537<br>8536100040 MX    Other. | 20 | 0 | 20 | EA | 5.51 | 110.20 |
| 000120<br>12 | BP-FRN-R-60ID<br>BP/FRN-R-60ID Blister Pack Indicator RK5 Fuse<br>6913636<br>8536100040 MX    Other. | 10 | 0 | 10 | EA | 9.66 | 96.60 |


**COOPER Bussmann**
North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

# Original Invoice



Page 5 of 5

Invoice No.
916598039

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000130 | BP-MB-20 | 10 | 0 | 10 | EA | 5.80 | 58.00 |
| 13 | BP/MB-20 PLUG TYPE CIRCUIT BREAKER | | | | | | |
| | 7768161 | | | | | | |
| | 8536200040 CN      Other. | | | | | | |

We have released the order as received except
BP-ATC-10
KM-9

obsolete due to no stock available as long card version. All future orders MUST be the new RP package style where applicable. We will be running out of stock on old cards for many items this week. We are not automatically substituting due to change in UPC codes. Please contact your Cooper Bussmann salesperson for additional information.

Requested Ship 20130518

Invoice Amount in USD if paid by 06/10/2013
$   1,360.85                          2.00% discount of $27.21      Total amount    1,333.64

**Invoice Amount in USD due 06/25/2013**                                                      **$1,360.85**

**Conditions:**
Payment:  2% 10th Prox, Net 25th Prox

END OF INVOICE

# Original Invoice

**COOPER Bussmann**
North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

Please Remit To:
Bussmann Division
P.O. Box 676301
Dallas, TX
75267-6301  USA



**Invoice No.**
916575097
**Delivery Note No.**
868419224
**Shipment No.**
19167208
**Order No.**
203962668
**Invoice Date**
05/21/2013
**Quote/Contract No.**

**Bill To:**
ORCHARD SUPPLY HARDWARE
1570
4849 GREENVILLE AVENUE
DALLAS TX  75206
USA

**Sold-To:**
ORCHARD SUPPLY HARDWARE 1570
1570
2650 NORTH MACARTHUR DRIVE
TRACY CA  95376
USA

**Ship-To:**
ORCHARD SUPPLY HARDWARE
1570
000000 2650 N. MACARTHUR DR
TRACY CA  95376
USA

| Date Shipped | Ship-From | Customer No. | Customer P.O./Rel Number | Curr |
|---|---|---|---|---|
| 05/21/2013 | Ellisville, MO CDC (CBU) | 33405 | 1570-20-4419-00 | USD |

| Carrier | Tracking No. | Delivery |
|---|---|---|
| UNITED PARCEL SERVICE | 1Z6661320315316527 | PP2, PLANT |

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000010 | HEF-2 | 120 | 0 | 120 | EA | 1.86 | 223.20 |
| 1 | HEF-2 BUSS ASSORTMENT | | | | | | |
| | 6030431 | | | | | | |
| | 8536100020 TW      Glass cartridge. | | | | | | |

Invoice Amount in USD if paid by  06/10/2013
$     2,389.75                    2.00% discount of $47.79       Total amount     2,341.96

**Invoice Amount in USD due 06/25/2013**                                                                $2,389.75

**Conditions:**
Payment:  2% 10th Prox, Net 25th Prox



North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

# Original Invoice



Page 2 of 5

Invoice No.
916575097

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000020 2 | BP-TL-15 BP/TL-15 TRON TIME DELAY PLUG FUSE 6560205 8536100040 MX    Other. | 120 | 0 | 120 | EA | 1.97 | **236.40** |
| 000030 3 | BP-TL-20 BP/TL-20 TRON TIME DELAY PLUG FUSE 6560213 8536100040 MX    Other. | 120 | 0 | 120 | EA | 1.97 | **236.40** |
| 000040 4 | BP-TL-30 BP/TL-30 TRON TIME DELAY PLUG FUSE 6560239 8536100040 MX    Other. | 120 | 0 | 120 | EA | 1.97 | **236.40** |



**Original Invoice**



Page 3 of 5

North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

Invoice No.
916575097

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000050 | BP-FRN-R-20 | 120 | 0 | 120 | EA | 3.81 | 457.20 |
| 5 | BP/FRN-R-20 FUSETRON DUAL ELEMENT FUSE | | | | | | |
| | 6560445 | | | | | | |
| | 8536100040 MX      Other. | | | | | | |
| 000060 | BP-FRN-R-30 | 120 | 0 | 120 | EA | 3.81 | 457.20 |
| 6 | BP/FRN-R-30 FUSETRON DUAL ELEMENT FUS | | | | | | |
| | 6560452 | | | | | | |
| | 8536100040 MX      Other. | | | | | | |
| 000070 | BP-ABC-15 | 120 | 0 | 120 | EA | 1.57 | 188.40 |
| 7 | BP/ABC-15 BUSS SMALL DIMENSION FUSE | | | | | | |
| | 6560544 | | | | | | |
| | 8536100040 CN      Other. | | | | | | |



**COOPER Bussmann**
North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

# Original Invoice

Page 4 of 5

Invoice No.
916575097

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description<br>Customer Material Number | | | | | | |
| 000090<br>9 | BP-MDL-1-2<br>BP/MDL-1/2 BUSS SMALL DIMENSION FUSE<br>6560635<br>8536100020 US    Glass cartridge. | 10 | 0 | 10 | EA | 2.14 | 21.40 |
| 000110<br>11 | BP-HRK-RP<br>BP/HRK-RP BUSS FUSE H. SD 1A3406<br>6560841<br>8536908085 MX    Other. | 120 | 0 | 120 | EA | 0.96 | 115.20 |
| 000120<br>12 | BP-GMA-5A<br>BP/GMA-5A BP FAST ACTING FUSE<br>6636955<br>8536100020 CN    Glass cartridge. | 120 | 0 | 120 | EA | 1.31 | 157.20 |



**COOPER Bussmann**
North America Electrical
114 Old State Road
Ellisville, Missouri 63021
(636) 394-2877

# Original Invoice

Invoice No.
916575097



Page 5 of 5

| Item No. | Material Number | Quantity Ordered | Back Order | Quantity Shipped | UOM | Price | Value |
|---|---|---|---|---|---|---|---|
| Cust Itm# | Catalog Number and Description Customer Material Number | | | | | | |
| 000130 | BP-SC-20 | 10 | 0 | 10 | EA | 5.30 | 53.00 |
| 13 | BP/SC-20 MIDGET FUSE | | | | | | |
| | 6636971 | | | | | | |
| | 8536100040 US    Other. | | | | | | |
| 000140 | BP-ATC-5ID | 5 | 0 | 5 | EA | 1.55 | 7.75 |
| 14 | BP/ATC-5ID ATC-5ID easyID FUSE | | | | | | |
| | 6913594 | | | | | | |
| | 8536100040 TW    Other. | | | | | | |

We have released the order as received except
BP-ATM-15
BPAGC-1/2
UK-6
obsolete due to no stock available as long card version. All future orders MUST be the new RP package style where applicable. We are not automatically substituting due to change in UPC codes. Please contact your Cooper Bussmann salesperson for additional information.

Requested Ship 20130417

| Invoice Amount in USD if paid by 06/10/2013 | | | |
|---|---|---|---|
| $    2,389.75 | 2.00% discount of $47.79 | Total amount    2,341.96 | |
| Invoice Amount in USD due 06/25/2013 | | | $2,389.75 |

**Conditions:**
Payment:  2% 10th Prox, Net 25th Prox

**END OF INVOICE**