**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                                :
In re:                                                          : Chapter 11
                                                                :
Orchard Supply Hardware Stores Corporation,                     : Case No. 13-11565 (CSS)
et al.,[1]                                                      :
                                                                : (Jointly Administered)
            Debtors.                                            :
                                                                : **Re: Dkt. No. 15 & 155**
---------------------------------------------------------------x

**NOTICE OF SALE PROCEDURES,
AUCTION DATE AND SALE HEARING**

**PLEASE TAKE NOTICE** that on June 17, 2013, the above-captioned debtors and debtors in possession (the "Debtors") filed the Motion of the Debtors and Debtors in Possession Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code for an Order (i)(a) Approving Procedures in Connection With the Sale of Certain of the Substantially all of the Debtors' Assets; (b) Approving the Stalking Horse Protections; (c) Approving the Sale Support Agreement; (d) Scheduling Related Auction and Hearing to Consider Approval of Sale; (e) Approving Procedures Related to the Assumption of Certain of the Debtors' Executory Contracts and Unexpired Leases; (f) Approving the Form and Manner of Notice Thereof; and (g) Granting Related Relief; and (ii)(a) Authorizing the Sale of Substantially all of the Debtors' Assets Pursuant to the Successful Bidder's Asset Purchase Agreement Free and Clear of Liens, Claims, Encumbrances, and Other Interests (b) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (c) Granting Related Relief (the "Motion")[2] The Debtors seek, among other things, to sell certain tangible and intangible assets related to the business (the "Purchased Assets") of the Debtors that own Purchased Assets to the successful bidder (the "Successful Bidder"), at an auction free and clear of all liens, claims, encumbrances and other interests pursuant to sections 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on July 8, 2013, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving the Motion and the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the Sale of the Purchased Assets, including those set forth below:

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

| | |
|---|---|
| August 9, 2013 @ 4:00 p.m. (EDT) | Objection Deadline for (i) Objections to Sale (ii) Cure Objections and (iii) Adequate Assurance Objections |
| August 14, 2013 @ 10:00 a.m. (EDT) | Auction Date |
| August 19, 2013 @ 12:00 p.m. (EDT) | Deadline for Counterparties to Executory Contracts and Unexpired Leases to File Assignment Objections in the Event the Stalking Horse Purchaser is not the Successful Bidder |
| August 20, 2013 @ 3:00 p.m. (EDT) | Hearing to Approve Sale |

All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures. To the extent that there are any inconsistencies between the Bidding Procedures Order (including the Bidding Procedures) and the summary description of its terms and conditions contained in this Notice, the terms of the Bidding Procedures Order shall control.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, an auction (the "Auction") to sell the Purchased Assets will be conducted on August 14, 2013, starting at 10:00 a.m. (prevailing Eastern Time) (the "Auction Date") at the offices of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, or such other location as shall be timely communicated to all entities entitled to attend the Auction.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors shall, no later than two (2) business days following selection of the Successful Bidder, serve notice of the identity of the Successful Bidder to all counterparties of executory contracts and unexpired leases to be assumed and assigned to the Successful Bidder by fax, email or, if neither is available, overnight mail. Any counterparties of executory contracts and unexpired leases may request fax or email notice from the Debtors by providing such contact information to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Purchased Assets to the Successful Bidder (the "Sale Hearing") before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom #6, on August 20, 2013 at 3:00 p.m. (prevailing Eastern Time), or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing. Objections to the Sale shall be filed and served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on August 16, 2013 by: (i) counsel to the Debtors: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, Illinois 60601 (Attn: Richard A. Chesley, Esq. (richard.chesley@dlapiper.com)); (ii) counsel to the Stalking Horse Purchaser: Hunton & Williams, LLP, 1445 Ross Avenue, Suite 3700, Dallas, Texas 75202, Attention: Gregory G. Hesse (ghesse@hunton.com)); (iii) counsel to the DIP Lender: Riemer & Braunstein LLP, 3

Center Plaza, Boston, Massachusetts 02108 (Attn: Donald E. Rothman (drothman@riemerlaw.com)); (iv) counsel to the Term Administrative Agent and steering committee of lenders under the Senior Secured Term Loan: Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036 (Attn: Michael J. Sage (michael.sage@dechert.com) and Scott M. Zimmerman (scott.zimmerman@dechert.com)); (v) counsel to the Committee: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford Sandler (bsandler@pszjlaw.com) and John Fiero (jfiero@pszjlaw.com)), fax: 302-652-4400; and (vi) the Office of the United States Trustee: U.S. Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware, 19899-0035 (Attn: Tiiara Patton, Esq. (tiiara.patton@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE** that this Notice of the Auction and Sale Hearing is subject to the full terms and conditions of the Motion, Bidding Procedures Order and Bidding Procedures, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. A copy of the Motion, Bidding Procedures and/or Bidding Procedures Order may be obtained from BMC Group, Inc., Attn: OSH Claims Processing, PO Box 3020, Chanhassen, MN 55317-3020, by calling the following toll-free number: (888) 909-0100, or by visiting www.bmcgroup.com/OSH.

Dated: July 9, 2013
Wilmington, Delaware

Respectfully submitted,

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)
DLA PIPER LLP (US)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com

-and-

Richard A. Chesley (IL 6240877)
Chun I. Jang (DE 4790)
Daniel M. Simon (IL 6297629)
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: richard.chesley@dlapiper.com
chun.jang@dlapiper.com
daniel.simon@dlapiper.com

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION