

**ASSEMBLERS INCORPORATED**

www.assemblersinc.net

| Mail to Address: | Ship to Address: | Office: (888) 499-2720 EXT. 111 |
| PO Box 23592 | 7155 Lee Highway, Suite 200 | Fax: (888) 286-8434 |
| Chattanooga, TN 37422 | Chattanooga, TN 37421 | Email: m.peck@assemblersinc.net |

August 1, 2013

United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

In regards to: Orchard Supply Hardware Stores Corporation, et al.
Debtors Chapter 11
Case No. 13-11565 (CSS)
(RE: Dkt. 15 & 155)
**OBJECTION TO CURE AMOUNT – EXECUTORY CONTRACT**

Please be advised:

- That Assemblers, Inc. is counterparty with an Executory Contract and is named on the subject document on Exhibit 1.
- That Assemblers, Inc. hereby objects and disagrees with the cure amount listed on Exhibit 1 as $0.
- That Assemblers, Inc. hereby asserts that the cure amount necessary to satisfy Orchard Supply Hardware Stores obligation as of July 17, 2013 is $3,080.00 which is supported by our invoice #3364012 for assembly services rendered.
- That Assemblers, Inc. hereby attaches an exact copy of our original invoice #3364012 in the amounts of $3,080.00 as evidence supporting our claim.
- That Assemblers, Inc. has and will continue to supply assembly services to Orchard Supply Hardware Stores between July 17, 2013 and the evidentiary hearing scheduled for August 20, 2013. Orchard Supply has notified us to perform these services and to provide Orchard with invoices as we normally would, further that Orchard will honor and pay those invoices. Should Orchard fail to perform as promised, those invoices (the value of which cannot presently be determined) will represent additions to the amount necessary to cure and satisfy Assemblers Inc.

Sincerely,

Mike Peck
Controller

DLA Piper LLP
ATTN: Richard A. Chesley
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Hunton & Williams, LLP
ATTN: Gregory Hesse
1445 Ross Ave., Suite 3700
Dallas, Texas 75202

Riemer & Braunstein LLP
ATTN: Donald E. Rothman
3 Center Plaza
Boston, MA. 02108

Dechert LLP
ATTN: Sage & Zimmerman
1095 Avenue of the Americas
New York, NY 10036

Pachulski Stang Ziehl & Jones
ATTN: Sadler & Fiero
919 North Market Street – 17th Floor
Wilmington, DE 19801

U.S. Trustee
ATTN: Tiiara Patton
844 King Street Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

# Invoice

**Assemblers Inc.**
Suite 200
7155 Lee Highway
Chattanooga, TN 37421
US
Tel:   423-499-2720
Fax:   423-499-2721

**Invoice No**    **Page**
3364012              1
**Invoice date**
6/9/2013

Bill To:
OSH0000-Orchard Supply Hardware
6450 Via Del Oro
San Jose, CA 95119
US

Ship To:
OSH0000-Orchard Supply Hardware
6450 Via Del Oro
San Jose, CA 95119
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 3364012 | 6/9/2013 | OSH0000 | 001 | 99993 AIT |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 3364012 | | | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| GENERIC ASSEMBLY Generic Assembly | 1 | 1 | 3,080.00 | EA | 3,080.00 |

Comments:

Sales amount:           3,080.00
Miscellaneous amount:       0.00
Freight:                    0.00
Sales tax:                  0.00
Subtotal:               3,080.00
Amount Received:            0.00

**Payment terms:** Net 30 Days            **Total amount due:**    **3,080.00**

(C)2003 Exact Software