UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

**ORCHARD SUPPLY HARDWARE STORES CORPORATION, e***t al.*,[1]

Debtors.

---

: Chapter 11
:
: Case No. 13-11565 (CSS)
:
: Jointly Administered
:

**LIMITED OBJECTION OF EXPERIAN MARKETING
SOLUTIONS, INC. TO DEBTORS' NOTICE TO COUNTERPARTIES
TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF
THE SALE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED**

Experian Marketing Solutions, Inc. ("Experian") respectfully submits this limited objection (the "Objection") to the assumption of certain agreements between Experian and Orchard Supply Hardware, for various email marketing services (the "Marketing Services"). In support of its Objection, Experian states as follows:

1. Orchard Supply Hardware Stores Corporation and its affiliated debtors (collectively, the "Debtors") have provided notice to Experian of their intent to assume and assign three agreements with Experian, as follows:

   a. Experian's Standard Terms and Conditions (the "Master Services Agreement"), dated January 14, 2008;

   b. e-Marketing Services Agreement (the "Marketing Agreement"), dated January 16, 2008; and

   c. Experian Statement of Work (the "SOW," and collectively with the Master Services Agreement and the Marketing Agreement, the "Agreements"), dated April 15, 2008. [2]

2. In their notice of their intent to assume and assign the Agreements, the Debtors state that the cure amount is $140,475.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

[2] The SOW is integrated into the Marketing Agreement and the Master Services Agreement.

{EXPERIAN/059/00035673.DOC/}

3. Experian does not contest the Debtors' right to assume and assign the Agreements and their related, integrated schedules and agreements. However, if the Agreements are going to be assumed, the $140,475 cure amount proposed by the Debtors is insufficient to cure all defaults as required under section 365(b)(1)(A) of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"). Consequently, Experian objects to the assumption and assignment of the Agreements, in the absence of payment of all amounts owed under the Agreements. The total amount due under the Agreements at the time the Debtors filed their bankruptcy cases is $268,924.83,[3] which is $128,449.83 more than the cure amount proposed by the Debtors. A Statement of Account detailing the Debtors' outstanding pre-petition accounts payable to Experian, as well as the corresponding invoices are attached hereto as **Group Exhibit B**.

4. The Debtors failed to send the notice of their intent to assume and assign the Agreements to the correct Experian address required for any notices in connection with the Agreements, which address is set forth in the Master Services Agreement. Accordingly, Experian did not receive adequate notice of the Debtors' intent to assume and assign the Agreements.

5. The Debtors' have agreed to extend Experian's time to file this Objection through August 14, 2013.

6. Experian reserves the right to amend this Objection to the extent Experian determines that any other or additional amount is due under the Agreements.

---

[3] Indeed, Orchard Supply Hardware LLC's Schedule F reflects an outstanding pre-petition obligation to Experian Marketing Solutions, Inc. in the amount of $268,924.83, which debt is scheduled as liquidated, non-contingent, and undisputed. A copy of the relevant portion of Orchard Supply Hardware LLC's Schedule F is attached hereto as **Exhibit A**.

WHEREFORE, Experian Marketing Solutions, Inc. respectfully requests that this Court enter an order: (i) finding that the Debtors' cure obligation with respect to the Agreements pursuant to section 365(b)(1)(A) of the Bankruptcy Code is $268,924.83; (ii) conditioning the Debtor's assumption of the Agreements upon the payment of all amounts due under section 365(b)(1)(A) of the Bankruptcy Code; and (iii) granting such further relief as this Court deems just.

Dated: August 14, 2013                                       EXPERIAN MARKETING SOLUTIONS, INC.,

                                                                 By:   /s/ *Reed Heiligman*
                                                                         One of its attorneys

                                                                  Joseph D. Frank (IL 6216085)
                                                                  Reed Heiligman (IL 6294312)
                                                                  FRANKGECKER LLP
                                                                  325 North LaSalle Street
                                                                  Suite 625
                                                                  Chicago, Illinois  60654
                                                                  (312) 276-1400 – telephone
                                                                  (312) 276-0035 – facsimile
                                                                  jfrank@fgllp.com ; rheiligman@fgllp.com

