**Schedule 1.1 – Store Locations**

| Store Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| 4th & La Brea(1) | 415 South La Brea Ave., | Los Angeles | California | 90036 |
| Alum Rock | 3000 Alum Rock Avenue | San Jose | California | 95127 |
| Antelope | 4249 Elverta Road | Antelope | California | 95843 |
| Arden & Watt | 3350 Arden Way | Sacramento | California | 95825 |
| Bakersfield | 6465 Ming Ave | Bakersfield | California | 93309 |
| Beaverton | 10860 SW Barnes Road | Portland | Oregon | 97225 |
| Berkeley | 1025 Ashby Ave | Berkeley | California | 94710 |
| Blackstone | 5445 N. Blackstone | Fresno | California | 93710 |
| Burbank (2) | 641 N Victory Blvd | Burbank | California | 91502 |
| Canoga Park (2) | 22741 Victory Blvd | Canoga Park | California | 91307 |
| Capitola | 1601 41st Avenue | Capitola | California | 95010 |
| Chico | 231 West East Avenue | Chico | California | 95926 |
| Citrus Heights(2) | 6124 San Juan Avenue | Citrus Heights | California | 95610 |
| Clayton | 5424 Ygnacio Valley Road | Concord | California | 94521-3836 |
| Clovis | 147 W. Shaw Avenue | Clovis | California | 93612 |
| Concord | 2050 Monument Blvd. | Concord | California | 94520 |
| Cottle Road | 5651 Cottle Road | San Jose | California | 95123 |
| Dublin | 7884 Dublin Blvd. | Dublin | California | 94568 |
| East Modesto | 1800 Oakdale Rd. Suite A | Modesto | California | 95355 |
| El Camino | 3615 El Camino Real | Santa Clara | California | 95051 |
| El Cerrito (2) | 1751 Eastshore Blvd. | El Cerrito | California | 94530 |
| Elk Grove | 7431 Laguna Blvd. | Elk Grove | California | 95758 |
| Fairfield(2) | 1500 Oliver Road | Fairfield | California | 94534 |
| Figarden | 6055 North Figarden Drive | Fresno | California | 93722-3226 |
| Folsom | 905 E. Bidwell St. | Folsom | California | 95630 |
| Foster City | 1010 Metro Center Blvd | Foster City | California | 94404 |
| Fremont | 5130 Mowry Avenue | Fremont | California | 94538 |
| Gilroy | 303 E. 10th Street | Gilroy | California | 95020 |
| Goleta | 125 N. Fairview | Goleta | California | 93117 |
| Granada Hills | 18060 Chatsworth St | Granada Hills | California | 91344 |
| Hanford | 700 11th Avenue | Hanford | California | 93230 |
| Hesperia | 16824 Main Street | Hesperia | California | 92345 |
| Huntington Beach(2) | 19330 Golden West Street | Huntington Beach | California | 92648 |
| Kings Canyon | 5653 East Kings Canyon Road | Fresno | California | 93727 |
| La Crescenta | 3100 Foothill Blvd | La Crescenta | California | 91214 |
| La Verne | 2244 Foothill Blvd. | La Verne | California | 91750 |
| Livermore | 1450 First St. | Livermore | California | 94550 |
| Lodi (2) | 360 S. Cherokee Lane | Lodi | California | 95240 |
| Lone Tree (2) | 4873 Lonetree Way | Antioch | California | 94531 |
| Long Beach (2) | 4480 Atlantic Ave. | Long Beach | California | 90807 |

| Store Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Manteca | 189 West Louise Avenue | Manteca | California | 95336 |
| Merced (2) | 3155 R Street | Merced | California | 95348 |
| Midtown(2) | 4801 W Venice Blvd | Los Angeles | California | 90019 |
| Millbrae | 900 El Camino Real | Millbrae | California | 94030 |
| Milpitas | 125 N. Milpitas Blvd. | Milpitas | California | 95035 |
| Modesto | 2800 Sisk Rd. | Modesto | California | 95350 |
| Moraga | 1550 Canyon Road | Moraga | California | 94556 |
| Mountain View | 2555 Charleston Rd | Mountain View | California | 94043 |
| Napa | 3980 Bel Aire Plaza | Napa | California | 94558 |
| NE Fresno | 1536 East Champlain Drive | Fresno | California | 93720 |
| Newark (2) | 5655 Jarvis Avenue | Newark | California | 94560 |
| Pasadena | 3425 E Colorado Blvd. | Pasadena | California | 91107 |
| Paso Robles | 2005 Theatre Drive | Paso Robles | California | 93446 |
| Petaluma | 1390 N. McDowell Blvd. | Petaluma | California | 94954 |
| Pinole | 1440 Fitzgerald Drive | Pinole | California | 94564-2227 |
| Pismo Beach | 825 Oak Park Rd | Pismo Beach | California | 93449 |
| Princeton | 1375 Blossom Hill Road, Suite 24 | San Jose | California | 95118 |
| Prospect | 5365 Prospect Road | San Jose | California | 95129 |
| Redding | 2340 Athens Ave | Redding | California | 96001 |
| Redwood City | 2110 Middlefield Road | Redwood City | California | 94063 |
| Salinas | 1067 North Davis Road | Salinas | California | 93906 |
| San Carlos St. | 720 W. San Carlos St. | San Jose | California | 95126 |
| San Leandro | 300 Floresta Blvd. | San Leandro | California | 94578 |
| San Rafael | 1151 Andersen Drive | San Rafael | California | 94901 |
| San Ramon | 1041 Market Place | San Ramon | California | 94583 |
| Sand City | 800 Playa Avenue | Sand City | California | 93955 |
| Santa Ana (2) | 1975 E. 17th St | Santa Ana | California | 92701 |
| Santa Clarita (2) | 26565 N Bouquet Canyon Rd | Santa Clarita | California | 91350 |
| Santa Maria | 1950 South Broadway | Santa Maria | California | 93454 |
| Santa Rosa | 2230 Cleveland Avenue | Santa Rosa | California | 95403 |
| Silver Creek | 1751 East Capital Expwy | San Jose | California | 95121 |
| So Pasadena | 452 Fair Oaks Avenue | So Pasadena | California | 91030 |
| Sonora | 750 E. Mono Way | Sonora | California | 95370 |
| South Bay | 19330 Hawthorne Blvd., | Torrance | California | 90503-1506 |
| South San Francisco | 2245 Gellert Blvd. | So. San Francisco | California | 94080 |
| Stockton | 1015 West Hammer Lane | Stockton | California | 95209 |
| Sunnyvale | 777 Sunnyvale-Saratoga Rd. | Sunnyvale | California | 94087 |
| Thousand Oaks | 1934 A Avenida De Los Arboles | Thousand Oaks | California | 91362 |
| Tigard | 10031 SW Cascade Avenue | Tigard | Oregon | 97223-4303 |
| Torrance (2) | 4340 Pacific Coast Hwy | Torrance | California | 90505 |
| Tracy | 1975 West 11th Street | Tracy | California | 95376 |

Schedule 1.1- 2

| Store Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Turlock | 3051 Geer Road | Turlock | California | 95380 |
| Vacaville(2) | 220 Peabody Road | Vacaville | California | 95687 |
| Van Nuys | 5960 Sepulveda Blvd | Van Nuys | California | 91411 |
| Visalia | 2230 W. Walnut Avenue | Visalia | California | 93277 |
| Watsonville | 1060 S. Green Valley Road | Watsonville | California | 95076 |
| West LA | 2020 S Bundy Dr | West LA | California | 90025 |
| Woodland | 1350 E Main St | Woodland | California | 95776-3551 |
| Yorba Linda | 17506 Yorba Linda Boulevard | Yorba Linda | California | 92886-3825 |
| Yuba City (2) | 1262 Stabler Lane | Yuba City | California | 95993 |

(1)     Store opening scheduled for Fall 2013.
(2)     Store scheduled to be part of GOB Sales in Summer/Fall 2013.

Schedule 1.1- 3

### Schedule 1.1(b) – Assigned Contracts[1]

The Assigned Contracts also include the applicable licenses related to the Acquired Owned Real Property, the applicable ground leases and ground sub-leases related to the Acquired Buildings, and the applicable leases and sub-leases related to the Assumed Leased Real Property.

| Description of Assumed Executory Contract |
| --- |
| 3 Day Blinds Corporation Product Manufacturer and Contractor Services Agreement 10.3.11 (Doors & Windows Agreements) |
| 3 Day Blinds Corporation Product Manufacturer and Contractor Services Agreement 10.3.11 (Misc. Agreements) |
| A.M.& S. Transportation Co. Transportation Agreement 2.16.09 |
| A Plus General Contractors, Inc., DBA: A Plus Heating and Air Conditioning Contractor Services Agreement 4.20.13 (Heating & Air Agreements) |
| A Plus General Contractors, Inc., DBA: A Plus Heating and Air Conditioning Contractor Services Agreement 4.20.13 (Heating & Air Agreements) |
| Accountemps General Conditions of Assignment 8.6.12 |
| Accruent, LLC - Sierra Master Agreement 03.29.13 |
| Accruent, LLC - Sierra Order Doc 3.29.13 |
| Accruent, LLC - Sierra Statement of Work 3.29.13 |
| AccuImage - Master Services Agreement 11.01.11 (Scanned Personnel Files) |
| Accuvant, Inc. Master Services Agreement 8.5.09 |
| Ace Fire Equipment and Service Company 2.1.13 |
| Active International Trade Credit Agreement 3.20.13 |
| Air-Sun Screen & Awning Inc Contractor Services Agreement 10.18.11 (Retractable Awning Agreements) |
| Air-Tro Inc. Contractor Services Agreement 4.20.13 (Heating & Air Agreements) |
| All Wood Cabinetry, LLC Product Manufacturer Agreement 10.10.11 (Kitchen Cabinet Agreements) |
| All Wood Cabinetry, LLC Product Manufacturer Agreement 10.10.11 (Fence & Deck Agreements) |
| Amarr Garage Door Product Manufacturer Agreement 10.8.12 (Garage Door Agreements) |
| Americal Awning Inc Contractor Services Agreement 3.22.12 (Retractable Awning Agreements) |
| American Standard Product Manufacturer Agreement 5.3.12 (Bathroom Remodel Agreements) |
| American Standard Product Manufacturer Agreement 5.3.12 (Misc. Agreements) |

---

[1] Each Assigned Contract includes any amendments, supplements, or modifications thereto.

Schedule 1.1(b) - 1

| Description of Assumed Executory Contract |
|---|
| AMS Associates, Inc. Independent Contractor Agreement 2.21.13 |
| Anthony Awning Co Contractor Services Agreement 10.18.11 (Retractable Awning Agreements) |
| Aquion, Inc. Contractor Lifetime Solutions, Inc. Contactor Services Agreement 1.1.12 (Water Softener Agreements) |
| Aquion, Inc. Product Manufacturer Agreement 8.9.12 (Water Softener Agreements) |
| Arms Air Conditioning & Heating Contractor Services Agreement 4.20.13 (Flooring Agreements) |
| Arms Air Conditioning & Heating Contractor Services Agreement 4.20.13 (Heating & Air Agreements) |
| Ascend Software, Inc. License & Maintenance Agreement 09.11.00 |
| Aspect Elite Loss Prevention Software License and Services Agreement 10.30.07 |
| Aspect Loss Prevention, L.L.C. MSA 06.01.04 |
| Assemblers Inc. Assembly Agreement 4.1.13 |
| Associated Packaging, Inc. Lease Agreement 10.26.09 |
| Aster Data Systems, Inc. MSA 12.23.10 |
| AT&T Corp. Managed Internet Service Pricing Schedule 01.12.12 |
| AT&T Corp. Managed Internet Service Pricing Schedule 10.08.10 |
| AT&T Corp. Service Level Agreements 03.21.09 |
| AT&T Managed Internet Service Pricing Addendum |
| AT&T Service Level Agreements 12.16.05 |
| AT&T Corp. Managed Internet Service 01.12.12 |
| Atrium Companies, Inc., d/b/a Atrium Windows and Doors Product Manufacturer Agreement 10.5.11 (Doors & Windows Agreements) |
| Atrium Companies, Inc., d/b/a Atrium Windows and Doors Product Manufacturer Agreement 10.5.11 (Doors & Windows Agreements) |
| Audit Technology Group LLC 6.7.12 |
| Audit Technology Group LLC Recovery Audit Services Agreement 6.7.12 |
| Avanti Market Services Agreement 12.13.11 |
| B & D Quality Water Inc. Contractor Contractor Services Agreement 8.1.12 (Water Softener Agreements) |
| B&L Associates Inc. Annual Maintenance and support and 2yr Software License Extension 01.01.13 |
| Bank of America Master Lease Agreement 03.02.07 |

Schedule 1.1(b) - 2

| Description of Assumed Executory Contract |
| --- |
| Barton Overhead Door Inc. Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Bassett Rain Gutters and Construction Inc. Contractor Services Agreement 3.23.12 (Misc. Agreements) |
| Bath Simple Contractor Services Agreement 9.24.12 (Bathroom Remodel Agreements) |
| Bay Alarm Contract 1.7.08 |
| Bay Area News Group Advertising Agreement 5.13.13 |
| BCI Acrylic Bath Systems Product Manufacturer Agreement 2.20.12 (Bathroom Remodel Agreements) |
| Benjamin Moore & Co. Addendum Agreement 01.17.12 |
| Benjamin Moore & Co. Second Addendum Agreement 08.13.13 |
| Benjamin Moore & Co. UTC 01.17.12 |
| Biagi Bros., Inc. Transportation Agreement 1.26.11 |
| Big Valley Overhead Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Blue Wolf Group, LLC Technical Consulting Agreement 3.17.11 |
| BullsEye Telecom Inc. Corporate Advantage Sales Agreement 04.10.13 |
| Bunzl Retail Exclusive Supply Agreement 06.06.07 (Supplies) |
| Caesarstone USA Product Manufacturer Agreement 11.30.11 (Misc. Agreements) |
| Caesarstone USA Product Manufacturer Agreement 11.30.11 (Countertop Agreements) |
| CalBath and Kitchens Contractor Services Agreement 1.10.13 (Countertop Agreements) |
| CalBath and Kitchens Contractor Services Agreement 1.10.13 (Kitchen Cabinet Agreements) |
| CalBath and Kitchens Contractor Services Agreement 1/10/13 (Bathroom Remodel Agreements) |
| California Diesel Contractor Services Agreement 12.20.12 (Generator Agreements) |
| California Indoor Comfort Inc. Contractor Services Agreement 4.1.13 (Heating & Air Agreements) |
| FSI Insertion Order Revision 4 Request #3, dated as of 05.30.13 |
| FSI Insertion Order Revision 4, dated as of 05.28.13 |
| California Redwood Company together with its subsidiary, CRC Distribution LLC Product Manufacturer Agreement 6.14.12 (Fence & Deck Agreements) |
| California Redwood Company together with its subsidiary, CRC Distribution LLC Product Manufacturer Agreement 6.14.12 (Misc. Agreements) |
| Canon Acquisition Agreement Lease 02.26.10 |

Schedule 1.1(b) - 3

| Description of Assumed Executory Contract |
|---|
| Canon Faxable Lease Agreement & Maintenance Agreement 11.29.09 |
| Canon Faxable Lease Agreement & Maintenance Agreement 07.28.10 |
| Canon Faxable Lease Agreement & Maintenance Agreement 03.18.10 |
| Canon Faxable Lease Agreement & Maintenance Agreement 06.29.09 |
| Canon Faxable Lease Agreement 11.20.09 |
| Canon Acquisition Agreement Lease 03.22.10 |
| Cardco CXXXIII, Inc Third Party Prepaid Card Issuance & Services Agreement 10.26.12 |
| Inmar Company (Carolina Logistics Services, LLC) Services Agreement & Amendment 07.01.11 (Defective Merchandise) |
| Carousel Industries of North America Service Agreement 12.31.12 |
| CCS Services Agreement 11.01.11 (Printed Pay Checks) |
| Central Transport LLC Transportation Agreement 05.21.12 |
| Central Valley OHD Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Central Valley OHD Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Century Shower Door Product Manufacturer and Install Services Agreement 5.5.12 (Misc. Agreements) |
| Cerebral Media Working Agreement 11.03.10 |
| CheetahMail e-Marketing Services Schedule 01.16.08 |
| CIBER, Inc. Equipment Purchase Agreement 10.25.11 |
| Cintas Facility Services Rental Service Agreement 12.19.12 |
| Citibank - Payroll Choices Program Agreement Citibank 10.17.2011 (Pay Cards) |
| Cold Craft Inc. Contractor Services Agreement 3.15.13 (Heating & Air Agreements) |
| Commercial Mechanical Service, Inc. MSA & Amendments 02.23.09 (HVAC Maintenance) |
| ComplianceBridge Software License Agreement 02.13.13 |
| Consolidated Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Consolidated Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Construction Concern Contractor Services Agreement 10.18.11 (Patio Cover Agreements) |
| Controller's Group, Inc. Service Agreement 9.18.12 |
| Con-way Freight Inc., Transportation Agreement 04.30.12 |

| Description of Assumed Executory Contract |
|---|
| Corporation Service Company Corporate Identity Protection (CIP) Services Standard Terms and Conditions 01.10.12 |
| CTS Advantage Logistics Transportation Agreement Feb 2013 |
| Custom Decorators, Inc. Contractor Services Agreement 11.1.12 (Flooring Agreements) |
| Custom Stone Creations LLC Contractor Services Agreement 3.7.13 (Countertop Agreements) |
| Custom Stone Creations LLC Contractor Services Agreement 3.7.13 (Kitchen Cabinet Agreements) |
| CyberSource eCommerce Solutions Agreement & Addendums 04.25.02 |
| DataBank IMX, LLC ImageSilo Subscriber Agreement 03.11.08 (A/P) |
| Dedicated Logistics, Inc. Transportation Agreement 2.16.09 |
| Dependable Highway Express Transportation Agreement |
| DeWinter Group Client Terms and Conditions (05.03.13) |
| Diligent Board Member Services Inc. Amendment #1 to Service Agreement 4.5.12 |
| Diligent Board Member Services Inc. Amendment #2 to Service Agreement 4.11.12 |
| Diligent Board Member Services Inc. Amendment #3 to Service Agreement 11.15.12 |
| Diligent Boardbooks Service Agreement 1.29.12 |
| DirecTV Commercial Viewing Agreement 05.07.12 |
| Discover Card Services, Inc. Merchant Services Agreement 08.01.90 |
| Door Pro America, Inc. Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Ebix, Inc., Data Management Services Agreement 05.01.10 |
| Eco-Ally Consulting Services Agreement 07.16.12 |
| Ecova, Inc. Total Energy & Sustainability Service Agreement 10.31.12 (Utilities) |
| Edgenet, Inc. MSA 03.15.10 |
| Egencia LLC Corporate Travel Services Agreement 05.29.12 (Travel services) |
| EJAS Inc. Contractor Services Agreement 1.1.13 (Fence & Deck Agreements) |
| Elegant Awnings Product Manufacturer Agreement 10.18.11 (Retractable Awning Agreements) |
| Eleven Western Builders, Inc. Work Authorization (Van Nuys) 02.13.13 |
| Eleven Western Builders, Inc. Master Construction Contract 02.12.13 |
| Empower Software Solutions, Inc. T&C of Sale & Addendum 01.29.10 |

