| Out There. We'll Help You Find Them. | | | of hardware and home improvement | Hardware LLC |
|---|---|---|---|---|
| Western Hawk | 78-954,897 | 3,667,934 | Hand tools, namely screw drivers; rulers, namely tape rulers | Orchard Supply Hardware LLC |

| Domain Names | Owner | Registrar | Expiration Date |
|---|---|---|---|
| orchardhardware.com | Orchard Supply Hardware LLC | Register.com | 06/13/2014 |
| orchardhomeimprovement.com | Orchard Supply Hardware LLC | Register.com | 06/05/2014 |
| orchardsupply.com | Orchard Supply Hardware LLC | Register.com | 05/27/2014 |
| orchardsupplyhardware.biz | Orchard Supply Hardware LLC | Register.com | 02/19/2014 |
| orchardsupplyhardware.com | Orchard Supply Hardware LLC | Register.com | 10/06/2013 |
| osh.biz | Orchard Supply Hardware LLC | Register.com | 11/18/2013 |
| osh.com | Orchard Supply Hardware LLC | Register.com | 09/19/2014 |
| osh.info | Orchard Supply Hardware LLC | Register.com | 09/19/2013 |
| osh.us | Orchard Supply Hardware LLC | Register.com | 05/15/2014 |

Schedule 4.8 - 3

**Schedule 4.9 – Litigation**

None.

EAST\56457672.8

## <u>Schedule 4.11(d) – Inventory Held on Consignment</u>

Sellers hold inventory on consignment pursuant to Consignment Agreement, dated October 26, 2011, between Sears Authorized Hometown Stores, LLC and Orchard Supply Hardware LLC (as amended by First Amendment to Consignment Agreement dated March 22, 2012) at the following stores: Concord, Long Beach, Bakersfield, Stockton, Blackstone, Sand City, Fremont, South San Francisco, San Jose (San Carlos St.), Sunnyvale, San Jose (Prospect Road), South Pasadena, Burbank, East Modesto, Vacaville, and El Cerrito.

Sellers held inventory on consignment at the Hollywood store pursuant to Consignment Agreement, dated February 26, 2013, between Orchard Supply Hardware LLC and Channel Control Merchants, LLC.

**Schedule 4.13(a) – Extensions of Time**

The Seller has an extension of time, until October 15, 2013, to filed its 2012 federal and California state tax returns.

## <u>Schedule 4.13(e) – Material Tax Proceedings</u>

Any party with questions about this schedule should contact counsel to the Sellers: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL  60601 (Attn: Daniel Simon, Esq. (daniel.simon@dlapiper.com) (312-368-3465)).

EAST\56457672.8

## Schedule 4.13(f) – Tax Sharing Agreements and Liabilities

Tax Sharing Agreement, dated November 23, 2005, between Sears Holding Corporations and Orchard Supply Hardware Stores Corporation.

EAST\56457672.8

**Schedule 4.14(b) – Employee Actions**

Any party with questions about this schedule should contact counsel to the Sellers: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL 60601 (Attn: Daniel Simon, Esq. (daniel.simon@dlapiper.com) (312-368-3465)).

Schedule 4.14(b) - 1

## Schedule 4.14(c) – Benefit Plans

Orchard Supply Hardware Retirement Savings Plan

Orchard Supply Hardware Stores Corporation Annual Incentive Plan

Equity Incentive Plan Adopted By Orchard Supply Hardware Stores Corporation

Executive Annual Incentive Plan For Orchard Supply Hardware Stores Corporation

Salaried Associates Annual Incentive Plan For Orchard Supply Hardware Stores Corporation

Store Management Incentive Plan For Orchard Supply Hardware Stores Corporation

Guardian Orchard Supply Hardware LLC Basic Dental Plan

Guardian Orchard Supply Hardware LLC Premium Dental Plan

Guardian Orchard Supply Hardware LLC Group Life and AD&D

Guardian Orchard Supply Hardware LLC Group Short Term Disability – Full-Time

Guardian Orchard Supply Hardware LLC Group Short Term Disability – Salaried

Guardian Orchard Supply Hardware LLC Optional AD&D

Guardian Orchard Supply Hardware LLC Optional Life

Guardian Orchard Supply Hardware LLC Optional Long Term Disability

Guardian Orchard Supply Hardware LLC Vision

Guardian Orchard Supply Hardware LLC Dependent Voluntary AD&D

Guardian Orchard Supply Hardware LLC Dependent Spouse Optional Life

Health Net HMO Plan

Health Net PPO Plan

Health Net HAS Qualified Deductible PPO Plan

Kaiser Permanente HSA – Qualified Deductible HMO Plan for Orchard Supply Hardware LLC (Northern California Region)

