# EXHIBIT C

**(Modified Leases)**

## EXHIBIT C

## MODIFIED LEASES

- Fourth Amendment to Ground Lease dated as of July 15, 2013 by and between Mardit Properties, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 777 Sunnyvale-Saratoga Road, Sunnyvale, California 94807.

- Fifth Amendment to Lease dated July 31, 2013 by and between Arnold Schlesinger, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 300 Floresta Blvd., San Leandro, California 94578.

- First Amendment to Lease dated July 31, 2013 by and between Ball & East, Ltd., as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 1151 Andersen Drive, San Rafael, California 94901.

- Amendment No. 2 to Ground Lease dated as of August 1, 2013 by and between Dervishian Properties Co., as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 5445 N. Blackstone, Fresno, California 93710.

- Fifth Amendment to Lease dated as of August 5, 2013 by and between Berkeley Business Center II, LP, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 1025 Ashby Avenue, Berkeley, California 94710.

- Fourth Amendment to Lease dated August 5, 2013 by and between Visalia Properties, L.P., as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 2230 W. Walnut Avenue, Visalia, California 93277.

- Amendment to Lease dated August 6, 2013 by and between Salomon Wainberg and Olga Wainberg, collectively as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 16824 Main Street, Hesperia, California 92345.

- Amendment to Lease dated August 7, 2013 by and between Western Village Shopping Center, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 1950 South Broadway, Santa Maria, California 93454.

- Amendment to Lease dated August 8, 2013 by and between Peterkort Towne Square, L.L.C., as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 10860 SW Barnes Road, Beaverton, Oregon 97225.

- Fourth Amendment to Lease dated August 9, 2013 by and between BB&T, LLC and Socks, LLC, collectively as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 1390 N. McDowell Blvd., Petaluma, California 94954.

- Fourth Amendment to Lease dated August 12, 2013 by and between Sagepointe, LLC, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 6464 Ming Avenue, Bakersfield, California 93309.

- Third Amendment to Lease dated as of August 12, 2013 by and between Hanford Center LLC, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 700 11th Avenue, Hanford, California 93230.

- Second Amendment to Lease dated August 12, 2013 by and between American United Life Insurance Company, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 2245 Gellert Blvd., South San Francisco, California 94080.

- Fourth Amendment to Lease dated August 12, 2013 by and between Red Mountain Asset Fund I, LLC, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 2230 Cleveland Avenue, Santa Rosa, California 95403.

- Third Amendment to Lease dated August 12, 2013 by and between Sonora Plaza I, LLC, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 750 E. Mono Way, Sonora, California 95370.

- Second Amendment to Lease dated August 12, 2013 by and between PM Associates, L.L.C., doing business in California as PM/OSH Associates, LLC, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 1350 E. Main St., Woodland, California 95776.

- First Amendment to Lease dated August 16, 2013 by and between Arden Way, LLC and Arden Way No. 2, LLC, collectively as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 3350 Arden Way, Sacramento, California 95825.

- Third Amendment to Lease dated August 16, 2013 by and between La Verne Courtyard, LLC, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 2244 Foothill Blvd., La Verne, California 91750.

- Amendment to Lease dated August 16, 2013 by and between Via Montana, LLC, as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 1536 East Champlain Drive, Fresno, California 93720.

- Third Amendment to Lease dated August 19, 2013 by and between Anka Margaretic and Pero Margaretic, collectively as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 3615 El Camino Real, Santa Clara, California 95051.

- Amendment to Lease dated August 19, 2013 by and between Edward J. Cardoza, Sr. and Dolores M. Cardoza, collectively as Landlord, and Orchard Supply Hardware LLC, as

Tenant, regarding that certain property located at 189 West Louise Avenue, Manteca, California 95336.

- Amendment to Lease dated August 19, 2013 by and between Farmers Daughters, L.P., as Landlord, and Orchard Supply Hardware LLC, as Tenant, regarding that certain property located at 1067 North Davis Road, Salinas, California 93906.