## EXHIBIT 1

## LEASE LOCATIONS

| Store Name | Store No. | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Citrus Heights | 451 | 6124 San Juan Avenue | Citrus Heights | California | 95610 |
| Fairfield | 501 | 1500 Oliver Road | Fairfield | California | 94534 |
| Huntington Beach | 51 | 19330 Golden West Street | Huntington Beach | California | 92648 |
| Lone Tree | 391 | 4873 Lonetree Way | Antioch | California | 94531 |
| Long Beach | 810 | 4480 Atlantic Ave. | Long Beach | California | 90807 |
| Midtown | 71 | 4801 W Venice Blvd | Los Angeles | California | 90019 |
| Newark | 480 | 5655 Jarvis Avenue | Newark | California | 94560 |
| Vacaville | 401 | 220 Peabody Road | Vacaville | California | 95687 |