UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Orchard Supply Hardware Stores Corporation, et al.,[1] | ) Case No. 13-11565 (CSS) |
| | ) (Jointly Administered) |
| | ) |
| | ) Related Docket Nos. 508 and 509 |
| Debtors. | ) |

## AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 508 | ORDER SCHEDULING OMNIBUS HEARING DATES [Re: Docket No. 507] |
| Docket No. 509 | DEBTORS' FIRST OMNIBUS MOTION TO REJECT CERTAIN UNEXPIRED LEASES *NUNC PRO TUNC* TO AUGUST 31, 2013 |
| | NOTICE OF DEBTORS' FIRST OMNIBUS MOTION TO REJECT CERTAIN UNEXPIRED LEASES *NUNC PRO TUNC* TO AUGUST 31, 2013 |

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 300 N. Continental Boulevard, Ste. 570, El Segundo, California 90245.

2. On August 28, 2013, at the direction of DLA Piper LLP (US), counsel for the Debtors and Debtors-In-Possession, the above referenced documents were served on the parties listed in Exhibits A and B via the modes of service indicated thereon:

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Orchard Supply Hardware Stores Corporation (4109), Orchard Supply Hardware LLC (3395) and OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 6450 Via Del Oro, San Jose, California 95119.

Exhibit A    Those parties who have requested special notice, the Committee, Committee Counsel and the Core Group Address List regarding Docket Nos. 508 and 509

Exhibit B    The Affected Parties Address List regarding Docket No. 509

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 29th day of August 2013 at Paramount, California.

_____
Mabel Soto

# EXHIBIT A

# OSH

Total number of parties: 221

### Exhibit A - OSH

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 53010 | JEROME S. COHEN, (RE: METROPOLITAN VIEW PROPERTIES, L.P ), JSC@JSCBKLAW.COM | E-mail |
| 53011 | JEROME S. COHEN, (RE: METROPOLITAN VIEW PROPERTIES, L.P.), 3731 WILSHIRE BOULEVARD, SUITE 514, LOS ANGELES, CA, 90010 | US Mail (1st Class) |
| 53010 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE: HILCO AND GORDON BROS JOINT VENTURE), AHERRMANN@ASHBY-GEDDES.COM | E-mail |
| 53010 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE. HILCO AND GORDON BROS JOINT VENTURE), KOWENS@ASHBY-GEDDES.COM | E-mail |
| 53010 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE: HILCO AND GORDON BROS JOINT VENTURE), LRAPORT@ASHBY-GEDDES.COM | E-mail |
| 53011 | ASHBY & GEDDES, PA, AMANDA HERMANN, LEIGH-ANNE RAPORT,, (RE: HILCO AND GORDON BROS JOINT VENTURE), KAREN SKOMORUCHA OWENS, 500 DELEWARE AVE, 8TH FL, WILMINGTON, DE, 19899-1150 | US Mail (1st Class) |
| 53010 | BAKER & HOSTETLER LLP, MARC SKAPOF, (RE: HYBRIS (U.S.) CORPORATION), MSKAPOF@BAKERLAW.COM | E-mail |
| 53011 | BAKER & HOSTETLER LLP, MARC SKAPOF, (RE: HYBRIS (U.S.) CORPORATION), 45 ROCKEFELLER PLAZA, NEW YORK, NY, 10111 | US Mail (1st Class) |
| 53010 | BALLARD SPAHR LLP, D.POLLACK, ESQ & J.MEYERS, ESQ, (RE: BUTLER CHAMPION), POLLACK@BALLARDSPAHR.COM | E-mail |
| 53010 | BALLARD SPAHR LLP, D.POLLACK, ESQ & J.MEYERS, ESQ, (RE: BUTLER CHAMPION), MEYERS@BALLARDSPAHR.COM | E-mail |
| 53011 | BALLARD SPAHR LLP, D POLLACK, ESQ & J.MEYERS, ESQ, (RE: BUTLER CHAMPION), 51ST FLOOR - MELLON BANK CENTER, 1735 MARKET STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 53010 | BALLARD SPAHR LLP, M. SUMMERS, ESQ & L. HEILMAN, ESQ, (RE: LANDLORDS), SUMMERSM@BALLARDSPAHR.COM | E-mail |
| 53010 | BALLARD SPAHR LLP, M. SUMMERS, ESQ & L HEILMAN, ESQ, (RE: LANDLORDS), HEILMANL@BALLARDSPAHR.COM | E-mail |
| 53011 | BALLARD SPAHR LLP, M SUMMERS, ESQ & L. HEILMAN, ESQ, (RE: LANDLORDS), 919 NORTH MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53011 | BALLARD SPAHR LLP, T. DALUZ, ESQ & M. SUMMERS, ESQ, (RE: BUTLER CHAMPION), 919 NORTH MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53010 | BINDER & MALTER LLP, MICHAEL MALTER/ JULIE ROME-BANKS, (RE: MARDIT PROPERTIES LP), MICHAEL@BINDERMALTER.COM | E-mail |
| 53010 | BINDER & MALTER LLP, MICHAEL MALTER/ JULIE ROME-BANKS, (RE: MARDIT PROPERTIES LP), JULIE@BINDERMALTER.COM | E-mail |
| 53011 | BINDER & MALTER LLP, MICHAEL MALTER/ JULIE ROME-BANKS, (RE: MARDIT PROPERTIES LP), 2775 PARK AVENUE, SANTA CLARA, CA, 95050 | US Mail (1st Class) |
| 53010 | BLANK ROME LLP, STANLEY B. TARR, (RE 401 SOUTH LA BREA AVENUE (LA) LLC), TARR@BLANKROME.COM | E-mail |
| 53011 | BLANK ROME LLP, STANLEY B. TARR, (RE: 401 SOUTH LA BREA AVENUE (LA) LLC), 1201 MARKET STREET, SUITE 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53010 | BORGES & ASSOCIATES, LLC, WANDA BORGES, ESQ, (RE: LOS ANGELES NEWSPAPER GROUP), BANKRUPTCY@BORGESLAWLLC.COM | E-mail |
| 53010 | BORGES & ASSOCIATES, LLC, WANDA BORGES, ESQ, (RE: BAY AREA NEWS GROUP), BANKRUPTCY@BORGESLAWLLC.COM | E-mail |
| 53011 | BORGES & ASSOCIATES, LLC, WANDA BORGES, ESQ, (RE: LOS ANGELES NEWSPAPER GROUP), 575 UNDERHILL BLVD., SUITE 118, SYOSSET, NY, 11791 | US Mail (1st Class) |
| 53011 | BORGES & ASSOCIATES, LLC, WANDA BORGES, ESQ, (RE: BAY AREA NEWS GROUP), 575 UNDERHILL BLVD , SUITE 118, SYOSSET, NY, 11791 | US Mail (1st Class) |
| 53010 | BROWN STONE NIMEROFF LLC, JAMI B. NIMEROFF, (RE: BENJAMIN MOORE & CO), JNIMEROFF@BSNLAWYERS.COM | E-mail |

