## EXHIBIT 1

### LEASE LOCATIONS

| Store Name | Store No. | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Burbank | 620 | 641 N Victory Boulevard | Burbank | CA | 91502 |
| Canoga Park | 720 | 22741 Victory Boulevard | Canoga Park | CA | 91307 |
| El Cerrito | 291 | 1751 Eastshore Boulevard | El Cerrito | CA | 94530 |
| Lodi | 490 | 360 S Cherokee Lane | Lodi | CA | 95240 |
| Santa Ana | 830 | 1975 E 17th Street | Santa Ana | CA | 92705 |
| Santa Clarita | 770 | 26565 N Bouquet Canyon Road | Santa Clarita | CA | 91350 |
| Torrance | 730 | 4340 Pacific Coast Highway | Torrance | CA | 90505 |
| Yuba City | 510 | 1262 Stabler Lane | Yuba City | CA | 95993 |