IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         : Chapter 11
                                                               :
OSH 1 Liquidating Corporation (f/k/a In re:                    : Case No. 13-11565 (CSS)
Orchard Supply Hardware Stores Corporation),                   :
et al.,[1]                                                     : (Jointly Administered)
                                                               :
            Debtors.                                           : Re: Docket No. 581, 603 & 822
                                                               :
---------------------------------------------------------------x

## ORDER GRANTING ANTHONY D. SAMPSON'S MOTION TO LIFT THE STAY FOR THE PURPOSE OF ESTABLISHING LIABILITY AND RELIEF

This matter coming before the Court on *Anthony D. Sampson's Motion to Lift the Stay for the Pupose [sic] of Establishing Liability and Relief* (the "Motion"), filed by movant Anthony D. Sampson (the "Movant"); the Court having reviewed the Motion; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.   The Motion is GRANTED as set forth herein.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, follow in parentheses): OSH 1 Liquidating Corporation f/k/a Orchard Supply Hardware Stores Corporation (4109), OSH 2 Liquidating LLC f/k/a Orchard Supply Hardware LLC (3395) and OSH 3 Liquidating LLC f/k/a OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew J. Hinkelman).

2. The automatic stay imposed by the above-captioned chapter 11 cases pursuant to section 362 of the Bankruptcy Code is hereby modified and lifted for the limited purpose of allowing the Movant to prosecute against Orchard Supply Hardware Stores Corporation, as predecessor-in-interest to OSH 1 Liquidating Corporation ("OSH"), the lawsuit filed in the California Superior Court, County of Santa Clara, Case No. 113 CV 244251 and captioned Anthony D. Sampson v. Orchard Supply Hardware Stores Corporation, *et al.* (the "California Lawsuit"); provided, however, that such prosecution shall, solely as to OSH, be permitted for the sole purpose of liquidating the proof of claim filed by Movant against OSH.

3. Nothing contained in the injunctive provisions in Article IX of the *Debtors' Modified First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* (as may be amended or modified from time to time) shall prevent or prohibit Movant from prosecuting the California Lawsuit for the purpose set forth in paragraph 2 of this Order.

4. The fourteen day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived and this order shall be effective immediately upon its entry.

5. This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: 12/18, 2013
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

EAST\66999446.2                                         2