IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         : Chapter 11
                                                               :
OSH 1 Liquidating Corporation (f/k/a In re:                    : Case No. 13-11565 (CSS)
Orchard Supply Hardware Stores Corporation),                   :
*et al.*, [1]                                                  : (Jointly Administered)
                                                               :
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 3, 2014, Cortland Products Corp. (f/k/a Gleacher Products Corp.), as administrative and collateral agent (the "Term Agent") under that certain Amended and Restated Senior Secured Term Loan Agreement dated as of December 22, 2011 (the "Pre-Petition Term Loan Credit Agreement"), and the Second Lien Senior Secured Super-Priority Debtor-In-Possession Financing Agreement (the "Term DIP Agreement"), and ACA CLO 2006-1 Ltd, ACA CLO 2006-2 Ltd, ACA CLO 2007-1 Ltd, Apidos CDO I, Apidos CDO II, Apidos CDO III, Apidos CDO IV, Apidos CDO V, Apidos Cinco CDO, Apidos Quattro CDO, San Gabriel CLO I Ltd, Shasta CLO I Ltd, Sierra CLO II Ltd, Whitney CLO I Ltd, ECP CLO 2008-1, Ltd, Comstock Funding Ltd., Cannington Funding Ltd., Greens Creek Funding Ltd., Credit Suisse Loan Funding LLC, Grace Bay Holdings II LLC, Baker Street CLO II Ltd, Baker Street Funding CLO 2005-1 Ltd, Mountain View CLO II Ltd, Mountain View CLO III Ltd., and Mountain View Funding CLO 2006-I, Ltd., each of which are lenders under the Pre-

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, follow in parentheses): OSH 1 Liquidating Corporation f/k/a Orchard Supply Hardware Stores Corporation (4109), OSH 2 Liquidating LLC f/k/a Orchard Supply Hardware LLC (3395) and OSH 3 Liquidating LLC f/k/a OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew J. Hinkelman).

Petition Term Loan Credit Agreement and certain of which are lenders under the Term DIP Agreement (collectively, the "<u>Term Steering Committee</u>," and together with the Term Agent, the "<u>Term Lenders</u>"), by and through their undersigned counsel, caused a copy of the **Term Lenders' Responses and Objections to A&G Realty Partners, LLC's First Requests for Production of Documents to Certain Term Loan Lenders**, to be served hand delivery and electronic mail upon the following:

Tobey M. Daluz
Matthew G. Summers
Jessica Case
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com
summersm@ballardspahr.com
casej@ballardspahr.com
*(Hand Delivery and Electronic Mail)*

Dated: January 3, 2014
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Michael S. Neiburg*
Robert S. Brady (No. 2847)
Robert F. Poppiti, Jr. (No. 5052)
Michael S. Neiburg (No. 5275)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253

-and-

01:14646718.1

Michael J. Sage
Stephen M. Wolpert
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599

*Attorneys for the Term Lenders*