# EXHIBIT 1

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OSH 1 Liquidating Corporation (f/k/a Orchard Supply Hardware Stores Corporation), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION GRANTING LIMITED
RELIEF FROM THE AUTOMATIC STAY AND THE PLAN INJUNCTION**

Upon consideration of the stipulation, attached hereto as Exhibit A (the "Stipulation"), to allow Sears, Roebuck and Co. ("Sears") to obtain non-party discovery from the Debtors for use in Case No. BC519424 pending in the Superior Court of the State of California, County of Los Angeles (the "Action"); the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT HEREBY IS ORDERED THAT:

1. The Stipulation is APPROVED.

2. Sears is GRANTED limited relief from the automatic stay and the injunction provided in Article IX.F of the Debtors' Modified First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [D.I. 785] in accordance with the terms of the Stipulation, which terms are incorporated herein by reference.

---

[1] The Debtors are the following three entities: OSH 1 Liquidating Corporation (f/k/a Orchard Supply Hardware Stores Corporation), OSH 2 Liquidating LLC (f/k/a Orchard Supply Hardware LLC), and OSH 3 Liquidating LLC (f/k/a OSH Properties LLC).

RLF1 9792512v.2

3. This Court retains jurisdiction only with respect to matters concerning the interpretation and enforcement of the Stipulation and this Order.

Dated: January \_\_\_\_, 2014
      Wilmington, Delaware

 

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OSH 1 Liquidating Corporation (f/k/a Orchard Supply Hardware Stores Corporation), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br><br>(Jointly Administered) |

**STIPULATION GRANTING LIMITED RELIEF FROM**
**THE AUTOMATIC STAY AND THE PLAN INJUNCTION**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and Sears, Roebuck and Co. ("Sears", and together with the Debtors, the "Parties") hereby enter into this stipulation (the "Stipulation"), and stipulate as follows:

**RECITALS**

WHEREAS, on June 17, 2013, each of the Debtors filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to manage their affairs as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code;

WHEREAS, Sears is a party to a lease (the "Lease"), dated December 1998, by and between GGF, LLC (the "Landlord") and Sears for certain premises in Long Beach, California;

WHEREAS, pursuant to a General Assignment dated July 17, 2013, Sears assigned the lease to Orchard Supply Hardware Corporation (n/k/a OSH 2 Liquidating LLC);

[1] The Debtors are the following three entities: OSH 1 Liquidating Corporation (f/k/a Orchard Supply Hardware Stores Corporation), OSH 2 Liquidating LLC (f/k/a Orchard Supply Hardware LLC), and OSH 3 Liquidating LLC (f/k/a OSH Properties LLC).

WHEREAS, on August 26, 2013, the Landlord filed a complaint against Sears in the Superior Court of the State of California, County of Los Angeles, Case No. BC519424 (the "Action"), alleging breach of the Lease and seeking damages from Sears;

WHEREAS, on September 24, 2013, the Bankruptcy Court entered an order rejecting the Lease effective as of August 31, 2013;

WHEREAS, Sears requests certain non-party discovery from the Debtors to defend the Action;

WHEREAS, out of an abundance of caution, the Parties agreed to enter into this Stipulation to modify the automatic stay and the injunction provided in Article IX.F of the Debtors' Modified First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [D.I. 785] (the "Plan"), to the extent either applies to non-party discovery from the Debtors regarding the Action, to allow Sears to obtain non-party discovery from the Debtors for use in the Action;

NOW THEREFORE, the Debtors and Sears HEREBY STIPULATE AND AGREE as follows:

## STIPULATION

1. This Stipulation is subject to the approval of the Bankruptcy Court and shall be of no force and effect unless and until approved by the Bankruptcy Court.

2. The automatic stay imposed under section 362(a) of the Bankruptcy Code and the injunction provided for in Article IX.F of the Plan are modified to permit Sears to obtain non-party discovery from the Debtors for use in the Action.

3.      The Debtors' rights to object to discovery on any grounds except as a violation of the automatic stay under section 362 of the Bankruptcy Code or the injunction provided in Article IX.F of the Plan are reserved.

4.      By entering into this Stipulation, Sears is appearing for the limited purpose of obtaining relief in order to pursue non-party discovery from the Debtors. Sears does not consent to the jurisdiction of the Bankruptcy Court and shall not be deemed to have done so by seeking the relief provided for in this Stipulation.

5.      The Parties represent and warrant to each other that the signatories to this Stipulation have full power and authority to enter into this Stipulation.

6.      All representations, warranties, inducements and/or statements of intention made by the Parties that relate to this Stipulation are embodied in the Stipulation, and none of the Parties relied upon, shall be bound by or shall be liable for any alleged representation, warranty, inducement or statement of intention that is not expressly set forth in this Stipulation.

7.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. This Stipulation may be executed by facsimile or PDF signatures, and such facsimile or PDF signatures will be deemed to be as valid as an original signature whether or not confirmed by delivering the original signatures in person, by courier or mail.

[SIGNATURE PAGE FOLLOWS]

RLF1 9792512v.2

Dated: January 29, 2014
       Wilmington, Delaware

_____/s/ Stuart M. Brown_____
Stuart M. Brown (No. 4050)
DLA PIPER LLP
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341

- and -

Richard A. Chesley
Chun I. Jang
Daniel M. Simon
DLA PIPER LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile (312) 236-7516

*Counsel to Debtors and
Debtors in Possession*

Dated: January 29, 2014
       Wilmington, Delaware

*Katherine Good* (signature)
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
L. Katherine Good (No. 5101)
RICHARDS, LAYTON & FINGER, P.A
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Amy R. Wolf
Douglas K. Mayer
Neil K. Chatani
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: 212-403-1000
Facsimile: 212-403-2000

*Counsel to Sears, Roebuck and Co.*