**EXHIBIT I**

**Declaration of Andrew Hinkelman**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                               :
In re:                                         :  Chapter 11
                                               :
OSH 1 Liquidating Corporation (f/k/a In re:    :  Case No. 13-11565 (CSS)
Orchard Supply Hardware Stores Corporation),   :
et al.,¹                                       :  (Jointly Administered)
                                               :
            Debtors.                           :  Obj. Deadline: March 4, 2014 at 4:00 p.m. (ET)
                                               :  Hrg. Date: March 11, 2014 at 10:00 a.m. (ET)
-------------------------------------------------------------x
```

**DECLARATION OF ANDREW HINKELMAN IN SUPPORT OF DEBTORS'
FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO § 502(B) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

I, Andrew Hinkelman, pursuant to 28 U.S.C. § 1746, declare:

1. I am a Senior Managing Director for FTI Consulting, Inc. ("FTI"). I am currently one of the restructuring advisors to the above-captioned debtors (collectively, the "Debtors"). In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' Chapter 11 Cases.[2] I have read the *Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to § 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order"), and the exhibits attached thereto.

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, follow in parentheses): OSH 1 Liquidating Corporation f/k/a Orchard Supply Hardware Stores Corporation (4109), OSH 2 Liquidating LLC f/k/a Orchard Supply Hardware LLC (3395) and OSH 3 Liquidating LLC f/k/a OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew J. Hinkelman).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2. Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases. The Claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel, including FTI personnel and the Debtors' Court-appointed claims and noticing agent, BMC Group, Inc. ("BMC"). These efforts resulted in the identification of the Amended Claims and the Duplicate Claims as defined in the Objection and identified respectively in Exhibits A and B to the Proposed Order.

3. The information contained in Exhibits A and B to the Proposed Order is true and correct to the best of my knowledge.

4. The Debtors have reviewed their books and records and have determined that the Claims identified on Exhibit A to the Proposed Order are Claims that have been amended and superseded by subsequently-filed proofs of claim. Therefore, the Debtors seek to disallow in full the Claims under the heading "Amended Claim to be Disallowed" on Exhibit A to the Proposed Order and have the Claims under the heading "Remaining Claim Number" remain on the claims register.

5. The Debtors have reviewed their books and records and have determined that the Claims identified on Exhibit B are duplicative of other Claims filed in these Chapter 11 Cases. Accordingly, to prevent the Claimants from receiving an unwarranted double recovery, the Debtors seek to disallow the Duplicate Claims identified on Exhibit B to the Proposed Order in full.

*[remainder of page intentionally left blank]*

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Executed on February 7, 2014

*/s/ Andrew Hinkelman*
Andrew Hinkelman