# Exhibit A

**Satisfied Claims**

| Satisfied claims | Claim Number | Claim Amount | Explanation |
|---|---|---|---|
| Actuant Electrical Inc<br>DBA Gardner Bender<br>N85 W12545 Westbrook Crossing<br>Menomonee Falls, WI 53051 | 544 | $61,317.47 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Akro-Mils<br>Attn: Michelle Hall<br>1293 S Main St<br>Akron, OH 44301 | 610 | $39,361.47 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Allied Tube & Conduit<br>Attn: Kim Koutsky<br>Dept Ch 10415<br>Palatine, IL 60055-0415 | 618 | $8,928.70 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Allied Tube & Conduit<br>Attn: Kim Koutsky<br>Dept Ch 10415<br>Palatine, IL 60055-0415 | 619 | $28,059.30 | The administrative portion of this claim has been paid in full by the Purchaser pursuant to the APA. |
| American Retro LLP<br>492 N Alta Avenue<br>Dinuba, CA 93618 | 701 | N/A | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Ancient Graffiti Inc.<br>300 E. Route 22<br>Lake Zurich, IL 60047 | 813 | $1,042.99 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Atlas Homewares<br>1310 Cypress Ave<br>Los Angeles, CA 90065 | 951 | $125.28 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Behrens Manufacturing LLC<br>1250 E Sanborn<br>Winona, MN 55987 | 150 | $20,293.20 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Canterbury Enterprises<br>120 N Joy St<br>Corona, CA 92879-1320 | 1024 | $5,441.92 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Canterbury Enterprises<br>120 N Joy St<br>Corona, CA 92879-1320 | 1025 | $746.05 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Carroll Company<br>Po Box 224138<br>Dallas, TX 75222-4138 | 763 | $8,306.40 | This claim has been paid in full by the Purchaser pursuant to the APA. |

| **Satisfied claims** | **Claim Number** | **Claim Amount** | **Explanation** |
|---|---|---|---|
| Central Garden & Pet Company<br>c/o Daniel J Goldberg Esq<br>Ruberto Israel & Weiner PC<br>255 State St 7th Floor<br>Boston, MA  02109 | 964 | $8,898.47 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Clayton Corporation<br>866 Horan Dr<br>Fenton, MO  63026-2416 | 696 | $11,762.16 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Coiner Nursery<br>3000 B Street<br>P.O. Box 7217<br>La Verne, CA 91750 | 650 | $49,407.50 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Comm Works<br>1405 Xenium Lane N Ste 120<br>Minneapolis, MN  55441 | 849 | $0.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Cooper Lighting<br>c/o Eaton Global Trade Credit Dept<br>Mailcode 3n<br>1000 Eaton Blvd<br>Cleveland, OH  44122 | 673 | $14,217.50 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Creative Partners West Inc<br>12200 Los Nietos Road<br>Santa Fe Springs, CA  90670 | 1022 | $15,082.20 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Creative Partners West Inc<br>12200 Los Nietos Road<br>Santa Fe Springs, CA  90670 | 1023 | $23,652.44 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Danco, Inc.<br>c/o Katharine L Mayer<br>Mccarter & English, LLP<br>Renaissance Centre<br>405 N King Street, 8th Floor<br>Wilmington, DE  19801 | 464 | $95,757.62 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Databank IMX LLC<br>2912 Momentum Place<br>Chicago, IL 60689-5329 | 771 | $736.92 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| E I Du Pont De Nemours & Company<br>Joann Mcdonough, Bankruptcy Credit Spec<br>1007 Market Street<br>Wilmington, De  19898 | 569 | $518.40 | This claim has been paid in full by the Purchaser pursuant to the APA. |

| Satisfied claims | Claim Number | Claim Amount | Explanation |
|---|---|---|---|
| Frg Waste Resources Inc<br>PO Box 10858<br>Napa, CA  94581-2858 | 904 | $23,757.35 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| General Tools Mfg Co LLC<br>80 White St<br>New York, NY  10013-3527 | 764 | $26,179.58 | The administrative portion of this claim has been paid in full by the Purchaser pursuant to the APA. |
| General Tools Mfg Co LLC<br>80 White St<br>New York, NY  10013-3527 | 765 | $26,179.58 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| HD Supply Distribution Services dba Crown Bolt<br>Attn: Glenn M Reisman<br>Two Corporate Drive<br>Suite 234<br>Shelton, CT  06484 | 593 | $170,183.36 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| HD Supply Distribution Services, Inc.<br>c/o Glenn M Reisman, Esq.<br>dba Crown Bolt<br>Two Corporate Dr. Ste 234<br>Shelton, CT  06484 | 946 | $170,183.36 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Henry`s Supermarket Pavilion Center et al.<br>Dustin P Branch, Esq<br>c/o Katten Muchin Rosenman, LLP<br>2029 Century Park East, 26th Floor<br>Los Angeles, CA  90067 | 851 | $186,666.58 | This claim has been resolved through mutual agreement between Claimant and Purchaser. |
| Home Bazaar<br>15 Grumman Road. W. Ste. 1200<br>Bethpage, NY 11714-5028 | 700 | $30,439.16 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Household Essentials<br>PO Box 790379<br>Saint Louis, MO  63179-0379 | 769 | $3,758.64 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Household Essentials<br>PO Box 790379<br>Saint Louis, MO  63179-0379 | 770 | $21,962.42 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Howard Products Inc.<br>560 Linne Road<br>Paso Robles, CA 93446-8454 | 707 | $27,850.32 | This claim has been paid in full by the Purchaser pursuant to the APA. |

