IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                :
In re:                                                          :  Chapter 11
                                                                :
OSH 1 Liquidating Corporation (f/k/a In re:                     :  Case No. 13-11565 (CSS)
Orchard Supply Hardware Stores Corporation),                    :
et al.,[1]                                                      :  (Jointly Administered)
                                                                :
           Debtors.                                             :  Re: Dkt. No. 892
                                                                :
---------------------------------------------------------------x

**ORDER APPROVING DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO § 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon the *Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to § 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection"),[2] and it appearing that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A and B attached hereto, and any responses thereto; and upon the *Declaration of Andrew Hinkelman in Support of the Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to § 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1*; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby,

ORDERED, ADJUDGED, AND DECREED that:

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, follow in parentheses): OSH 1 Liquidating Corporation f/k/a Orchard Supply Hardware Stores Corporation (4109), OSH 2 Liquidating LLC f/k/a Orchard Supply Hardware LLC (3395) and OSH 3 Liquidating LLC f/k/a OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew J. Hinkelman).

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

1. The Objection is SUSTAINED, as set forth herein.

2. The Amended Claims listed on Exhibit A in the column titled "Amended Claim to be Disallowed" are disallowed.

3. The Duplicate Claims listed on Exhibit B in the column titled "Duplicate Claim to be Disallowed" are disallowed.

4. The Debtors' objection to each Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the Claimants subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5. The Debtors shall retain and shall have the right to object in the future to any of the proofs of claim listed on Exhibits A and B hereto on any additional grounds, and to seek to amend, modify and/or supplement this Order as may be necessary. In addition, the Debtors' rights are reserved to file future objections to Claims asserted in proofs of claim that have been or may subsequently be filed in these Chapter 11 Cases, or Claims that may be listed on the Debtors' Schedules, on the grounds set forth herein or any other appropriate grounds that bankruptcy and non-bankruptcy law permits, *provided, however, that claim 979 is expunged as duplicative of claim 318, which remains intact.*

6. This Court shall retain jurisdiction over the Debtors and the Claimants whose Disputed Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: 3/7, 2014
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge