| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Advance Disposal<br>PO Box 400997<br>Hesperia, CA 92340 | 912 | $2,285.02 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| AMS Associates Inc.<br>801 Ygnacio Valley Road, Suite 220<br>Walnut Creek, CA 94596-3833 | 957 | $1,110.00 | Administrative Priority | General Unsecured | Ordinary trade claim for services performed. Asserted as administrative priority with no valid basis stated or discernible. |
| Cambria Products Corporation<br>PO Box 2054<br>Atascadero, CA 93423 | 812 | $45.70 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to goods delivered within twenty days prior to the Petition Date. |
| City of Pismo Beach<br>760 Mattie Road<br>Pismo Beach, CA 93449 | 839 | $1,038.46 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Code Consultants, Inc.<br>2043 Woodland Pkwy., Suite 300<br>St. Louis, MO 63146 | 693 | $8,300.58 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Glenn C Thorton<br>DBA Glenn Thorton Plumbing Inc.<br>5405 Dorset Way<br>Sacramento, CA 95822 | 659 | $313.00 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Krazan & Associates, Inc.<br>215 West Dakota Avenue<br>Clovis, California 93612 | 809 | $780.00 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Moraga Police Department<br>329 Rheem Blvd.<br>Moraga, CA 94556 | 737 | $200.00 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Premier Fire Consulting LLC<br>13337 South Street<br>Suite 151<br>Cerritos, CA 90703 | 716 | $4,261.30 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |

EAST\69214653.1

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Recology Butte Colusa Counties 2720 S. 5th Ave / PO Box 1512 Oroville, CA 95965 | 811 | $288.78 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Recology Yuba Sutter 3001 N. Levee Rd/PO Box G Marysville, CA 95901 | 810 | $1,851.15 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Shield Acquisitions, LLC Dba InstaKey Security Systems 7456 W. 5th Avenue Lakewood, CO 80226 | 989 | $2,355.30 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| South County Sanitary Svc., Inc. 4388 Old Santa Fe Rd. San Luis Obispo, CA 93401 | 777 | $1,011.83 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| South San Francisco Scavenger Company, Inc. 500 East Jamie Court PO Box 348 South San Francisco, CA 94083 | 746 | $6,384.00 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| StoneRiver Pharmacy Solutions f/k/a Third Party Solutions & Working Rx 6410 Poplar Ave., Ste. 800 Memphis, TN 38119 | 1034 | $1,370.74 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Telecom Networking Systems, Inc. 26250 Industrial Blvd., #7 Hayward, CA 94545 | 795 | $148.50 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |
| Woodland Police Department Attn: Shelby Gatewood 1000 Lincoln Avenue Woodland, CA 95695 | 744 | $1,542.00 | Administrative Priority | General Unsecured | Reclassify portion asserted as administrative expense under 11 U.S.C. § 503(b)(9), as claim does not relate to "goods." |

EAST\69214653.1


