## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OSH 1 LIQUIDATING CORPORATION (F/K/A IN RE: ORCHARD SUPPLY HARDWARE STORES CORPORATION), et al.,[1] | Case No. 13-11565 (CSS) |
| | Jointly Administered |
| | **Objection Deadline: May 9, 2014 at 4:00 p.m. (ET)** |
| Debtors. | |

## LIQUIDATION TRUSTEE'S SECOND NOTICE OF SATISFACTION OF CLAIMS

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR SATISFIED CLAIMS IDENTIFIED ON EXHIBIT A ATTACHED HERETO**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE GUC TRUSTEE; (III) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002; AND (IV) CLAIMANTS WHOSE SATISFIED CLAIMS ARE SUBJECT TO THIS NOTICE

**PLEASE TAKE NOTICE** that Bradley I. Dietz, as the Liquidation Trustee under the Plan (as defined below), hereby files this notice (the "Notice") identifying certain claims filed against the above-captioned debtors (collectively, the "Debtors") and their estates that have been fully satisfied (each, a "Satisfied Claim," and collectively, the "Satisfied Claims")[2] during these chapter 11 cases. A list of the Satisfied Claims is attached hereto as Exhibit A. In support of this Notice, the Liquidation Trustee respectfully represents as follows:

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): OSH 1 Liquidating Corporation, f/k/a Orchard Supply Hardware Stores Corporation (4109); OSH 2 Liquidating LLC, f/k/a Orchard Supply Hardware LLC (3395); and OSH 3 Liquidating LLC, f/k/a OSH Properties LLC (3391). The mailing address for the Liquidation Trustee, solely for purposes of notices and communications, is 136 East 64th Street, #8C, New York, NY 10065 (Attn: Bradley I. Dietz).

[2] Unless otherwise provided for on Exhibit A attached hereto under the column labeled "*Explanation*," each of the Satisfied Claims has been fully satisfied.

## BACKGROUND

1.      On June 17, 2013 (the "Petition Date"), each of the Debtors filed with the Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").    The Official Committee of Unsecured Creditors was formed on June 26, 2013.

2.      Upon commencing these chapter 11 cases, the Debtors pursued a bankruptcy auction process to sell substantially all of their assets to Orchard Supply Company, LLC, a wholly-owned subsidiary of Lowe's Companies, Inc. (the "Purchaser"), which acted as their stalking horse purchaser.  On August 20, 2013, the Court entered an order [Docket No. 489], authorizing, among other things, the sale of substantially all of the Debtors' assets to the Purchaser (the "Sale") for $205 million in purchase price proceeds.  The Sale closed on August 30, 2013.  As part of the Sale, the Purchaser assumed significant pre- and post-Petition Date obligations.  Specifically, Schedule 1.3(f) of the final Asset Purchase Agreement by and between the Debtors and the Purchaser (the "APA") listed approximately 1,200 vendors whose prepetition trade liabilities were being assumed by the Purchaser, totaling approximately $50 million.

3.      On December 20, 2013, the Court entered an order [Docket No. 836] (the "Confirmation Order") confirming the Debtors' Modified First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (as may be amended, modified, or supplemented from time to time and together with all exhibits and schedules thereto, including the Plan Supplement, the "Plan" ).[3]  On February 24, 2014, the Effective Date of the Plan occurred [see Docket No. 918].  Under the Plan and the Confirmation Order, the Liquidation Trustee is to liquidate and

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, a copy of which is attached as Exhibit A to the Confirmation Order.

distribute all of the Debtors' assets pursuant to and in accordance with the terms of the Plan and the Confirmation Order.

## PROOFS OF CLAIM AND BAR DATES

4.      On June 18, 2013, the Court entered an order [Docket No. 47] appointing BMC Group, Inc. ("BMC") as claims and noticing agent for the Debtors.  BMC is authorized to receive, maintain, record and otherwise administer the proofs of claim filed in these chapter 11 cases and to maintain the official claims registers for each of the Debtors (collectively, the "Claims Register").

5.      On September 5, 2013, the Court entered an order [Docket No. 540] (the "General Bar Date Order") establishing October 25, 2013 (the "General Bar Date") as the final date and time for filing proofs of claim against the Debtors' estates arising prior to the Petition Date, and approving the form and manner of notice of the General Bar Date.  Pursuant to the General Bar Date Order, holders of claims pursuant to section 503(b)(9) of the Bankruptcy Code were required to file a section 503(b)(9) claim request on or before the General Bar Date, and governmental entities were required to file proofs of claim on or before December 16, 2013. Notice of the aforementioned bar dates was provided by mail and publication in accordance with the procedures outlined in the General Bar Date Order.

## CLAIMS SATISFIED AFTER THE PETITION DATE

6.      The Liquidation Trustee, in consultation with the Purchaser, has reviewed the Debtors' books and records and has determined that the Satisfied Claims have been fully[4] satisfied by payments made after the Petition Date and that no further distributions are required on account of such satisfied amounts.

