## **EXHIBIT 2**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OSH 1 LIQUIDATING CORPORATION (F/K/A IN RE: ORCHARD SUPPLY HARDWARE STORES CORPORATION), et al.,[1] | Case No. 13-11565 (CSS) |
| | Jointly Administered |
| Debtors. | **Ref. Docket No. _____** |

**ORDER SUSTAINING LIQUIDATION TRUSTEE'S
THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE,
<u>BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1</u>**

Upon consideration of the Liquidation Trustee's Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (the "<u>Objection</u>")[2] and the Dietz Declaration; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances and that no

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): OSH 1 Liquidating Corporation, f/k/a Orchard Supply Hardware Stores Corporation (4109); OSH 2 Liquidating LLC, f/k/a Orchard Supply Hardware LLC (3395); and OSH 3 Liquidating LLC, f/k/a OSH Properties LLC (3391). The mailing address for the Liquidation Trustee, solely for purposes of notices and communications, is 136 East 64th Street, #8C, New York, NY 10065 (Attn: Bradley I. Dietz).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

other or further notice need be given; and upon the record herein; and after due deliberation

thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED,**

**ADJUDGED, AND DECREED THAT**:

1.       The Objection is SUSTAINED, as set forth herein.

2.       The Amended Claims identified on Exhibit A to this Order are hereby disallowed

and expunged in their entirety.

3.       The Duplicate Claims identified on Exhibit B to this Order are hereby disallowed

and expunged in their entirety.

4.       The Claims Based on Stock Ownership identified on Exhibit C to this Order are

hereby disallowed and expunged in their entirety.

5.       The Claims Without Sufficient Supporting Documentation identified on Exhibit D

to this Order are hereby disallowed and expunged in their entirety.

6.       The Liquidation Trustee's objection to each Disputed Claim addressed in the

Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

This Order shall be deemed a separate Order with respect to each claim.  Any stay of this Order

pending appeal by any of the claimants subject to this Order shall only apply to the contested

matter which involves such Claimant and shall not act to stay the applicability and/or finality of

this Order with respect to the other contested matters covered hereby.

7.       Any and all rights of the Liquidation Trustee to amend, supplement or otherwise

modify the Objection and to file additional objections to any and all claims filed in these chapter

11 cases, including, without limitation, any and all of the Disputed Claims and the Remaining

Claims, shall be reserved.  Any and all rights, claims and defenses of the Liquidation Trustee

with respect to any and all of the Disputed Claims and the Remaining Claims shall be reserved,

01:15339236.1

and nothing included in or omitted from the Objection is intended or shall be deemed to impair,

prejudice, waive or otherwise affect any rights, claims, or defenses of the Liquidation Trustee

with respect to the Disputed Claims and the Remaining Claims.

8.      This Court shall retain jurisdiction over any and all affected parties with respect to

any and all matters, claims or rights arising from or related to the implementation or

interpretation of this Order.

Dated:   May ____, 2014
              Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

01:15339236.1

3

# EXHIBIT A

**Amended Claims**

| Name of Claimant | Remaining Claim Number | Amended Claim to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| **Bankruptcy Section MS A340** <br> **Franchise Tax Board** <br> P.O. Box 2952 <br> Sacramento, California 95812-2952 | 1067 | 1051 | $844.13 | Amended and superseded by a later filed proof of claim |
| **Bankruptcy Section MS A340** <br> **Franchise Tax Board** <br> P.O. Box 2952 <br> Sacramento, California 95812-2952 | 1068 | 1050 | $844.13 | Amended and superseded by a later filed proof of claim |
| **Bankruptcy Section MS A340** <br> **Franchise Tax Board** <br> P.O. Box 2952 <br> Sacramento, California 95812-2952 | 1069 | 1049 | $8,487,775.79 | Amended and superseded by a later filed proof of claim |
| **County of Orange** <br> <u>Attn</u>: Bankruptcy Unit <br> P.O. Box 4515 <br> Santa Ana, California  92702-4515 | 1029 | 840 | $31,981.36 | Amended and superseded by a later filed proof of claim |
| **County of Orange** <br> <u>Attn</u>: Bankruptcy Unit <br> P.O. Box 4515 <br> Santa Ana, California 92702-4515 | 1064 | 1029 | $30,006.21 | Amended and superseded by a later filed proof of claim |
| **Internal Revenue Service** <br> P.O. Box 7346 <br> Philadelphia, Pennsylvania 19101-7346 | 1070 | 179 | $1,600,000.00 | Amended and superseded by a later filed proof of claim |
| **Internal Revenue Service** <br> P.O. Box 7346 <br> Philadelphia, Pennsylvania 19101-7346 | 1073 | 1070 | $596,385.23 | Amended and superseded by a later filed proof of claim |
| **Orange County Treasurer-Tax Collector** <br> <u>Attn</u>: Bankruptcy Unit <br> P.O. Box 4515 <br> Santa Ana, California  92702-4515 | 840 | 91 | $61,683.67 | Amended and superseded by a later filed proof of claim |

