# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OSH 1 LIQUIDATING CORPORATION (F/K/A IN RE: ORCHARD SUPPLY HARDWARE STORES CORPORATION),<br>et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br><br>Jointly Administered<br><br>Response Deadline: May 9, 2014 at 4:00 p.m. (ET)<br>*Rescheduled* Hearing Date: May 19, 2014 at 1:00 p.m. (ET) |

## NOTICE OF *RESCHEDULED* HEARING DATE FOR LIQUIDATION TRUSTEE'S OBJECTION TO CLAIM NUMBERS 984 AND 1092 FILED BY ALEXZANDRAH ANDRADE ON BEHALF OF THE PROPOSED CLASS

**PLEASE TAKE NOTICE** that on April 25, 2014, Bradley I. Dietz, as the Liquidation Trustee under the Plan, filed the **Liquidation Trustee's Objection to Claim Numbers 984 and 1092 Filed by Alexzandrah Andrade on Behalf of the Proposed Class** [Docket No. 1014] (the "Objection").[2] You were previously served with a copy of the Objection. The Objection was scheduled to be heard at the omnibus hearing in these chapter 11 cases scheduled for May 28, 2014 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** THAT, AT THE REQUEST OF THE COURT, THE MAY 28TH OMNIBUS HEARING HAS BEEN RESCHEDULED TO MAY 19, 2014 AT 1:00 P.M. (ET). ACCORDINGLY, A HEARING ON THE OBJECTION, TO THE EXTENT NECESSARY, WILL NOW BE HELD ON **MAY 19, 2014 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801. THE RESPONSE DEADLINE FOR THE OBJECTION REMAINS MAY 9, 2014 AT 4:00 P.M. (ET).

| | |
|---|---|
| Dated: May 7, 2014 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Robert S. Brady (No. 2847)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600 Facsimile: (302) 571-1253<br><br>Counsel for the Liquidation Trustee |

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): OSH 1 Liquidating Corporation, f/k/a Orchard Supply Hardware Stores Corporation (4109); OSH 2 Liquidating LLC, f/k/a Orchard Supply Hardware LLC (3395); and OSH 3 Liquidating LLC, f/k/a OSH Properties LLC (3391). The mailing address for the Liquidation Trustee, solely for purposes of notices and communications, is 136 East 64th Street, #8C, New York, NY 10065 (Attn: Bradley I. Dietz).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

01:15440100.1