# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OSH 1 LIQUIDATING CORPORATION (F/K/A IN RE: ORCHARD SUPPLY HARDWARE STORES CORPORATION), et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 1014, 1046, 1050 and 1053 |

## ORDER SUSTAINING LIQUIDATION TRUSTEE'S OBJECTION TO CLAIM NUMBERS 984 AND 1092 FILED BY ALEXZANDRAH ANDRADE ON BEHALF OF THE PROPOSED CLASS

Upon consideration of the Liquidation Trustee's Objection to Claim Numbers 984 and 1092 Filed by Alexzandrah Andrade on Behalf of the Proposed Class (the "Objection");[2] and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): OSH 1 Liquidating Corporation, f/k/a Orchard Supply Hardware Stores Corporation (4109); OSH 2 Liquidating LLC, f/k/a Orchard Supply Hardware LLC (3395); and OSH 3 Liquidating LLC, f/k/a OSH Properties LLC (3391). The mailing address for the Liquidation Trustee, solely for purposes of notices and communications, is 136 East 64th Street, #8C, New York, NY 10065 (Attn: Bradley I. Dietz).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

1. The Objection is SUSTAINED, as set forth herein.

2. The Proposed Class Claims are hereby disallowed and expunged in their entirety.

3. Within ~~seven (7)~~ twenty-eight (28) days of the entry of this Order, Andrade may file an amended proof of claim solely to reflect a single individual claim on Andrade's behalf, and any and all rights of the Liquidation Trustee to object to any such claim shall be reserved.

4. Any and all rights of the Liquidation Trustee to amend, supplement or otherwise modify the Objection and to file additional objections to the Proposed Class Claims, including, without limitation, on a substantive basis or on the basis that they are not entitled to priority or administrative expense status, shall be reserved. Any and all rights, claims and defenses of the Liquidation Trustee with respect to the Proposed Class Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Liquidation Trustee with respect to the Proposed Class Claims.

5. This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

Dated: May 19, 2014
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge