## **EXHIBIT 2**

**Proposed Order**

01:15464460.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OSH 1 LIQUIDATING CORPORATION (F/K/A IN RE: ORCHARD SUPPLY HARDWARE STORES CORPORATION), et al.,[1] | Case No. 13-11565 (CSS) |
| | Jointly Administered |
| | **Ref. Docket No. \_\_\_\_\_** |
| Debtors. | |

**ORDER SUSTAINING LIQUIDATION TRUSTEE'S
FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE,
<u>BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1</u>**

Upon consideration of the Liquidation Trustee's Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (the "<u>Objection</u>")[2] and the Dietz Declaration; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances and that no

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): OSH 1 Liquidating Corporation, f/k/a Orchard Supply Hardware Stores Corporation (4109); OSH 2 Liquidating LLC, f/k/a Orchard Supply Hardware LLC (3395); and OSH 3 Liquidating LLC, f/k/a OSH Properties LLC (3391). The mailing address for the Liquidation Trustee, solely for purposes of notices and communications, is 136 East 64th Street, #8C, New York, NY 10065 (Attn: Bradley I. Dietz).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

01:15464460.1

other or further notice need be given; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Objection is SUSTAINED, as set forth herein.

2. The Amended Claims identified on Exhibit A to this Order are hereby disallowed and expunged in their entirety.

3. The Duplicate Claims identified on Exhibit B to this Order are hereby disallowed and expunged in their entirety.

4. The Claims Based on Stock Ownership identified on Exhibit C to this Order are hereby disallowed and expunged in their entirety.

5. The Claims Without Sufficient Supporting Documentation identified on Exhibit D to this Order are hereby disallowed and expunged in their entirety.

6. The Liquidation Trustee's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

7. Any and all rights of the Liquidation Trustee to amend, supplement or otherwise modify the Objection and to file additional objections to any and all claims filed in these chapter 11 cases, including, without limitation, any and all of the Disputed Claims and the Remaining Claims, shall be reserved. Any and all rights, claims and defenses of the Liquidation Trustee with respect to any and all of the Disputed Claims and the Remaining Claims shall be reserved,

3

and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Liquidation Trustee with respect to the Disputed Claims and the Remaining Claims.

8. This Court shall retain jurisdiction over any and all affected parties with respect to any and all matters, claims or rights arising from or related to the implementation or interpretation of this Order.

Dated: June ____, 2014
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A

## Amended Claims[1]

---

[1] All capitalized terms used but otherwise not defined on <u>Exhibit A</u> shall have the meanings set forth in the Objection.

01:15464460.1

**AMENDED CLAIMS**

|  | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 1005 | GGF, LLC<br>c/o Ian S. Landsberg<br>Landsberg & Associates, A Professional Corporation<br>5950 Canoga Avenue, Suite 605<br>Woodland Hills, CA 91367 | $0.00 | $10,294.29 | $0.00 | $896,612.75 | $906,907.04 | Amended and superseded by a later filed proof of claim |
| **Remaining Claim** | 1108 | GGF, LLC<br>c/o Ian S. Landsberg<br>Landsberg & Associates, A Professional Corporation<br>5950 Canoga Avenue, Suite 605<br>Woodland Hills, CA 91367 | $0.00 | $30,712.02 | $0.00 | $909,192.82 | $939,904.84 |  |
| **Claim To Be Disallowed** | 875 | Robert Dewey Family LLLP<br>c/o Julie Rome-Banks<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | $0.00 | $0.00 | $13,920.28 | $743,738.19 | $757,658.47 | Amended and superseded by a later filed proof of claim |
| **Remaining Claim** | 1000 | Robert Dewey Family LLLP<br>c/o Julie Rome-Banks<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | $0.00 | $0.00 | $18,156.34 | $743,738.19 | $761,894.53 |  |

1

# EXHIBIT B

## Duplicate Claims[1]

---

[1] All capitalized terms used but otherwise not defined on Exhibit B shall have the meanings set forth in the Objection.

**DUPLICATE CLAIMS**

| | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 1110 | GGF, LLC c/o Ian S. Landsberg Landsberg & Associates, A Professional Corporation 5950 Canoga Avenue, Suite 605 Woodland Hills, CA 91367 | $0.00 | $30,712.02 | $0.00 | $909,192.82 | $939,904.84 | Duplicative of another proof of claim |
| **Remaining Claim** | 1108 | GGF, LLC c/o Ian S. Landsberg Landsberg & Associates, A Professional Corporation 5950 Canoga Avenue, Suite 605 Woodland Hills, CA 91367 | $0.00 | $30,712.02 | $0.00 | $909,192.82 | $939,904.84 | |
| **Claim To Be Disallowed** | 404 | Tannor Partners Credit Fund, LP, as assignee for Joe Leighton & Associates 150 Grand Street, Suite 401 White Plains, NY 10601 | $0.00 | $746.06 | $0.00 | $4,695.87 | $5,441.92 | Duplicative of another proof of claim |
| **Remaining Claim** | 405 | Tannor Partners Credit Fund, LP, as assignee for Joe Leighton & Associates 150 Grand Street, Suite 401 White Plains, NY 10601 | $0.00 | $746.06 | $0.00 | $4,695.87 | $5,441.92 | |

# EXHIBIT C

## Claims Based on Stock Ownership[1]

---

[1] All capitalized terms used but otherwise not defined on Exhibit C shall have the meanings set forth in the Objection.

## CLAIMS BASED ON STOCK OWNERSHIP

| | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 670 | Burr, Douglas C. Donna J. Burr JT Ten 4415 S. 179th St. Omaha, NE 68135 | Unliquidated | $0.00 | $0.00 | $0.00 | Unliquidated | Asserted on the basis of ownership of stock |
| **Claim To Be Disallowed** | 622 | Estate of Georgia Mae Goodman, Deceased c/o Lee C. Falke, Attorney at Law 30 Wyoming Street Dayton, OH 45409 | Unliquidated | $0.00 | $0.00 | $0.00 | Unliquidated | Asserted on the basis of ownership of stock |
| **Claim To Be Disallowed** | 625 | Pierce, Robert E. Sue S. Pierce JT Ten 680 Acworth Due West Rd NW Kennesaw, GA 30152-4004 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 | Asserted on the basis of ownership of stock |

# EXHIBIT D

## Claims Without Sufficient Supporting Documentation[1]

---

[1] All capitalized terms used but otherwise not defined on Exhibit D shall have the meanings set forth in the Objection.

## CLAIMS WITHOUT SUFFICIENT SUPPORTING DOCUMENTATION

| | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 622 | Sakaguchi, Jim Y<br>1726 Armacost Ave.<br>West Los Angeles, CA 90025-3804 | $0.00 | $0.00 | $58.96 | $0.00 | $58.96 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |

1