IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OSH 1 Liquidating Corporation (f/k/a In re: Orchard Supply Hardware Stores Corporation), *et al.*,[1]<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br>(Jointly Administered)<br><br><br>**Re: Docket No. \_\_\_\_\_** |

**ORDER SUSTAINING THE GUC TRUST'S FIRST OMNIBUS OBJECTION
DISALLOWING CERTAIN DUPLICATE CLAIMS**

This matter came before the Court on the *GUC Trust's First Omnibus Objection (Non-Substantive) Seeking to Disallow Certain Duplicate Claims* (the "Objection"),[2] filed by the GUC Trust, by and through SltnTrst LLC (dba Solution Trust) as trustee of the GUC Trust (the "GUC Trustee"); the Court having reviewed the Objection; the Court finding that the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; IT IS HEREBY ORDERED THAT:

      1.      The Objection is SUSTAINED.

---

[1] The Reorganized Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, follow in parentheses): OSH 1 Liquidating Corporation f/k/a Orchard Supply Hardware Stores Corporation (4109), OSH 2 Liquidating LLC f/k/a Orchard Supply Hardware LLC (3395) and OSH 3 Liquidating LLC f/k/a OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew J. Hinkelman).

[2] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Objection.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. The Duplicate Claims set forth on Exhibit A attached to this Order are disallowed in their entirety.

4. The GUC Trust is authorized to reflect the treatment of the claims provided for by Exhibit A attached to this Order on the Debtors' books and records.

5. The GUC Trust's rights are reserved as set forth in the Objection, and nothing herein shall be construed as a waiver of any rights that the GUC Trust may have to (a) bring an avoidance action under the applicable sections of the Bankruptcy Code, including, but not limited to, 11 U.S.C. § 547, against the holders of claims subject to the Objection, (b) exercise the GUC Trust's rights to set-off against the holders of such claims relating to such avoidance actions; and (c) file counter claims against the holders of any such claims.

6. The GUC Trust reserves the right to object in the future to any of the claims listed in the Objection on any ground, including, without limitation, substantive grounds, and to amend, modify and/or supplement the Objection, including, without limitation, to object to amended claims and newly-filed claims.

7. Each of the Duplicate Claims and the objections by the GUC Trust to such Duplicate Claims, as addressed in the Objection and set forth on Exhibit A attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the Duplicate Claims.

8.      The GUC Trust, the Debtors, the Claims Agent, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

9.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2014
       Wilmington, Delaware

                                                                                                                       _____
                                                                                                                       The Honorable Christopher S. Sontchi
                                                                                                                       United States Bankruptcy Judge

## EXHIBIT A

# EXHIBIT A

## Duplicate Claims to be Disallowed

| Name & Address of Claimant | Duplicate Claim No. to be Expunged | Surviving Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Dominador (Deceased), Fuentes<br>C/O Metzger Law Group<br>Greg Coolidge, Esq<br>401 E. Ocean Blvd., Suite 8<br>Long Beach, CA 90802 | 861 | 845 | $500,000.00 | Duplicative claim(s) filed by claimant |
| Duro Corporation<br>Attn: Charles Chen, Sales Manager<br>17018 Evergreen Pl.<br>City of Industry, CA 91745-1819 | 103 | 100 | $50,004.00 | Duplicative claim(s) filed by claimant |
| Golden Eagle Distributing Corporation<br>Doug Baxter Credit Manager<br>1251 Tinker Road<br>Rocklin, CA 95675 | 553 | 541 | $225,694.24 | Duplicative claim(s) filed by claimant |
| Golden Eagle Distributing Corporation<br>Doug Baxter Credit Manager<br>1251 Tinker Road<br>Rocklin, CA 95675 | 815 | 541 | $225,694.24 | Duplicative claim(s) filed by claimant |
| Jimenez, Guadalupe C.<br>1511 Wheeler Dr. Apt 26<br>Salinas, CA 93906-4116 | 1040 | 1027 | Undetermined | Duplicative claim(s) filed by claimant |
| Jimenez, Guadalupe C.<br>1511 Wheeler Dr. Apt 26<br>Salinas, CA 93906-4116 | 1043 | 1040 | Undetermined | Duplicative claim(s) filed by claimant |
| Karakashyan, Arutyun<br>Daniel M Mcgee Atty<br>Law Office Of Mcgee Lere and Associates<br>11300 W Olympic Blvd Ste 870<br>Los Angeles, CA 90064 | 518 | 517 | $250,000.00 | Duplicative claim(s) filed by claimant |
| Karakozoff, Christina<br>Brian T Flahavan<br>Flahavan Law Offices<br>400 College Avenue<br>Santa Rosa, CA 95401 | 936 | 524 | $95,000.00 | Duplicative claim(s) filed by claimant |
| Northern Territory LLC<br>dba Cyclone Bicycle Supply<br>Shelley Anderson, Controller<br>2050 NW Vaughn St<br>Portland, OR 97209-1816 | 253 | 236 | $19,278.48 | Duplicative claim(s) filed by claimant |
| RICOH USA<br>Sonja Hart, Bankruptcy Specialist<br>3920 Arkwright Road, Ste 400<br>Macon, GA 31210 | 143 | 142 | $24,383.03 | Duplicative claim(s) filed by claimant |

| Name & Address of Claimant | Duplicate Claim No. to be Expunged | Surviving Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| State Farm General Insurance Company<br>Robin F Genchel, Esq.<br>Pillemer & Pillemer<br>17835 Ventura Boulevard, Suite 204<br>Encino, CA 91316 | 470 | 328 | $41,953.67 | Duplicative claim(s) filed by claimant |
| Toyota Lease Trust<br>PO Box 8026<br>Toyota Motor Credit Corporation<br>Attn: Carla Spears, Asset Protection Specialist<br>Cedar Rapids, IA 52408-8026 | 51 | 50 | $16,298.88 | Duplicative claim(s) filed by claimant |
| VPC Image Solutions<br>c/o Steve Wolfe, CFO<br>2930 W 9th Ave<br>Denver, CO 80204 | 655 | 611 | $10,260.36 | Duplicative claim(s) filed by claimant |
| Pacosh, LP<br>c/o Pacific Properties Group<br>Attn: Steve Glusker, General Partner<br>12100 Wilshire Blvd. Ste. 1025<br>Los Angeles, CA 90025-7129 | 885 | 884 | $711,880.21 | Duplicative claim(s) filed by claimant |