IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OSH 1 Liquidating Corporation (f/k/a In re: Orchard Supply Hardware Stores Corporation), *et al.*,[1] | Case No. 13-11565 (CSS) (Jointly Administered) |
| Reorganized Debtors. | |

**DECLARATION OF PETER S. KRAVITZ IN SUPPORT OF THE
THE GUC TRUST'S SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE)
SEEKING TO DISALLOW DUPLICATE CLAIMS AS A RESULT OF
SUBSTANTIVE CONSOLIDATION OF THE DEBTORS'
<u>JOINTLY ADMINISTERED CASES UNDER THE PLAN</u>**

I, Peter S. Kravitz, make this declaration under 28 U.S.C. § 1746 and state as follows:

1. I am older than 21 years of age. I am competent to make this declaration (the "Declaration").

2. I submit this Declaration for all permissible purposes under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Federal Rules of Evidence in support of the *GUC Trust's Second Omnibus Objection (Non-Substantive) Seeking to Disallow Duplicate Claims as a Result of the Substantive Consolidation of the Debtors' Jointly Administered Cases Under the Plan* (the "Objection").[2] I have read the Objection, and I am generally familiar with the information contained therein.

---

[1] The Reorganized Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, follow in parentheses): OSH 1 Liquidating Corporation f/k/a Orchard Supply Hardware Stores Corporation (4109), OSH 2 Liquidating LLC f/k/a Orchard Supply Hardware LLC (3395) and OSH 3 Liquidating LLC f/k/a OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew J. Hinkelman).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

3. I am the founder and managing member of SltnTrst LLC (dba Solution Trust) the "GUC Trustee" of the GUC Trust. Among my responsibilities in this position, I am responsible for the GUC Trust's review and analysis of claims in these chapter 11 cases. Other individuals involved in this process act either (a) at my direction and under my supervision; or (b) with my advice, consultation and coordination. I am familiar with the review and analysis of the relevant claims, books and records concerning the matters addressed herein and in the Objection.

4. Except as otherwise indicated, my statements in this Declaration are based on my personal experience and knowledge as described above, my discussions (if any, as applicable) with relevant individuals and my review of relevant documents, including, without limitation, the proofs of claim and any applicable books and records, and/or summaries of them prepared for my review in connection with the Objection. If called to testify, I could and would testify as stated herein.

5. I or my designee(s) at my direction have reviewed the relevant books and records, if any, and the proofs of claim asserting the Duplicate Claims.

6. With respect to the Duplicate Claims, I, or other members of Solution Trust working directly under my control and supervision, have conducted a review and analysis of the Duplicate Claims. Based upon this review and analysis, and the provisions of the Plan, I have determined that the Duplicate Claims are identical in nature and amount to one or more claims filed against more than one Debtor. The Plan effected a substantive consolidation of the Debtors for claim distribution purposes. As such, all liabilities of the Debtors are deemed asserted against one Debtor only. Thus, the same claim filed against multiple Debtors, whether

based on joint and several liability, guaranty, or any other similar legal theory, is deemed by law to be asserted only once against the Debtors.

7. Accordingly, the GUC Trust believes that it is in the best interests of the Debtors' estates for this Court to enter an order which expunges and disallows in their entirety, each of the Duplicate Claims set forth on Exhibit A to the proposed order submitted with the Objection, as provided for therein.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct

Executed on this 6th day of August, 2014 at Agoura Hills, California.

_____
Peter S. Kravitz
SltnTrst LLC (dba Solution Trust) as
GUC Trustee of the GUC Trust