# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OSH 1 Liquidating Corporation (f/k/a In re: Orchard Supply Hardware Stores Corporation), et al.,[1] | Case No. 13-11565 (CSS) (Jointly Administered) |
| Reorganized Debtors. | Re: Docket No. _____ |

## ORDER SUSTAINING THE GUC TRUST'S SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) SEEKING TO DISALLOW DUPLICATE CLAIMS AS A RESULT OF SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' JOINTLY ADMINISTERED CASES UNDER THE PLAN

This matter came before the Court on the *GUC Trust's Second Omnibus Objection (Non-Substantive) Seeking to Disallow Duplicate Claims as a Result of the Substantive Consolidation of the Debtors' Jointly Administered Cases Under the Plan* (the "Objection")[2] filed by the GUC Trust, by and through SltnTrst LLC (dba Solution Trust) as trustee of the GUC Trust (the "GUC Trustee"); the Court having reviewed the Objection; the Court finding that the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local

---

[1] The Reorganized Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, follow in parentheses): OSH 1 Liquidating Corporation f/k/a Orchard Supply Hardware Stores Corporation (4109), OSH 2 Liquidating LLC f/k/a Orchard Supply Hardware LLC (3395) and OSH 3 Liquidating LLC f/k/a OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew J. Hinkelman).

[2] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Second Omnibus Objection.

Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein, IT IS HEREBY ORDERED THAT:

1. The relief sought in the Objection is granted as set forth below.

2. The Duplicate Claims set forth on Exhibit A attached to this Order are disallowed in their entirety.

3. The GUC Trust is authorized to reflect the treatment of the claims provided for by Exhibit A attached to this Order on the Debtors' books and records.

4. The official claims register in these chapter 11 cases shall be modified in accordance with this Order.

5. The GUC Trust's rights are reserved as set forth in the Objection, and that nothing herein shall be construed as a waiver of any rights that the GUC Trust may have to (a) bring an avoidance action under the applicable sections of the Bankruptcy Code, including, but not limited to, 11 U.S.C. § 547, against the holders of claims subject to the Second Omnibus Objection, (b) exercise the GUC Trust's rights to set-off against the holders of such claims relating to such avoidance actions; and (c) file counter claims against the holders of any such claims.

6. The GUC Trust reserves the right to object in the future to any of the claims listed in the Objection on any ground, including, without limitation, substantive grounds, and to amend, modify and/or supplement the Objection, including, without limitation, to object to amended claims and newly-filed claims.

7. Each of the Duplicate Claims and the objections by the GUC Trust to such Duplicate Claims, as addressed in the Objection and set forth on <u>Exhibit A</u> attached to this Order, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each of the Duplicate Claims.

8. The GUC Trust, the Debtors, the Claims Agent, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2014
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

# EXHIBIT A

# EXHIBIT A

## Disallowed Duplicate Claims

| Claimant | Disallowed Duplicate Claim No. | Disallowed Duplicate Claim Amount | Surviving Claim No. | Surviving Claim Amount |
|---|---|---|---|---|
| Alameda County District Atty/Treasurer<br>Kenneth A Mifsud, Sr Deputy DA<br>7677 Oak Port Street, Ste 650<br>Oakland, CA 94621 | 1078 | $50,000,000.00 | 1077 | $50,000,000.00 |
| Alameda County District Atty/Treasurer<br>Kenneth A Mifsud, Sr Deputy DA<br>7677 Oak Port Street, Ste 650<br>Oakland, CA 94621 | 1079 | $50,000,000.00 | 1077 | $50,000,000.00 |
| Applied Applications International LLC<br>Donald Lemmons<br>500 Colorado Street<br>Kelso, WA 98626 | 90 | $2,940.61 | 816 | $2,940.61 |
| CBS Radio Inc.<br>Attn: Helen D`Antona<br>C/O CBS Law Dept<br>51 West 52nd Street<br>New York, NY 10019 | 999 | $75,869.30 | 998 | $75,869.30 |
| Cross, Shirley<br>William F Wraith Esq<br>16485 Laguna Canyon Road Suite 250<br>Irvine, CA 92618 | 978 | $998,328.92 | 977 | $998,328.92 |
| Danco Inc.<br>C/O Phil F Snow<br>Snow Spence Green LLP<br>2929 Allen Parkway, Suite 4100<br>Houston, TX 77109 | 475 | $321,910.41 | 476 | $321,910.41 |
| Hardware Suppliers Of America/Akron Hardware<br>Attn: Jennifer L. Finley, Accounting Manager<br>1100 Killian Road<br>Akron, OH 44312 | 225 | $268.78 | 662 | $268.78 |
| Lacina, Sophia<br>William F Wraith Esq<br>16485 Laguna Canyon Road Suite 250<br>Irvine, CA 92618 | 976 | $958,997.88 | 975 | $958,997.88 |

| Claimant | Disallowed Duplicate Claim No. | Disallowed Duplicate Claim Amount | Surviving Claim No. | Surviving Claim Amount |
|---|---|---|---|---|
| Sacramento Television Stations Inc.<br>Attn: Helen D`Antona<br>C/O CBS Law Dept<br>51 West 52nd Street<br>New York, NY 10019 | 971 | $15,742.85 | 965 | $15,742.85 |
| San Joaquin County District Atty/Treasurer<br>David J Irey, Deputy DA<br>222 E Weber Ave, Room 202<br>Stockton, CA 95202 | 1075 | $50,000,000.00 | 1074 | $50,000,000.00 |
| San Joaquin County District Atty/Treasurer<br>David J Irey, Deputy DA<br>222 E Weber Ave, Room 202<br>Stockton, CA 95202 | 1076 | $50,000,000.00 | 1074 | $50,000,000.00 |
| San Luis Obispo County District Atty/Treasurer<br>Steven D Von Dohlen, Deputy DA<br>County Government Center, Rm 450<br>San Luis Obispo, CA 93408 | 1081 | $50,000,000.00 | 1080 | $50,000,000.00 |
| San Luis Obispo County District Atty/Treasurer<br>Steven D Von Dohlen, Deputy DA<br>County Government Center, Rm 450<br>San Luis Obispo, CA 93408 | 1082 | $50,000,000.00 | 1080 | $50,000,000.00 |
| Shasta County District Atty/Treasurer<br>Anand B Jesrani, Deputy DA<br>135 West Street<br>Redding, CA 96001-1632 | 1084 | $50,000,000.00 | 1083 | $50,000,000.00 |
| Shasta County District Atty/Treasurer<br>Anand B Jesrani, Deputy DA<br>135 West Street<br>Redding, CA 96001-1632 | 1085 | $50,000,000.00 | 1083 | $50,000,000.00 |
| Stanley Convergent Security Solutions<br>Attn: Brian Huprich, Finance Director<br>55 Shoman Blvd #900<br>Naperville, IL 60563 | 550 | $260,133.45 | 549 | $260,133.45 |
| Tannor Partners Credit Fund LP<br>As Assignee For Beaumont Products, Inc.<br>Attn: Robert Tannor, GP, TCM LLC<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 | 400 | $7,119.96 | 399 | $7,119.96 |

| Claimant | Disallowed Duplicate Claim No. | Disallowed Duplicate Claim Amount | Surviving Claim No. | Surviving Claim Amount |
|---|---|---|---|---|
| Watts Water Technologies, Inc.<br>Attn: Michele A Stanley<br>1600 Osgood Street, Ste 2-05<br>North Andover, MA 01845 | 383 | $97,055.08 | 381 | $97,055.08 |