# EXHIBIT 1

## Claims Without Sufficient Supporting Documentation[1]

---

[1] All capitalized terms used but otherwise not defined on <u>Exhibit 1</u> shall have the meanings set forth in the Objection.

# CLAIMS WITHOUT SUFFICIENT SUPPORTING DOCUMENTATION

| | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 318 | ICU Eyewear<br>c/o Robert L. Eisenbach III<br>Cooley LLP<br>101 California St.<br>5th Floor<br>San Francisco, CA 94111-5800 | $0.00 | $63,866.96 | $0.00 | $83,382.95 | $147,249.91 | Insufficient documentation attached to the proof of claim to establish the validity of the administrative portion of the claim and no basis for such claim exists in the Debtors' books and records |
| **Claim To Be Disallowed** | 469 | OfficeMax North America<br>Attn: Agatha Lazare<br>800 W. Bryn Mawr Ave.<br>Itasca, IL 60143 | $0.00 | $0.00 | $10,144.66 | $0.00 | $10,144.66 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |

1