# EXHIBIT 2

**Dietz Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OSH 1 LIQUIDATING CORPORATION (F/K/A IN RE: ORCHARD SUPPLY HARDWARE STORES CORPORATION), et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br><br>Jointly Administered |

**DECLARATION OF BRADLEY I. DIETZ IN SUPPORT OF THE LIQUIDATION TRUSTEE'S SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

I, BRADLEY I. DIETZ, pursuant to 28 U.S.C. § 1746, declare:

1.     I am the Liquidation Trustee[2] under the Plan. In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in these chapter 11 cases. I have read the Liquidation Trustee's Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (the "Objection"), and am directly, or by and through other personnel or representatives of the Liquidation Trustee, reasonably familiar with the information contained therein (and the exhibit attached thereto) and the Proposed Order.

2.     Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors and their estates in these chapter 11 cases. The Disputed Claims were carefully reviewed and analyzed in good faith

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): OSH 1 Liquidating Corporation, f/k/a Orchard Supply Hardware Stores Corporation (4109); OSH 2 Liquidating LLC, f/k/a Orchard Supply Hardware LLC (3395); and OSH 3 Liquidating LLC, f/k/a OSH Properties LLC (3391). The mailing address for the Liquidation Trustee, solely for purposes of notices and communications, is 136 East 64th Street, #8C, New York, NY 10065 (Attn: Bradley I. Dietz).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

utilizing due diligence by the appropriate personnel and representatives of the Liquidation Trustee. These efforts resulted in the identification of the Disputed Claims.

3. The information contained in <u>Exhibit 1</u> attached to the Objection is true and correct to the best of my knowledge, information and belief.

4. The Liquidation Trustee has determined based upon a review of the Claims Register that the Claims Without Sufficient Supporting Documentation fail to allege sufficient facts and include insufficient documentation to support a legal basis for the asserted administrative and priority claims against the Debtors' estates. Moreover, the Liquidation Trustee has made reasonable efforts to reconcile each of these Disputed Claims against the Debtors' books and records and believes that such Disputed Claims do not provide *prima facie* evidence of their validity as administrative and priority claims. Accordingly, the Liquidation Trustee seeks to disallow and expunge the Claims Without Sufficient Supporting Documentation as provided for in <u>Exhibit 1</u> attached to the Objection and the Proposed Order.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Executed on August 26, 2014

>*/s/ Bradley I. Dietz*
>Bradley I. Dietz
>Liquidation Trustee

01:15923929.1

2