IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OSH 1 Liquidating Corporation (f/k/a In re: Orchard Supply Hardware Stores Corporation), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br>(Jointly Administered) |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 1142

The undersigned hereby certifies that, as of the date hereof, no answer, response, or other opposition has been received to *The GUC Trust's Second Omnibus Objection (Non-Substantive) Seeking to Disallow Duplicate Claims as a Result of Substantive Consolidation of the Debtors' Jointly Administered Cases Under the Plan* (the "Objection"). The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, response, or other opposition to the Objection appears thereon. Pursuant to the notice of Objection, responses to the Objection were to be filed and served no later than August 21, 2014 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors are the following three entities: OSH 1 Liquidating Corporation, OSH 2 Liquidating LLC, and OSH 3 Liquidating LLC f/k/a Orchard Supply Hardware Stores Corporation. The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew Hinkelman).

      Accordingly, it is hereby respectfully requested that the order attached to the Objection be entered at the Court's convenience.

Dated: September 16, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
John D. Fiero (CA Bar No. 136557)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: bsandler@pszjlaw.com
      jfiero@pszjlaw.com
      joneill@pszjlaw.com
      pkeane@pszjlaw.com

Counsel to the GUC Trust