## EXHIBIT A

## Modified Amount Claims[1]

---

[1] All capitalized terms used but otherwise not defined on <u>Exhibit A</u> shall have the meanings set forth in the Objection.

01:15923930.1

## MODIFIED AMOUNT CLAIMS

| | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| Filed Claim | 1099 | 1975 Santa Ana, LLC c/o Kelly Drye & Warren LLP Attention: Robert L. LeHane, Esq. 101 Park Avenue New York, New York 10178[1] | $0.00 | $48,818.76 | $0.00 | $0.00 | $48,818.76 | The claimant incorrectly calculated the appropriate amount of prorated real property taxes due and owing from the Debtors; additionally, the Debtors are entitled to a credit of $7,126.89 against this amount for a tax refund that the claimant has failed to turn over to the Debtors. |
| Proposed Claim | | | $0.00 | $25,284.28 | $0.00 | $0.00 | $25,284.28 | |
| Filed Claim | 894 | Core-Mark International, Inc. c/o Keesal, Young & Logan, Attention: Michael T. West 400 Oceangate PO Box 1730 Long Beach, CA 90801-1730 | $0.00 | $56,274.38 | $0.00 | $74,308.51 | $130,582.89 | The administrative portion of this claim is redundant of the $74,308.81 administrative claim asserted by the claimant in Claim Number 893; accordingly, this claim should be modified to a general unsecured claim in the amount of $56,274.38. |
| Proposed Claim | | | $0.00 | $0.00 | $0.00 | $56,274.38 | $56,274.38 | |

---

[1] In accordance with the proof of claim, a copy of this Objection has also been sent to the following: 1975 Santa Ana, LLC, c/o Brownstein Hyatt Farber Schreck, LLP, 2029 Century Park East, Suite 2100, Los Angeles, CA 90067, Attention: Ms. Deborah Drooz.

1

## MODIFIED AMOUNT CLAIMS

| | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| Filed Claim | 1107[2] | Hosking Trust, dba Bridgeport Properties c/o Joann Hosking PO Box 689 Gold Hill, OR 97525 | $0.00 | $14,842.24 | $0.00 | $0.00 | $14,842.24 | The claimant incorrectly calculated the appropriate amount of prorated real property taxes due and owing from the Debtors. |
| Proposed Claim | | | $0.00 | $10,544.34 | $0.00 | $0.00 | $10,544.34 | |

---

[2] This claim was also docketed at Docket No. 957.

2

01:15614053.2

## EXHIBIT B

## Modified Amount, Reclassified Claims[1]

---

[1] All capitalized terms used but otherwise not defined on Exhibit B shall have the meanings set forth in the Objection.

01:15923930.1

## MODIFIED AMOUNT, RECLASSIFIED CLAIMS

| | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Modification and Reclassification |
|---|---|---|---|---|---|---|---|---|
| Filed Claim | 838 | City of Pismo Beach Utility Billing 760 Mattie Rd Pismo Beach, CA 93449-2000 | $0.00 | $0.00 | $1,038.46 | $0.00 | $1,038.46 | $314.29 of this claim was paid, and the remainder of the claim must be reclassified to a general unsecured claim, as there is no basis for a priority claim under the Bankruptcy Code or otherwise. |
| Proposed Claim | | | $0.00 | $0.00 | $0.00 | $724.17 | $724.17 | |
| Filed Claim | 878 | Miguel Ordonez 570 N. Kenmore Ave. Apartment 508 Los Angeles, CA 90004-6812 | $0.00 | $0.00 | $1,277.69 | $0.00 | $1,277.69 | Claimant received his anniversary and vacation payout except for $124.11, which amount accrued on a post-petition basis. |
| Proposed Claim | | | $0.00 | $124.11 | $0.00 | $0.00 | $124.11 | |

1

## MODIFIED AMOUNT, RECLASSIFIED CLAIMS

| | Claim # | Name of Claimant | Secured | Administrative | Priority | Unsecured | Total | Reason for Modification and Reclassification |
|---|---|---|---|---|---|---|---|---|
| Filed Claim | 1087 | Shabbir A. Khan, San Joaquin County Tax Collector, PO Box 2169, Stockton, CA 95201-2169 | $53,477.55 | $0.00 | $0.00 | $0.00 | $53,477.55 | This claim for personal property taxes relates to: a GOB store retained by the Debtors and their estates until it was rejected effective October 31, 2013; and stores assumed and assigned to the Purchaser in connection with the Sale. Of the amount claimed, only $4,930.26 relates to the GOB store, and the remaining tax obligations were assumed by the Purchaser in connection with the Sale. Accordingly, the claim must be reduced to $4,930.26. Also, this amount must be reclassified to a general unsecured claim, as there is no basis for a secured claim under the Bankruptcy Code or otherwise, and it is is for personal property taxes from 2006 and 2007 and therefore not entitled to priority pursuant to section 507(a)(8) of the Bankruptcy Code. |
| Proposed Claim | | | $0.00 | $0.00 | $0.00 | $4,930.26 | $4,930.26 | |

2