**EXHIBIT A**

## EXHIBIT A

### Disallowed Duplicate Claims

| Claimant | Disallowed Duplicate Claim No. | Disallowed Duplicate Claim Amount | Surviving Claim No. | Surviving Claim Amount |
|---|---|---|---|---|
| Alameda County District Atty/Treasurer Kenneth A Mifsud, Sr Deputy DA 7677 Oak Port Street, Ste 650 Oakland, CA 94621 | 1078 | $50,000,000.00 | 1077 | $50,000,000.00 |
| Alameda County District Atty/Treasurer Kenneth A Mifsud, Sr Deputy DA 7677 Oak Port Street, Ste 650 Oakland, CA 94621 | 1079 | $50,000,000.00 | 1077 | $50,000,000.00 |
| Applied Applications International LLC Donald Lemmons 500 Colorado Street Kelso, WA 98626 | 90 | $2,940.61 | 816 | $2,940.61 |
| CBS Radio Inc. Attn: Helen D`Antona C/O CBS Law Dept 51 West 52nd Street New York, NY 10019 | 999 | $75,869.30 | 998 | $75,869.30 |
| Cross, Shirley William F Wraith Esq 16485 Laguna Canyon Road Suite 250 Irvine, CA 92618 | 978 | $998,328.92 | 977 | $998,328.92 |
| Danco Inc. C/O Phil F Snow Snow Spence Green LLP 2929 Allen Parkway, Suite 4100 Houston, TX 77109 | 475 | $321,910.41 | 476 | $321,910.41 |
| Hardware Suppliers Of America/Akron Hardware Attn: Jennifer L. Finley, Accounting Manager 1100 Killian Road Akron, OH 44312 | 225 | $268.78 | 662 | $268.78 |
| Lacina, Sophia William F Wraith Esq 16485 Laguna Canyon Road Suite 250 Irvine, CA 92618 | 976 | $958,997.88 | 975 | $958,997.88 |

| Claimant | Disallowed Duplicate Claim No. | Disallowed Duplicate Claim Amount | Surviving Claim No. | Surviving Claim Amount |
|---|---|---|---|---|
| Sacramento Television Stations Inc.<br>Attn: Helen D`Antona<br>C/O CBS Law Dept<br>51 West 52nd Street<br>New York, NY 10019 | 971 | $15,742.85 | 965 | $15,742.85 |
| San Joaquin County District Atty/Treasurer<br>David J Irey, Deputy DA<br>222 E Weber Ave, Room 202<br>Stockton, CA 95202 | 1075 | $50,000,000.00 | 1074 | $50,000,000.00 |
| San Joaquin County District Atty/Treasurer<br>David J Irey, Deputy DA<br>222 E Weber Ave, Room 202<br>Stockton, CA 95202 | 1076 | $50,000,000.00 | 1074 | $50,000,000.00 |
| San Luis Obispo County District Atty/Treasurer<br>Steven D Von Dohlen, Deputy DA<br>County Government Center, Rm 450<br>San Luis Obispo, CA 93408 | 1081 | $50,000,000.00 | 1080 | $50,000,000.00 |
| San Luis Obispo County District Atty/Treasurer<br>Steven D Von Dohlen, Deputy DA<br>County Government Center, Rm 450<br>San Luis Obispo, CA 93408 | 1082 | $50,000,000.00 | 1080 | $50,000,000.00 |
| Shasta County District Atty/Treasurer<br>Anand B Jesrani, Deputy DA<br>135 West Street<br>Redding, CA 96001-1632 | 1084 | $50,000,000.00 | 1083 | $50,000,000.00 |
| Shasta County District Atty/Treasurer<br>Anand B Jesrani, Deputy DA<br>135 West Street<br>Redding, CA 96001-1632 | 1085 | $50,000,000.00 | 1083 | $50,000,000.00 |
| Stanley Convergent Security Solutions<br>Attn: Brian Huprich, Finance Director<br>55 Shoman Blvd #900<br>Naperville, IL 60563 | 550 | $260,133.45 | 549 | $260,133.45 |
| Tannor Partners Credit Fund LP<br>As Assignee For Beaumont Products, Inc.<br>Attn: Robert Tannor, GP, TCM LLC<br>150 Grand Street, Suite 401<br>White Plains, NY 10601 | 400 | $7,119.96 | 399 | $7,119.96 |

| Claimant | Disallowed Duplicate Claim No. | Disallowed Duplicate Claim Amount | Surviving Claim No. | Surviving Claim Amount |
|---|---|---|---|---|
| Watts Water Technologies, Inc. Attn: Michele A Stanley 1600 Osgood Street, Ste 2-05 North Andover, MA 01845 | 383 | $97,055.08 | 381 | $97,055.08 |