# EXHIBIT A

# EXHIBIT A

## Duplicate Claims to be Disallowed

| Name & Address of Claimant | Duplicate Claim No. to be Expunged | Surviving Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Dominador (Deceased), Fuentes<br>C/O Metzger Law Group<br>Greg Coolidge, Esq<br>401 E. Ocean Blvd., Suite 8<br>Long Beach, CA 90802 | 861 | 845 | $500,000.00 | Duplicative claim(s) filed by claimant |
| Duro Corporation<br>Attn: Charles Chen, Sales Manager<br>17018 Evergreen Pl.<br>City of Industry, CA 91745-1819 | 103 | 100 | $50,004.00 | Duplicative claim(s) filed by claimant |
| Golden Eagle Distributing Corporation<br>Doug Baxter Credit Manager<br>1251 Tinker Road<br>Rocklin, CA 95675 | 553 | 541 | $225,694.24 | Duplicative claim(s) filed by claimant |
| Golden Eagle Distributing Corporation<br>Doug Baxter Credit Manager<br>1251 Tinker Road<br>Rocklin, CA 95675 | 815 | 541 | $225,694.24 | Duplicative claim(s) filed by claimant |
| Jimenez, Guadalupe C.<br>1511 Wheeler Dr. Apt 26<br>Salinas, CA 93906-4116 | 1040 | 1027 | Undetermined | Duplicative claim(s) filed by claimant |
| Jimenez, Guadalupe C.<br>1511 Wheeler Dr. Apt 26<br>Salinas, CA 93906-4116 | 1043 | 1040 | Undetermined | Duplicative claim(s) filed by claimant |
| Karakashyan, Arutyun<br>Daniel M Mcgee Atty<br>Law Office Of Mcgee Lere and Associates<br>11300 W Olympic Blvd Ste 870<br>Los Angeles, CA 90064 | 518 | 517 | $250,000.00 | Duplicative claim(s) filed by claimant |
| Karakozoff, Christina<br>Brian T Flahavan<br>Flahavan Law Offices<br>400 College Avenue<br>Santa Rosa, CA 95401 | 936 | 524 | $95,000.00 | Duplicative claim(s) filed by claimant |
| Northern Territory LLC<br>dba Cyclone Bicycle Supply<br>Shelley Anderson, Controller<br>2050 NW Vaughn St<br>Portland, OR 97209-1816 | 253 | 236 | $19,278.48 | Duplicative claim(s) filed by claimant |
| RICOH USA<br>Sonja Hart, Bankruptcy Specialist<br>3920 Arkwright Road, Ste 400<br>Macon, GA 31210 | 143 | 142 | $24,383.03 | Duplicative claim(s) filed by claimant |

DOCS_LA:276833.4 64885/002

2

| Name & Address of Claimant | Duplicate Claim No. to be Expunged | Surviving Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| State Farm General Insurance Company<br>Robin F Genchel, Esq.<br>Pillemer & Pillemer<br>17835 Ventura Boulevard, Suite 204<br>Encino, CA 91316 | 470 | 328 | $41,953.67 | Duplicative claim(s) filed by claimant |
| Toyota Lease Trust<br>PO Box 8026<br>Toyota Motor Credit Corporation<br>Attn: Carla Spears, Asset Protection Specialist<br>Cedar Rapids, IA 52408-8026 | 51 | 50 | $16,298.88 | Duplicative claim(s) filed by claimant |
| VPC Image Solutions<br>c/o Steve Wolfe, CFO<br>2930 W 9th Ave<br>Denver, CO 80204 | 655 | 611 | $10,260.36 | Duplicative claim(s) filed by claimant |
| Pacosh, LP<br>c/o Pacific Properties Group<br>Attn: Steve Glusker, General Partner<br>12100 Wilshire Blvd. Ste. 1025<br>Los Angeles, CA 90025-7129 | 885 | 884 | $711,880.21 | Duplicative claim(s) filed by claimant |