## CERTIFICATE OF SERVICE

I, Reed Heiligman, an attorney, state that on **August 14, 2013**, a copy of the foregoing **Limited Objection of Experian Marketing Solutions, Inc. to Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases of the Sale Debtors that May Be Assumed and Assigned** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system. In addition, copies were served via electronic mail and first class United States mail, postage prepaid, upon the parties listed on the attached Notice Party Service List:

By:   /s/ *Reed Heiligman*

# NOTICE PARTY SERVICE LIST
*In re Orchard Supply Hardware Stores Corporation, et al.*
**Case No. 13-11565 (CSS)**

| *Counsel to the Debtors* | *Counsel to Stalking Horse Purchaser* |
|---|---|
| Richard A. Chesley<br>DLA PIPER LLP (US)<br>203 North LaSalle Street<br>19th Floor<br>Chicago, Illinois 60601<br>*Phone: (312) 368-4000*<br>*Fax: (312) 236-7516*<br>richard.chesley@dlapiper.com<br>daniel.simon@dlapiper.com | Gregory G. Hesse<br>HUNTON & WILLIAMS, LLP<br>1445 Ross Avenue<br>Suite 3700<br>Dallas, Texas 75202<br>*Phone: (214) 468 3335*<br>*Fax: (214) 710-7131*<br>ghesse@hunton.com |
| *Counsel to the DIP Lender* | *Counsel to the Term Administrative Agent and Steering Committee of Lenders under Senior Secured Term Loan* |
| Donald E. Rothman<br>RIEMER & BRAUNSTEIN LLP<br>Three Center Plaza<br>Boston, Massachusetts 02108<br>*Phone: (617) 880-3556*<br>*Fax: (617) 692-3556*<br>drothman@riemerlaw.com | Michael J. Sage<br>Scott M. Zimmerman<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, New York 10036<br>*Phone: (212) 698-3500*<br>*Fax: (212) 698-3599*<br>michael.sage@dechert.com<br>scott.zimmerman@dechert.com |
| *Co-Counsel to the Official Committee of Unsecured Creditors* | *United States Trustee* |
| Bradford Sandler<br>John Fiero<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 652-4100<br>(415) 263-7010<br>bsandler@pszjlaw.com<br>jfiero@pszjlaw.com | DEPARTMENT OF JUSTICE - OFFICE OF THE UNITED STATES TRUSTEE<br>Tiiara N. A. Patton<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Lock Box No. 35<br>Wilmington, Delaware 19801<br>*Phone: (302) 573-6491*<br>*Fax: (302) 573-6497*<br>tiara.patton@usdoj.gov |

# Mailing Information for Case 13-11565-CSS

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Robert T. Aulgur    bk.service@aulgur.com
- BMC Group, Inc.    mjohn@bmcgroup.com
- Hal L Baume    hbaume@foxrothschild.com, nhawke@foxrothschild.com;rsolomon@foxrothschild.com
- Thomas C. Bell    tom.bell@dgslaw.com, bernadette.marquez@dgslaw.com
- Jo Anne M. Bernhard    jbernhard@jbernhardlaw.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Robert S. Brady    bankfilings@ycst.com
- Dustin Parker Branch    dustin.branch@kattenlaw.com, carole.levine@kattenlaw.com;adelle.shafer@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com
- Stuart M. Brown    stuart.brown@dlapiper.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Jerome Samuel Cohen    jsc@jscbklaw.com
- Mark D. Collins    rbgroup@rlf.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Richard L. Costella    rcostell@milesstockbridge.com
- John M. Debbeler    mdebbeler@graydon.com
- John D. Demmy    jdd@stevenslee.com
- Amish R. Doshi    adoshi@magnozzikye.com
- Kristi J. Doughty    bk.service@aulgur.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Mark E. Felger    mfelger@cozen.com, dreyes@cozen.com
- John D. Fiero    jfiero@pszjlaw.com
- Scott D. Fink    ecfndoh@weltman.com
- Steven E. Fox    sfox@riemerlaw.com, astumbo@riemerlaw.com;bnizzo@riemerlaw.com;dromanik@riemerlaw.com
- L. Katherine Good    good@rlf.com, rbgroup@rlf.com
- Andrew D. Gottfried    agottfried@morganlweis.com
- Tracy Green    tgreen@wendel.com
- Kenneth C. Greene    kgreene@hamricklaw.com
- Stephen F. Grinnell    stephen.grinnell@gpmlaw.com
- Peter J. Gurfein    pgurfein@lgbfirm.com, marizaga@lgbfirm.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Neil E. Herman    nherman@morganlewis.com
- Neil Herskowitz    notice@regencap.com
- Gregory G. Hesse    ghesse@hunton.com, jmoore@hunton.com
- James M. Hoffman    jhoffman@offitkurman.com, tbodnar@offitkurman.com
- Jennifer R. Hoover    jhoover@beneschlaw.com, ehein@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com

- Brian David Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com;patrecia.formeca@kattenlaw.com;dana.thompson@kattenlaw.com
- Shanti M. Katona    skatona@polsinelli.com, docket@polsinelli.com;LSuprum@Polsinelli.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- Julia B. Klein    klein@teamrosner.com
- Steven K. Kortanek    skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
- Kenneth A. Kotarski    kkotarski@hamricklaw.com, amillman@hamricklaw.com;efiling@hamricklaw.com
- Stephen J. Kottmeier    skottmeier@hopkinsscarley.com
- Carl N. Kunz    ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Ian S Landsberg    ilandsberg@landsberg-law.com
- Jordan A Lavinsky    jlavinsky@hansonbridgett.com
- Robert L. LeHane    KDWBankruptcyDepartment@kelleydrye.com
- David Edward Leta    dleta@swlaw.com, wsmart@swlaw.com
- David W. Levene    dwl@lnbrb.com, john@lnbrb.com
- John H. MacConaghy    macclaw@macbarlaw.com
- Robert Charles Maddox    maddox@rlf.com, rbgroup@rlf.com
- Michael W Malter    michael@bindermalter.com
- Matthew G. Martinez    matthew.martinez@sidley.com
- Douglas K Mayer    dkmayer@wlrk.com
- Katharine L. Mayer    kmayer@mccarter.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Dennis A. Meloro    melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- Jeffrey Meyers    meyers@ballardspahr.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Kathleen M. Miller    kmiller@skjlaw.com, seh@skjlaw.com
- Mark Minuti    mminuti@saul.com, rwarren@saul.com
- Lucian Borders Murley    , lmurley@saul.com;rwarren@saul.com
- Jami B. Nimeroff    jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
- James E. O'Neill    joneill@pszjlaw.com, efile1@pszyj.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Tiiara N. A. Patton    tiiara.patton@usdoj.gov
- John T. Piggins    ecfpigginsj@millerjohnson.com
- David L. Pollack    pollack@ballardspahr.com, blunt@ballardspahr.com
- Robert F. Poppiti, Jr.    bankfilings@ycst.com
- Jennifer Lynn Pruski    jpruski@trainorfairbrook.com
- Leigh-Anne M. Raport    lraport@ashby-geddes.com
- Steven J. Reisman    sreisman@curtis.com, mchiu@curtis.com;jdrew@curtis.com;athau@curtis.com;kparker@curtis.com;ceilbott@curtis.com;tbarnes@curtis.com;njames@curtis.com;mgallagher@curtis.com;pbuenger@curtis.com
- Todd C. Ringstad    becky@ringstadlaw.com, todd@ringstadlaw.com
- James H. Rollins    jim.rollins@hklaw.com, avis.francis@hklaw.com;lura.battle@hklaw.com

- Julie H. Rome-Banks    julie@bindermalter.com
- Frederick Brian Rosner    rosner@teamrosner.com
- Donald E. Rothman    drothman@riemerlaw.com
- Bradford J. Sandler    bsandler@pszjlaw.com
- Gilbert R. Saydah    gsaydah@kelleydrye.com
- Karen B. Skomorucha Owens    kskomorucha@ashby-geddes.com
- Robert J. Stearn Jr.    stearn@rlf.com, rbgroup@rlf.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- John H. Strock    jstrock@foxrothschild.com, dkemp@foxrothschild.com
- Matthew Summers    summersm@ballardspahr.com
- Stanley B. Tarr    tarr@blankrome.com
- Gordon J. Toering    gtoering@wnj.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Henry T. Wang    henry.wang@gpmlaw.com
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com
- Stephen M. Wolpert    stephen.wolpert@dechert.com, jason.smith@dechert.com