EAST\56457672.8

| Description of Assumed Executory Contract |
|---|
| Engineered Structures, Inc. Master Construction Agreement 11.13.12 |
| Engineered Structures, Inc. Work Authorization (Clovis) 10.22.12 |
| Engineered Structures, Inc. Work Authorization (Peterkort) 11.5.12 |
| Engineered Structures, Inc. Work Authorization (Tigard) 11.5.12 |
| Engineered Structures, Inc. Work Authorization (San Leandro) 11.13.12 |
| Engineered Structures, Inc. Work Authorization (Chico) 11.20.12 |
| Engineered Structures, Inc. Work Authorization (Pinole) |
| eScreen End User Agreement 11.01.11 (Drug Testing) |
| E-Trade - Amendment #1 to the Equity Edge Online and Employee Stock Plan Services Agreement 06.06.12 |
| E-Trade - Equity Edge Online and Employee Stock Plan Services Agreement 4.19.12 |
| Experian CheetahMail, Inc. SOW 04.15.08 |
| Experian Marketing Solutions, Inc. Terms and Conditions 01.14.08 |
| Expressit Logistics Home Delivery Home Delivery + Assembly Agreement 4.1.13 |
| EXTRA Express (Cerritos) Inc. Home Delivery Carrier Agreement 7.27.09 |
| First Data Merchant Services Corporation MSA & Addendum 04.10.12 |
| First Data Merchant Services Master Services Agreement 04.10.12 |
| TransArmor- First Data Merchant Services Corporation Amendment to Master Services Agreement 10.15.12 |
| TransArmor-First Data Merchant Services Corporation Addendum to Master Services Agreement 09.17.12 |
| FitForCommerce, LLC MSA 12.23.09 |
| FMLASource Agreement 10.4.12 (Leave of Absence Administration) |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 77064 |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 77065 |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 77067 |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 77068 |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 77069 |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 77070 |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 77071 |

| Description of Assumed Executory Contract |
| --- |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 72750 |
| Ford Commercial Lease Agreement for Vehicle Identification No. ending 79889 |
| ForeSee Results, Inc. Agreement for Services (06.27.13) |
| ForeSee Results, Inc. Statement of Work #1 (06.28.13) |
| Fresno Bee Custom Advertising Contract 02.1.12 |
| Fuller Mechanical Contractor Services Agreement 4.3.13 (Heating & Air Agreements) |
| FunMobility, Inc. MSA 01.29.13 |
| Galkos Construction Contractor Services Agreement 10.24.12 (Doors & Windows Agreements) |
| Generac Product Manufacturer Agreement 12.1.12 (Generator Agreements) |
| Generac Product Manufacturer Agreement 12.1.12 (Misc. Agreements) |
| Global Warranty Group, LLC Master Services Agreement 11.12.12 |
| Generac Product Manufacturer Agreement 12.1.12 (Generator Agreements) |
| Golden Gate Elevator Company Service Agreement 12.10.93 |
| Google Commerce Search 03.29.11 |
| Green Choice Living Contractor Services Agreement 3.19.12 (Doors & Windows Agreements) |
| Green Choice Living Contractor Services Agreement 3.19.12 (Doors & Windows Agreements) |
| Gruber Power Services Uninterruptible Power System Full Service Maintenance Agreement 09.16.12 |
| Global Location Number Annual Subscription License Agreement 04.26.10 |
| Heath Net Life Insurance Company PPO Group Insurance Policy (Group ID: 16453A, B, C, D) effective 01.01.13 |
| Heath Net Life Insurance Company PPO Group Insurance Policy (Group ID: 16454A, B, C, D) effective 01.01.13 |
| Heath Net Life Insurance Company PPO Group Insurance Policy (Group ID: N5887A, B, C, D) effective 01.01.13 |
| Heath Net Life Insurance Company PPO Group Insurance Policy (Group ID: N5888A, B, C, D) effective 01.01.13 |
| Health Net of California, Inc Group Hospital and Professional Services Agreement (Group ID: 69554 A, B, C, D) effective 01.01.13 |
| Heartland Express Transportation Agreement 2.16.12 |
| Heritage Door Inc. Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Hillenbrand Broker of Record Service Fee Agreement 7.1.11 (Benefits Broker/Administrator) |

Schedule 1.1(b) - 7

| Description of Assumed Executory Contract |
|---|
| Home Site Services Contractor Services Agreement 1.8.13 (Flooring Agreements) |
| Home Star Construction Contractor Services Agreement 5/23/12 (Bathroom Remodel Agreements) |
| HomeDirectUSA Transportation & Logistics Services Agreement 12.08.10 |
| Honeys Air Inc Contractor Services Agreement 3.15.13 (Heating & Air Agreements) |
| HSA Bank Contribution File Origination and Funding Agreement 01.01.12 |
| HUB Group, Inc. Transportation Agreement 3.20.13 |
| Hyatt Legal Plans, Inc. Agreement 01.01.12 |
| Hybris Framework Agreement 2.8.13 |
| Hybris System Migration Agreement 02.08.13 |
| iCongo, Inc. Software License Agreement 05.21.10 |
| Hybris Order Form #1 for Software Licenses and Maintenance and Support Service 02.13.13 |
| IKON Master Agreement (Ricoh) 10.18.11 |
| IKON Equipment Buy Out for Third Party Lease Agreements 12.15.11 |
| IKON Sales Order (Ricoh) 1.29.12 |
| IKON Sales Order (Ricoh) 10.18.11 |
| IKON Product Schedule Lease Agreement  (Ricoh) 12.18.11 |
| Integrity Heating and Air Conditioning Inc Contractor Services Agreement 4.29.13 (Heating & Air Agreements) |
| Iron Mountain Information Management, LLC Customer Agreement 10.01.12 (Document Storage) |
| iTEK Service Contract 09.20.11 |
| J.E. Grant General Contractors Master Contract 02.01.12 |
| Weather Trends International, Inc. Letter Agreement 01.15.13 |
| JKH Door Service Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| John Stout Construction, Inc. Contractor Services Agreement 1.16.12 (Patio Cover Agreements) |
| K Designers Contractor Services Agreement 3.5.12 (Bathroom Remodel Agreements) |
| Kaiser Foundation Health Plan of the Northwest High Deductible Health Plan (HSA-Qualified) Group Agreement effective December 1, 2012 through December 31, 2013 |
| Kaiser Foundation Health Plan of the Northwest Traditional Copayment Plan Group Agreement effective December 1, 2012 through December 31, 2013 |

EAST\56457672.8

| Description of Assumed Executory Contract |
|---|
| Kaiser Foundation Health Plan, Inc. Group Agreement for the contract period January 1, 2013 through December 31, 2013 (Northern California Region) |
| Kaiser Foundation Health Plan, Inc. Group Agreement for the contract period January 1, 2013 through December 31, 2013 (Southern California Region) |
| Kenexa and CompAnalyst Master Subscription Agreement 02.1.12 (Base Compensation Market Pricing System) |
| LANE PR Services Agreement 08.01.12 |
| Lavine & Co. Contractor Services Agreement 3.15.13 (Heating & Air Agreements) |
| Lawson Software Americas, Inc. End User Agreement 02.16.07 |
| Lawson Software Americas, Inc. Software End User Agreement & Addendum 02.19.07 |
| Lennox Industries Inc. Product Manufacturer Agreement 2.20.13 (Heating & Air Agreements) |
| Liquidity Services, Inc. Asset Consignment & Sales Agreement 09.01.11 (Liquidation) |
| Los Angeles Newspaper Group Advertising Agreement 09.01.11 |
| LT Generators Contractor Services Agreement 12.20.12 (Generator Agreements) |
| Software License, Services, Support and Enhancements Agreement effective as of December 28, 2007 including the Addendum and the Attachments A, B and C thereto effective as of December 28, 2008, Addendum effective as of June 10, 2009, Addendum and Attachment A effective as of September 30, 2011, Attachment A effective as of March 23, 2012 and Customer Support and Software Enhancements Subscription for the period from 1/1/2013 through 12/31/2013 |
| Manhattan Associates, Inc. Implementation Services SOW effective as of March 15, 2012 |
| Manhattan Associates, Inc. Integration Framework Addendum dated January 24, 2013 |
| Manhattan Associates, Inc. Business Process Consulting Services Letter Agreement effective as of January 25, 2012 |
| Manhattan Associates Education Services Letter Agreement effective as of October 26, 2012 |
| Manhattan Associates, Inc. Upgrade Implementation Services Statement of Work for Orchard Supply Hardware |
| Manhattan Associates Quote #M13Q22224-03 and #M13Q22114-05, both dated April 5, 2013, including the Manhattan Associates Standard Terms and Conditions |
| Manhattan Associates Quote #M13Q22117 dated April 10, 2013, including the Oracle End User License Agreements and the Manhattan Associates Standard Terms and Conditions |
| Mediaspot, Inc. Memorandum of Intent 05.01.06 and all associated Buy Authorization Memoranda |
| Meraki Inc. End User Agreement 07.09.12 |
| Merced Sun-Star Annual Advertising Contract effective as of 12.1.11 |
| Mercurygate International, Inc. Software License Agreement 04.24.09 |

EAST\56457672.8

| Description of Assumed Executory Contract |
|---|
| Merrill DataSite Statement of Work 6.7.12 |
| Metals USA Building Products, L.P. Product Manufacturer Agreement 10.10.11 (Misc. Agreements) |
| Metals USA Building Products, L.P. Product Manufacturer Agreement 10.10.11 (Patio Cover Agreements) |
| Metropolitan Life Insurance Company Group Policy No. 0148513 |
| Metropolitan Property and Casualty Insurance Company Auto & Home Group Insurance Program Agreement 04.01.12 |
| MI9 Software Development and Purchase Agreement 08.8.97 |
| MI9 Development and Service Rate Increase  01.1.11 |
| Michael C. Fina Corporate Sales, Inc. First Amendment to the Corporate Service Recognition Program Purchasing Agreement 02.10.2011 (Service Awards) |
| Michigan State University Letter of Agreement 10.20.11 |
| Microsoft Volume Licensing (Select Plus) 10.20.11 |
| Microsoft Volume Licensing Perpetual License Transfer 11.14.11 |
| FSI Insertion Order – June 2013 and FSI Revision Order – July 2013 |
| Moss Adams Audit Letter Agreement 1.23.13 (401(k) Plan Auditor) |
| Mountain Valley Express Transportation Agreement |
| Muzak First Amendment to Muzak Multi Territory Account Service Agreement 3.21.12 |
| MUZAK LLC Master Music Equipment & Services Agreement & Amendment 08.30.04 |
| Muzak Multi Territory Account Service Agreement 10.17.11 |
| National Garage Door Contractor Services Agreement 10.15.12 (Garage Door Agreements) |
| Nationwide Building Maintenance Co. MSA & Addendums 02.01.09 (Janitorial) |
| Nestle Waters Sale and Services Agreement 3.1.13 |
| Newport Group Securities, Inc. Investment and Fiduciary Consulting Services agreement for 401(k) Plan 11.01.11 |
| North American Retail Hardware Association (NRHA) PlanItDIY Player Proposal for Orchard Supply Hardware 04.01.13 |
| Northwest Exteriors Contractor Services Agreement 4.2.13 (Misc. Agreements) |
| Northwest Exteriors Contractor Services Agreement 4.2.13 (Misc. Agreements) |
| Northwest Exteriors Contractor Services Agreement 4.2.13 (Doors & Windows Agreements) |
| NYK Line Terms & Conditions |

EAST\56457672.8

| Description of Assumed Executory Contract |
|---|
| OfficeMax Print Management Sales Agreement 06.01.09 |
| onSite Tech Solutions Inc. Printer Maintenance Agreement 08.04.10 |
| OnSpeX Master Services Agreement (02.01.13) |
| Oppidan, Inc. Services Agreement 01.29.12 |
| Oracle America, Inc. License and Services Agreement 02.28.11 |
| Oracle License and Services Agreement 12.23.05 |
| Oracle Partner Store Technical Support Services Agreement 05.31.13 |
| The Oregonian 5.13.13 |
| P&A Administrative Services, Inc. Flexible Benefits Administration Services Agreement (01.01.12) |
| PACCAR Financial Corp. Equipment Lease Agreement 07.22.11.pdf And all subsequent amendments |
| PaintCare Inc. Retailer Collection Facility Agreement 02.12.13 |
| Pape Kenworth (Pape Trucks, Inc.) Parts Stocking Agreement 04.07.09 (Truck Parts Consignment) |
| Hyster Capital Equipment Schedule |
| Pape Material Handling, Inc. Parts Stocking Agreement 03.20.09 (Consignment) |
| Pape Kenworth PacLease Managed Maintenance Lease Agreement 01.18.11 |
| Pitney Bowes Global Financial Services Lease Agreement 12.20.11 |
| PlanRight Software Agreement 9.12.11 |
| Platinum Roofing Inc. Master Services Agreement & Addendums 02.02.09 |
| Polycom Master Services Agreement 03.12.09 |
| Polycom Master Services Agreement 9.12.12 (as may be assumed by SpectraLink Corporation) |
| Polycom Product Upgrade and Professional Services Proposal 06.04.10 |
| Polycom Maintenance Agreement  07.01.10 |
| Pragiti, Inc. Statement of Work #1 11.12.12 |
| Pragiti, Inc. Statement of Work #2 11.12.12 |
| Pragiti, Inc. Statement of Work #3 11.12.12 |
| Pragiti Master Services Agreement 1.30.13 |
| Premiere Patio & Awning, Inc. Contractor Services Agreement 3.7.13 (Patio Cover Agreements) |

| Description of Assumed Executory Contract |
|---|
| PRX Letter of Agreement (Van Nuys) 2.15.13 |
| PRX Letter of Agreement (La Brea) 4.17.13 |
| PSC Environmental Services, LLC Master Services Agreement 08.29.11 (Hazardous Materials) |
| PSLRC together with its subsidiary, CRC Distribution LLC 6.14.12 (Fence & Deck Agreements) |
| PSLRC together with its subsidiary, CRC Distribution LLC Product Manufacturer Agreement 6.14.12 (Misc. Agreements) |
| QDRO Consultants - 401(k) QDRO Administrator |
| Quad/Graphics- Vertis Services Agreement 07.01.08 (as amended and assigned to Quad/Graphics Marketing, LLC) |
| Quality First Home Improvement Inc. Contractor Services Agreement 12.20.12 (Countertop Agreements) |
| Quality First Home Improvement Inc. Contractor Services Agreement 12.20.12 (Bathroom Remodel Agreements) |
| Quality First Home Improvement Inc. Contractor Services Agreement 12.20.12 (Doors & Windows Agreements) |
| Quality Home First Home Improvement Inc. Contractor Services Agreement 12.20.12 (Kitchen Cabinet Agreements) |
| Quality Home Services Contractor Services Agreement 12.20.12 (Generator Agreements) |
| Quality Window and Door Contractor Services Agreement 10.18.11 (Doors & Windows Agreements) |
| R.E. Garrison Transportation Agreement 2.1.13 |
| Randstad Service Terms for Temporary and Temporary to Hire Positions (02.24.11) |
| Recall Service Agreement 06.17.99 |
| Retail Data, LLC Master Services Agreement & Amendment 09.01.08 |
| RGIS LLC MSA 01.01.12 (Annual Inventory) |
| Royal Aire Contractor Services Agreement 3.15.13 (Heating & Air Agreements) |
| S.C. Construction Contractor Services Agreement 12.16.11 (Patio Cover Agreements) |
| Sabah International Preventative Maintenance Fire Life Safety System 1.04.13 |
| San Jose Sharks, LLC Amendment #1 to the Sharks Sponsorship Agreement 09.30.11 |
| San Jose Sharks, LLC Sponsorship Agreement 03.25.10 |
| San Jose Sharks, LLC Corporate Partnership Term Sheet Agreement 06.28.12 |
| Dollar Volume Advertising Contract, effective date February 1, 2013 through January 31, 2014 |
| Scripps Media Group Custom Advertising Contract 02.01.13 |

EAST\56457672.8

| Description of Assumed Executory Contract |
|---|
| Selig Construction Contractor Services Agreement 3.5.12 (Bathroom Remodel Agreements) |
| Serena Software, Inc. Master License & Support Agreement 12.06.07 |
| Shared Technologies Agreement 10.6.10 |
| Shaw Industries, Inc. Product Manufacturer Agreement 8.28.12 (Flooring Agreements) |
| Shaw Industries, Inc. Product Manufacturer Agreement 8.28.12 (Misc. Agreements) |
| Shoreline Awning and Patio Contractor Services Agreement 11.10.11 (Patio Cover Agreements) |
| Slalom Consulting MSA & SOW 11.12.12 |
| Software Development, Inc. Software Development & Purchase Agreement 08.08.97 |
| Solutionary, Inc. Amendment #1 to SOW #11 12.29.11 |
| Solutionary, Inc. Amendment #1 to SOW #12 06.18.12 |
| Solutionary, Inc. Amendment #2 to SOW #11 05.21.12 |
| Solutionary, Inc. Amendment #3 to SOW #11 05.21.12 |
| Solutionary, Inc. MSA 12.20.11 |
| Solutionary, Inc. SOW #11 12.27.11 |
| Solutionary, Inc. SOW #12 12.27.11 |
| Split Rock Learning MSA 09.12.11 |
| SPS Commerce, Inc. MSA & Amendments 04.12.10 |
| Sterling Service Agreement 10.31.11 (Background Checks) |
| SunGard Availability Services LP Addendum to Order No.3005545000 v1.1 03.22.12 |
| SunGard Availability Services LP Addendum to Schedule No. 90538100 12.01.11 |
| SunGard Availability Services LP Addendum to Schedule No.3005545000 v1.1 03.22.12 |
| SunGard Availability Services LP Advanced Recovery Services Exhibit to Global MSA 12.01.11 |
| SunGard Availability Services LP Business Continuity-Disaster Recovery Services Proposal 11.10.11 |
| SunGard Availability Services LP Consulting Services Exhibit to Global MSA 12.01.11 |
| SunGard Availability Services LP Managed Recovery Program Proposal 11.23.11 |
| SunGard Availability Services LP Order No. 3005545000 v. 1.0 12.01.11 |
| SunGard Availability Services LP Schedule No. 3005476200 v. 1.0 12.01.11 |

EAST\56457672.8

| Description of Assumed Executory Contract |
|---|
| SunGard Availability Services LP Schedule No. 3005477500 v. 1.0 12.01.11 |
| SunGard Availability Services LP Service Fees & Expenses 12.14.11 |
| SunGard Availability Services LP Service Overview to MSA |
| SunGard Availability Services LP U.S. Recovery Services Exhibit to Global MSA 12.01.11 |
| SunGard Availability Services LP Addendum to Schedule No.3005545000 v1.2 08.17.12 |
| SunGard Availability Services LP MSA & Addendum to Schedule No. 3005545000 12.01.11 |
| SunGard Availability Services, LP Global Master Services Agreement 12.01.11 |
| Amendment No. 1 to Sunset License Agreement 01.26.12 |
| Amendment No. 2 to Sunset License Agreement 09.28.12 |
| Sunset Publishing Corporation 3.2.11 |
| Supply Chain Coach, Inc. Coaching Services Agreement 05.01.10 |
| T. Rowe Price Plan Recordkeeping Agreement 7.29.11 |
| T. Rowe Price Trust Company Prototype Trust Agreement 7.25.11 (401(k) Recordkeeper) |
| TALX Universal Service Agreement 11.1.11 (Unemployment, Employment Verifications, WOTC) |
| TALX Services Agreement 11.1.11 (W-2 Administration) |
| Tax Compliance Inc. Software License & Support Agreement 09.26.12 |
| Teletrac Subscriber Agreement 3.29.13 |
| Textured Coatings of America, Inc. Product Manufacturer Agreement 12.6.11 (Misc. Agreements) |
| Textured Coatings of America, Inc. Product Manufacturer Agreement 12.6.11 (Misc. Agreements) |
| The Guardian Life Insurance Company of America Group Policy No. G-00470578-FC |
| Jasper Group Maintenance Agreement (IBM) 01.01.13 |
| Jasper Group Maintenance Agreement (Unisys) 01.01.13 |
| Modesto Bee Annual Advertising Contract 2.1.12 |
| The Record Advertising Agreement 01.28.13 |
| The Retail Equation, Inc. Services & License Agreement & Amendment 07.31.08 |
| The Sacramento Bee Annual Advertising Contract 02.01.12 |
| Bronze Service Agreement 4.1.13 |

Schedule 1.1(b) - 14

| Description of Assumed Executory Contract |
|---|
| Tibco Software Inc. Amendment #1 to the Loyalty Lab Master Agreement 05.19.11 |
| Tibco Software Inc. Loyalty Lab Master Agreement 03.08.11 |
| Toeniskoetter Construction Inc. Master Contract (Petaluma) 10.18.12 |
| Toyota Financial Services Master Lease Agreement 07.07.09 |
| T. Grobeck Consulting Services Agreement 2.4.13 |
| Trucker Huss Engagement Agreement 8.23.11 |
| U.S. Security Associates, Inc. Master Security Services Agreement & Amendments 03.20.06 (Guard Service) |
| U.S. Xpress, Inc. Transportation Agreement 05.11.12 |
| Ultimate Software Group, Inc. SaaS Model Agreement 7.22.11 (HR/Payroll System) |
| Amendment No. 1 to UPS Incentive Program Agreement 1.2.12 |
| United Parcels Service, Inc. UPS Incentive Program Agreement 1.2.12 |
| Universal Sweeping Services, Inc. MSA & Addendums 02.01.09 (Parking lot sweeping and landscaping) |
| US Lines LLC Ocean Carrier Service Agreement 5.1.13 |
| USF Reddaway Inc. Transportation Agreement 05.01.12 |
| Valassis Direct Mail Contract #614836.4STD 08.25.13 |
| Valassis Direct Mail, Inc. 06.17.12 |
| Valassis Digital Order Agreement #5008122 03.14.13 |
| Valassis Digital Order Agreement #5008123 03.14.13 |
| Valassis Digital Order Agreement #5008124 04.1.13 |
| Valassis Digital Order Agreement #5008569 05.23.13 |
| Valassis Digital Order Agreement #5008570 05.24.13 |
| Valley Heating, Cooling and Electrical Contractor Services Agreement 3.15.13 (Heating & Air Agreements) |
| Verizon Wireless Entity Agreement 10.17.11 |
| Vineyard Productions L.L.C. Production Services Agreement 01.31.13 |
| Wahlstrom, LLC MSA 11.01.11 |
| Wahlstrom, LLC MSA 11.01.11 |
| Ware Malcomb Independent Contractor Agreement (San Carlos) 2.28.13 |

Schedule 1.1(b) - 15

| Description of Assumed Executory Contract |
|---|
| Ware Malcomb Independent Contractor Agreement 3.26.13 (Van Nuys) |
| Ware Malcomb Independent Contractor Agreement 3.29.13 (4th and LaBrea) |
| Ware Malcomb Independent Contractor Agreement (Pinole) 6.28.13 |
| Weather Trends International, Inc. Service Agreement 01.13.11 |
| Wells Fargo Delivery and Acceptance Certificate 12.8.11 |
| Wells Fargo Financial Leasing, Inc. Amendment to Contract (Ricoh) 2.12.12 |
| Wells Fargo Insurance Services Client Service Agreement 5.1.12 |
| Serengeti Tracker Service Agreement 11.1.11 |
| Western Exterminators Company MSA & Addendums 02.15.10 (Pest Control) |
| XTRA Lease Agreements or Rental Agreements as identified on Schedule 1 to Notice to Counterparties to Executory Contracts and Unexpired Leases |
| Yelp Advertising Agreement 01.30.13 |
| Yelp Ad Program 05.02.13 |
| YRC Freight Transportation Agreement 05.01.12 |

EAST\56457672.8

## Schedule 1.1(c) – Excluded Accounts Receivables

None.

EAST\56457672.8

## Schedule 1.1(d) – Excluded Cash and Cash Equivalents

The Deposit.

Money to be held in an escrow account established with Wilmington Trust, N.A. for receipt of proceeds related to sale of the Purchased Assets.

Money held in an escrow account established with Wilmington Trust, N.A. for purchase of Directors and Officers Liability Insurance Coverage.

Money held in credit card hold-back reserves with American Express and First Data.

Letters of credit furnished by Great American Group WF, LLC, related to the liquidation of stores, for which Sellers are a beneficiary.

## Schedule 1.1(f) – Acquired Owned Real Property

| STORE | ADDRESS | CITY | STATE | ZIP | OWNER |
|-------|---------|------|-------|-----|-------|
| Antelope | 4249 Elverta Road | Antelope | CA | 95843 | OSH Properties LLC<br>6450 Via Del Oro<br>San Jose, CA  95119 |
| Folsom | 905 E. Bidwell Street | Folsom | CA | 95630 | OSH Properties LLC<br>6450 Via Del Oro<br>San Jose, CA  95119 |
| Modesto | 2800 Sisk Road | Modesto | CA | 95350 | OSH Properties LLC<br>6450 Via Del Oro<br>San Jose, CA  95119 |

Schedule 1.1(f) - 1

## Schedule 1.1(g) – Acquired Buildings

| STORE | ADDRESS | CITY | STATE | ZIP | MASTER LANDLORD |
|---|---|---|---|---|---|
| Blackstone | 5445 N. Blackstone | Fresno | CA | 93710 | Dervishian Properties, Co.<br>333 W. Shaw, #6<br>Fresno, CA  93704 |
| Foster City | 1010 Metro Center Blvd. | Foster City | CA | 94404 | 1010 Metro LLC<br>c/o Transpacific Development Southwest<br>5110 N. 40th Street, Suite 238<br>Phoenix, AZ  85018 |
| Millbrae | 900 El Camino Real | Millbrae | CA | 94030 | City and County of San Francisco<br>SFPUC, Real Estate Services<br>525 Golden Gate Ave., 10th Floor<br>San Francisco, CA  94103<br><br>and<br><br>PG&E<br>c/o Payment Research<br>P.O. Box 997310<br>Sacramento, CA  95899-7310 |
| Redwood City | 2110 Middlefield Road | Redwood City | CA | 94063 | PL Redwood City, LP<br>c/o Kimco Realty Corp.<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY  11042-0020 |
| Sunnyvale | 777 Sunnyvale-Saratoga Road | Sunnyvale | CA | 94087 | Mardit Properties Limited Partnership<br>P.O. Box 2098<br>Saratoga, CA  95070 |

### Schedule 1.1(h) – Assumed Leased Real Property

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Alum Rock | 3000 Alum Rock Avenue | San Jose | CA | 95127 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |
| Arden & Watt | 3350 Arden Way | Sacramento | CA | 95825 | Arden Way LLC and Arden Way<br>No 2, LLC<br>101 Montgomery Street, Suite 2350<br>San Francisco, CA  94104-4159 |
| Bakersfield | 6464 Ming Avenue | Bakersfield | CA | 93309 | Sagepointe, LLC<br>c/o MD Atkinson Co., Inc.<br>1401 19th Street, Suite 400<br>Bakersfield, CA  93301 |
| Berkeley | 1025 Ashby Avenue | Berkeley | CA | 94710 | Berkeley Business Center, LLC<br>c/o Hawthorne/Stone, Inc.<br>1704 Union Street<br>San Francisco, CA  94123 |
| Capitola | 1601 41st Avenue<br>(Office) | Capitola | CA | 95010 | Kings Plaza Shopping Center<br>1601 41st Avenue, Suite 202<br>Capitola, CA  95010 |
| Capitola | 1601 41st Avenue<br>(Main Building) | Capitola | CA | 95010 | Kings Plaza Shopping Center<br>1601 41st Avenue, Suite 202<br>Capitola, CA  95010 |
| Chico | 231 W. East Avenue | Chico | CA | 95926 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |
| Clayton | 5424 Ygnacio Valley Road | Concord | CA | 94521 | Clayton Valley Shopping Center, LLC<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>Jacksonville, FL  32202-5019 |
| Clovis | 147 W. Shaw Avenue | Clovis | CA | 93612 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |
| Concord | 2050 Monument Blvd. | Concord | CA | 94520 | Joan E. and Milton F. Bruzzone<br>899 Hope Lane<br>Lafayette, CA  94549 |
| Cottle Road | 5651 Cottle Road | San Jose | CA | 95123 | National Retail Properties, LP<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |
| Dublin | 7884 Dublin Blvd. | Dublin | CA | 94568 | PK II Dublin Retail Center LP<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road<br>New Hyde Park, NY 10042-0020 |
| East Modesto | 1800 Oakdale Rd, Suite A | Modesto | CA | 95355 | Orchard Plaza, LLC<br>P.O. Box 602<br>Denair, CA  95316 |
| El Camino | 3615 El Camino Real | Santa Clara | CA | 95051 | Anka & Pero Margaretic<br>355 Main Street, Suite A<br>Los Altos, CA  94022 |
| Elk Grove | 7431 Laguna Blvd. | Elk Grove | CA | 95758 | Donahue Schriber Realty Group LP<br>200 E. Baker Street, Suite 100<br>Costa Mesa, CA  92626 |
| Figarden | 6055 North Figarden Drive | Fresno | CA | 93722 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Fremont | 5130 Mowry Avenue | Fremont | CA | 94538 | Mowry East Shopping Center, LP<br>c/o Biagini Properties<br>333 W. El Camino Real, Suite 240<br>Sunnyvale, CA  94087 |
| Gilroy | 303 East 10th Street | Gilroy | CA | 95020 | Margaret Conrotto Family 1990 Trust<br>7791 Rey Street<br>Gilroy, CA  95020 |
| Goleta | 125 N. Fairview | Goleta | CA | 93117 | Fairview Shopping Center, LLC<br>c/o Financial Management Group<br>1900 Avenue of the Stars, #2475<br>Los Angeles, CA  90067 |
| Granada Hills | 18060 Chatsworth St. | Granada Hills | CA | 91344 | Seventy-Fifth LLC<br>c/o Combined Property, Inc.<br>1025 Thomas Jefferson Street, NW,<br>Suite 700E<br>Washington, D.C.  20007-5201 |
| Hanford | 700 11th Avenue | Hanford | CA | 93230 | Hanford Center LLC<br>P.O. Box 655<br>Novato, CA  94948 |
| Hesperia | 16824 Main Street | Hesperia | CA | 92345 | Salomon Wainberg and Olga Wainberg<br>23639 Arminta Street<br>West Hills, CA  91304 |
| Kings Canyon | 5653 East Kings Canyon Road | Fresno | CA | 93727 | Save Mart Grocery Stores<br>SMS Management Company<br>P.O. Box 5234<br>Modesto, CA  95352-5234 |
| La Brea (1) | 415 South La Brea Ave. | Los Angeles | CA | 90036 | 401 South La Brea Avenue (Los<br>Angeles), LLC<br>6922 Hollywood Boulevard, Suite 900<br>Los Angeles, CA 90028 |
| La Crescenta | 3100 Foothill Blvd. | La Crescenta | CA | 91214 | Young Properties, a California<br>General Partnership<br>Attn.: Chip Young<br>3407 Ocean View Blvd.<br>Glendale, CA  91208 |
| La Verne | 2244 Foothill Blvd | La Verne | CA | 91750 | La Verne Courtyard, LLC<br>c/o Preferred Property Development<br>629 Camino de los Mares, Suite 201<br>San Clemente, CA  92673 |
| Livermore | 1450 First Street | Livermore | CA | 94550 | Walter & Dorothy Anderson<br>1091 Buckingham Drive<br>Los Altos, CA  94024 |
| Manteca | 189 West Louise Avenue | Manteca | CA | 95336 | Edward J. & Dolores M. Cardoza<br>P.O. Box 1022<br>Manteca, CA  95336 |
| Merchandise Lab | 1375 Blossom Hill Road, Suite 24 | San Jose | CA | 95118 | Pan Cal Princeton Plaza LLC<br>4125 Blackford Avenue, #200<br>San Jose, CA  95117 |
| Milpitas | 125 N. Milpitas Blvd. | Milpitas | CA | 95035 | Shapell Industries of Northern<br>California, Inc.<br>Attn.: Property Manager<br>100 N. Milpitas Blvd.<br>Milpitas, CA  95035 |
| Moraga | 1550 Canyon Road | Moraga | CA | 94556 | Russell J. Bruzzone, Inc.<br>899 Hope Lane<br>Lafayette, CA  94549 |

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Mountain View | 2555 Charleston Road | Mountain View | CA | 94043 | Saab CA LLC<br>635 W. 7th Street, Suite 310<br>Cincinnati, OH 45203 |
| Napa | 3980 Bel Aire Plaza | Napa | CA | 94558 | OLAF Investments, L.P.<br>Molly Belle Properties, L.P.<br>Marbles Enterprises, L.P.<br>2375 Hardies Lane<br>Santa Rosa, CA  95403 |
| NE Fresno | 1536 East Champlain Drive | Fresno | CA | 93720 | Via Montana, LLC<br>P.O. Box 2460<br>Saratoga, CA  95070 |
| Pasadena | 3425 E. Colorado Blvd. | Pasadena | CA | 91107 | KCB RE, L.P.<br>c/o KCB Management, Inc.<br>117 E. Colorado Blvd., Suite 400<br>Pasadena, CA  91105 |
| Paso Robles | 2005 Theatre Drive | Paso Robles | CA | 93446 | DS Paso Crossing LLC<br>5082 N. Palm Ave., Suite A<br>Fresno, CA  93704 |
| Petaluma | 1390 N. McDowell Blvd. | Petaluma | CA | 94954 | BBT, LLC & SOCKS, LLC<br>c/o J&R Properties<br>7226 Via Sendero<br>San Jose, CA  95135 |
| Peterkort | 10860 SW Barnes Road | Beaverton | OR | 97225 | Peterkort Towne Square, L.L.C.<br>c/o Peterkort Property Management<br>Company, LLC<br>9755 SW Barnes Road, Suite 620<br>Portland, OR 97225 |
| Pinole | 1440 Fitzgerald Drive | Pinole | CA | 94564 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |
| Pismo Beach | 853 Oak Park Road | Pismo Beach | CA | 93449 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |
| Princeton | 1375 Blossom Hill Road, Suite 24 | San Jose | CA | 95118 | Pan Cal Princeton Plaza, LLC<br>4125 Blackford Ave., Suite 200<br>San Jose, CA  95117 |
| Prospect | 5365 Prospect Road | San Jose | CA | 95129 | CP6WW, LLC<br>Grosvenor International (Westcoast Freeholds) Limited<br>1 California Street, Suite 2500<br>San Francisco, CA  94111 |
| Redding | 2340 Athens Avenue | Redding | CA | 96001 | Athens Plaza, LLC<br>P.O. Box 15175<br>Seattle, WA  98115 |
| S. San Francisco | 2245 Gellert Blvd. | S. San Francisco | CA | 94080 | American United Life Insurance Company<br>One American Square<br>P.O. Box 368<br>Indianapolis, IN  46206-0368 |
| Salinas | 1067 North Davis Road | Salinas | CA | 93906 | Farmer's Daughters, LP<br>4190 Cadwallader Ave.<br>San Jose, CA  95121 |
| San Carlos Street | 720 West San Carlos Street | San Jose | CA | 95126 | National Retail Properties, LP<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |

Schedule 1.1(h) - 3

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| San Leandro | 300 Floresta Blvd. | San Leandro | CA | 94578 | Arnold Schlesinger<br>9595 Wilshire Blvd., #710<br>Beverly Hills, CA  90212 |
| San Rafael | 1151 Andersen Drive | San Rafael | CA | 94901 | Ball & East Ltd.<br>c/o Harvey Capital Corporation<br>2333 Cotner Avenue<br>Los Angeles, CA  90064 |
| San Ramon | 1041 Market Place | San Ramon | CA | 94583 | MPK LLC<br>1845 Dry Creek Road<br>Campbell, CA  95008 |
| Sand City | 800 Playa Avenue | Sand City | CA | 93955 | Fortuna Realty Company<br>c/o Thomas Financial Service<br>PO Box EC<br>Pacific Grove, CA  93950 |
| Santa Maria | 1950 South Broadway | Santa Maria | CA | 93454 | Western Village Shopping Center<br>2011 S. Broadway, Suite J<br>Santa Maria, CA  93455 |
| Santa Rosa | 2230 Cleveland Avenue | Santa Rosa | CA | 95403 | Red Mountain Asset Fund I, LLC<br>c/o Red Mountain Detail Group, Inc.<br>1234 E. 17th Street<br>Santa Ana, CA  92701 |
| Silver Creek | 1751 East Capital Expressway | San Jose | CA | 95121 | National Retail Properties, LP<br>450 South Orange Avenue, Suite 900<br>Orlando, FL  32801 |
| So. Pasadena | 452 Fair Oaks Avenue | So. Pasadena | CA | 91030 | Young Properties, a California<br>General Partnership<br>3407 Ocean View Blvd.<br>Glendale, CA  91208 |
| Sonora | 750 E. Mono Way | Sonora | CA | 95370 | Sonora Plaza I, LLC<br>c/o Argonaut Investments, LLC<br>770 Tamalpais Drive, Suite 401-B<br>Corte Madera, CA  94925 |
| South Bay | 19330 Hawthorne Blvd. | Torrance | CA | 90503 | 19330 Hawthorne, LLC<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>Jacksonville, FL  32202-5019 |
| Stockton | 1015 West Hammer Lane | Stockton | CA | 95209 | Fedi, Fedi, Jaworski & Santini, LP<br>P.O. Box 781<br>Woodbridge, CA  95258 |
| Store Support Center | 6450 Via Del Oro | San Jose | CA | 95119 | LBA RIV – Company IX, LLC<br>LBA Realty<br>P.O. Box 749765<br>Los Angeles, CA  90074-9765 |
| Thousand Oaks | 1934 A Avenida De Los Arboles | Thousand Oaks | CA | 91362 | Butler Champion, Ltd.<br>Robert Champion<br>11601 Wilshire Blvd. Suite 1650 Los Angeles, CA  90025 |
| Tigard | 9770 SW Scholls Ferry Road | Tigard | OR | 97223 | Krausz Puente LLC<br>c/o The Krausz Companies, Inc.<br>44 Montgomery St., Suite 3300<br>San Francisco, CA  94101-4806 |
| Tracy | 1975 W. 11th Street | Tracy | CA | 95376 | RRG-RMC/Tracy, LLC<br>c/o Regency Centers, LP<br>One Independent Drive, Suite 114<br>Jacksonville, FL  32202 |

EAST\56457672.8

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Tracy Distribution Center | 2650 MacArthur Drive | Tracy | CA | 95376 | LBA/PPR Industrial – MacArthur, LLC<br>c/o LBA RIV-Company XVII, LLC<br>2550 North First Street, Suite 180<br>San Jose, CA 95131 |
| Tracy Excess Warehouse | 1050 E. Grantline Road | Tracy | CA | 95304 | California Valley LLC<br>c/o Buzz Oates Management Services<br>8615 Elder Creek Road<br>Sacramento, CA 95828 |
| Turlock | 3051 Geer Road | Turlock | CA | 95380 | John B. and Kathleen McCorduck<br>McCorduck Properties<br>1615 Bonanza St., Suite 401<br>Walnut Creek, CA 94596 |
| Van Nuys | 5960 Sepulveda Boulevard | Van Nuys | CA | 91411 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| Visalia | 2230 W. Walnut Avenue | Visalia | CA | 93277 | Visalia Properties Partnership 13630<br>Sunset Blvd.<br>Pacific Palisades, CA 90272 |
| Watsonville | 1060 S. Green Valley Road | Watsonville | CA | 95076 | South County Professional Park, L.P.<br>9053 Soquel Drive, Suite B<br>Aptos, CA 95003 |
| West Los Angeles | 2020 S. Bundy Drive | West Los Angeles | CA | 90025 | Bundy Plaza W.L.A., Ltd.<br>c/o Denholm Harris & Co.<br>P.O. Box 3147<br>Mission Viejo, CA 92690 |
| Woodland | 1350 E. Main St. | Woodland | CA | 95776 | PM Associates, L.L.C.<br>11819 Wilshire Blvd., #204<br>Los Angeles, CA 90025 |
| Yorba Linda | 17506 Yorba Linda Blvd. | Yorba Linda | CA | 92886 | LFET Investors, LP<br>c/o Fortus Property Group<br>18301 Von Karman Avenue, Suite 850<br>Irvine, CA 92612 |

(1) Store opening schedule for Fall 2013.

EAST\56457672.8

## Schedule 1.1(i) – Excluded Tangible Assets Relating to the Business

None.

EAST\56457672.8

**Schedule 1.1(v) – Confidentiality and Non-Disclosure Agreements**

Any confidentiality or non-disclosure agreement between the Term Lenders, their counsel, and the Sellers.

## Schedule 1.1(w) – Assumed Plans

Orchard Supply Hardware Retirement Savings Plan

Orchard Supply Hardware Stores Corporation Annual Incentive Plan

Executive Annual Incentive Plan For Orchard Supply Hardware Stores Corporation

Salaried Associates Annual Incentive Plan For Orchard Supply Hardware Stores Corporation

Store Management Incentive Plan For Orchard Supply Hardware Stores Corporation

Guardian Orchard Supply Hardware LLC Basic Dental Plan

Guardian Orchard Supply Hardware LLC Premium Dental Plan

Guardian Orchard Supply Hardware LLC Group Life and AD&D

Guardian Orchard Supply Hardware LLC Group Short Term Disability – Full-Time

Guardian Orchard Supply Hardware LLC Group Short Term Disability – Salaried

Guardian Orchard Supply Hardware LLC Optional AD&D

Guardian Orchard Supply Hardware LLC Optional Life

Guardian Orchard Supply Hardware LLC Optional Long Term Disability

Guardian Orchard Supply Hardware LLC Vision

Guardian Orchard Supply Hardware LLC Dependent Voluntary AD&D

Guardian Orchard Supply Hardware LLC Dependent Spouse Optional Life

Health Net HMO Plan

Health Net PPO Plan

Health Net HAS Qualified Deductible PPO Plan

Kaiser Permanente HSA – Qualified Deductible HMO Plan for Orchard Supply Hardware LLC (Northern California Region)

Kaiser Permanente Traditional Plan for Orchard Supply Hardware LLC (Northern California Region)

Kaiser Permanente Senior Advantage (HMO) with Part D for Orchard Supply Hardware LLC (Northern California Region)

Kaiser Permanente Senior Advantage (HMO) with Part D when Medicare is secondary coverage for Orchard Supply Hardware LLC (Northern California Region)

Schedule 1.1(w) - 1

American Specialty Health Plan Chiropractice Plan (Northern California Region)

Kaiser Permanente Large Group High Deductible Health Plan for Orchard Supply Hardware LLC (Oregon)

Kaiser Permanente Traditional Plan for Orchard Supply Hardware LLC (Oregon)

Kaiser Permanente HSA Qualified Deductible HMO Plan for Orchard Supply Hardware LLC (Southern California Region)

Kaiser Permanente Traditional Plan for Orchard Supply Hardware LLC (Southern California Region)

Kaiser Permanente Senior Advantage (HMO) with Part D for Orchard Supply Hardware LLC (Southern California Region)

Kaiser Permanente Senior Advantage (HMO) with Part D when Medicare is secondary coverage (Sourthern California Region)

American Specialty Health Plan Chiropractice Plan (Southern California Region)

Orchard Supply Hardware LLC Flexible Benefits Plan

Orchard Supply Hardware Health and Welfare Plan

MetLaw Hyatt Legal and Identity Theft Program (Orchard does not sponsor but makes available)

MetLife Pet Insurance Program (Orchard does not sponsor but makes available)

MetLife Auto & Home Group Insurance Program (Orchard does not sponsor but makes available)

MetLife Critical Illness Group Program (Orchard does not sponsor but makes available)

Full-Time Associates Benefits
1. Medical
2. Dental
3. Vision
4. Flexible Spending Accounts
5. Company-Paid Short-Term Disability Insurance
6. Long-Term Disability Insurance
7. Company-Paid Life Insurance
8. Optional Life Insurance
9. 401(k) Savings Plan
10. Employee Assistance Program
11. Associate Discount
12. Voluntary Benefits (Orchard does not sponsor but makes available)
13. Vacation
14. National Holidays

Part-Time Associates Benefits

Schedule 1.1(w) - 2

1. Medical, Dental & Life Insurance (Orchard does not sponsor but makes available)
2. Vision
3. 401(k) Savings Plan
4. Employee Assistance Program
5. Associate Discount
6. Voluntary Benefits (Orchard does not sponsor but makes available)
7. Vacation
8. National Holidays

Schedule 1.1(w) - 3

## <u>Schedule 1.1(bb) – Excluded Claims and Rights Related to Purchased Assets</u>

None.

EAST\56457672.8

**Schedule 1.2(k) – GOB Store Locations**

| STORE | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Burbank | 641 N. Victory Blvd. | Burbank | CA | 91502 |
| Canoga Park | 22741 Victory Blvd. | Canoga Park | CA | 91307 |
| Citrus Heights | 6124 San Juan Avenue | Citrus Heights | CA | 95610 |
| El Cerrito | 1751 Eastshore Blvd. | El Cerrito | CA | 94530 |
| Fairfield | 1500 Oliver Road | Fairfield | CA | 94534 |
| Huntington Beach | 19330 Golden West Street | Huntington Beach | CA | 92648 |
| Lodi | 360 S. Cherokee Lane | Lodi | CA | 95240 |
| Lone Tree | 4873 Lonetree Way | Antioch | CA | 94531 |
| Long Beach | 4480 Atlantic Avenue | Long Beach | CA | 90807 |
| Merced | 3155 R Street | Merced | CA | 95348 |
| Midtown | 4801 W. Venice Blvd. | Los Angeles | CA | 90019 |
| Newark | 5655 Jarvis Avenue | Newark | CA | 94560 |
| Santa Ana | 1975 E. 17th Street | Santa Ana | CA | 92701 |
| Santa Clarita | 26565 N. Bouquet Canyon Road | Santa Clarita | CA | 91350 |
| Torrance | 4340 Pacific Coast Highway | Torrance | CA | 90505 |
| Vacaville | 220 Peabody Road | Vacaville | CA | 95687 |
| Yuba City | 1262 Stabler Lane | Yuba City | CA | 95993 |

Schedule 1.2(k) - 1

**Schedule 1.2(m) – Deposits and Pre-Paid Amounts**

Adequate assurance deposits for utility providers to enable continued post-petition utility services.

Retainers for professionals retained in the Bankruptcy Cases.

Schedule 1.2(m) - 1

**Schedule 1.2(o) – Excluded Claims and Causes of Action**

Pending litigation in Orchard Supply Hardware LLC v. Home Depot USA, Inc. (N.D. Cal., Case No. 12-cv-06361-LB).

EAST\56457672.8

Schedule 1.3(f) – Additional Trade Payable Liabilities

1 BAG AT A TIME INC
1ST PMF BANCORP
3M COMPANY
A & E MANUFACTURING CO CO
A&M BADGING SUPPLIES INC
AAF MCQUAY INC
ABM CANADA
ACADEMY LOCKSMITH INC
ACCENT CARPETS
ACCURATE BACKFLOW TESTING & VA
ACCUTEK PRODUCTS CORPORAT
ACE EVERT INC
ACME UNITED CORPORATION
ACTION DJ NETWORK
ACTIVE ASSEMBLY
ACUITY BRANDS LIGHTING
AD ART INC
ADAMAX INC
ADAMS MFG CORP
ADELPHIA COMM CORP
ADJUSTABLE CLAMP CO
ADVANTAGE MAILING INC.
AKAMAI TECHNOLOGIES INC
AKRO MILLS INC
AKZO NOBEL PAINTS LLC/MAACO
ALAMEDA COUNTY
ALAMEDA COUNTY ENVIRONMENTAL H
ALBERT PAPER COMPANY
ALDEN CORPORATION
ALERT STAMPING & MFG CO I
ALHAMBRA & SIERRA SPRINGS
ALK TECHNOLOGIES
ALL AMERICAN LOCK CORP
ALLIED TUBE & CONDUIT
ALLTECH SERVICES INC
ALLTRADE INC
ALLWAY TOOLS LLC
ALPHA CARD SYSTEMS
AMERICAN LAWN MOWER CO IN
AMERICAN LICORICE CO
AMERICAN PAINT PADDLE CO
AMERICAN REPROGRAPHICS CO LLC
AMERICAN RETRO LLC
AMERICAN SAFETY RAZOR CO
AMERICAN SHOWER & BATH CO
AMERICAN TACK & HARDWARE
AMERICAN TRASH MANAGEMENT
AMERIGAS - ANGELS CAMP
AMERIGAS - BLOOMINGTON

Schedule 1.3(f) - 1

AMERIGAS - FRESNO
AMERIGAS - GARDENA 5402
AMERIGAS - GRIDLEY
AMERIGAS - MODESTO
AMERIGAS - OXNARD 1061
AMERIGAS - RED BLUFF
AMERIGAS - SACRAMENTO
AMERIGAS - SAN JOSE
AMERIGAS - SANTA MARIA
AMERIGAS - SEBASTOPOL
AMERIMAX HOME PRODUCTS IN
AMERIWOOD
AMERIWOOD INDUSTRIES
AMEROCK CORP
AMES TRUE TEMPER INC
ANCIENT GRAFFITI
ANTHONY MARTINEZ
AON FIRE PROTECTION ENGINEERIN
AP & G INC
APEX TOOL GROUP
APEX TOOL GROUP LLC
APPEAL DEMOCRAT
APPLIED APPLICATIONS*
ARCHITECTURAL MAILBOXES*
ARCMATE MFG
ARGEE CORPORATION
ARMATRON INTERNATIONAL IN
ARMORED AUTO GROUP SALES INC
ARMSTRONG CLARK CO
ARNOLD CORPORATION
ARROW FASTENER COMPANY IN
ARROW GROUP INDUSTRIES INDUSTR
ARROW MECHANICAL CONTRACTORS
ARROW PACKAGING
ARROW SHED LLC
ARROWHEAD BRASS AND PLUMBING
ARROWHEAD MOUNTAIN SPRING WATE
ART & FRAMING RESOURCES
ARTU USA INC
AS AMERICA INC
ASHLAND INC & CONSOLIDATE
ASSA ABLOY ENTRANCE SYSTEMS US
ASSEMBLED PRODUCTS CORPORATION
ASSEMBLERS, INC.
ASSOCIATED SERVICES
ATLAS HOMEWARES
AUGUST SOUTHWOODS
AUTOMATED PACKAGING SYSTEMS
AVON PLASTICS INC
AZ PATIO HEATERS
AZ PATIO HEATERS LLC

Schedule 1.3(f) - 2

BAJA
BAJA INC
BARCELO ENTERPRISES INC
BARENBRUG USA
BARZ DECORATIVE HARDWARE
BATTAN INDUSTRIES
BAY AIR SYSTEMS
BEAR MOUNTAIN FOREST PRODUCTS
BEAUMONT PRODUCTS INC
BEAVEX INC
BEHRENS MFG
BEL AIR LIGHTING
BELL ELECTRICAL SUPPLY INC
BELL SPORTS
BELWITH PRODUCTS
BENJAMIN MOORE
BERRY PLASTICS
BESSEY TOOLS INC
BETTER HEADS LLC
BIG TIME PRODUCTS
BILLIOUS INC
BISSELL HOMECARE INTERNATIONAL
BITS LIMITED
BIXBY KNOLLS PARKING ASSOCIATI
BLACK & DECKER (US) INC
BLACKBEAM LLC
BLITZ USA
BLUE RHINO CORPORATION
BON-AIRE INDUSTRIES INC
BONAKEMI USA INC
BOND MANUFACTURING CO
BOND MFG
BONDHUS CORPORATION
BONIDE PRODUCTS INC
BOSTON RETAIL PRODUCTS INC
BOYETT PETROLEUM INC
BRIAN HO
BRIDGEPORT CAPITAL FUNDING LLC
BRIGGS & STRATTON POWER P
BRINKMANN CORP
BROAN-NUTONE LLC
BROWNS GAS CO INC
BRYANT WAYNE SCOTT
BTR ENTERPRISES LLC
BUCK KNIVES INC
BUFFALO INDUSTRIES LLC
BURLEY DESIGN
BUSINESS WIRE INC
BUSSMANN DIVISION
BUTLER HOME PRODUCTS LLC
BZB GROUP INC

EAST\56457672.8

C W LINT CO INC
C&H DISTRIBUTORS LLC
CA SHOPPING CART RETRIEVAL COR
CADET MANUFACTURING*
CAGWIN & DORWARD
CALIFORNIA FLEET SERVICE INC
CALIFORNIA HOME & GARDEN
CAMAIR LLC
CAMPBELL HAUSFELD
CANPLAS LLC
CANTERBURY ENTERPRISES
CAR-FRESHNER
CARGILL INC-SALT DIVISION
CARHARTT INC
CARLOS  MORALES
CARLTON TECHNOLOGIES
CARROLL COMPANY
CASABELLA BY KAMINSTEIN
CASH ACME
CELL ENERGY INC
CELTIC CAPITAL CORPORATION
CENTRAL COAST SOD INC
CENTRAL GARDEN AND PET
CENTRAL SANITARY SUPPLY
CENTRAL VALLEY CULLIGAN
CENTURY DRILL & TOOL CO
CENTURY SPRING CO
CEQUENT CONSUMER PROD
CG ROXANE LLC
CHAMBERLAIN MANUFACTURING
CHAMPION COOLERS
CHANEY INSTRUMENT CO
CHANNELLOCK INC
CHAR-BROIL
CHARGON ELECTRIC
CHERVON (HK) LIMITED
CHICAGO TITLE COMPANY
CHW MEDICAL FOUNDATION - WHC
CISCO AIR SYSTEMS INC
CISCO WEBEX LLC
CITRIX SYSTEMS INC
CITY OF ANTIOCH
CITY OF CITRUS HEIGHTS
CITY OF EL CERRITO
CITY OF FOSTER CITY
CITY OF FRESNO
CITY OF HESPERIA
CITY OF HILLSBORO
CITY OF HUNTINGTON BEACH
CITY OF LA VERNE
CITY OF LODI

Schedule 1.3(f) - 4

CITY OF LONG BEACH
CITY OF LOS ANGELES
CITY OF MANTECA
CITY OF MILLBRAE
CITY OF NEWARK
CITY OF ORANGE
CITY OF REDDING
CITY OF SAN LEANDRO
CITY OF SANTA MARIA
CITY OF STOCKTON
CITY OF TORRANCE
CITY OF VISALIA
CITY OF WOODLAND
CLAIRE SPRAYWAY INC
CLASSIC BRANDS
CLAYTON CORPORATION
CLERK OF THE COURT
CLEVELAND TUBING INC
CLIMBING SOLUTIONS INC
CLOROX/KINGSFORD
CLOSETMAID
CLOUD STAR CORP
CLOVIS GLASS CO., INC.
COAST CUTLERY CO
COCA COLA ENTERPRISES
COCA COLA SACRAMENTO
COLEMAN COMPANY INC
COLGATE PALMOLIVE
COLLICUTT ENERGY SYSTEMS INC
COLLIER MFG
COLOR SPOT NURSERIES INC
COLORITE PLASTICS COMPANY
COLUMBIA SPORTWEAR
COMM WORKS LLC
COMMERCIAL SITE IMPROVEMENTS
COMMERCIAL WATER DISTRIBUTING
CONCEPTUAL MARKETING & DE
CONNECTICUT ELECTRIC INC
CONSTRUCTION METALS INC
CONTINENTAL BUSINESS MACHINES
CONTINENTAL COMMERCIAL PRODUCT
CONVENIENCE CONCEPTS INC
COOPER LIGHTING INC
COPPERFIT INDUSTRIES
CORE DISTRIBUTION
CORE DISTRIBUTION INC
CORNERSTONE PRODUCTS
CORONA CLIPPER COMPANY IN
COUNTRY LINE (HK) LTD
COUNTY OF MONTEREY
COUNTY OF ORANGE

Schedule 1.3(f) - 5

COUNTY OF SAN JOAQUIN
COUNTY OF SANTA CLARA
COUNTY OF VENTURA
COUNTY SPECIALTY GASES
COURTYARD CREATIONS INC
COYLE REPRODUCTIONS INC
CPFILMS INC
CPI CARD GROUP - NEVADA INC
CPS COLOR EQUIPMENT INC
CPS PRINTING
CREATIVE CO OP
CREATIVE CO-OP INC
CREATIVE PARTNERS WEST INC
CROAKIES
CROSSROAD SERVICES INC
CROUCH & RAMEY LLP
CROWN BOLT
CRYSTAL SPRINGS WATER CO
CSA AMERICA INC
CSDL, INC
CT CORPORATION
CTM INTERNATIONAL GIFTWARE INC
CULLIGAN INTERNATIONAL
CUSTOM BUILDING PRODUCTS
CYBERDATA CORPORATION
CYCLONE BICYCLE SUPPLY
DAILY DEMOCRAT
DAILY PRESS
DAILY REPUBLIC
DANAHER TOOL LTD
DANCO COMPANY
DANCO INC
DANIEL  NICKLES
DANZE INC
DAP INC
DAREX LLC
DASCO PRO INC
DATELINE PRODUCTS
DAVID MESA
DAVID R DEVAUGHN
DEEP THOUGHT DIVING PROD-
DEER PARK IRONWORKS
DEFT INCORPORATED
DELK PEST CONTROL
DELL MARKETING LP
DELONGHI AMERICA INC
DELTA BLUE GRASS
DELTA FAUCET COMPANY
DELTA INDUSTRIES INTERNAT
DEPARTMENT OF MOTOR VEHICLES
DESERT EXTRUSION CORP

Schedule 1.3(f) - 6

DESIGN FABRICATION INC
DETROIT QUALITY BRUSH MFG
DEWINTER GROUP INC
DIAL MANUFACTURING INC
DIAMOND BUSINESS CREDIT LLC
DIG CORPORATION
DIGIPOS STORE SOLUTIONS INC
DIMEX LLC
DIMPLEX NORTH AMERICA
DIR/CAL-OSHA
DIXIE SALES COMPANY INC
DL PETERSON TRUST
DLT GROWERS INC
DOLLE SHELVING LLC
DOMINO PLASTICS MFG INC
DONS MOBILE GLASS
DORCY INTERNATIONAL INC
DOREL USA INC
DOSKOCIL MANUFACTURING CO
DOVER PARKERSBURG
DRAINBO LLC
DRIP PANS USA
DRIPLESS INC
DROLL YANKEES INC
DS WATERS OF AMERICA INC
DUCKBACK PRODUCTS
DUNDAS JAFINE
DURA PLASTIC PRODUCTS INC
DURAFLAME INC
DURO CORP
DUSTIN E COY
DUTRO COMPANY
DYNO SEASONAL DESIGN
E S WEST COAST
EAGLE MANUFACTURING CO
EASY GARDENER INC
ECLECTIC PRODUCTS INC
ECODYNE*
ECOSMART US LLC
EDFRED CORPORATION
EDMUND A GRAY COMPANY INC
EDSAL MANUFACTURING
EHD
EI DU PONT DE NEMOURS
ELECTRICAL DISTRIBUTORS CO
ELECTROLUX HOME PRODUCTS
ELEXA CONSUMER PRODUCTS -ECOMM
ELEXA CONSUMER PRODUCTS I
ELMER'S PRODUCTS INC
EMERGENCY PHYSICIAN ASSOCIATES
EMERSON

Schedule 1.3(f) - 7

EMERSON ELECTRIC CO
EMERSON TOOL
EMHART TECHNOLOGIES
EML TECHNOLOGIES INC
EMPIRE LEVEL MFG CORP
ENCORE INDUSTRIES
ENERGIZER BATTERY INC
ENERO GROUP INC
ENFORCER PRODUCTS INC
ENTERPRISE GROUP
ENTERPRISE RECORD
ENVIRONMENTAL SOLUTIONS INTL
EQUINOX 2 INC
ERIC JOHN LESEBERG
ESITE INC
ESTATE OF KAREN JASPER
ESTWING MFG CO INC
ETTORE PRODUCTS COMPANY
EURO-PRO SALES COMPANY
EVANS RULE COMPANY
EVENTUS GROUP LLC
EVERFLOW INDUSTRIAL SUPPLY
EVERGREEN OIL INC
EXCEL GARDEN PRODUCTS
EXCEL MARKETING
FARMERS DAUGHTER LP
FAUCET QUEENS INC
FCC LLC DBA FIRST CAPITAL
FEDEX
FEENEY INC
FEIN POWER TOOLS
FEIT ELECTRIC COMPANY INC
FERGUSON PARTS & PACKAGING
FERNCO INC
FFR INC
FIRE AND FLAVOR GRILLING
FIRST ALERT
FIRST ALERT/BRK BRANDS INC
FIRST COMMUNITY FINANCIAL
FISKARS BRANDS INC
FLEETWASH INC
FLORENCE & NEW ITALIAN AR
FLORIDA PNEUMATIC MFG
FLUIDMASTER INC
FONEGEAR LLC
FOOTHILL SIERRA PEST CONTROL
FOREST MFG LTD
FORESTON TRENDS
FORNEY INDUSTRIES INC
FOUR WINDS GROWERS
FOX FIRE PROTECTION INC

EAST\56457672.8

FP PARKER MFG CO INC
FPC CORP
FRESNO OXYGEN
FRG WASTE RESOURCES INC
FRONTIER
FRYS METALS INC
FULCRUM PRODUCTS INC
FULLER BRUSH
FUN SOURCE LLC
G & K SERVICES CO
G B TOOLS & SUP INC
GA COMMUNICATIONS INC
GALE PACIFIC USA INC
GALTECH CORP
GARDA CL WEST INC
GARDMAN USA
GE FLEET SERVICES
GEMMY INDUSTRIES CORPORAT
GENERAC POWER SYSTEMS
GENERAL ELECTRIC COMPANY
GENERAL ELECTRIC LIGHTING
GENERAL TOOLS MFG CO LLC
GENERAL WIRE SPRING COMPA
GENOVA PRODUCTS INC
GEO GLOBAL PARTNERS LLC
GEOFF ASHCROFT
GERSON COMPANY
GIBSON DUNN & CRUTCHER
GLAZE N SEAL PRODUCTS
GLEASON INDUSTRIAL PRODUCTS
GLOBAL EQUIPMENT COMPANY INC
GLOBAL INT
GOAL ZERO LLC
GOLD COUNTRY MEDIA PUBLICATION
GOLD EAGLE CO
GOLDBLATT TOOL CO LLC
GOLDEN EAGLE DIST - MERCH
GOLDEN EAGLE DISTR - NON-MERCH
GORDON TRUCKING INC
GORILLA PVC CEMENT LLC
GRABBER INC
GRACIOUS LIVING CORPORATI
GRAINGER
GRAPHIC COMMUNICATIONS
GRAYBAR ELECTRIC INC
GREAT AMERICA NETWORKS CONF
GREAT NECK SAW MFRS INC
GREEN KING LLC
GREENLEE TEXTRON INC
GRONOMICS
GSC TECHNOLOGIES

EAST\56457672.8

GT WATER PRODUCTS INC
GUANGDONG CHANT GROUP
GYROS PRECISION TOOLS INC
H D HUDSON MANUFACTURING
H G MAKELIM COMPANY
HABITAT INTERNATIONAL INC
HAMMONDS CANDIES
HAMPTON INDUSTRIES
HAMPTON PRODUCTS INTERNAT
HAMPTON PRODUCTS INTL CORP
HANCOR INCORPORATED
HANFORD POLICE DEPARTMENT
HANGZHOU GREAT STAR IND
HARBOR PRODUCTS INC
HARPER BRUSH WORKS INC
HART & COOLEY INC
HARTS NURSERY OF JEFFERSON INC*
HARVARD BATTERY INC
HAULAWAY STORAGE CONTAINERS IN
HDA INC
HEALTHLINE MEDICAL GROUP
HEARTHMARK INC
HELP INC
HENKEL CONSUMER
HENRY CO
HERO USA
HERTZ EQUIP. RENTAL-FREMONT
HIATT MFG
HILLMAN GROUP INC
HINES GROWERS INC
HITACHI POWER TOOLS
HMS MFG CO
HOFFMEYER CO
HOLLOWAY HOUSE
HOMAX CORPORATION
HOME BAZAAR
HOME BAZAAR INC
HOME PRODUCTS INTERNATIONAL
HOMEVIEW DESIGN INC
HOMEWERKS WORLDWIDE
HONEY CAN DO INTL LLC
HONEYWELL
HONG KONG SUNRISE TRADING CO
HOOVER COMPANY, THE
HOPKINS MFG
HOUSEHOLD ESSENTIALS
HOWARD PRODUCTS INC
HUA XING INTL HK LTD
HUNTER FAN
HUNTER FAN COMPANY
HUSQVARNA OUTDOOR PRODUCT

Schedule 1.3(f) - 10

HY-C COMPANY INC
HYDE MFG CO
IAN ROBERTSON
IBM CORPORATION
IDEAL INDUSTRIES INC
IGLOO PRODUCTS CORP FBO GECC
IGNITE USA
ILLINOIS AUTO ELECTRIC CO
ILLINOIS TOOL WORKS INC
ILLINOIS TRADING CO
ILLUME
IMPACT PRODUCTS
IMPERIAL BLADES
IMPERIAL MANUFACTURING GR
IMPEX SYSTEMS GROUP INC
INDACO MFG
INDIA CONNECTION
INNERWORKINGS LLC
INNOVATIVE CONCEPTS CORP
INSTAPURE BRANDS INC
INTEGRACOLOR
INTEGRATED FACILITY SERVICES
INTEGRATED SYSTEMS AND CONTROL
INTERMATIC INC
INTERNATIONAL DEVELOPMENT
INTERPUBLIC GROUP OF COMPANIES
INTERSTATE BATTERY SYSTEM OF M
INTERSTATE OIL COMPANY
INTL CLASSICS HONG KONG LTD
IRIS USA INC
IRVING IDELL
ISCOPE MEDIA INC
ISIDRO DOMINGUEZ
IT 1 SOURCE LLC
IT'S A GAS, INC
ITW BRANDS
J & M HOME FASHIONS LLC
J & R PROPERTIES
JACK POST
JACKLYN RODMAN
JAMES ELECTRONICS LTD
JAMES W COINER
JASCO PRODUCTS CO LLC
JAVE R DIRKSEN
JB HUNT TRANSPORT
JEFFREY A HAWLISH
JELMAR
JENSEN DISTRIBUTION SER
JENSEN DISTRIBUTION SVCS
JENSEN-BYRD CO INC
JFS ENTERPRISES

JIG-A-LOO INC
JJ KELLER & ASSOCIATES INC
J-M MANUFACTURING COMPANY
JMS INDUSTRIES
JOAN E & MILTON F BRUZZONE
JOAN HOSKING
JOHN  PKIN
JOHN B & KATHLEEN MCCORDUCK
JOHN SCHWARTZ
JOHN WAGNER ASSOC INC
JOHNSON LEVEL & TOOL MFG
JORDAN MANUFACTURING
JORDAN MFG
JORDAN MILLER & ASSOC INC
JORE CORPORATION
JORGENSEN & CO
JOSEPH ENTERPRISES INC
JULIA VAN LEEMPUT
JULIE MARTIN
K & K INTERIORS
K & S ENGINEERING*
K S HILL CONSTRUCTION
KAB ENTERPRISE CO LTD
KALALOU INC
KANISHKO INTL TRADING
KARCHER NORTH AMERICA INC
KATHLEEN  TELFORD
KATRINA NEILL
KAWAHARA NURSERY INC
KAZ HOME ENVIRONMENT INC
KEENEY MFG
KELLOGG SUPPLY INC
KELSEN INC.
KETER NORTH AMERICA INC
KIDDE SAFETY
KIK INTERNATIONAL LLC
KIMBERLY-CLARK CORPORATIO
KING BROS INDUSTRIES
KINGS PLAZA SHOPPING CENTER
KINGSTON BRASS
KITTRICH CORPORATION
KLEAN CANTEEN INC
KNAPE & VOGT
KNIPEX TOOLS*
KNOX FERTILIZER CO
KOMELON USA
KOMELON USA CORP
KONE INC
KOSAKURA INC
KRAEMERS NURSERY INC
KWIKSET CORP

EAST\56457672.8

L & L NURSERY SUPPLY
L & L NURSERY SUPPLY INC
LA CANDELA
LA CROSSE BRUSH INC
LA VERNE NURSERY INC
LAB CLEAN LLC
LAITNER BRUSH COMPANY
LAMPLIGHT FARMS INC
LANDMANN USA
LANDSBERG
LARSEN SUPPLY CO INC
LASARTE  BROS  APTS
LAVELLE INDUSTRIES INC
LAZZARI FUEL CO
LBP INC
LDR INDUSTRIES INC
LEAF FUNDING INC
LEATHERMAN TOOL GROUP INC
LEBANON SEABOARD CORP
LEE CENTRAL COAST NEWSPAPERS
LEE ENTERPRISES
LEE ROWAN
LEE'S POTTERY INC
LEGACY MFG CO.
LEHIGH GROUP
LEHIGH SAFETY SHOE COMPANY LLC
LENOX
LEVINS AUTO SUPPLY LLC
LEVITON MANUFACTURING CO
LEWIS HYMAN INC
LEWIS LIFETIME TOOLS
LIBERTY HARDWARE
LIBMAN CO
LIFE GEAR INC
LIFESIGNS, INC.
LIFETIME HONG KONG
LINGRAPH PACKAGING SERVICES
LINZER PRODUCTS CORP
LODI NEWS SENTINAL
LOLLY COMPANY
LOS ANGELES COUNTY
LOS ANGELES INDEPENDENT
LOS ANGELES TIMES
LOUIS  TRAGER
LOWEN CORPORATION
LOZIER CORP
LUCENT ACE MFG
LUCIANO, TONY & ALBA'S PIZZA
LUKASIAN HOUSE LLC
LUTRON ELECTRONICS CO INC
LUXE WATER SOLUTIONS LLC

Schedule 1.3(f) - 13

MADCO WELDING SUPPLY CO INC
MADISON MILL INC*
MADLAND TOYOTA-LIFT INC
MAG INSTRUMENT INC
MAGIC AMERICAN CORPORATIO
MAGID GLOVE AND SAFETY
MARC WALES CAPRONI GEN PTR
MARKETING IDEAS
MARQUETTE COMMERCIAL FINANCE
MASTER HALCO INC
MASTER LOCK CO LLC
MASTERCHEM INDUSTRIES
MAT INDUSTRIES
MAT INDUSTRIES LLC
MATSUDAS OF SACRAMENTO
MAXPOWER PRECISION PARTS
MCCLATCHY NEWSPAPER INC
MCCOY TRUCK TIRE SERVICE CEN
MCLANE MANUFACTURING INC
M-D BUILDING PRODUCTS
MECHANICAL PLASTICS CORP
MECHANIX WEAR INC
MERCED SUN STAR
MERIDIAN INTL CO LTD
MERIT DISTRIBUTION GROUP
MERIT GROUP DBA LANCASTER
MERRITT INTERNATIONAL
METEOR
METEOR INC
METHOD PRODUCTS
MIBRO
MIDCOM DATA TECHNOLOGIES INC
MIDEA INTL TRADING CO
MIDWEST QUALITY GLOVES IN
MIDWEST TOOL AND CUTLERY
MIDWEST WIRE WORKS
MIKE GARCIA
MILTON INDUSTRIES INC
MISHA SHORTER
MISSION VALLEY TRUCK RENTAL &
MISTY MATE INC
MIX TELEMATICS NORTH AMERICA I
MJB WELDING SUPPLY INC
MK DIAMOND PRODUCTS
MOBILE MINI INC
MODA HOME/UNITED NOTIONS
MODESTO BATTERY CORP
MODESTO OVERHEAD DOOR INC
MODESTO WELDING PRODUCTS
MOEN INCORPORATED
MOMENTIVE PERFORMANCE MATERIAL

Schedule 1.3(f) - 14

MONTEREY COUNTY HEALTH DEPT
MOORE TWINING ASSOCIATES INC
MORAN TRANSPORTATION CORP
MORRIS NEWSPAPER CORP OF CA
MORTON SALT CO
MOSS ADAMS
MOTION INDUSTRIES INC
MOTOMCO LTD
MR LONGARM INC
MUELLER STREAMLINE CO
MVP GROUP INTERNATIONAL INC
MWE
NAPA VALLEY PUBLISHING COMPANY
NATIONAL CONSTRUCTION RENTALS
NATIONAL MANUFACTURING CO
NATURAL PACK
NDA DISTRIBUTORS
NDS INC
NELLIE  G  ESQUIVEL
NELSON SHIMS
NEST LABS INC
NESTLE WATERS NORTH AMERI
NEW EVERGREEN TREE FACTORY
NEW NGC INC
NEWELL CO
NICHOLAS B PEREZ
NICHOLAS CREWS
NICOLAS HOLIDAY INC
NINGBO BATTERY AND ELECTRIC
NINJA PARTERS LLC
NITE IZE INC
NORCAL POTTERY PRODUCTS I
NORTHERN INTERNATIONAL IN
NOVA RECORDS MGMT LLC
NOVELTY MANUFACTURING
NSS ENTERPRISE INC
OATEY SUPPLY CHAIN SERVIC
OFFICE OF FINANCE
OLD DOMINION FREIGHT LINE INC
OLD WORLD INDUSTRIES INC
OLD WORLD SPICES & SEASONINGS
OLYMPIA TOOLS
ON THE EDGE MARKETING
ONESOURCE PRINTER SERVICE
ONI STOCKTON INC
ONTEL PRODUCTS CORPORATIO
ONTREND INTL LLC
ONWARD MANUFACTURING ASIA
ONWARD MFG
OPERATIVE SOFTWARE PRODUCTS
ORANGE COUNTY REGISTER

Schedule 1.3(f) - 15

ORBIT IRRIGATION
ORBIT IRRIGATION PRODS IN
OREGON DEPT OF AGRICULTURE
OREGON TRELLIS
OREGON-AIRE, INC
ORGANIC CONTROL INC
ORIGINAL POWER INC
ORION SAFETY PRODUCTS
ORR SAFETY CORPORATION
OSRAM SYLVANIA INC
O'SULLIVAN ENTERPRISES INC
OUTDOOR INTERIORS LLC
OUTDOOR LEISURE PRODUCTS
OUTDOOZIE LLC
OXO INTL
PACIFIC CASUAL
PACIFIC CASUAL LLC
PACIFIC COAST TRANE SERVICE
PACIFIC GROVES
PACIFIC LIGHTING SOLUTIONS
PACIFIC PRECISION METALS
PACIFIC STATES INDUSTRIES INC
PACIFIC WINDOW TINTING, INC.
PACKAGING SOURCE
PACOSH LP
PACPLAZA PROPERTIES LP
PALM ACRES INC
PAN CAL PRINCETON PLAZA LLC
PANACEA PRODUCTS
PANACEA PRODUCTS CORP
PANDUN INC
PARADIGM TAX GROUP LLC
PARK HILL COLLECTION LLC
PATEL PULLIAM & MEDICAL
PAUL LEE CANNON
PC CONNECTION SALES CORP
PD HOME AND GARDEN
PENINSULA WELDING & MEDICAL SU
PERFECTA PRODUCTS INC
PERMASTEEL INC
PET RAGEOUS DESIGNS
PFX PET SUPPLY
PHIFER INCORPORATED
PHILLIP J CULMONE
PLANO MOLDING COMPANY
PLANT STAND INC
PLANTATION PATTERNS
PLASKOLITE INC
PLASTIC PRODUCTS
PLATINUM SECURITY
PLAYTEX PRODUCTS INC

Schedule 1.3(f) - 16

POOLMASTER INC
POPCHIPS INC*
POSITEC INDUSTRIAL COMPAN
POTTERY MERCHANT
POTTERYLAND LLC
POULAN/WEED EATER
POWER EQUIPMENT SYSTEMS INC
PPS PACKAGING COMPANY
PRACTECOL LLC
PRATT RETAIL SPECIALISTS
PRAXAIR DISTRIBUTION INC
PRECISION CONVERTERS INC
PRESTO PRODUCTS
PRESTONE PRODUCTS CORP
PRGX DEPOSITORY
PRIMARY COLOR SYSTEMS CORP
PRIME LINE PRODUCTS COMPA
PRIME SOURCE BUILDING PRO
PRIME WAY CORPORATION
PRIME WIRE & CABLE
PRINCIPLE PLASTICS INC
PRINSCO INC
PRINTWORX
PRO PERFORMANCE SPORTS
PRO PERFORMANCE SPORTS LLC
PROCTER & GAMBLE DISTRIBU
PRODUCT DESIGN CANOPY LTD
PROFESSIONAL SALES & MARKETING
PROGRESSIVE GLOBAL ENTERPRISES
PROSPACE INTERNATIONAL LTD
PROTECT PLUS INDUSTRIES LLC
PROTECTION ONE
PROTECTIVE INDUSTRIAL PRODUCTS
PULL R HOLDING CO LLC
QEP CO INC
QI EXCHANGE LLC
QINGDAO HUATIAN HAND TRUCK CO
QUALI-TECH MANUFACTURING CO
QUIKRETE COMPANIES
QUINN DEVELOPMENT CO
QUINT MEASURING SYSTEMS I
R AND S ERECTION CENTRALIZED B
R CEVASCO NURSERY INC
R D H CHEMICAL CO
R H INC
R L RIGHETTI ENTERPRISES INC
RAIN BIRD CORPORATION
RANDSTAD PROFESSIONAL US LP
RANDY LAL ·
RAPID RACK INDUSTRIES
READY AMERICA INC

Schedule 1.3(f) - 17

REAL FLAME
REALLY USEFUL PRODUCTS
RECTORSEAL
RED DEVIL EQUIPMENT CO
REDWOOD EMPIRE INC
REED SMITH SACHNOFF & WEAVER
REGISTRAR RECORDER COUNTY CLER
RENEES GARDEN LLC
RENFRO CORP
RESOURCE PARTNERS
REXON USA CORP
REYNOLDS CONSUMER PRODUCTS INC
RFC WIRELESS INC
RHODES RETAIL SERVICES INC
RHONDA J BOUCHER
RICHARD W WILSON
RICHELIEU
RICHELIEU HARDWARE LTD
RIDGE TOOL COMPANY
RIKON POWER TOOLS
RIVER CITY PAPER COMPANY INC
RJR TRANSPORTATION INC
RMP CAPITAL CORP
ROBERT A MCKINNEY
ROBERT BOSCH POWER TOOL C
ROOSTER PRODUCT INTERNATI
ROSENTHAL & ROSENTHAL INC
ROSSI & SON PAINTING INC
ROY BRYAN
ROYAL APPLIANCE MFG CO
ROYAL TELECOMMUNICATIONS
ROYFLEX INDUSTRIAL LTD
RR DONNELLEY RECEIVABLES INC
RUBBERMAID INC
RUBBO INTL
RUG DOCTOR
RUST-OLEUM CORPORATION
S C JOHNSON & SON INC
SABIC POLYMERSHAPES
SACREMENTO COUNTY AIR QUALITY
SAFETY KLEEN
SAINT-GOBAIN ABRASIVES IN
SAINT-GOBAIN TECHNICAL FAB
SALINAS FARP
SAN FRANCISCO CHRONICLE
SAN JOAQUIN COUNTY TREASURY
SANDS TRANSP SERV
SANTA ANA STORE ACTIVITY FUND
SANTA BARBARA NEWS PRESS
SANTA CLARA COUNTY
SARVEYS SHOES

Schedule 1.3(f) - 18

SASQUATCH ADVERTISING INC
SAVE MART SUPERMARKETS
SC FUELS
SCENERY SOLUTIONS
SCHILLER GROUNDS CARE INC
SCHLAGE LOCK COMPANY
SCHUMACHER ELECTRIC CORP
SCOTCH CORPORATION
SEA NET HOLDINGS INC
SEARS ADVANTAGE IQ INC
SEASONAL DESIGNS
SECURITAS SECURITY SERVICES
SECURITY PEOPLE INC
SENSIBLE STORAGE LLC
SENSORMATIC ELECTRONICS CORP
SEVEN UP BOTTLING CO OF SF
SEVENTH GENERATION
SEYMOUR MANUFACTURING CO
SHANGHAI WORTH GARDEN PRODUCT
SHASTA COUNTY
SHASTA COUNTY DEPARTMENT
SHELDON STEVENS CONSTRUCT
SHELTERLOGIC
SHEPHERD HARDWARE PRODUCT
SHEPPARD MULLIN RICHTER & HAMP
SHIELD ACQUISITIONS LLC
SHINERICH INDUSTRIAL LTD
SHL US INC
SHOES FOR CREWS LLC
SHOP-VAC CORPORATION
SHREDWORKS INC
SHUR TECH BRANDS LLC
SHUR-LINE
SICOM INDUSTRIES LTD
SIEGEL & CO
SIENNA INTERNATIONAL (HK) LTD
SIENNA LLC
SIERRA NURSERY SALES
SIERRA SANITATION INC
SIERRA VISTA SPRINKER CO
SIETTO
SIGG USA
SIGMA ELECTRIC
SIGNUM INCORPORATED
SILVERSTREAM LLC*
SIMPLEHUMAN
SIMPSON STRONG TIE CO
SINTAI CORP
SIOUX CHIEF MANUFACTURING
SISTEMA US INC
SIT INC

Schedule 1.3(f) - 19

SKAVA
SLO COUNTY NEWSPAPERS
SM PRODUCTS LLC
SMARTPRO TOOLS INC
SMC3
SOLAR GROUP INC
SOLO INC
SOUTH BAY PRECISION
SOUTH COAST AQMD
SOUTHERN IMPERIAL INC
SOUTHLAND SOD FARMS
SOUTHWEST AQUATICS LLC
SOUTHWEST MATERIAL HANDLING
SOUTHWIRE CO
SPARKLETTS
SPEAKMAN COMPANY
SPECTRUM BRANDS INC
SPRINT
SPRITE INDUSTRIES
SQUARE D COMPANY
STANDARD AND POOR'S
STANISLAUS COUNTY
STANLEY FASTENING SYSTEMS
STANLEY SECURITY SOLUTIONS INC
STANTEC ARCHITECTURE INC.
STAR ASIA
STA-RITE INDUSTRIES INC
STATE INDUSTRIES INC
STEEL HOUSE INC
STEP-BY STEP GUIDE BOOK C
STERLING BRANDS
STOKES LADDERS INC
STRYCO PRODUCTS
SUBURBAN PROPANE
SUBURBAN PROPANE 1568
SUMMIT FINANCIAL RESOURCES LP
SUN GRO HORTICULTURE
SUNCAST CORPORATION
SUNTEC INDUST
SURE FIT INC
SUREFIRE LLC
SUREWEST COMMUNICATIONS
SURTEC INC
SURVEY SAMPLING INTERNATIONAL
SUSAN HEALY
SWEET CANDY COMPANY
SWIMWAYS
SWISS ARMY BRANDS DIV
SYMANTEC
SYNTA INC
SYSTEMS TRADING CORPORATION

Schedule 1.3(f) - 20

T CHRISTY ENTERPRISES INC
T JEFF WILLIAMS
TABLETOPS UNLIMITED INC
TAIWAN FUHSING IND CO LTD
TANK TOWN MEDIA LLC
TAYLOR PRECISION PRODUCTS
TECHNICAL CONSUMER PRODUC
TEKNOR APEX COMPANY
TELECHECK
THE BAKERSFIELD CALIFORNIAN
THE BERNARD GROUP
THE C H HANSON COMPANY
THE CALDREA COMPANY
THE CANDY BASKET
THE COOPER GROUP
THE FLETCHER-TERRY COMPANY
THE GORILLA GLUE COMPANY
THE MERCURY NEWS
THE MIBRO GROUP
THE MONKEY HOOK LLC
THE MONTEREY COUNTY HERALD
THE NCC NY LLC
THE PEGGS COMPANY INC
THE PINERY LLC
THE PRESS DEMOCRAT
THE SALINAS CALIFORNIAN
THE SCOTTS COMPANY INC
THE SHERWIN-WILLIAMS COMP
THE SIGNAL
THE STEP2 COMPANY
THE SYSTEMS GROUP INC
THE TORO CO
THE TULSA RIB COMPANY
THERMA CORP
THERMWELL PRODUCTS CO INC
THOMAS & BETTS
THOMAS & BETTS CORP
THOMAS C ADAMS
THOMPSONS
THRIFTY SUPPLY CO INC
THYSSENKRUPP ELEVATOR CORP
TIANJIN JINMAO IMPORTS & EXP
TIFCO INDUSTRIES INC
TIFFANY CHENEY
TJM INNOVATIONS
TMC ENTERPRISES INC
T-METRICS INC
TOENISKOETTER CONSTRUCTION INC
TONY R SILVA INC
TOOL TIME CORP
TOPPER HARDWARE INC

Schedule 1.3(f) - 21

TORIN JACKS INC
TOSHIBA GCS
TOTES ISOTONER CORP
TRACS PACIFIC HK INC
TRADE OF AMTA INC
TRADE ONLY SCREENPRINTING INC
TRADE POINT A/S
TRAEGER WOOD PELLETS
TRANSOURCE
TREEKEEPER LLC
TRICAM INDUSTRIES
TRIFECTA FOODS LLC
TRIMACO LLC
TRITIA NISHIKAWA
TRUDEAU CORP
TULARE COUNTY AGRICULTURAL
TULLY-WIHR COMPANY
TURLOCK JOURNAL
TYCO INTEGRATED SECURITY
ULINE
ULLMAN DEVICES CORP
ULTA LIT TREE CO
ULTIMATE APPAREL
ULTIMATE SOURCE
ULTRA GREEN PKG
ULTRAEX
UN MI BARNES
UNISOURCE WORLDWIDE INC
UNITED COMB AND NOVELTY
UNITED GILSONITE LABS
UNITED RENTALS NORTHWEST INC
UNITED STATES PUMICE COMP
UNITED STEEL PRODUCTS CO
UNIVERSAL FIRE EQUIPMENT INC
UNIWEB SYSTEMS
US HEALTHWORKS MEDICAL GROUP
USED-PCS.COM CORP
VALLEY FORGE FLAG
VAN GRONINGEN & SONS
VAN UNEN/MIERSMA PROPANE INC
VAN ZYVERDAN INC
VARGAS CUSTOM LANDSCAPING
VARIFLEX INC
VAUGHAN & BUSHNELL MFG CO
VENDOR DEVELOPMENT GROUP
VENTURA COUNTY STAR
VERTICAL COMMUNICATIONS INC
VETERINARY SERVICES INC
VICTOR EQUIPMENT
VIEWTAINER CO
VIKING PLUMBING

Schedule 1.3(f) - 22

VILLAGE NURSERIES WHOLESA
VISALIA TIMES-DELTA
VIVIGLO TECHNOLOGIES INC
VLMK CONSULTING ENGINEERS INC
VOGEL INC
VORNADO AIR LLC
VORTEX INDUSTRIES INC
WAGNER SPRAY TECH CORP
WALKER AVENUE NURSERY
WALLBOARD TOOL CO INC
WALLCLAW ANCHORS LLC
WALT OXLEY ENTERPRISES, INC.
WATER PIK INC
WATERLOO INDUSTRIES INC
WATERPIK TECHNOLOGIES
WATERS INDUSTRIES INC
WATSONVILLE NEWSPAPER LLC
WATTS BRASS AND TUBULAR
WATTS EQUIPMENT CO INC
WAXMAN CONSUMER PRODUCTS
WD-40 COMPANY
WEBER-STEPHEN PRODUCTS CO
WEILER CORPORATION
WEIMAN PRODUCTS LLC
WEINTRAUB GENSHLEA CHEDIAK
WELL TRAVELED IMPORTS INC
WELLS FARGO TRADE CAPITAL
WELLS LAMONT CORPORATION
WENDEL ROSEN BLACK & DEAN LLP
WENDENG ALLWIN MOTORS MFG
WERNER CO
WESTERN COMMUNICATIONS
WESTERN FORGE CORPORATION
WESTERN PROPANE SERVICE
WESTFIELD OUTDOORS
WESTINGHOUSE LIGHTING
WHINK PRODUCTS
WHIRLPOOL CORP
WHITMOR
WHITMOR INC
WILLIAM H HARVEY COMPANY
WILLIAM SELK
WIN HOLT EQUIPMENT GROUP
WINDMILL SEPTIC LLC
WINSTON CO
WIREMOLD/LEGRAND
WISHABI
WM BARR
WOLF STEEL USA
WOODARD
WOODARD LLC

Schedule 1.3(f) - 23

WOODSTOCK PERCUSSION
WOODSTREAM
WOOSTER BRUSH
WORKING PRODUCTS INC
WORLD SOURCE PARTNERS
WORLD WIDE CREATIONS INC
WORTHINGTON CYLINDERS COR
WRIGHT PRODUCTS CORP
WYSE TECHNOLOGY LLC
YALE CHASE EQUIPMENT AND SVCS
YTL INTERNATIONAL
YUROSEK FARMS
ZEE MEDICAL INC
ZEE MEDICAL SERVICE CO
ZEP MANUFACTURING COMPANY
ZERO TECHNOLOGIES LLC
ZHEJIANG YAYI METAL MFG
ZIPPO MFG
ZIRCON CORPORATION
ZOOM EYEWORKS
ZUVO WATER LLC


* For each of these marked creditors, Purchaser is only assuming the portion of trade payable liability entitled to administrative expense status under Section 503(b)(9) of the Bankruptcy Code.

**Schedule 1.4(r) – Additional Excluded Liabilities**

None.

## Schedule 1.6(a) – Assigned Contracts

Reference is made to Schedule 1.1(b) – Assigned Contracts above and incorporated herein by reference.

Reference is made to Schedule 4.7 – Personal Property Leases below and incorporated herein by reference.

Real property leases for the locations referenced in Schedule 1.1(h) – Assumed Real Property Leases above.

Ground leases for the locations referenced in Schedule 1.1(g) – Acquired Buildings above.

EAST\56457672.8

**<u>Schedule 4.2 – Notices, Filings, and Consents</u>**

None.

EAST\56457672.8

**Schedule 4.3(a) – Conflicts with Organizational Documents**

None.

**Schedule 4.3(b) – Consents**

None.

## Schedule 4.3(c) – Compliance Exceptions

Any party with questions about this schedule should contact counsel to the Sellers: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL  60601 (Attn: Daniel Simon, Esq. (daniel.simon@dlapiper.com) (312-368-3465)).

## <u>Schedule 4.4 – Brokers and Finders</u>

Moelis & Company

A&G Realty Partners

## Schedule 4.6(a) – Leased Real Property

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Alum Rock | 3000 Alum Rock Avenue | San Jose | CA | 95127 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| Chico | 231 W. East Avenue | Chico | CA | 95926 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| Clovis | 147 W. Shaw Avenue | Clovis | CA | 93612 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| Cottle Road | 5651 Cottle Road | San Jose | CA | 95123 | National Retail Properties, LP<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| Hollywood(3) | 5525 Sunset Boulevard | Hollywood | CA | 90028 | Metropolitan View Properties, L.P.<br>6399 Wilshire Blvd, Suite 604<br>Los Angeles, CA  90048-5709 |
| Pinole | 1440 Fitzgerald Drive | Pinole | CA | 94564 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| Pismo Beach | 853 Oak Park Road | Pismo Beach | CA | 93449 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| San Carlos Street | 720 West San Carlos Street | San Jose | CA | 95126 | National Retail Properties, LP<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| San Lorenzo(4) | 177 Lewelling Boulevard | San Lorenzo | CA | 94580 | SLJ San Lorenzo, LLC<br>c/o AVG Partners<br>9595 Wilshire Blvd., Suite 710<br>Beverly Hills, CA  90212 |
| Silver Creek | 1751 East Capital Expressway | San Jose | CA | 95121 | National Retail Properties, LP<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| Tracy Distribution Center | 2650 MacArthur Drive | Tracy | CA | 95376 | LBA/PPR Industrial – MacArthur, LLC<br>c/o LBA RIV-Company XVII, LLC<br>2550 North First Street, Suite 180<br>San Jose, CA  95131 |
| Van Nuys | 5960 Sepulveda Boulevard | Van Nuys | CA | 91411 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| Capitola | 1601 41st Avenue<br>(Office) | Capitola | CA | 95010 | Kings Plaza Shopping Center<br>1601 41st Avenue, Suite 202<br>Capitola, CA  95010 |
| Capitola | 1416 38th Avenue<br>(Pick up station) | Capitola | CA | 95010 | George Ow Trust<br>c/o Kings Plaza Shopping Center<br>1601 41st Avenue, Suite 202<br>Capitola, CA  95010 |
| Capitola | 1601 41st Avenue<br>(Main Building) | Capitola | CA | 95010 | Kings Plaza Shopping Center<br>1601 41st Avenue, Suite 202<br>Capitola, CA  95010 |
| Livermore | 1450 First Street | Livermore | CA | 94550 | Walter & Dorothy Anderson<br>1091 Buckingham Drive<br>Los Altos, CA  94024 |

EAST\56457672.8

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Midtown (5) | 4801 W. Venice Blvd. | Los Angeles | CA | 90019 | Midtown Shopping Center Associates<br>4725 W. Venice Blvd., 2nd Floor<br>Los Angeles, CA 90019 |
| Elk Grove | 7431 Laguna Blvd. | Elk Grove | CA | 95758 | Donahue Schriber Realty Group LP<br>200 E. Baker Street, Suite 100<br>Costa Mesa, CA 92626 |
| Fremont | 5130 Mowry Avenue | Fremont | CA | 94538 | Mowry East Shopping Center, LP<br>c/o Biagini Properties<br>333 W. El Camino Real, Suite 240<br>Sunnyvale, CA 94087 |
| Dublin | 7884 Dublin Blvd. | Dublin | CA | 94568 | PK II Dublin Retail Center LP<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Road<br>New Hyde Park, NY 10042-0020 |
| Stockton | 1015 West Hammer Lane | Stockton | CA | 95209 | Fedi, Fedi, Jaworski & Santini, LP<br>P.O. Box 781<br>Woodbridge, CA 95258 |
| Milpitas | 125 N. Milpitas Blvd. | Milpitas | CA | 95035 | Shapell Industries of Northern California, Inc.<br>Attn.: Property Manager<br>100 N. Milpitas Blvd.<br>Milpitas, CA 95035 |
| Gilroy | 303 East 10th Street | Gilroy | CA | 95020 | Margaret Conrotto Family 1990 Trust<br>7791 Rey Street<br>Gilroy, CA 95020 |
| East Modesto | 1800 Oakdale Rd, Suite A | Modesto | CA | 95355 | Orchard Plaza, LLC<br>P.O. Box 602<br>Denair, CA 95316 |
| La Verne | 2244 Foothill Blvd | La Verne | CA | 91750 | La Verne Courtyard, LLC<br>c/o Preferred Property Development<br>629 Camino de los Mares, Suite 201<br>San Clemente, CA 92673 |
| Concord | 2050 Monument Blvd. | Concord | CA | 94520 | Joan E. and Milton F. Bruzzone<br>899 Hope Lane<br>Lafayette, CA 94549 |
| Arden & Watt | 3350 Arden Way | Sacramento | CA | 95825 | Arden Way LLC and Arden Way No 2, LLC<br>101 Montgomery Street, Suite 2350<br>San Francisco, CA 94104-4159 |
| Salinas | 1067 North Davis Road | Salinas | CA | 93906 | Farmer's Daughters, LP<br>4190 Cadwallader Ave.<br>San Jose, CA 95121 |
| Watsonville | 1060 S. Green Valley Road | Watsonville | CA | 95076 | South County Professional Park, L.P.<br>9053 Soquel Drive, Suite B<br>Aptos, CA 95003 |
| Prospect | 5365 Prospect Road | San Jose | CA | 95129 | CP6WW, LLC<br>Grosvenor International (Westcoast Freeholds) Limited<br>1 California Street, Suite 2500<br>San Francisco, CA 94111 |
| El Camino | 3615 El Camino Real | Santa Clara | CA | 95051 | Anka & Pero Margaretic<br>355 Main Street, Suite A<br>Los Altos, CA 94022 |
| El Cerrito (5) | 1751 Eastshore Blvd. | El Cerrito | CA | 94530 | Bay Area Warehouse Stores<br>c/o Ralph's Grocery Company<br>1100 West Artesia Boulevard<br>Compton, CA 90220 |

Schedule 4.6(a) - 2

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| San Leandro | 300 Floresta Blvd. | San Leandro | CA | 94578 | Arnold Schlesinger<br>9595 Wilshire Blvd., #710<br>Beverly Hills, CA  90212 |
| Paso Robles | 2005 Theatre Drive | Paso Robles | CA | 93446 | DS Paso Crossing LLC<br>5082 N. Palm Ave., Suite A<br>Fresno, CA  93704 |
| Napa | 3980 Bel Aire Plaza | Napa | CA | 94558 | Monroe Forsyth, Inc.<br>c/o Randy Pennington<br>2375 Hardies Lane<br>Santa Rosa, CA  95403 |
| Tracy | 1975 W. 11th Street | Tracy | CA | 95376 | RRG-RMC/Tracy, LLC<br>c/o Regency Centers, LP<br>One Independent Drive, Suite 114<br>Jacksonville, FL  32202 |
| Turlock | 3051 Geer Road | Turlock | CA | 95380 | John B. and Kathleen McCorduck<br>McCorduck Properties<br>1615 Bonanza St., Suite 401<br>Walnut Creek, CA  94596 |
| San Ramon | 1041 Market Place | San Ramon | CA | 94583 | MPK LLC<br>1845 Dry Creek Road<br>Campbell, CA  95008 |
| Lone Tree (5) | 4873 Lonetree Way | Antioch | CA | 94531 | Robert Dewey<br>6602 N. Lost Dutchman Drive<br>Paradise Valley, AZ  85253 |
| Vacaville (5) | 220 Peabody Road | Vacaville | CA | 95687 | Joann Hosking dba Bridgeport<br>Properties<br>7373 Cana Highway<br>Chico, CA  95973 |
| San Rafael | 1151 Andersen Drive | San Rafael | CA | 94901 | Ball & East Ltd.<br>c/o Harvey Capital Corporation<br>2333 Cotner Avenue<br>Los Angeles, CA  90064 |
| Visalia | 2230 W. Walnut Avenue | Visalia | CA | 93277 | Visalia Properties Partnership 13630<br>Sunset Blvd.<br>Pacific Palisades, CA  90272 |
| Moraga | 1550 Canyon Road | Moraga | CA | 94556 | Russell J. Bruzzone, Inc.<br>899 Hope Lane<br>Lafayette, CA  94549 |
| Sand City | 800 Playa Avenue | Sand City | CA | 93955 | Fortuna Realty Company<br>c/o Thomas Financial Service<br>PO Box EC<br>Pacific Grove, CA  93950 |
| NE Fresno | 1536 East Champlain Drive | Fresno | CA | 93720 | Via Montana, LLC<br>P.O. Box 2460<br>Saratoga, CA  95070 |
| Santa Maria | 1950 South Broadway | Santa Maria | CA | 93454 | Western Village Shopping Center<br>2011 S. Broadway, Suite J<br>Santa Maria, CA  93455 |
| Citrus Heights (5) | 6124 San Juan Avenue | Citrus Heights | CA | 95610 | San Juan LLC<br>c/o Red Mountain Retail Group, Inc.<br>1234 E. 17th Street<br>Santa Ana, CA  92701 |
| Kings Canyon | 5653 East Kings Canyon Road | Fresno | CA | 93727 | Save Mart Grocery Stores<br>SMS Management Company<br>P.O. Box 5234<br>Modesto, CA  95352-5234 |

Schedule 4.6(a) - 3

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Berkeley | 1025 Ashby Avenue | Berkeley | CA | 94710 | Berkeley Business Center, LLC c/o Hawthorne/Stone, Inc. 1704 Union Street San Francisco, CA  94123 |
| Newark (5) | 5655 Jarvis Avenue | Newark | CA | 94560 | Newark Development Company 11150 Santa Monica Blvd., Suite 760 Los Angeles, CA  90025 |
| Lodi (5) | 360 S. Cherokee Lane | Lodi | CA | 95240 | OS Lodi, LLC 102 Segolily Court Lincoln, CA  95648 |
| Yuba City (5) | 1262 Stabler Lane | Yuba City | CA | 95993 | Butte House Bel Air Investors – II, L.P. c/o Donohoe & Company, Inc. 2220 Douglas Blvd., Suite 280 Roseville, CA  95661 |
| Manteca | 189 West Louise Avenue | Manteca | CA | 95336 | Edward J. & Dolores M. Cardoza P.O. Box 1022 Manteca, CA  95336 |
| S. San Francisco | 2245 Gellert Blvd. | S. San Francisco | CA | 94080 | American United Life Insurance Company One American Square P.O. Box 368 Indianapolis, IN  46206-0368 |
| Petaluma | 1390 N. McDowell Blvd. | Petaluma | CA | 94954 | BBT, LLC & SOCKS, LLC c/o J&R Properties 7226 Via Sendero San Jose, CA  95135 |
| Sonora | 750 E. Mono Way | Sonora | CA | 95370 | Sonora Plaza I, LLC c/o Argonaut Investments, LLC 770 Tamalpais Drive, Suite 401-B Corte Madera, CA  94925 |
| Hanford | 700 11th Avenue | Hanford | CA | 93230 | Hanford Center LLC P.O. Box 655 Novato, CA  94948 |
| Pasadena | 3425 E. Colorado Blvd. | Pasadena | CA | 91107 | KCB RE, L.P. c/o KCB Management, Inc. 117 E. Colorado Blvd., Suite 400 Pasadena, CA  91105 |
| So. Pasadena | 452 Fair Oaks Avenue | So. Pasadena | CA | 91030 | Young Properties, a California General Partnership 3407 Ocean View Blvd. Glendale, CA  91208 |
| Burbank[2] (5) | 641 N. Victory Blvd. | Burbank | CA | 91502 | Airport Plaza, Inc. c/o Pacific Holding Co. 19520 S. Rancho Way, Suite 203 Rancho Dominguez, CA  90220-7345 |
| West Los Angeles | 2020 S. Bundy Drive | West Los Angeles | CA | 90025 | Bundy Plaza W.L.A., Ltd. c/o Denholm Harris & Co. P.O. Box 3147 Mission Viejo, CA  92690 |
| Goleta | 125 N. Fairview | Goleta | CA | 93117 | Fairview Shopping Center, LLC c/o Financial Management Group 1900 Avenue of the Stars, #2475 Los Angeles, CA  90067 |

[2] Property is subject to a sublease, dated June 1, 2000, between Orchard Supply Hardware Corporation and Otto C. Gruhn, doing business as Leonard's Lock and Key.

Schedule 4.6(a) - 4

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Redding | 2340 Athens Avenue | Redding | CA | 96001 | Athens Plaza, LLC<br>P.O. Box 15175<br>Seattle, WA 98115 |
| Mountain View | 2555 Charleston Road | Mountain View | CA | 94043 | Edward A. and Barbara N. Hinshaw<br>12901 Saratoga Avenue<br>San Jose, CA 95070 |
| La Crescenta | 3100 Foothill Blvd. | La Crescenta | CA | 91214 | Young Properties, a California General Partnership<br>Attn.: Chip Young<br>3407 Ocean View Blvd.<br>Glendale, CA 91208 |
| Princeton | 1375 Blossom Hill Road, Suite 24 | San Jose | CA | 95118 | Pan Cal Princeton Plaza, LLC<br>4125 Blackford Ave., Suite 200<br>San Jose, CA 95117 |
| Canoga Park (5) | 22741 Victory Blvd. | Canoga Park | CA | 91307 | Ralphs Grocery Company<br>Attn: Real Estate<br>1100 Artesia Blvd.<br>Compton, CA 90220 |
| Canoga Park (5) | 22741 Victory Blvd. | Canoga Park | CA | 91307 | SWZ Partnership, LLC<br>c/o Olive Branch Properties<br>135 Ocean Way<br>Santa Monica, CA 90402 |
| Torrance (5) | 4340 Pacific Coast Highway | Torrance | CA | 90505 | PACOSH, LP<br>12100 Wilshire Blvd., Suite 1025<br>Los Angeles, CA 90025 |
| Woodland | 1350 E. Main St. | Woodland | CA | 95776 | PM Associates, L.L.C.<br>11819 Wilshire Blvd., #204<br>Los Angeles, CA 90025 |
| Thousand Oaks | 1934 A Avenida De Los Arboles | Thousand Oaks | CA | 91362 | Butler Champion, Ltd.<br>Robert Champion<br>11601 Wilshire Blvd. Suite 1650 Los Angeles, CA 90025 |
| Santa Clarita (5) | 26565 N. Bouquet Canyon Road | Santa Clarita | CA | 91350 | Bouquet Canyon II LLC<br>c/o Dollinger-Devcon Associates<br>555 Twin Dolphin Dr., #600<br>Redwood City, CA 94065 |
| Fountain Valley (2) | 17200 Brookhurst Street | Fountain Valley | CA | 92708 | Builders Associates #3, a California General Partnership<br>c/o Arnold Schlesinger<br>9595 Wilshire Boulevard, Suite 710<br>Beverly Hills, CA 90212 |
| Long Beach (5) | 4480 Atlantic Avenue | Long Beach | CA | 90807 | GGF, LLC<br>Gaska<br>100 W. Broadway, Suite 950<br>Glendale, CA 91210 |
| Santa Ana (5) | 1975 E. 17th Street | Santa Ana | CA | 92701 | 1975 Santa Ana, LLC<br>c/o Frances Drooz, Trustee<br>1701 Kelton Avenue<br>Los Angeles, CA 90024 |
| Granada Hills | 18060 Chatsworth St. | Granada Hills | CA | 91344 | Seventy-Fifth LLC<br>c/o Combined Property, Inc.<br>1025 Thomas Jefferson Street, NW, Suite 700E<br>Washington, D.C. 20007-5201 |
| Bakersfield | 6464 Ming Avenue | Bakersfield | CA | 93309 | Sagepointe, LLC<br>c/o MD Atkinson Co., Inc.<br>1401 19th Street, Suite 400<br>Bakersfield, CA 93301 |

Schedule 4.6(a) - 5

| STORE | ADDRESS | CITY | STATE | ZIP | LANDLORD |
|---|---|---|---|---|---|
| Store Support Center | 6450 Via Del Oro | San Jose | CA | 95119 | LBA RIV – Company IX, LLC<br>LBA Realty<br>P.O. Box 749765<br>Los Angeles, CA 90074-9765 |
| Santa Rosa | 2230 Cleveland Avenue | Santa Rosa | CA | 95403 | Red Mountain Asset Fund I, LLC<br>c/o Red Mountain Detail Group, Inc.<br>1234 E. 17th Street<br>Santa Ana, CA 92701 |
| Fairfield (5) | 1500 Oliver Road | Fairfield | CA | 94534 | Abbassi Properties LP<br>747 Front Street, Suite 100<br>San Francisco, CA 94111 |
| Hesperia | 16824 Main Street | Hesperia | CA | 92345 | Salomon Wainberg and Olga Wainberg<br>23639 Arminta Street<br>West Hills, CA 91304 |
| Tracy Excess Warehouse | 1050 E. Grantline Road | Tracy | CA | 95304 | California Valley LLC<br>c/o Buzz Oates Management Services<br>8615 Elder Creek Road<br>Sacramento, CA 95828 |
| Merchandise Lab | 1375 Blossom Hill Road, Suite 24 | San Jose | CA | 95118 | Pan Cal Princeton Plaza LLC<br>4125 Blackford Avenue, #200<br>San Jose, CA 95117 |
| Figarden | 6055 North Figarden Drive | Fresno | CA | 93722 | National Retail Properties, LLC<br>450 South Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| South Bay | 19330 Hawthorne Blvd. | Torrance | CA | 90503 | 19330 Hawthorne, LLC<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>Jacksonville, FL 32202-5019 |
| Clayton | 5424 Ygnacio Valley Road | Concord | CA | 94521 | Clayton Valley Shopping Center, LLC<br>c/o Regency Centers Corporation<br>One Independent Drive, Suite 114<br>Jacksonville, FL 32202-5019 |
| Huntington Beach (5) | 19330 Golden West Street | Huntington Beach | CA | 92648 | Seacliff Village Shopping Center<br>c/o Cornerstone Real Estate Advisors<br>10866 Wilshire Blvd.<br>Los Angeles, CA 90024 |
| Tigard | 9770 SW Scholls Ferry Road | Tigard | OR | 97223 | Krausz Puente LLC<br>c/o The Krausz Companies, Inc.<br>44 Montgomery St., Suite 3300<br>San Francisco, CA 94101-4806 |
| Yorba Linda | 17506 Yorba Linda Blvd. | Yorba Linda | CA | 92886 | LFET Investors, LP<br>c/o Fortus Property Group<br>18301 Von Karman Avenue, Suite 850<br>Irvine, CA 92612 |
| Peterkort | 10860 SW Barnes Road | Beaverton | OR | 97225 | Peterkort Towne Square, L.L.C.<br>c/o Peterkort Property Management Company, LLC<br>9755 SW Barnes Road, Suite 620<br>Portland, OR 97225 |
| La Brea (1) | 415 South La Brea Ave. | Los Angeles | CA | 90036 | 401 South La Brea Avenue (Los Angeles), LLC<br>6922 Hollywood Boulevard, Suite 900<br>Los Angeles, CA 90028 |

(1)    Store opening scheduled for Fall 2013.
(2)    Store closed in Summer 2013.
(3)    Store closed in Summer 2013.

Schedule 4.6(a) - 6

(4)    Store closed on June 9, 2013.
(5)    Store scheduled to be part of GOB Sales in Summer/Fall 2013.

*Ground Leased Property(3)*

| STORE | ADDRESS | CITY | STATE | ZIP | MASTER LANDLORD |
|---|---|---|---|---|---|
| Blackstone | 5445 N. Blackstone | Fresno | CA | 93710 | Dervishian Properties, Co.<br>333 W. Shaw, #6<br>Fresno, CA  93704 |
| Foster City | 1010 Metro Center Blvd. | Foster City | CA | 94404 | 1010 Metro LLC<br>c/o Transpacific Development Southwest<br>5110 N. 40th Street, Suite 238<br>Phoenix, AZ  85018 |
| Merced (1) | 3155 R Street | Merced | CA | 95348 | Isenberg Investments Inc.<br>P.O. Box 2144<br>Merced, CA  95344 |
| Millbrae[3] | 900 El Camino Real | Millbrae | CA | 94030 | City and County of San Francisco<br>SFPUC, Real Estate Services<br>525 Golden Gate Ave., 10th Floor<br>San Francisco, CA  94103 |
| Millbrae GL | N/A | Millbrae | CA | 94030 | PG&E<br>c/o Payment Research<br>P.O. Box 997310<br>Sacramento, CA  95899-7310 |
| Redwood City[4] | 2110 Middlefield Road | Redwood City | CA | 94063 | PL Redwood City, LP<br>c/o Kimco Realty Corp.<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY  11042-0020 |
| Sunnyvale | 777 Sunnyvale-Saratoga Road | Sunnyvale | CA | 94087 | Mardit Properties Limited Partnership<br>P.O. Box 2098<br>Saratoga, CA  95070 |

(1)    Store scheduled to be part of GOB Sales in Summer/Fall 2013.

---

[3] This property is subject to a ground sublease, dated March 11, 1992, by and between Orchard Supply Hardware Corporation and Harman Management Corporation.

[4] This property is subject to a ground sublease, dated July 22, 1998, between Wickes Companies, Inc. (the predecessor in interest to Orchard Supply Hardware Corporation) and WINN-TRAX, Inc.  WINN-TRAX has further subleased its interest in the property to Rakesh N. Patel, Sunil G. Desai, Naranji R. Patel and Sanjay Rangan pursuant to a sublease dated April 6, 1999.

Schedule 4.6(a) - 7

## Schedule 4.6(b)(i) – Owned Real Property

| STORE | ADDRESS | CITY | STATE | ZIP | OWNER |
|---|---|---|---|---|---|
| Modesto[5] | 2800 Sisk Road | Modesto | CA | 95350 | OSH Properties LLC<br>6450 Via Del Oro<br>San Jose, CA 95119 |
| Folsom | 905 E. Bidwell Street | Folsom | CA | 95630 | OSH Properties LLC<br>6450 Via Del Oro<br>San Jose, CA 95119 |
| Antelope | 4249 Elverta Road | Antelope | CA | 95843 | OSH Properties LLC<br>6450 Via Del Oro<br>San Jose, CA 95119 |

---

[5] The Modesto property is subject to a revocable license given by Seller to the City of Modesto and the California Department of Transportion (together, the "*Licensee*").  The license allows the City of Modesto to use parking on the property and is revocable by Seller upon 10 days notice to the Licensee.

Schedule 4.6(b)(i) - 1

## Schedule 4.6(b)(ii) – Owned Buildings

| STORE | ADDRESS | CITY | STATE | ZIP | MASTER LANDLORD |
|---|---|---|---|---|---|
| Millbrae[6] | 900 El Camino Real | Millbrae | CA | 94030 | City and County of San Francisco SFPUC, Real Estate Services 525 Golden Gate Ave., 10th Floor San Francisco, CA  94103 |
| Foster City | 1010 Metro Center Blvd. | Foster City | CA | 94404 | 1010 Metro LLC c/o Transpacific Development Southwest 5110 N. 40th Street, Suite 238 Phoenix, AZ  85018 |
| Redwood City[7] | 2110 Middlefield Road | Redwood City | CA | 94063 | PL Redwood City, LP c/o Kimco Realty Corp. 3333 New Hyde Park Road, Suite 100 New Hyde Park, NY  11042-0020 |
| Merced | 3155 R Street | Merced | CA | 95348 | Isenberg Investments Inc. P.O. Box 2144 Merced, CA  95344 |
| Sunnyvale | 777 Sunnyvale-Saratoga Road | Sunnyvale | CA | 94087 | Mardit Properties Limited Partnership P.O. Box 2098 Saratoga, CA  95070 |
| Blackstone | 5445 N. Blackstone | Fresno | CA | 93710 | Dervishian Properties, Co. 333 W. Shaw, #6 Fresno, CA  93704 |

---

[6] This property is subject to a ground sublease, dated March 11, 1992, by and between Orchard Supply Hardware Corporation and Harman Management Corporation.

[7] This property is subject to a ground sublease, dated July 22, 1998, between Wickes Companies, Inc. (the predecessor in interest to Orchard Supply Hardware Corporation) and WINN-TRAX, Inc.  WINN-TRAX has further subleased its interest in the property to Rakesh N. Patel, Sunil G. Desai, Naranji R. Patel and Sanjay Rangan pursuant to a sublease dated April 6, 1999.

EAST\56457672.8

**Schedule 4.7 – Personal Property Leases**

| Category | Contract Name |
|---|---|
| Facilities | Bay Alarm Contract |
| Facilities | Cintas Facility Services Rental Service Agreement 12.19.12 |
| Facilities | Hyster Capital Equipment Schedule |
| Facilities | MUZAK LLC Master Music Equipment & Services Agreement & Amendment 08.30.04 |
| Facilities | Nestle Waters Sale and Services Agreement 3.1.13 |
| IT | Canon Acquisition Agreement Lease 02.26.10 |
| IT | Canon Acquisition Agreement Lease 03.22.10 |
| IT | Canon Faxable Lease Agreement & Maintenance Agreement 03.18.10 |
| IT | Canon Faxable Lease Agreement & Maintenance Agreement 06.29.09 |
| IT | Canon Faxable Lease Agreement & Maintenance Agreement 07.28.10 |
| IT | Canon Faxable Lease Agreement 11.20.09 |
| IT | IKON Equipment Buy Out for Third Party Lease Agreements 12.15.11 |
| IT | IKON Master Agreement (Ricoh) 10.18.11 |
| IT | IKON Product Schedule Lease Agreement  (Ricoh) 12.18.11 |
| IT | IKON Sales Order (Ricoh) 1.29.12 |
| IT | IKON Sales Order (Ricoh) 10.1811 |
| IT | Wells Fargo Financial Leasing, Inc. Amendment to Contract (Ricoh) |

EAST\56457672.8

| Category | Contract Name |
|---|---|
| Operations | Pitney Bowes Global Financial Services Lease Agreement 12.20.11 |
| Vehicles | Bank of America Master Lease Agreement 03.02.07 |
| Vehicles | Ford Commercial Lease Master Lease Agmt 05.03.12 |
| Vehicles | Ford Commercial Lease Master Lease Agmt.1 06.08.12 |
| Vehicles | Ford Commercial Lease Master Lease Agmt.2 06.08.12 |
| Vehicles | Ford Commercial Lease Master Lease Agmt.3 06.08.12 |
| Vehicles | Ford Commercial Lease Master Lease Agmt.4 06.08.12 |
| Vehicles | Ford Credit Commercial Lease 06.03.12 |
| Vehicles | Ford Credit Supplement to Commercial Lease 06.08.12 |
| Vehicles | Ford Credit Supplement to Master Lease 4.29.13 |
| Vehicles | Ford Credit Supplement to Master Lease 6.8.12 (1) |
| Vehicles | PACCAR Financial Corp. Equipment Lease Agreement 07.22.11.pdf |
| Vehicles | Pape Kenworth PacLease Managed Maintenance Lease Agreement 01.18.11 |
| Vehicles | Toyota Financial Services Master Lease Agreement 07.07.09 |
| Vehicles | XTRA Lease 11.6.12 |
| Vehicles | XTRA Lease 2.11.13 |

EAST\56457672.8

**Schedule 4.8 – Purchased Intellectual Property**

*U.S. Copyright Registrations*

| Registration No. | Title | Claimant |
|---|---|---|
| VA0000518731 | Columbus, OSH | Orchard Supply Hardware LLC |
| VA0000518495 | Handyman OSH | Orchard Supply Hardware LLC |
| VA0000518730 | OSH the cupid | Orchard Supply Hardware LLC |
| VA0000518496 | OSH the gardener | Orchard Supply Hardware LLC |
| V3581D192 | No titles given | Orchard Supply Hardware LLC |
| V3581D196 | Handyman OSH & 3 other titles | Orchard Supply Hardware LLC |
| V3578D054 | Handyman OSH & 3 other titles | Orchard Supply Hardware LLC |
| V3578D055 | Handyman OSH & 3 other titles | Orchard Supply Hardware LLC |

*Trademark and Service Mark Applications and Registrations*

| Mark | Serial No. | Registration No. | Goods/Services | Owner |
|---|---|---|---|---|
| Aqua Vista | 77-727,476 | 3,926,325 | Faucets | Orchard Supply Hardware LLC |
| Aqua Vista | 85-395300 | Pending | Toilets, toilet seats | Orchard Supply Hardware LLC |
| Backyard Pro | 78-245,656 | 2,918,132 | Hand operated pruning tools, namely pruners, loppers, hedge shears and grass shears | Orchard Supply Hardware LLC |
| Blue Ridge | 78-693,472 | 3,200,849 | Electric holiday lights; artificial garlands, wreaths and flower arrangements; artificial Christmas trees | Orchard Supply Hardware LLC |
| Bridgewater | 78-153,859 | 2,776,948 | Faucets | Orchard Supply Hardware LLC |
| Complete Hardware & Garden | 75-203,175 | 2,200,708 | Retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| Earth Friendly Earth Friendly and Design | 77-111,992 | 3,635,800 | Retail store services featuring items sold in a hardware store, namely, garden, nursery, electrical, hardware, plumbing, outdoor power, paint, appliance and houseware products | Orchard Supply Hardware LLC |
| Home Accents | 85198426 | 4155885 | Faucets | Orchard Supply Hardware LLC |
| Las Soluciones Existen. Nosotros Te Ayudamos A Encontrarlas | 78-136,272 | 2,704,813 | Retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| Lifetime Plant Guarantee & Design | 78-427,038 | 2,967,061 | Retail store services featuring live plants and flowers | Orchard Supply Hardware LLC |
| Mission | 85-753981 | Pending | Grills for outdoor cooking | Orchard Supply Hardware LLC |
| Morro | 85198393 | 4106668 | Faucets | Orchard Supply Hardware LLC |
| Orchard | 85-342,407 | 4,095,995 | Retail store services in the field | Orchard Supply |

EAST\56457672.8

| | | | | |
|---|---|---|---|---|
| | | | of hardware and home improvement; online retail store services in the field of hardware and home improvement | Hardware LLC |
| Orchard Est. 1931 | 77-725,981 | 4,096,521 | Lawn and garden chemicals, namely, fertilizers; planting soil; potting soil; grass seeds | Orchard Supply Hardware LLC |
| Orchard Super Hardware | 77-413,986 | 3,511,974 | Retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| Orchard Supply Hardware | 78-186,264 | 2,775,762 | Retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| Orchard Supply Hardware Est. 1931 and Design | 77-810,204 | 3,958,656 | Retail store services in the field of hardware and home improvement; online retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| Orchard Supply Hardware Est. 1931 and Design | 77-810,212 | 3,958,657 | Retail store services in the field of hardware and home improvement; online retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| Orchard Supply Hardware Est. 1931 and Design | 85-337,824 | 4,149,029 | Retail store services in the field of hardware and home improvement; online retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| Orchard's Pride | 78-755,985 | 3,478,056 | Roses | Orchard Supply Hardware LLC |
| OSH | 78-186,009 | 2,766,925 | Retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| OSH Orchard Supply Hardware and Design | 76-282,064 | 2,638,912 | Retail store services in the field of hardware and home improvement | Orchard Supply Hardware LLC |
| Pacific Bay | 77-053,610 | 3,900,869 | Ceiling Fans; landscape light fixtures; floor and table lamps; low voltage and solar powered light fixtures for residential, garden and patio use; electric lanterns; light chandeliers | Orchard Supply Hardware LLC |
| Pacific Bay | 85-205938 | 3,994,025 | Patio umbrellas, patio furniture; fitted fabric furniture covers for patio furniture; flower pots | Orchard Supply Hardware LLC |
| Season's Traditions | 85-023214 | Pending | Electric lights for Christmas trees; outdoor lighted Christmas ornaments, etc. | Orchard Supply Hardware LLC |
| Super Select | 85-142,154 | 4,165,239 | Grass seeds | Orchard Supply Hardware LLC |
| Supertuf | 85-142,164 | 4,161,817 | Grass seeds | Orchard Supply Hardware LLC |
| Sweet San Carlos | 78-755,991 | 3,478,057 | Roses | Orchard Supply Hardware LLC |
| The Answers Are | 76-409,915 | 2,683,582 | Retail store services in the field | Orchard Supply |

Schedule 4.8 - 2