Kaiser Permanente Traditional Plan for Orchard Supply Hardware LLC (Northern California Region)

Kaiser Permanente Senior Advantage (HMO) with Part D for Orchard Supply Hardware LLC (Northern California Region)

EAST\56457672.8

Kaiser Permanente Senior Advantage (HMO) with Part D when Medicare is secondary coverage for Orchard Supply Hardware LLC (Northern California Region)

American Specialty Health Plan Chiropractice Plan (Northern California Region)

Kaiser Permanente Large Group High Deductible Health Plan for Orchard Supply Hardware LLC (Oregon)

Kaiser Permanente Traditional Plan for Orchard Supply Hardware LLC (Oregon)

Kaiser Permanente HSA Qualified Deductible HMO Plan for Orchard Supply Hardware LLC (Southern California Region)

Kaiser Permanente Traditional Plan for Orchard Supply Hardware LLC (Sourthern California Region)

Kaiser Permanente Senior Advantage (HMO) with Part D for Orchard Supply Hardware LLC (Southern California Region)

Kaiser Permanente Senior Advantage (HMO) with Part D when Medicare is secondary coverage (Sourthern California Region)

American Specialty Health Plan Chiropractice Plan (Southern California Region)

Orchard Supply Hardware LLC Flexible Benefits Plan

Orchard Supply Hardware Health and Welfare Plan

Executive Severance Agreement dated March 7, 2011 between Orchard Supply Hardware Stores Corporation and Mark Baker

Executive Severance Agreement dated April 11, 2011 between Orchard Supply Hardware Stores Corporation and David Bogage

Executive Severance Agreement dated October 3, 2011 between Orchard Supply Hardware Stores Corporation and Michael Fox

Executive Severance Agreement dated November 3, 2011 between Orchard Supply Hardware Stores Corporation and Steven L. Mahurin

Executive Severance Agreement dated December 19, 2011 between Orchard Supply Hardware Stores Corporation and Chris Newman

Severance Agreement and General Release, dated December 21, 2012, between Orchard Supply Hardware Stores Corporation and Stephen W. Olsen.

MetLaw Hyatt Legal and Identity Theft Program (Orchard does not sponsor but makes available)

MetLife Pet Insurance Program (Orchard does not sponsor but makes available)

MetLife Auto & Home Group Insurance Program (Orchard does not sponsor but makes available)

EAST\56457672.8

MetLife Critical Illness Group Program (Orchard does not sponsor but makes available)

Full-Time Associates Benefits
1. Medical
2. Dental
3. Vision
4. Flexible Spending Accounts
5. Company-Paid Short-Term Disability Insurance
6. Long-Term Disability Insurance
7. Company-Paid Life Insurance
8. Optional Life Insurance
9. 401(k) Savings Plan
10. Employee Assistance Program
11. Associate Discount
12. Voluntary Benefits (Orchard does not sponsor but makes available)
13. Vacation
14. National Holidays

Part-Time Associates Benefits
1. Medical, Dental & Life Insurance (Orchard does not sponsor but makes available)
2. Vision
3. 401(k) Savings Plan
4. Employee Assistance Program
5. Associate Discount
6. Voluntary Benefits (Orchard does not sponsor but makes available)
7. Vacation
8. National Holidays

Schedule 4.14(c) - 3

**<u>Schedule 4.15(a) – Labor Agreements, Organizations, Recognitions and Representations</u>**

None.

EAST\56457672.8

## Schedule 4.15(f) – Employment and Consulting Agreements

Any party with questions about this schedule should contact counsel to the Sellers: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL 60601 (Attn: Daniel Simon, Esq. (daniel.simon@dlapiper.com) (312-368-3465)).

EAST\56457672.8

### Schedule 4.16 – Bank Accounts

| | |
|---|---|
| Bank of America | 901 Main Street, 7th Floor<br>Dallas, TX 75202 |
| Wells Fargo | 707 Wilshire Blvd, 13th Floor<br>Los Angeles, CA  90017 |
| Pinacle Bank | One Financial Parkway<br>Kalamazoo, MI  49009 |

## Store Depository Accounts

| Bank | Bank Acct # | Description | Account Name |
|---|---|---|---|
| Bank of America | xxxxxx3268 | Store Depository Concentration | ORCHARD SUPPLY HARDWARE LLC |
| Bank of America | xxxxxx2794 | Main Concentration | ORCHARD SUPPLY HARDWARE STORE CORP. |
| Bank of America | xxxxxx0508 | Corporate Depository | ORCHARD SUPPLY HARDWARE LLC |
| Pinacle Bank | xx-xxx-3422 | Bank PNC Pinacle-NSF Funding | ORCHARD SUPPLY HARDWARE LLC |
| Bank of America | xxx-xxZ58-1-3 BCS | Money Market Investment Account | ORCHARD SUPPLY HARDWARE LLC |
| Bank of America | xxxxxx6446 | AP Checking | ORCHARD SUPPLY HARDWARE LLC |
| Bank of America | xxxxxx5154 | Payroll Checking | ORHCARD SUPPLY HARDWARE LLC |
| Bank of America | xxxxxx4222 | Payroll Checking | ORHCARD SUPPLY |

EAST\56457672.8

| Bank | Bank Acct # | Description | Account Name |
|------|-------------|-------------|--------------|
| America | | | HARDWARE LLC |
| Wells Fargo Bank | xxxxxx1749 | AP Funding-Traveling Expenses | ORCHARD SUPPLY HARDWARE LLC |

| Account Name | Account Number | Description | Account Name |
|--------------|----------------|-------------|--------------|
| OSH SAN CARLOS | xxxxxx6886 | B of A Store 10 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH ALUM ROCK | xxxxxx6682 | B of A Store 20 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SUNNYVALE | xxxxxx6925 | B of A Store 50 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH HUNTINGTON BEACH | xxxxxx6611 | B of A Store 51 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH CAPITOLA | xxxxxx7021 | B of A Store 60 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH LIVERMORE | xxxxxx6514 | B of A Store 70 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH MIDTOWN | xxxxxx6459 | B of A Store 71 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH ELK GROVE | xxxxxx6365 | B of A Store 81 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH MODESTO | xxxxxx6200 | B of A Store 90 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH FOLSOM | xxxxxx6857 | B of A Store 91 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH FREMONT | xxxxxx6899 | B of A Store 100 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SAN LORENZO | xxxxxx6718 | B of A Store 110 Bank Account | ORCHARD SUPPLY HARDWARE LLC |

Schedule 4.16 - 2

| Account Name | Account Number | Description | Account Name |
|---|---|---|---|
| OSH DUBLIN | xxxxxx6310 | B of A Store 120 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH CLOVIS | xxxxxx6323 | B of A Store 150 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SILVER CREEK | xxxxxx6721 | B of A Store 160 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH COTTLE | xxxxxx6828 | B of A Store 170 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH STOCKTON | xxxxxx6213 | B of A Store 180 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH MILPITAS | xxxxxx6996 | B of A Store 190 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH GILROY | xxxxxx7018 | B of A Store 200 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH EAST MODESTO | xxxxxx6763 | B of A Store 201 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH MILLBRAE | xxxxxx6802 | B of A Store 210 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH ANTELOPE | xxxxxx6831 | B of A Store 211 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH REDWOOD CITY | xxxxxx6983 | B of A Store 220 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH LA VERNE | xxxxxx6912 | B of A Store 221 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH CONCORD | xxxxxx6129 | B of A Store 240 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH ARDEN/WATT | xxxxxx6954 | B of A Store 241 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SALINAS | xxxxxx6420 | B of A Store 250 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH CLAYTON | xxxxxx6940 | B of A Store 251 Bank | ORCHARD SUPPLY HARDWARE LLC |

Schedule 4.16 - 3

| Account Name | Account Number | Description | Account Name |
|---|---|---|---|
| | | Account | |
| OSH WATSONVILLE | xxxxxx6446 | B of A Store 260 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH PROSPECT | xxxxxx6815 | B of A Store 280 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH EL CAMINO | xxxxxx6844 | B of A Store 290 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH EL CERRITO | xxxxxx1759 | B of A Store 291 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SAN LEANDRO | xxxxxx6909 | B of A Store 320 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH PINOLE | xxxxxx6132 | B of A Store 350 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH BLACKSTONE | xxxxxx6242 | B of A Store 360 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH PASO ROBLES | xxxxxx6462 | B of A Store 361 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH NAPA | xxxxxx6394 | B of A Store 370 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH TRACY | xxxxxx6679 | B of A Store 371 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH TURLOCK | xxxxxx6187 | B of A Store 380 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH CHICO | xxxxxx6873 | B of A Store 381 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SAN RAMON | xxxxxx6501 | B of A Store 390 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH LONE TREE | xxxxxx6666 | B of A Store 391 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH VACAVILLE | xxxxxx5207 | B of A Store 401 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SAN RAFAEL | xxxxxx6381 | B of A Store 410 Bank | ORCHARD SUPPLY HARDWARE LLC |

EAST\56457672.8

| Account Name | Account Number | Description | Account Name |
|---|---|---|---|
| | | Account | |
| OSH VISALIA | xxxxxx6349 | B of A Store 420 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH MORAGA | xxxxxx1762 | B of A Store 421 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH FOSTER CITY | xxxxxx7005 | B of A Store 430 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SANTA ROSA | xxxxxx5988 | B of A Store 431 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SAND CITY | xxxxxx6433 | B of A Store 440 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH N.E. FRESNO | xxxxxx0509 | B of A Store 441 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SANTA MARIA | xxxxxx6239 | B of A Store 450 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH CITRUS HEIGHTS | xxxxxx1746 | B of A Store 451 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH KINGS CANYON | xxxxxx6336 | B of A Store 460 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH BERKELEY | xxxxxx6488 | B of A Store 470 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH NEWARK | xxxxxx6792 | B of A Store 480 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH LODI | xxxxxx6190 | B of A Store 490 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH FAIRFIELD | xxxxxx5975 | B of A Store 501 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH YUBA CITY | xxxxxx6475 | B of A Store 510 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH HESPERIA | xxxxxx4407 | B of A Store 521 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH MANTECA | xxxxxx6161 | B of A Store 530 Bank | ORCHARD SUPPLY HARDWARE LLC |

| Account Name | Account Number | Description | Account Name |
|---|---|---|---|
| | | Account | |
| OSH SOUTH SAN FRANCISCO | xxxxxx6695 | B of A Store 540 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH PETALUMA | xxxxxx6284 | B of A Store 550 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH MERCED | xxxxxx6404 | B of A Store 560 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SONORA | xxxxxx6174 | B of A Store 570 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH HANFORD | xxxxxx6255 | B of A Store 580 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH PASADENA | xxxxxx6941 | B of A Store 590 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SOUTH PASADENA | xxxxxx6747 | B of A Store 610 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH BURBANK | xxxxxx6938 | B of A Store 620 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH VAN NUYS | xxxxxx6734 | B of A Store 630 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH WEST LOS ANGELES | xxxxxx6653 | B of A Store 640 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH HOLLYWOOD | xxxxxx6624 | B of A Store 650 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH GOLETA | xxxxxx6750 | B of A Store 660 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH PISMO BEACH | xxxxxx6970 | B of A Store 670 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH REDDING | xxxxxx6417 | B of A Store 680 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH MOUNTAIN VIEW | xxxxxx6705 | B of A Store 690 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH PRINCETON | xxxxxx8258 | B of A Store 691 Bank | ORCHARD SUPPLY HARDWARE LLC |

EAST\56457672.8

| Account Name | Account Number | Description | Account Name |
|---|---|---|---|
| | | Account | |
| OSH LA CRESCENTA | xxxxxx6967 | B of A Store 711 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH FIGARDEN | xxxxxx5660 | B of A Store 700 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH CANOGA PARK | xxxxxx6378 | B of A Store 720 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SOUTH BAY | xxxxxx3071 | B of A Store 721 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH TORRANCE | xxxxxx6860 | B of A Store 730 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH YORBA LINDA | xxxxxx6844 | B of A Store 731 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH WOODLAND | xxxxxx 6226 | B of A Store 740 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH TIGARD | xxxxxx5709 | B of A Store 741 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH THOUSAND OAKS | xxxxxx6640 | B of A Store 750 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH PETERKORT | xxxxxx5712 | B of A Store 761 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SANTA CLARITA | xxxxxx6776 | B of A Store 770 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH FOUNTAIN VALLEY | xxxxxx6608 | B of A Store 790 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH LONG BEACH | xxxxxx6145 | B of A Store 810 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH SANTA ANA | xxxxxx6271 | B of A Store 830 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH GRANADA HILLS | xxxxxx6307 | B of A Store 840 Bank Account | ORCHARD SUPPLY HARDWARE LLC |
| OSH BAKERSFIELD | xxxxxx6158 | B of A Store 850 Bank | ORCHARD SUPPLY HARDWARE LLC |

Schedule 4.16 - 7

| Account Name | Account Number | Description | Account Name |
|---|---|---|---|
| | | Account | |

**Appliance Stores**

| Orchard Supply Hardware LLC | Bank Acct# | Bank |
|---|---|---|
| San Carlos | xxxxxx7883 (TX) | Bank of America |
| Sunnyvale | xxxxxx8138 (TX) | Bank of America |
| Livermore | xxxxxx8167 (TX) | Bank of America |
| Fremont | xxxxxx8125 (TX) | Bank of America |
| Stockton | xxxxxx8109 (TX) | Bank of America |
| East Modesto | xxxxxx8099 (TX) | Bank of America |
| Clayton | xxxxxx7977 (TX) | Bank of America |
| Prospect | xxxxxx8073 (TX) | Bank of America |
| El Cerrito | xxxxxx8060 (TX) | Bank of America |
| Blackstone | xxxxxx8057 (TX) | Bank of America |
| Vacaville | xxxxxx8044 (TX) | Bank of America |
| San Rafael | xxxxxx7935 (TX) | Bank of America |
| Sand City | xxxxxx8031 (TX) | Bank of America |
| S San Francisco | xxxxxx7964 (TX) | Bank of America |
| Pasadena | xxxxxx7951 (TX) | Bank of America |
| S Pasadena | xxxxxx7919 (TX) | Bank of America |
| Burbank | xxxxxx8015 (TX) | Bank of America |
| Mountain View | xxxxxx8002 (TX) | Bank of America |
| La Crescenta | xxxxxx7896 (TX) | Bank of America |
| Long Beach | xxxxxx7993 (TX) | Bank of America |
| Bakersfield | xxxxxx7948 (TX) | Bank of America |

EAST\56457672.8

## Schedule 4.20 – Environmental Matters

Any party with questions about this schedule should contact counsel to the Sellers: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL  60601 (Attn: Daniel Simon, Esq. (daniel.simon@dlapiper.com) (312-368-3465)).

EAST\56457672.8

**<u>Schedule 4.22(b) – Changes in the Business</u>**

None.

EAST\56457672.8

**Schedule 5.4(b) – Purchaser Consents**

None.

**Schedule 6.1(b) – Base Compensation / Wage Rate Increases**

Any party with questions about this schedule should contact counsel to the Sellers: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL  60601 (Attn: Daniel Simon, Esq. (daniel.simon@dlapiper.com) (312-368-3465)).

EAST\56457672.8

## Schedule 8.1(a) – Changes to Compensation/Benefits and Bonuses

Any party with questions about this schedule should contact counsel to the Sellers: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL  60601 (Attn: Daniel Simon, Esq. (daniel.simon@dlapiper.com) (312-368-3465)).

EAST\56457672.8

## <u>Schedule 8.1(b) – New Employee Positions</u>

Any party with questions about this schedule should contact counsel to the Sellers: DLA Piper
LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, IL  60601 (Attn: Daniel Simon, Esq.
(daniel.simon@dlapiper.com) (312-368-3465)).

EAST\56457672.8

## Schedule 8.1(c) – Removal of Assets or Inventory

Removal of inventory from the following stores which have closed or will be closing in the near term: Fountain Valley (scheduled to close on July 31, 2013), San Lorenzo (closed on June 9, 2013), and Hollywood (schedule to close in Summer 2013).

## Schedule 8.1(i) – Related Party Transactions

Indemnity Agreements. The Company has entered into indemnity agreements with its executive officers and directors which provide, among other things, that the Company will indemnify such executive officer or director, under the circumstances and to the extent provided for therein, for expenses, damages, judgments, fines and settlements he or she may be required to pay in actions or proceedings which he or she is or may be made a party by reason of his or her position as a director, officer or other agent of the Company, and otherwise to the fullest extent permitted under Delaware law and its bylaws.

Sears Holdings Agreements. On December 30, 2011, we completed our spin-off (the "Spin-Off") from Sears Holdings Corporation ("Sears Holdings"). In connection with the Spin-Off, the Company entered into a series of agreements with Sears Holdings. ESL Investments, Inc. and its related entities ("ESL") owns 55.3% of the outstanding Common Stock of Sears Holdings, based on the Proxy Statement filed by Sears Holdings on March 28, 2013. The Company paid Sears Holdings approximately $167,000 in Fiscal 2012 for providing certain support services pursuant to a transition services agreement. In Fiscal 2012, the Company paid Sears Holdings an aggregate of approximately $2.2 million for sales of certain Sears Holdings-branded products pursuant to three brands license agreements.

EAST\56457672.8

**Schedule 8.1(q) – Agreements to Construct or Remodel Stores**

| Store Location | Scheduled Construction Start Date |
|---|---|
| 1440 Fitzgerald Drive<br>Pinole, CA  94564 | June 24, 2013 |
| 720 West San Carlos Street<br>San Jose, CA  95126 | June 17, 2013 |
| 415 South La Brea Ave.<br>Los Angeles, CA  90036 | June 17, 2013 |

EAST\56457672.8