## Exhibit A - OSH

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 53011 | BROWN STONE NIMEROFF LLC, JAMI B. NIMEROFF, (RE: BENJAMIN MOORE & CO), 901 N. MARKET STREET, SUITE 1300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53010 | BRYAN CAVE LLP, DAVID M. UNSETH, ESQ , (RE: XTRA LEASE LLC), DMUNSETH@BRYANCAVE.COM | E-mail |
| 53011 | BRYAN CAVE LLP, DAVID M. UNSETH, ESQ., (RE: XTRA LEASE LLC), ONE METROPOLITAN SQUARE, 211 NORTH BROADWAY, SUITE 3600, ST. LOUIS, MO, 63102 | US Mail (1st Class) |
| 53010 | BRYAN CAVE LLP, MICHELLE MCMAHON, ESQ., (RE. XTRA LEASE LLC), MICHELLE MCMAHON@BRYANCAVE.COM | E-mail |
| 53011 | BRYAN CAVE LLP, MICHELLE MCMAHON, ESQ., (RE: XTRA LEASE LLC), 1290 AVENUE OF THE AMERICAS, NEW YORK, NY, 10104 | US Mail (1st Class) |
| 53010 | BUCHALTER NEMER,A PROFESSIONAL CORP, SHAWN M. CHRISTIANSON, ESQ, (RE: ORACLE AMERICA, INC), SCHRISTIANSON@BUCHALTER COM | E-mail |
| 53011 | BUCHALTER NEMER,A PROFESSIONAL CORP, SHAWN M. CHRISTIANSON, ESQ, (RE. ORACLE AMERICA, INC), 55 SECOND STREET, 17TH FLOOR, SAN FRANCISCO, CA, 94105-3493 | US Mail (1st Class) |
| 53011 | CALIFORNIA ATTY GENERAL`S OFFICE, CONSUMER LAW SECTION, ATTN: BANKRUPTCY NOTICES, 455 GOLDEN GATE AVENUE, SUITE 11000, SAN FRANCISCO, CA, 94102-7004 | US Mail (1st Class) |
| 53010 | COOCH AND TAYLOR, PA, SUSAN E KAUFMAN, ESQ, (RE: SOUTH COUNTY PROFESSIONAL PARK, LTD), SKAUFMAN@COOCHTAYLOR.COM | E-mail |
| 53011 | COOCH AND TAYLOR, PA, SUSAN E. KAUFMAN, ESQ, (RE: SOUTH COUNTY PROFESSIONAL PARK, LTD), THE BRANDYWINE BUILDING, 1000 WEST STREET, 10TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53010 | CROWELL & MORING LLP, MARK D. PLEVIN, (RE: BENJAMIN MOORE & CO), MPLEVIN@CROWELL.COM | E-mail |
| 53011 | CROWELL & MORING LLP, MARK D. PLEVIN, (RE: BENJAMIN MOORE & CO), 275 BATTERY STREET, 23RD FLOOR, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 53010 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE· HILCO AND GORDON BROS JOINT VENTURE), SREISMAN@CURTIS.COM | E-mail |
| 53010 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE. HILCO AND GORDON BROS JOINT VENTURE), CGIGLIO@CURTIS.COM | E-mail |
| 53011 | CURTIS MALLET-PREVOST COLT & MOSLE, S REISMAN, ESQ & C GIGLIO, ESQ, (RE: HILCO AND GORDON BROS JOINT VENTURE), 101 PARK AVE, NEW YORK, NY, 10178-0061 | US Mail (1st Class) |
| 53010 | DAVIS WRIGHT TREMAINE LLP, STEVEN G. POLARD, ESQ, (RE: SEACLIFF VILLAGE SHOPPING CTR INC), STEVENPOLARD@DWT COM | E-mail |
| 53011 | DAVIS WRIGHT TREMAINE LLP, STEVEN G. POLARD, ESQ, (RE: SEACLIFF VILLAGE SHOPPING CTR INC), 865 S FIGUEROA ST, STE 2400, LOS ANGELES, CA, 90017-2566 | US Mail (1st Class) |
| 53010 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE: COUNSEL TO DIP LENDERS), STEPHEN WOLPERT@DECHERT COM | E-mail |
| 53010 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE: COUNSEL TO DIP LENDERS), MICHAEL.SAGE@DECHERT.COM | E-mail |
| 53011 | DECHERT LLP, M SAGE, ESQ AND S WOLPERT, ESQ, (RE. COUNSEL TO DIP LENDERS), 1095 AVENUE OF THE AMERICA, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 53010 | DECHERT LLP, SCOTT M. ZIMMERMAN, ESQ, (RE  COUNSEL TO DIP LENDERS), SCOTT.ZIMMERMAN@DECHERT.COM | E-mail |
| 53011 | DECHERT LLP, SCOTT M. ZIMMERMAN, ESQ, (RE: COUNSEL TO DIP LENDERS), 1095 AVENUE OF THE AMERICA, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 53011 | DELAWARE STATE TREASURY, 820 SILVER LAKE BLVD., SUITE 100, DOVER, DE, 19904 | US Mail (1st Class) |
| 53010 | DLA PIPER LLP, CHUN I. JANG, (RE: COUNSEL TO THE DEBTORS), CHUN.JANG@DLAPIPER.COM | E-mail |
| 53011 | DLA PIPER LLP, CHUN I. JANG, (RE  COUNSEL TO THE DEBTORS), 203 N. LASALLE STREET, SUITE 1900, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 53010 | DLA PIPER LLP, DANIEL M. SIMON, (RE: COUNSEL TO THE DEBTORS), DANIEL.SIMON@DLAPIPER.COM | E-mail |
| 53010 | DLA PIPER LLP, RICHARD A. CHESLEY, (RE· COUNSEL TO THE DEBTORS), RICHARD.CHESLEY@DLAPIPER.COM | E-mail |
| 53010 | DLA PIPER LLP, STUART M. BROWN, (RE: COUNSEL TO THE DEBTORS), STUART.BROWN@DLAPIPER.COM | E-mail |
| 53011 | ELEVEN WESTERN BUILDERS, INC , RICHARD HUEY, (RE: UNSECURED CREDITORS COMMITTEE), 2862 EXECUTIVE PLACE, ESCONDIDO, CA, 92029 | US Mail (1st Class) |
| 53010 | EWING ANDERSON, PS, DAVID E EASH, (RE  JENSEN DISTRIBUTION SERVICES), DEASH@EWINGANDERSON.COM | E-mail |

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 53010 | EWING ANDERSON, PS, DAVID E EASH, (RE: JENSEN DISTRIBUTION SERVICES), BZESKI@EWINGANDERSON.COM | E-mail |
| 53011 | EWING ANDERSON, PS, DAVID E EASH, (RE: JENSEN DISTRIBUTION SERVICES), 522 W RIVERSIDE, STE 800, SPOKANE, WA, 99201 | US Mail (1st Class) |
| 53010 | FELDERSTEIN FITZGERALD WILLOUGHBY, PAUL J PASCUZZI, (RE: NEWSPAPERS), PPASCUZZI@FFWPLAW.COM | E-mail |
| 53011 | FELDERSTEIN FITZGERALD WILLOUGHBY, PAUL J. PASCUZZI, (RE: NEWSPAPERS), & PASCUZZI LLP, 400 CAPITOL MALL, SUITE 1750, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 53010 | FOX ROTHSCHILD LLP, HAL L. BAUME, (RE: AMERICAN PACIFIC INTL CAPITAL, INC), HBAUME@FOXROTHSCHILD.COM | E-mail |
| 53011 | FOX ROTHSCHILD LLP, HAL L. BAUME, (RE: AMERICAN PACIFIC INTL CAPITAL, INC), PRINCETON PIKE CORPORATE CENTER, 997 LENOX DRIVE, BUILDING 3, LAWRENCEVILLE, NJ, 08648-2311 | US Mail (1st Class) |
| 53010 | FOX ROTHSCHILD LLP, JOHN H STROCK, (RE: AMERICAN PACIFIC INTL CAPITAL, INC), JSTROCK@FOXROTHSCHILD.COM | E-mail |
| 53011 | FOX ROTHSCHILD LLP, JOHN H STROCK, (RE: AMERICAN PACIFIC INTL CAPITAL, INC), 919 N. MARKET STREET, SUITE 1300, PO BOX 2323, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 53010 | FOX ROTHSCHILD LLP, MICHAEL SWEET, (RE: AMERICAN PACIFIC INTL CAPITAL, INC), MSWEET@FOXROTHSCHILD.COM | E-mail |
| 53011 | FOX ROTHSCHILD LLP, MICHAEL SWEET, (RE: AMERICAN PACIFIC INTL CAPITAL, INC), 235 PINE STREET, SUITE 1500, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 53010 | FRANKGECKER LLP, JOSEPH D. FRANK, REED HEILIGMAN, (RE: EXPERIAN MARKETING SOLUTIONS, INC), JFRANK@FGLLP.COM | E-mail |
| 53010 | FRANKGECKER LLP, JOSEPH D. FRANK, REED HEILIGMAN, (RE: EXPERIAN MARKETING SOLUTIONS, INC), RHEILIGMAN@FGLLP COM | E-mail |
| 53011 | FRANKGECKER LLP, JOSEPH D. FRANK, REED HEILIGMAN, (RE: EXPERIAN MARKETING SOLUTIONS, INC), 325 NORTH LASALLE STREET, SUITE 625, CHICAGO, IL, 60654 | US Mail (1st Class) |
| 53011 | GINA RONDONE OBO CERTIFIED CLASS, LAURA M. COTTER, ESQ., (RE: UNSECURED CREDITORS COMMITTEE), THE MARKAM LAW FIRM, 750 B STREET, SUITE 1950, SAN DIEGO, CA, 92101 | US Mail (1st Class) |
| 53011 | GLEACHER PRODUCTS CORP, ATTN: CHRISTOPHER CAPEZUTI, (RE: SENIOR SECURED TERM LOAN), 1290 AVENUE OF THE AMERICAS, 5TH FL, NEW YORK, NY, 10104 | US Mail (1st Class) |
| 53010 | GRAY PLANT MOOTY, H. WANG AND S.GRINNELL, (RE: THE TORO COMPANY), HENRY.WANG@GPMLAW.COM | E-mail |
| 53010 | GRAY PLANT MOOTY, H WANG AND S.GRINNELL, (RE: THE TORO COMPANY), STEPHEN.GRINNELL@GPMLAW.COM | E-mail |
| 53011 | GRAY PLANT MOOTY, H WANG AND S.GRINNELL, (RE: THE TORO COMPANY), 500 IDS CENTER, 80 SOUTH EIGHTH ST, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 53010 | GRAYDON HEAD & RITCHEY LLP, J. MICHAEL DEBBELER, (RE: THE HILLMAN COMPANIES, INC), MDEBBELER@GRAYDON.COM | E-mail |
| 53011 | GRAYDON HEAD & RITCHEY LLP, J. MICHAEL DEBBELER, (RE: THE HILLMAN COMPANIES, INC), 1900 FIFTH THIRD CENTER, 511 WALNUT STREET, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 53010 | GREENBERG TRAURIG LLP, DENNIS A MELORO, (RE: WELLS FARGO BANK, NA), MELOROD@GTLAW.COM | E-mail |
| 53011 | GREENBERG TRAURIG LLP, DENNIS A MELORO, (RE WELLS FARGO BANK, NA), THE NEMOURS BUILDING, 1007 N ORANGE STREET, STE 1200, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53010 | GREENBERG TRAURIG LLP, JEFFREY M WOLF, (RE: WELLS FARGO BANK, NA), WOLFJE@GTLAW.COM | E-mail |
| 53011 | GREENBERG TRAURIG LLP, JEFFREY M WOLF, (RE: WELLS FARGO BANK, NA), ONE INTERNATIONAL PLACE, BOSTON, MA, 02110 | US Mail (1st Class) |
| 53010 | HAMRICK & EVANS LLP, KENNETH KOTARSKI, (RE: NEWARK DEVELOPMENT COMPANY), KKOTARSKI@HAMRICKLAW.COM | E-mail |
| 53011 | HAMRICK & EVANS LLP, KENNETH KOTARSKI, (RE: NEWARK DEVELOPMENT COMPANY), 111 UNIVERSAL HOLLYWOOD DRIVE, SUITE 2200, UNIVERSAL CITY, CA, 91608 | US Mail (1st Class) |
| 53010 | HANSON BRIDGETT LLP, JORDAN A. LAVINSKY, ESQ, (RE: SOUTH COUNTY PROFESSIONAL PARK, LTD), JLAVINSKY@HANSONBRIDGETT.COM | E-mail |
| 53011 | HANSON BRIDGETT LLP, JORDAN A. LAVINSKY, ESQ, (RE: SOUTH COUNTY PROFESSIONAL PARK, LTD), 425 MARKET STREET, 26TH FLOOR, SAN FRANCISCO, CA, 94105 | US Mail (1st Class) |
| 53010 | HENNESSY, BOE & GONDRING, PA, LESLIE A. BOE, (RE: WACHTER, INC), LESLIEBOE@HBG-LAW.COM | E-mail |

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 53011 | HENNESSY, BOE & GONDRING, PA, LESLIE A. BOE, (RE: WACHTER, INC), 5940 LAMAR AVE, MISSION, KS, 66202 | US Mail (1st Class) |
| 53010 | HOLLAND & KNIGHT LLP, JAMES H. ROLLINS, (RE: BIG TIME PRODUCTS, LLC), JIM.ROLLINS@HKLAW.COM | E-mail |
| 53011 | HOLLAND & KNIGHT LLP, JAMES H. ROLLINS, (RE: BIG TIME PRODUCTS, LLC), SUITE 2000, ONE ATLANTIC CENTER, 1201 WEST PEACHTREE STREET, ATLANTA, GA, 30309-3400 | US Mail (1st Class) |
| 53010 | HOPKINS & CARLEY, STEPHEN J KOTTMEIER, (RE: BB&T, LLC), SKOTTMEIER@HOPKINSCARLEY.COM | E-mail |
| 53011 | HOPKINS & CARLEY, STEPHEN J. KOTTMEIER, (RE: BB&T, LLC), 70 SOUTH FIRST STREET, SAN JOSE, CA, 95113-2406 | US Mail (1st Class) |
| 53010 | HUNTON & WILLIAMS LLP, GREGORY G. HESSE & JESSE T MOORE, (RE: OSH & LOWE'S COMPANIES, INC), GHESSE@HUNTON.COM | E-mail |
| 53010 | HUNTON & WILLIAMS LLP, GREGORY G. HESSE & JESSE T. MOORE, (RE: OSH & LOWE'S COMPANIES, INC), JTMOORE@HUNTON COM | E-mail |
| 53011 | HUNTON & WILLIAMS LLP, GREGORY G. HESSE & JESSE T. MOORE, (RE: OSH & LOWE'S COMPANIES, INC), 1445 ROSS AVENUE, SUITE 3700, DALLAS, TX, 75202-2799 | US Mail (1st Class) |
| 53010 | IBM, ROGER LAVIOLETTE, ROGERL@CA.IBM.COM | E-mail |
| 53011 | IBM, ROGER LAVIOLETTE, ATTN: BANKRUPTCY COORDINATOR, 275 VIGER EAST, SUITE 400, MONTREAL, QC, H2X 3R7 CANADA | US Mail (1st Class) |
| 53011 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, 2970 MARKET ST, PHILADELPHIA, PA, 19104-5002 | US Mail (1st Class) |
| 53011 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 53010 | IRON MOUNTAIN INFORMATION MGMT, LLC, JOSEPH CORRIGAN, BANKRUPTCY2@IRONMOUNTAIN.COM | E-mail |
| 53011 | IRON MOUNTAIN INFORMATION MGMT, LLC, JOSEPH CORRIGAN, 745 ATLANTIC AVENUE, 10TH FLOOR, BOSTON, MA, 02111 | US Mail (1st Class) |
| 53011 | JORDAN MANUFACTURING COMPANY, INC., DAVID JORDAN, (RE UNSECURED CREDITORS COMMITTEE), 1200 S. 6TH STREET, MONTICELLO, IN, 47960 | US Mail (1st Class) |
| 53010 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE: LANDLORDS), DUSTIN BRANCH@KATTENLAW.COM | E-mail |
| 53010 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE: LANDLORDS), BRIAN HUBEN@KATTENLAW.COM | E-mail |
| 53011 | KATTEN MUCHIN ROSENMAN LLP, DUSTIN BRANCH AND BRIAN HUBEN, (RE LANDLORDS), 2029 CENTURY PARK EAST, SUITE 2600, LOS ANGELES, CA, 90067-3012 | US Mail (1st Class) |
| 53011 | KAWAHARA NURSERIES, INC., JOSH KAWAHARA, (RE: UNSECURED CREDITORS COMMITTEE), 698 BURNETT AVE, MORGAN HILL, CA, 95037 | US Mail (1st Class) |
| 53010 | KEESAL, YOUNG & LOGAN, MICHAEL T WEST, (RE: CORE-MARK INTERNATIONAL, INC), MICHAEL WEST@KYL COM | E-mail |
| 53011 | KEESAL, YOUNG & LOGAN, MICHAEL T WEST, (RE: CORE-MARK INTERNATIONAL, INC), 400 OCEANGATE, PO BOX 1730, LONG BEACH, CA, 90801-1730 | US Mail (1st Class) |
| 53010 | KELLEY DRYE & WARREN LLP, J. CARR, R. LEHANE, G SAYDAH, JR, (RE: LANDLORDS), KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | E-mail |
| 53011 | KELLEY DRYE & WARREN LLP, J CARR, R. LEHANE, G. SAYDAH, JR, (RE: LANDLORDS), 101 PARK AVENUE, NEW YORK, NY, 10178 | US Mail (1st Class) |
| 53010 | LANDAU GOTTFRIED & BERGER LLP, PETER J GURFEIN, (RE: 401 SOUTH LA BREA AVENUE (LA) LLC), PGURFEIN@LGBFIRM.COM | E-mail |
| 53011 | LANDAU GOTTFRIED & BERGER LLP, PETER J. GURFEIN, (RE: 401 SOUTH LA BREA AVENUE (LA) LLC), 1801 CENTURY PARK EAST, SUITE 700, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 53010 | LANDSBERG & ASSOCIATES, IAN S LANDSBERG, (RE. GGF, LLC), ILANDSBERG@LANDSBERG-LAW COM | E-mail |
| 53011 | LANDSBERG & ASSOCIATES, IAN S. LANDSBERG, (RE: GGF, LLC), A PROFESSIONAL LAW CORPORATION, 5950 CANOGA AVENUE, SUITE 605, WOODLAND HILLS, CA, 91367 | US Mail (1st Class) |
| 53011 | LAW OFFICES OF JO ANNE M BERNHARD, JO ANNE M BERNHARD, ESQ, (RE: FEDI, FEDI, JAWORSKI, SANTI, LP), 2621 K STREET, SACRAMENTO, CA, 95816 | US Mail (1st Class) |
| 53010 | LEVENE, NEALE, ET AL, DAVID W LEVENE, (RE: VISALIA PROPERTIES, LP), DWL@LNBYB.COM | E-mail |
| 53011 | LEVENE, NEALE, ET AL, DAVID W LEVENE, (RE: VISALIA PROPERTIES, LP), 10250 CONSTELLATION BLVD, SUITE 1700, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 53010 | MACCONAGHY & BARNIER, PLC, JOHN H. MACCONAGHY, (RE: MONROE FORSYTH, INC), MACCLAW@MACBARLAW COM | E-mail |

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 53011 | MACCONAGHY & BARNIER, PLC, JOHN H MACCONAGHY, (RE: MONROE FORSYTH, INC), 645 FIRST ST. WEST, SUITE D, SONOMA, CA, 95476 | US Mail (1st Class) |
| 53010 | MAGNOZZI & KYE, LLP, AMISH R. DOSHI, ESQ, (RE: ORACLE AMERICA, INC), ADOSHI@MAGNOZZIKYE.COM | E-mail |
| 53011 | MAGNOZZI & KYE, LLP, AMISH R. DOSHI, ESQ, (RE: ORACLE AMERICA, INC), 23 GREEN STREET, SUITE 302, HUNTINGTON, NY, 11743 | US Mail (1st Class) |
| 53010 | MEYERS LAW GROUP, PC, MERLE C MEYERS, KATHY QUON BRYANT, (RE: RENEE'S GARDEN, LLC), MMEYERS@MLG-PC.COM | E-mail |
| 53010 | MEYERS LAW GROUP, PC, MERLE C MEYERS, KATHY QUON BRYANT, (RE: RENEE'S GARDEN, LLC), KQUONBRYANT@MLG-PC.COM | E-mail |
| 53011 | MEYERS LAW GROUP, PC, MERLE C MEYERS, KATHY QUON BRYANT, (RE: RENEE'S GARDEN, LLC), 44 MONTGOMERY STREET, SUITE 1010, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 53010 | MILES & STOCKBRIDGE PC, RICHARD L. COSTELLA, ESQUIRE, (RE: PACCAR FINANCIAL CORP), RCOSTELL@MILESSTOCKBRIDGE.COM | E-mail |
| 53011 | MILES & STOCKBRIDGE PC, RICHARD L. COSTELLA, ESQUIRE, (RE: PACCAR FINANCIAL CORP), 100 LIGHT STREET, BALTIMORE, MD, 21202 | US Mail (1st Class) |
| 53010 | MORGAN, LEWIS & BOCKIUS LLP, NEIL E HERMAN, ESQ, (RE: KIMCO REALTY CORPORATION), NHERMAN@MORGANLEWIS.COM | E-mail |
| 53011 | MORGAN, LEWIS & BOCKIUS LLP, NEIL E HERMAN, ESQ, (RE: KIMCO REALTY CORPORATION), 101 PARK AVENUE, NEW YORK, NY, 10178-0600 | US Mail (1st Class) |
| 53010 | MORRIS JAMES LLP, CARL N KUNZ III, ESQ, (RE: SEACLIFF VILLAGE SHOPPING CTR INC), CKUNZ@MORRISJAMES.COM | E-mail |
| 53011 | MORRIS JAMES LLP, CARL N KUNZ III, ESQ, (RE: SEACLIFF VILLAGE SHOPPING CTR INC), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | US Mail (1st Class) |
| 53011 | NATIONAL ASS'N OF ATTORNEYS GENERAL, ATTN: KAREN CORDRY, ESQ., 2030 M STREET NW, 8TH FLR, WASHINGTON, DC, 20036 | US Mail (1st Class) |
| 53011 | NATIONAL RETAIL PROPERTIES, INC., CHRISTOPHER P. TESSITORE, (RE: UNSECURED CREDITORS COMMITTEE), 450 SOUTH ORANGE AVE, SUITE 900, ORLANDO, FL, 32801 | US Mail (1st Class) |
| 53010 | OFFICE OF THE US TRUSTEE DELAWARE, TIIARA PATTON, ESQ, TIIARA PATTON@USDOJ.GOV | E-mail |
| 53011 | OFFICE OF THE US TRUSTEE DELAWARE, TIIARA PATTON, ESQ, 844 KING ST STE 2207, LOCKBOX 35, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53011 | OREGON STATE ATTORNEY GENERAL, OREGON DEPARTMENT OF JUSTICE, 1162 COURT STREET NE, SALEM, OR, 97301-4096 | US Mail (1st Class) |
| 53010 | PACHULSKI STANG ZIEHL & JONES LLP, BRADFORD SANDLER/JAMES O'NEILL, (RE: COUNSEL FOR THE OCUC), BSANDLER@PSZJLAW.COM | E-mail |
| 53010 | PACHULSKI STANG ZIEHL & JONES LLP, BRADFORD SANDLER/JAMES O'NEILL, (RE: COUNSEL FOR THE OCUC), JONEILL@PSZJLAW.COM | E-mail |
| 53011 | PACHULSKI STANG ZIEHL & JONES LLP, BRADFORD SANDLER/JAMES O'NEILL, (RE: COUNSEL FOR THE OCUC), 919 N MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53010 | PACHULSKI STANG ZIEHL & JONES LLP, JOHN D. FIERO, (RE: COUNSEL FOR THE OCUC), JFIERO@PSZJLAW.COM | E-mail |
| 53011 | PACHULSKI STANG ZIEHL & JONES LLP, JOHN D. FIERO, (RE: COUNSEL FOR THE OCUC), 150 CALIFORNIA STREET, 15TH FLOOR, SAN FRANCISCO, CA, 94111-4500 | US Mail (1st Class) |
| 53011 | PLANT SOURCE INC, ANGELA DIXON, 2029 SYCAMORE DR, SAN MARCOS, CA, 92069-9753 | US Mail (1st Class) |
| 53010 | POLSINELLI PC, CHRISTOPHER A. WARD, ESQ, (RE: DELL MARKETING, L.P.), CWARD@POLSINELLI.COM | E-mail |
| 53011 | POLSINELLI PC, CHRISTOPHER A. WARD, ESQ., (RE: DELL MARKETING, L.P.), 222 DELAWARE AVENUE, SUITE 1101, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53010 | REED SMITH LLP, M. HOUSTON & C. RIVAS, (RE: HENRY COMPANY), MHOUSTON@REEDSMITH.COM | E-mail |
| 53010 | REED SMITH LLP, M. HOUSTON & C. RIVAS, (RE: HENRY COMPANY), CRIVAS@REEDSMITH.COM | E-mail |
| 53011 | REED SMITH LLP, M HOUSTON & C. RIVAS, (RE: HENRY COMPANY), 355 SOUTH GRAND AVENUE, SUITE 2900, LOS ANGELES, CA, 90071-1514 | US Mail (1st Class) |
| 53010 | RICHARDS, LAYTON & FINGER, P.A., R STEARN JR, ESQ AND L.GOOD, ESQ, (RE: SEARS), STEARN@RLF COM | E-mail |
| 53010 | RICHARDS, LAYTON & FINGER, P.A , R STEARN JR, ESQ AND L.GOOD, ESQ, (RE: SEARS), GOOD@RLF.COM | E-mail |

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 53011 | RICHARDS, LAYTON & FINGER, P.A., R STEARN JR, ESQ AND L.GOOD, ESQ, (RE: SEARS), ONE RODNEY SQUARE, 920 NORTH KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53011 | RICOH USA, SONJA D. HART, RECOVERY & BANKRUPTCY GROUP, 3920 ARKWRIGHT RD, SUITE 400, MACON, GA, 31210 | US Mail (1st Class) |
| 53010 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE. WELLS FARGO BANK, NA), DROTHMAN@RIEMERLAW COM | E-mail |
| 53010 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE. WELLS FARGO BANK, NA), SFOX@RIEMERLAW.COM | E-mail |
| 53011 | RIEMER & BRAUNSTEIN LLP, D ROTHMAN, ESQ AND S FOX, ESQ, (RE: WELLS FARGO BANK, NA), TIMES SQUARE TOWER, SEVEN TIMES SQUARE, STE 2506, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 53010 | RINGSTAD & SANDERS LLP, TODD C. RINGSTAD, ESQ., (RE: BUNDY PLAZA - W.L.A. LTD), TODD@RINGSTADLAW.COM | E-mail |
| 53011 | RINGSTAD & SANDERS LLP, TODD C. RINGSTAD, ESQ., (RE: BUNDY PLAZA - W.L.A. LTD), 2030 MAIN STREET, SUITE 1600, IRVINE, CA, 92614 | US Mail (1st Class) |
| 53011 | RIVERSIDE CLAIMS LLC, PO BOX 626, PLANETARIUM STATION, NEW YORK, NY, 10024 | US Mail (1st Class) |
| 53010 | SAUL EWING LLP, LUCIAN B MURLEY, ESQ, (RE. THE TORO COMPANY), LMURLEY@SAUL.COM | E-mail |
| 53011 | SAUL EWING LLP, LUCIAN B MURLEY, ESQ, (RE· THE TORO COMPANY), 222 DELEWARE AVE, STE 1200, PO BOX 1266, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 53011 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, P O BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 53011 | SECRETARY OF TREASURY, PO BOX 7040, DOVER, DE, 19903 | US Mail (1st Class) |
| 53011 | SECURITIES AND EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 53011 | SECURITIES AND EXCHANGE COMMISSION, ATTN  GEORGE SCANELLOS,REGIONAL DIR, NEW YORK REGIONAL OFFICE, 3 WORLD FINANCIAL CENTER, SUITE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 53010 | SIDLEY AUSTIN LLP, D. TWOMEY AND M.MARTINEZ, (RE: SEARS), DTWOMEY@SIDLEY.COM | E-mail |
| 53010 | SIDLEY AUSTIN LLP, D  TWOMEY AND M.MARTINEZ, (RE: SEARS), MATTHEW.MARTINEZ@SIDLEY.COM | E-mail |
| 53011 | SIDLEY AUSTIN LLP, D. TWOMEY AND M.MARTINEZ, (RE: SEARS), ONE SOUTH DEARBORN ST, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 53010 | SNELL & WILMER L.L.P., DAVID E. LETA, (RE· GE BUSINESS LOAN PASS-THROUGH CERT), DLETA@SWLAW COM | E-mail |
| 53011 | SNELL & WILMER L.L.P., DAVID E. LETA, (RE: GE BUSINESS LOAN PASS-THROUGH CERT), 15 WEST SOUTH TEMPLE, SUITE 1200, SALT LAKE CITY, UT, 84101 | US Mail (1st Class) |
| 53010 | SNELL & WILMER L.L.P., JASMIN YANG, (RE: GE BUSINESS LOAN PASS-THROUGH CERT), JYANG@SWLAW.COM | E-mail |
| 53011 | SNELL & WILMER L.L.P., JASMIN YANG, (RE: GE BUSINESS LOAN PASS-THROUGH CERT), 350 SOUTH GRAND AVE., SUITE 2600, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 53010 | STREUSAND LANDON & OZBURN LLP, SABRINA L. STREUSAND, ESQ., (RE: DELL MARKETING, L.P.), STREUSAND@SLOLLP.COM | E-mail |
| 53011 | STREUSAND LANDON & OZBURN LLP, SABRINA L. STREUSAND, ESQ., (RE: DELL MARKETING, L.P ), 811 BARTON SPRINGS ROAD, SUITE 811, AUSTIN, TX, 78704 | US Mail (1st Class) |
| 53010 | THE ROSNER LAW GROUP LLC, FREDERICK B. ROSNER/JULIA KLEIN, (RE: FAIRFIELD CORNERS, LLC), ROSNER@TEAMROSNER.COM | E-mail |
| 53010 | THE ROSNER LAW GROUP LLC, FREDERICK B. ROSNER/JULIA KLEIN, (RE: FAIRFIELD CORNERS, LLC), KLEIN@TEAMROSNER.COM | E-mail |
| 53011 | THE ROSNER LAW GROUP LLC, FREDERICK B  ROSNER/JULIA KLEIN, (RE: FAIRFIELD CORNERS, LLC), 824 N. MARKET STREET, SUITE 810, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 53010 | TRAINOR FAIRBROOK, JENNIFER L PRUSKI, ESQ, (RE: DONAHUE SCHRIBER/BUTTE HOUSE BELAIR), JPRUSKI@TRAINORFAIRBROOK.COM | E-mail |
| 53011 | TRAINOR FAIRBROOK, JENNIFER L PRUSKI, ESQ, (RE: DONAHUE SCHRIBER/BUTTE HOUSE BELAIR), 980 FULTON AVE, SACRAMENTO, CA, 95825 | US Mail (1st Class) |
| 53010 | US ATTORNEYS OFFICE, USADE.ECFBANKRUPTCY@USDOJ.GOV | E-mail |
| 53011 | US ATTORNEYS OFFICE, 1007 N ORANGE ST STE 700, PO BOX 2046, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 53010 | WACHTELL, LIPTON, ROSEN & KATZ, AMY WOLF/DOUGLAS MAYER/NEIL CHATANI, (RE: SEARS), ARWOLF@WLRK COM | E-mail |

**Exhibit A - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 53010 | WACHTELL, LIPTON, ROSEN & KATZ, AMY WOLF/DOUGLAS MAYER/NEIL CHATANI, (RE SEARS), DKMAYER@WLRK.COM | E-mail |
| 53010 | WACHTELL, LIPTON, ROSEN & KATZ, AMY WOLF/DOUGLAS MAYER/NEIL CHATANI, (RE: SEARS), NKCHATANI@WLRK.COM | E-mail |
| 53011 | WACHTELL, LIPTON, ROSEN & KATZ, AMY WOLF/DOUGLAS MAYER/NEIL CHATANI, (RE: SEARS), 51 WEST 52ND STREET, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 53010 | WARNER NORCROSS & JUDD LLP, GORDON J. TOERING, (RE: CHERVON (HK) LIMITED), GTOERING@WNJ COM | E-mail |
| 53011 | WARNER NORCROSS & JUDD LLP, GORDON J. TOERING, (RE: CHERVON (HK) LIMITED), 900 FIFTH THIRD CENTER, 111 LYON STREET, NW, GRAND RAPIDS, MI, 49503 | US Mail (1st Class) |
| 53010 | WELTMAN, WEINBERG & REIS CO LPA, SCOTT D. FINK, (RE: TOYOTA MOTOR CREDIT CORPORATION), ECFNDOH@WELTMAN COM | E-mail |
| 53011 | WELTMAN, WEINBERG & REIS CO LPA, SCOTT D. FINK, (RE: TOYOTA MOTOR CREDIT CORPORATION), LAKESIDE PLACE, SUITE 200, 323 W. LAKESIDE AVENUE, CLEVELAND, OH, 44113-1099 | US Mail (1st Class) |
| 53011 | WHITTINGTON & AULGUR, ROBERT AULGUR, JR./KRISTI DOUGHTY, (RE: FORD MOTOR CREDIT COMPANY, LLC), 651 N. BROAD STREET, STE 206, P.O. BOX 1040, MIDDLETOWN, DE, 19709-1040 | US Mail (1st Class) |
| 53010 | YOUNG CONAWAY STARGATT & TAYLOR LLP, R BRADY, ESQ AND R POPPITI, JR, ESQ, (RE. COUNSEL TO DIP LENDERS), BANKFILINGS@YCST.COM | E-mail |
| 53011 | YOUNG CONAWAY STARGATT & TAYLOR LLP, R BRADY, ESQ AND R POPPITI, JR, ESQ, (RE COUNSEL TO DIP LENDERS), RODNEY SQUARE, 1000 NORTH KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |

**Subtotal for this group: 186**

# EXHIBIT B

**Exhibit B - OSH**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 53013 | ABBASSI PROPERTIES LP, 747 FRONT ST STE 100, SAN FRANCISCO, CA, 94111-1969 | Federal Express Overnight |
| 53013 | ABBASSI PROPERTIES LP, 1819 E LAMONA AVE, SAN FRANCISCO, CA, 94111 | Federal Express Overnight |
| 53012 | DAVIS WRIGHT TREMAINE LLP, (RE: SEACLIFF VILLAGE SHOP CTR.), STEVENPOLARD@DWT.COM | E-mail |
| 53013 | DAVIS WRIGHT TREMAINE LLP, STEVEN G. POLARD, (RE: SEACLIFF VILLAGE SHOP CTR.), 865 SOUTH FIGUEROA STREET, LOS ANGELES, CA, 90017-2566 | Federal Express Overnight |
| 53013 | DEWEY, 6602 N LOST DUTCHMAN DR, PARADISE VALLEY, AZ, 85253-4126 | Federal Express Overnight |
| 53013 | GGF LLC, 100 W BROADWAY STE 950, GLENDALE, CA, 91210-1209 | Federal Express Overnight |
| 53013 | GGF LLC, PO BOX 1908, GLENDALE, CA, 90210 | USPS Express Mail |
| 53013 | GGF, LLC, GASKA, 100 W BROADWAY STE 950, GLENDALE, CA, 91210-1209 | Federal Express Overnight |
| 53012 | HAMRICK & EVANS LLP, KENNETH KOTARSKI, (RE: NEWARK DEVELOPMENT COMPANY), KKOTARSKI@HAMRICKLAW.COM | E-mail |
| 53013 | HAMRICK & EVANS LLP, KENNETH KOTARSKI, (RE: NEWARK DEVELOPMENT COMPANY), 111 UNIVERSAL HOLLYWOOD DRIVE, SUITE 2200, UNIVERSAL CITY, CA, 91608 | Federal Express Overnight |
| 53013 | JOAN HOSKING, DBA BRIDGEPORT PROPERTIES, PO BOX 689, PLACERVILLE, CA, 95667-0689 | USPS Express Mail |
| 53013 | JOAN HOSKING, PO BOX 2505, GOLD HILL, OR, 97525 | USPS Express Mail |
| 53013 | JOAN HOSKING DBA BRIDGEPRT PROPRTIS, 7373 CANA HWY, CHICO, CA, 95973-9497 | Federal Express Overnight |
| 53012 | LANDSBERG & ASSOCIATES, IAN S. LANDSBERG, (RE: GGF LLC), ILANDSBERG@LANDSBERG-LAW COM | E-mail |
| 53013 | LANDSBERG & ASSOCIATES, IAN S LANDSBERG, (RE: GGF LLC), A PROFESSIONAL LAW CORPORATION, 5950 CANOGA AVENUE, SUITE 605, WOODLAND HILLS, CA, 91367 | Federal Express Overnight |
| 53013 | MIDTOWN SHOPPING CENTER ASSOC, 4725 VENICE BLVD, LOS ANGELES, CA, 90019-5832 | Federal Express Overnight |
| 53013 | MIDTOWN SHOPPING CENTER ASSOC, 1701 KELTON AVENUE, LOS ANGELES, CA, 90019 | Federal Express Overnight |
| 53013 | MIDTOWN SHOPPING CENTER ASSOCIATES, 4725 VENICE BLVD 2ND FL, LOS ANGELES, CA, 90019-5832 | Federal Express Overnight |
| 53012 | MORRIS JAMES LLP, (RE SEACLIFF VILLAGE SHOP CTR.), CKUNZ@MORRISJAMES.COM | E-mail |
| 53013 | MORRIS JAMES LLP, CARL N KUNZ III, ESQ, (RE: SEACLIFF VILLAGE SHOP CTR.), 500 DELAWARE AVE, STE 1500, WILMINGTON, DE, 19801-1494 | Federal Express Overnight |
| 53013 | NEWARK DEVELOPMENT COMPANY, 11150 SANTA MONICA BLVD, SUITE 760, LOS ANGELES, CA, 90025 | Federal Express Overnight |
| 53013 | NEWARK DEVELOPMENT COMPANY, 11150 SANTA MONICA BLVD STE 760, LOS ANGELES, CA, 90025-3392 | Federal Express Overnight |
| 53013 | NEWARK DEVELOPMENT COMPANY, PO BOX 82565, LOS ANGELES, CA, 90025 | USPS Express Mail |
| 53013 | ROBERT DEWEY, 6602 N LOST DUTCHMAN DR, PARADISE VALLEY, AZ, 85253-4126 | Federal Express Overnight |
| 53013 | ROBERT DEWEY, PO BOX 602, PARADISE VALLEY, AZ, 85253 | USPS Express Mail |
| 53013 | SAN JUAN LLC, C/O RED MOUNTAIN RETAIL GROUP, 1234 E 17TH STREET, SANTA ANA, CA, 92701 | Federal Express Overnight |
| 53013 | SAN JUAN LLC, PO BOX 25083, SANTA ANA, CA, 92799-5083 | USPS Express Mail |
| 53013 | SAN JUAN LLC, C/O RED MOUNTAIN RETAIL GROUP, INC., 1234 E 17TH ST, SANTA ANA, CA, 92701-2621 | Federal Express Overnight |
| 53013 | SAN JUAN LLC, 350 SE 1ST ST, SANTA ANA, CA, 92799-5083 | Federal Express Overnight |
| 53013 | SEACLIFF VILLAGE SHOP CTR , C/O CORNERSTONE REAL ESTATE ADVISRS, 100 WILSHIRE BLVD STE 700, SANTA MONICA, CA, 90401 | Federal Express Overnight |
| 53012 | TAMBORELLI LAW GROUP, JTAMBORELLI@LAWTIG.COM<br>*Failed email* | E-mail |
| 53012 | TAMBORELLI LAW GROUP, (RE: MIDTOWN SHOPPING CENTER ASSOC), JTAMBORELLI@LAWTIG.COM<br>*Failed email* | E-mail |
| 53012 | TAMBORELLI LAW GROUP, (RE: MIDTOWN SHOPPING CENTER ASSOCIATES), JTAMBORELLI@LAWTIG.COM<br>*Failed email* | E-mail |
| 53013 | TAMBORELLI LAW GROUP, JOHN V. TAMBORELLI, (RE: MIDTOWN SHOPPING CENTER ASSOC), 21700 OXNARD STREET, STE 1590, WOODLAND HILLS, CA, 91367 | Federal Express Overnight |
| 53013 | TAMBORELLI LAW GROUP, JOHN V. TAMBORELLI, (RE: MIDTOWN SHOPPING CENTER ASSOCIATES), 21700 OXNARD STREET, STE 1590, WOODLAND HILLS, CA, 91367 | Federal Express Overnight |

**Subtotal for this group: 35**