| **Satisfied claims** | **Claim Number** | **Claim Amount** | **Explanation** |
|---|---|---|---|
| ITW Brands<br>955 National Parkway, Suite 95500<br>Schaumburg, IL 60173<br>Attn: Dawn Yost | 970 | $49,999.47 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Jave R Dirksen dba Recreation Sale Publishing<br>4077 Winkle Ave<br>Santa Cruz, CA 95065-1139 | 1018 | $646.38 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| J.J. Keller & Associates, Inc.<br>P.O. Box 548<br>Neenah, WI 54987-0548 | 628 | $4,576.42 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| JMS Industries, Inc.<br>Huanbao Industrial Zone, Jimo<br>Qingdao, China | 462 | $51,210.15 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Knape & Vogt Manufacturing<br>Rachel L Hillegonds & Miller Johnson<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | 856 | $1,666.98 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Knipex Tools LP<br>2035 S. Arlington Heights Rd., Suite 110<br>Arlington Heights, IL 60005 | 652 | $6,478.56 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Ldr Industries Inc<br>600 N Kilbourn<br>Chicago, IL 60624-1041 | 890 | $43,449.76 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Madland Toyota Lift, Inc.<br>4485 Buck Owens Blvd<br>Bakersfield, CA 93308 | 745 | $663.25 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Midtown Shopping Center Associates<br>4725 West Venice Boulevard<br>Los Angeles, CA 90019 | 952 | $826,962.45 | The administrative portion of this claim has been resolved by the *Second Order Granting Debtors' First Omnibus Motion to Reject Certain Unexpired Leases* [D.I. 769]. |
| Moda Home<br>PO Box 671500<br>Dallas, TX 75267-1500 | 554 | $407.12 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Moda Home/United Notions<br>PO Box 671500<br>Dallas, TX 75267-1500 | 1019 | $7,630.39 | This claim has been paid in full by the Purchaser pursuant to the APA. |

| **Satisfied claims** | **Claim Number** | **Claim Amount** | **Explanation** |
|---|---|---|---|
| Nelson Wood Shims<br>PO Box 395<br>Cohasset, MN 55721 | 666 | $3,611.34 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Oatey Supply Chain Services<br>c/o Eric Goodman<br>Baker & Hostetler LLP<br>PNC Center<br>1900 East Ninth Street, Suite 3200<br>Cleveland, OH 44114-3482 | 1009 | $8,496.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Oatey Supply Chain Services<br>c/o Eric Goodman<br>Baker & Hostetler LLP<br>PNC Center 1900 E 9th St Suite 3200<br>Cleveland, OH 4414-3482 | 1032 | $8,496.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Oliver Road Properties LLC<br>747 Front Street, Ste. 100<br>San Francisco, CA 94111 | 949 | $88,737.33 | The administrative portion of this claim has been resolved by the *Third Order Granting Debtors' First Omnibus Motion to Reject Certain Unexpired Leases* [D.I. 793]. |
| Onward Manufacturing Co.<br>585 Kumpf Drive<br>Waterloo, ON N2V 1K3<br>Canada | 808 | $54,447.46 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Primesource Building Prod. Inc.<br>c/o Mike Foreman<br>1321 Greenway Drive<br>Irving, TX 75038 | 917 | $36,306.85 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Ridge Tool Company<br>c/o John Cruciani<br>Husch Blackwell LLP<br>4801 Main St Suite 1000<br>Kansas City, MO 64112 | 886 | $670.25 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| River City Paper Company Inc<br>11376 Sunrise Park Dr Ste 900<br>Rancho Cordova, CA 95742 | 906 | $5,179.35 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Saint-Gobain Abrasives Inc<br>One New Bond St<br>Worcester, MA 01606 | 228 | $72,171.63 | This claim has been paid in full by the Purchaser pursuant to the APA. |

| **Satisfied claims** | **Claim Number** | **Claim Amount** | **Explanation** |
|---|---|---|---|
| Securitas Security Services USA, Inc.<br>Attn: Jaime Bergara, Credit Dept<br>4330 Park Terrace Drive<br>Westlake Village, CA  91361 | 633 | $1,207.50 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Shield Acquisitions, LLC<br>Dba Instakey Security Systems<br>7456 W. 5th Avenue<br>Lakewood, CO 80226 | 989 | $2,355.30 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Sierra Liquidity Fund LLC<br>Assignee & Att In Fact For<br>Bonide Products Inc - Assignor<br>2699 White Rd #255<br>Irvine, CA  92614 | 603 | $43,450.40 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Sierra Liquidity Fund LLC<br>Assignee & Att In Fact For<br>Popchips USA - Assignor<br>2699 White Rd #255<br>Irvine, CA  92614 | 602 | $4,112.64 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Sierra Liquidity Fund LLC<br>Assignee & Att In Fact For<br>Safety Products - Assignor<br>2699 White Rd #255<br>Irvine, CA  92614 | 605 | $252.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Sierra Liquidity Fund LLC<br>Bonide Products Inc-Assignor<br>2699 White Road - Suite 255<br>Irvine, CA  92614 | 186 | $43,450.40 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Sierra Liquidity Fund LLC<br>JC Enterprises dba Safety Products - Assignor<br>2699 White Road Suite 255<br>Irvine, CA  92614 | 571 | $252.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Sierra Liquidity Fund LLC<br>Popchips US - Assignor<br>2699 White Road - Suite 255<br>Irvine, CA  92614 | 163 | $4,112.64 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Sioux Chief Manufacturing<br>P.O. Box 878010<br>Kansas City, MO 64187-5329 | 766 | $4,532.38 | This claim has been paid in full by the Purchaser pursuant to the APA. |

| **Satisfied claims** | **Claim Number** | **Claim Amount** | **Explanation** |
|---|---|---|---|
| Sonar Credit Partners II, LLC PO Box As Assignee Of Madison Mill, Inc 200 Business Park Drive, Suite 201 Armonk, NY  10504 | 728 | $5,926.87 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Stan Boyett & Son, Inc. dba Boyett Petroleum, Inc. PO Box 3748 Modesto, CA  95350 | 942 | $27,770.44 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For Creative Partners West Inc 150 Grand Street, Suite 401 White Plains, NY  10601 | 489 | $15,082.20 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For Dasco Pro Inc 150 Grand Street, Suite 401 White Plains, NY  10601 | 482 | $7,367.76 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For Joe Leighton & Associates 150 Grand Street, Suite 401 White Plains, NY  10601 | 404 | $746.05 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For O`Sullivan Vending 150 Grand Street, Suite 401 White Plains, NY  10601 | 480 | $1,389.15 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For Qingdao Huatian Hand Truck 150 Grand Street, Suite 401 White Plains, NY  10601 | 401 | $32,240.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For Qingdao Huatian Hand Truck 150 Grand Street, Suite 401 White Plains, NY  10601 | 905 | $32,240.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For Plant Stand Inc 150 Grand Street, Suite 401 White Plains, NY  10601 | 398 | $725.76 | This claim has been paid in full by the Purchaser pursuant to the APA. |

| Satisfied claims | Claim Number | Claim Amount | Explanation |
|---|---|---|---|
| Tannor Partners Credit Fund LP As Assignee For Recreation Sales Publishing<br>150 Grand Street, Suite 401<br>White Plains, NY  10601 | 1021 | $646.38 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For Recreation Sales Publishing<br>150 Grand Street, Suite 401<br>White Plains, NY  10601 | 402 | $646.38 | The administrative portion of this claim has been paid in full by the Purchaser pursuant to the APA. |
| Tannor Partners Credit Fund LP As Assignee For Thermwell Products Co Inc<br>150 Grand Street, Suite 401<br>White Plains, NY  10601 | 488 | $314.80 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| The Bakersfield Californian<br>PO Box 440<br>Bakersfield, CA  93302-0440 | 1011 | $10,803.78 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| The Hillman Group, Inc.<br>Cara R Hurak<br>Graydon Head & Ritchey, LLP<br>1900 Fifth Third Center, 511 Walnut Street<br>Cincinnati, OH  45202 | 853 | $1,399.78 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| Wendeng Allwin Motors Manufacturing Co., Ltd.<br>c/o Lara E. Shipkovitz, Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219 | 572 | $14,500 | This claim has been paid in full by the Purchaser pursuant to the APA. |