---

[4] As previously noted herein, unless otherwise provided for on Exhibit A attached hereto under the column labeled "*Explanation*," each of the Satisfied Claims has been fully satisfied

7.     Accordingly, the Liquidation Trustee intends to have BMC designate on the Claims Register that the Satisfied Claims have been previously satisfied.  Out of an abundance of caution, however, the Liquidation Trustee is serving this Notice on all parties holding Satisfied Claims and providing such parties with an opportunity to object to the Liquidation Trustee's position that such claims have been satisfied.

8.     **Any party disputing the Liquidation Trustee's position that a particular Satisfied Claim has been satisfied must file a written response with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve such response on the undersigned counsel to the Liquidation Trustee, on or before <u>May 9, 2014 at 4:00 p.m. (ET)</u>**.  The Liquidation Trustee will then make a reasonable effort to review the Satisfied Claim with the claimant to determine whether any asserted amounts were, in fact, not satisfied.  In the event that the parties are unable to reach a resolution, the Liquidation Trustee anticipates that a hearing will be held on the matter at a date and time to be determined by the Liquidation Trustee, in his discretion, subject to the Court's availability.

*Remainder of page intentionally left blank*

01:15337153.1

4

## **RESERVATION OF RIGHTS**

9.      The Liquidation Trustee reserves any and all rights to amend, supplement or otherwise modify this Notice and to file additional notices of this nature with respect to any and all (i) claims filed in these chapter 11 cases, including, without limitation, any and all of the Satisfied Claims, and (ii) amounts scheduled against the Debtors' estates in the Schedules.  The Liquidation Trustee also reserves any and all rights, claims and defenses with respect to any and all of the Satisfied Claims, and nothing included in or omitted from this Notice shall impair, prejudice, waive or otherwise affect any such rights, claims and defenses.

Dated: April 25, 2014                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                         */s/ Robert F. Poppiti, Jr.*
                                         Robert S. Brady (No. 2847)
                                         Robert F. Poppiti, Jr. (No. 5052)
                                         Rodney Square
                                         1000 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone:  (302) 571-6600
                                         Facsimile:  (302) 571-1253

                                         Counsel for the Liquidation Trustee

01:15337153.1

**EXHIBIT A**

**Satisfied Claims**

| Satisfied Claims | Claim Number | Claim Amount | Explanation |
|---|---|---|---|
| **American Licorice Company** 2796 NW Clearwater Dr Bend, OR 97701 | 109 | $10,002.32 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Bulldog Hardware, Div. of Newell Operating Co., Subsidiary of Newell Rubbermaid, Inc.** Attn: Gary Popp 29 E. Stephenson Street, 8515 Freeport, IL 61032 | 249 | $1,937.22 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Cannon, Paul Lee** 4728 Allendale Ave Oakland, CA 94619 | 153 | $5,225.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Cequent Consumer Products** Coface North America Insurance Company 50 Millstone Rd Bldg 100, Ste 360 East Windsor, NJ 08520 | 210 | $11,445.63 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Cisco Webex, LLC** Lawrence Schwab/Thomas Gaabial Bialson, Bergen & Schwab, A Professional Corp 2600 El Camino Real Suite 300 Palo Alto, CA 94306 | 307 | $840.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Coca-Cola Refreshments Usa Inc** Attn: Phillip Becker 521 Lake Kathy Drive Brandon, FL 33510 | 539 | $133,280.68 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Collier Mfg** Jill Collier PO Box 2109 Fairview, OR 97024 | 589 | $12,585.60 | This claim has been paid in full by the Purchaser pursuant to the APA. |

01:15337153.1

| Satisfied Claims | Claim Number | Claim Amount | Explanation |
|---|---|---|---|
| **Dell Marketing, LP**<br>One Dell Way<br>RR1, MS52<br>Round Rock, TX 78682 | 246 | $372,250.90 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Eco-Ally, LLC**<br>Justin Rotman<br>5576 Nantucket Rd<br>Minnetonka, MN 55345 | 167 | $962.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Empower Software Solutions Inc**<br>315 E Robinson St Ste 450<br>Orlando, FL 32801-1607 | 21 | $3,546.50 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Eric Lothrop DBA Action DJ Network**<br>Eric Lothrop<br>8222 Fountain Ave.<br>W. Hollywood, CA 90046 | 260 | $925.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Ferguson Enterprises Inc. d/b/a Lincoln Products (Ferguson Parts & Packaging)**<br>Attn: Luke N. Eaton Esq.<br>C/O Gibbs Giden Locher Turner Senet Wittbrodt LLP<br>1880 Century Park East, 12th Floor<br>Los Angeles, CA 90067 | 542 | $33,857.89 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Imperial Manufacturing Group USA Inc.**<br>1450 Discovery Parkway<br>Alton, IL 62002 | 67 | $12,753.67 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Irwin Industrial Tool Co., Newell Operating Co., Subsidiary of Newell Rubbermaid, Inc.**<br>Attn: Gary Popp<br>29 E. Stephenson Street, 8515<br>Freeport, IL 61032 | 251 | $78,096.22 | This claim has been paid in full by the Purchaser pursuant to the APA. |

01:15337153.1

| Satisfied Claims | Claim Number | Claim Amount | Explanation |
|---|---|---|---|
| **Jore Corporation**<br>34837 Innovation Dr<br>Ronan, MT 59864 | 80 | $18,319.15 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Lamplight Farms Inc.**<br>W140N4900 Lilly Rd.<br>Menomonee Falls, WI 53051 | 258 | $39,384.90 | The administrative portion of this claim has been paid in full by the Purchaser pursuant to the APA. |
| **Lenox, Div. of Irwin Industrial Tool Co., Subsidiary of Newell Rubbermaid, Inc.**<br>Attn: Gary Popp<br>29 E. Stephenson Street, 8515<br>Freeport, IL 61032 | 250 | $52,279.85 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Madison Mill, Inc.**<br>Tom Mckelvey<br>P.O. Box 90886<br>Nashville, TN 37209 | 123 | $9,818.66 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Madland Toyota-Lift Inc**<br>4485 Buck Owens Blvd<br>Bakersfield, CA 93308-4939 | 640 | $663.25 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Marc Wales Caproni, Gen. Partner**<br>DBA Caproni Associates<br>1088 Via Vera Cruz<br>San Marcos, CA 92078 | 176 | $900.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Marples Property Management**<br>8340 Brentwood Blvd<br>Brentwood, CA 94513 | 359 | $10,359.46 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Merritt International Inc.**<br>P.O. Box 667<br>Sun Valley, CA 91352 | 82 | $25,000.80 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Modesto Overhead Door**<br>608 Glass Ln<br>Modesto, CA 95356 | 411 | $1,868.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |

01:15337153.1

3

| Satisfied Claims | Claim Number | Claim Amount | Explanation |
|---|---|---|---|
| **NII Northern International Inc.**<br>Suite 101 Burbidge Street<br>Coquitlam, BC V3K 7B2 | 526 | $58,901.04 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **NII Northern International Inc.**<br>Suite 1 - 101 Burbidge Street<br>Coquitlam, BC V3K 7B2, Canada | 120 | $21,238.60 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Ningbo Everluck Outdoor Products Mfg Co., Ltd**<br>Brown & Joseph, Ltd.<br>2550 W Golf Road, Suite 300<br>Rolling Meadows, IL 60008 | 239 | $375,210.22 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Onsite Tech Solutions Inc.**<br>44936 Osgood Rd<br>Fremont, CA 94539 | 415 | $267.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **PRx Communication Strategists**<br>**Prx Digital**<br>991 W Hedding St. #201<br>San Jose, CA 95126 | 30 | $16,050.00 | The administrative portion of this claim has been paid in full by the Purchaser pursuant to the APA. |
| **Really Useful Products Ltd**<br>Unit 2 Network North<br>Foxbridge Way<br>Normanton, West Yorkshire<br>England WF6 1TN | 478 | $69,306.90 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Rubbermaid Home Products, Div. of Rubbermaid, Inc., Subsidiary of Newell Rubbermaid, Inc.**<br>Attn: Gary Popp<br>29 E. Stephenson Street, 8515<br>Freeport, IL 61032 | 252 | $314,346.73 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Sacramento Coca-Cola Bottling Company Inc.**<br>Attn: Phillip Becker<br>521 Lake Kathy Drive<br>Brandon, FL 33510 | 540 | $34,186.35 | This claim has been paid in full by the Purchaser pursuant to the APA. |

| Satisfied Claims | Claim Number | Claim Amount | Explanation |
|---|---|---|---|
| **Saint-Gobain Abrasives Inc**<br>One New Bond St<br>Worcester, MA 01606 | 228 | $315,811.02 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Shepherd Hardware Products LLC**<br>Attn: Terry Stiffey<br>PO Box 394<br>Three Oaks, MI 49128 | 180 | $52,067.97 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Sioux Chief Manufacturing**<br>PO Box 878010<br>Kansas City, MO 64187-8010 | 767 | $4,532.38 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Stokes Ladders Inc.**<br>Attn:  Greg Panella<br>P.O. Box 445<br>Kelselville, CA 95451-0445 | 13 | $32,660.15 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Technical Consumer Products, Inc.**<br>Attn:  Sean Holmes<br>325 Campus Drive<br>Aurora, OH 44202 | 918 | $207,029.58 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Thomas C Adams / Tom Adams Art**<br>5525 E Daggett St<br>Long Beach, CA 90815-3133 | 23 | $4,650.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Watts Water Technologies, Inc.**<br>Attn: Michele A Stanley<br>1600 Osgood Street, Ste 2-05<br>North Andover, MA 01845 | 382 | $34,546.26 | This claim has been paid in full by the Purchaser pursuant to the APA. |
| **Werner Co**<br>c/o Scott E Blakeley, Esq.<br>Blakeley & Blakeley, LLP<br>2 Park Plaza, Suite 400<br>Irvine, CA 92614 | 367 | $157,671.32 | This claim has been resolved through mutual agreement between Claimant and Purchaser. |
| **Woodland, City of**<br>Alarm Program Coordinator<br>Woodland Police Dept<br>1000 Lincoln Ave<br>Woodland, CA 95695-4100 | 612 | $3,084.00 | This claim has been paid in full by the Purchaser pursuant to the APA. |

01:15337153.1