## EXHIBIT B

**Duplicate Claims**

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| **Coward, Janet L.**<br>17080 San Bruno St, Apt H11<br>Fountain Valley, California 92708-7619 | 224 | 780 | $173.40 | Duplicative of another proof of claim |
| **Deforrest, Debbie**<br>7152 El Veloz Way<br>Buena Park, California 90620 | 165 | 817 | $1,192.20 | Duplicative of another proof of claim |
| **Ningbo Everluck Outdoor Products Mfg Co., Ltd**<br>Brown & Joseph, Ltd.<br>2550 W. Golf Road, Suite 300<br>Rolling Meadows, Illinois 60008 | 239 | 387 | $375,210.22 | Duplicative of another proof of claim |
| **Oregon Department of Revenue**<br>Idalmis Vargas<br>Revenue Building<br>955 Center Street NE<br>Salem, Oregon 97301-2555 | 879 | 883 | 792.38 | Duplicative of another proof of claim |
| **Watts Water Technologies, Inc.**<br>Attn: Michele A Stanley<br>1600 Osgood Street, Ste 2-05<br>North Andover, MA 01845 | 382 | 380 | $34,546.26 | Duplicative of another proof of claim |

# EXHIBIT C

**Claims Based on Stock Ownership**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| **Bodin, Mildred O.**<br>50 N. Cavender St<br>Hobart, Indiana 46342-4011 | 866 | unspecified | Asserted on the basis of ownership of stock |
| **Duran, Ralph & Sherri**<br>5060 Adalis Drive<br>Elk Grove, California 95758 | 198 | $4,960.00 | Asserted on the basis of ownership of stock |
| **Kraige, Mary Ann**<br>4934 Bower Rd<br>Roanoke, Virginia 24018-2949 | 924 | $733.50 | Asserted on the basis of ownership of stock |
| **Page, Charles (Chuck)**<br>8240 E. Blackwillow, Apt 102<br>Anaheim, California 92808 | 757 | $489.60 | Asserted on the basis of ownership of stock |
| **Penn, William L.**<br>174 Stirrup Ln, High Meadows<br>Pickens, South Carolina 29671 | 305 | $7.48 | Asserted on the basis of ownership of stock |
| **Richardson, Angela F.**<br>110 Henderson Ln<br>Oak Ridge, Tennessee 37830-5001 | 935 | unspecified | Asserted on the basis of ownership of stock |
| **Sanzari, Stephen**<br>P.O. Box 879<br>Mahwah, New Jersey 07430 | 872 | $1,000.00 | Asserted on the basis of ownership of stock |

01:15339236.1

## **EXHIBIT D**

**Claims Without Sufficient Supporting Documentation**

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| **Barton, Patricia**<br>205 Passmore St<br>Philadelphia, Pennsylvania 19111-5220 | 669 | $22.00 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| **Grand Entrance, a Division of Construction Specialties, Inc.**<br>4005 Royal Drive, Suite 300<br>Kennesaw, GA 30144 | 994 | $1,772.94 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| **Marcel, Georges**<br>346 Boydan Ave<br>Maplewood, New Jersey 07040-3039 | 937 | unspecified | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| **Nguyen, Tuan**<br>2390 Lucretia Ave, Apt 1304<br>San Jose, CA 95122-4227 | 862 | $2,578.81 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| **Nguyen, Tuan**<br>1537 Donal Way<br>San Jose, CA 95122 | 863 | $2,578.81 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| **Williams, Chester E.**<br>1305 Glenview Dr<br>Brentwood, Tennessee 37027-8436 | 841 | $1,500.00 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |