# EXHIBIT A

## EXHIBIT A

### Equity Interests

| Shareholder Name | Claim No. | Filed Claim Amount |
|---|---|---|
| ABRAHAM J GOLDBERG<br>279 BIDWELL ST<br>APT 9<br>MANCHESTER, CT  06040-6467 | 734 | BLANK |
| ADELE U BALMY TR<br>UA 7/19/94<br>ANATOLE & ADELE BALMY REV LIV TRUST<br>5780 KEENE RD<br>CORNING, CA  96021-9223 | 760 | $11.76 |
| ALAN F DEAI<br>SADAMI DEAI TR UA<br>07/29/97 ALAN F DEAI<br>REVOCABLE LIVING TRUST<br>1230 NANIALII ST<br>KAILUA, HI  96734-3817 | 792 | UNKNOWN |
| AMERIPRISE ADVISOR SERVICES CUST<br>FBO KATHLEEN R YOUNES IRA<br>154 DEER CREEK DR<br>ATHENS, GA  30607-1557 | 742 | $1,100.00 |
| ARTHUR H STANZIL<br>PO BOX 263<br>THREE LAKES, WI  54562-0263 | 630 | BLANK |
| BARBARA E WHITE<br>LLOYD C WHITE JT TEN<br>3493 WINDY KNOLL LN<br>CARMEL, IN  46032 | 786 | $139.23 |
| BARRY C PLUNKETT<br>2202 FAIRLAWN PARKWAY<br>SCHENECTADY, NY  12309-2308 | 743 | UNASCERTAINABLE |
| BOBBY GARNER<br>JOYCE GARNER JT TEN<br>2695 US HIGHWAY 441 N<br>DUBLIN, GA  31021-0519 | 621 | BLANK |
| C ALLEN JOHNSON | 911 | BLANK |

2

| Shareholder Name | Claim No. | Filed Claim Amount |
|---|---|---|
| 202 COBURN RD<br>BILLINGS, MT  59101-6429 | | |
| CAROL E HANSON<br>2011 111TH COURT NE<br>BLAINE, MN  55449-5349 | 909 | BLANK |
| CAROL K REVILOCK<br>1004 TUXEDO AVE<br>PARMA, OH  44134-1726 | 910 | $200.00 |
| CAROL S TEVIS<br>2778 N TINKERS LN<br>TWINSBURG, OH  44087-1880 | 996 | $214.60 |
| CHARLES B BLILEY JR<br>23 NORTH BOULEVARD<br>RICHMOND, VA  23220-4301 | 995 | BLANK |
| CHARLES PAT CONNOLLY<br>213 LIVE OAK DR<br>LAFAYETTE, LA  70503-3901 | 793 | BLANK |
| DAVID S DEAI<br>SADAMI DEAI TR UA<br>12/27/93 THE DAVID S DEAI<br>REVOCABLE LIVING TRUST<br>1230 NANIALII STREET<br>KAILUA, HI  96734-3817 | 776 | UNKNOWN |
| DONNA M FLICK<br>1457 S 96TH ST<br>WEST ALLIS, WI  53214-4124 | 631 | UNASCERTAINABLE |
| DOROTHY C LILES<br>5820 LENOX RD<br>BETHESDA, MD  20817 | 648 | $73.00 |
| DOROTHY HERZBERG<br>C/O JOHN D HOFFMAN EXECUTOR<br>1764 18TH ST<br>CUYAHOGA FLS, OH  44223-1844 | 1035 | UNKNOWN |
| EDWARD A ROBERTSON<br>29 DANVILLE DR<br>GREENLAWN, NY  11740-2810 | 826 | $0.00 |
| EDWIN B SALINAS<br>2418 DEL NORTE ST | 626 | BLANK |

3

| Shareholder Name | Claim No. | Filed Claim Amount |
|---|---|---|
| HOUSTON, TX  77018-1021 | | |
| ELENA MARY VINCI<br>5 ALSOP AVENUE<br>MIDDLETOWN, CT  06457-2801 | 873 | $72.80 |
| ETHELYN BUCKLEY<br>PO BOX 15493<br>PLANTATION, FL  33318-5493 | 830 | BLANK |
| FRANCES A HEUER<br>N57 W34356<br>NICKELS POINT RD<br>OCONOMOWOC, WI  53066 | 963 | $141.46 |
| FRANK H HAMILTON<br>1350 RUTLEDGE AVE<br>CHARLOTTE, NC  28211-2928 | 1103 | $10,000.00 |
| GAIL R GREMSE<br>45 E 89TH STREET APT NO 39A<br>NEW YORK, NY  10128-1251 | 991 | BLANK |
| GERTRUDE GAYNES TR<br>UA 08/15/2007<br>GERTRUDE GAYNES TRUST<br>10017 MAPLE AVE<br>OAK LAWN, IL  60453-3853 | 1028 | $253.00 |
| GREGORY D SCHEUERMANN<br>ALIDA M SCHEUERMANN JT TEN<br>501 MERCER AVE<br>SPRING LAKE, NJ  07762-1242 | 759 | UNASCERTAINABLE |
| HEIDI D JACOBSON<br>TR HEIDI D JACOBSON REVOCABLE TRUST<br>UA 11/05/99<br>1230 NANIALII ST<br>KAILUA, HI  96734-3817 | 775 | UNKNOWN |
| ITA BELLE HOWARD<br>10026 WALNUT STREET<br>WHITESVILLE, KY  42378-9501 | 624 | UNKNOWN |
| JAMES A LAMIE<br>323 N 13000 W ROAD<br>HERSCHER, IL  60941-6037 | 740 | BLANK |

| Shareholder Name | Claim No. | Filed Claim Amount |
|---|---|---|
| JEANNETTE BERGER<br>TR UA 12/16/87 JEANNETTE<br>BERGER TRUST<br>4009 CHIPPEWA DRIVE<br>MADISON, WI  53711 | 1036 | UNASCERTAINABLE |
| JOHN GEISTWHITE<br>604 HILLSBOROUGH ST<br>LOT 49<br>PALM HARBOR, FL  34683-1642 | 962 | $26.76 |
| JOHN LLOYD DAVIS<br>4706 SW 2ND AVE<br>PORTLAND, OR  97239-2890 | 613 | UNKNOWN |
| JOHN N DEAI<br>1230 NANIALII ST<br>KAILUA, HI  96734-3817 | 773 | UNKNOWN |
| JOSEPH SHAERBAN<br>14149 SETTLEMENT ACRES DR<br>BROOK PARK, OH  44142 | 1039 | BLANK |
| JULIA A MORRISH<br>924 QUINCE ST NE<br>OLYMPIA, WA  98506-4053 | 645 | UNASCERTAINABLE |
| KAY F ADAMS<br>PO BOX 229<br>1605 W MAIN<br>DAVENPORT, WA  99122 | 643 | $45.28 |
| LILLIAN P SHLEMON<br>560 ABERDEEN ST<br>HOFFMAN ESTATES, IL  60169-1906 | 1037 | BLANK |
| MARGARET JOY STULP TR<br>UA 12/20/2007<br>MARGARET JOY STULP TRUST<br>2131 BANNER DRIVE SW<br>WYOMING, MI  49509 | 1102 | UNASCERTAINABLE |
| MARGARET L PALUMBO TOD<br>STEVEN M PALUMBO<br>SUBJECT TO STA TOD RULES<br>2606 CASCADE PL W APT 17<br>UNIVERSITY PL, WA  98466-5316 | 644 | UNASCERTAINABLE |

4

| Shareholder Name | Claim No. | Filed Claim Amount |
|---|---|---|
| MARIEFRANCINE A KOLODZIEJ<br>STANLEY BACHUSZ JT TEN<br>1740 N NEVA AVE<br>CHICAGO, IL  60707-4315 | 1048 | UNASCERTAINABLE |
| MRS FOTO FILANDRIANOS<br>46 FORTY ACRES DR<br>WAYLAND, MA  01778-2702 | 668 | BLANK |
| MRS MARY RUTH STANLEY<br>10380 BOE ROAD EXT<br>GRAND BAY, AL  36541-4316 | 774 | UNASCERTAINABLE |
| MRS MAXINE HEFELFINGER<br>57 JUNE PLACE<br>BROOKVILLE, OH  45309-1621 | 865 | UNASCERTAINABLE |
| MRS PHILOMENA MAHOOD<br>25 OVERLOOK DR<br>NEWBURGH, NY  12550-1332 | 741 | UNASCERTAINABLE |
| MRS VIRGINIA R DONALDSON<br>4947 WESTERN AVENUE<br>OLIVEHURST, CA  95961-4120 | 992 | UNASCERTAINABLE |
| OWEN KENT COVEY<br>1250 S WASATCH DR<br>SALT LAKE CITY, UT  84108-1939 | 807 | BLANK |
| PAUL C WATSON<br>4108 COUNTY RD 58<br>AUBURN, IN  46706-9727 | 921 | UNASCERTAINABLE |
| PAUL S HILLERY<br>7901 CHELTON RD<br>BETHESDA, MD  20814-4613 | 854 | BLANK |
| PETER J ORLIK JR<br>ELIZABETH A ORLIK JT TEN<br>15 FRANCONIA AVE<br>WAREHAM, MA  02571-2063 | 1044 | UNASCERTAINABLE |
| RICHARD S. BURTON<br>1560 HERVEY LN<br>SAN JOSE, CA  95125-1848 | 789 | $1,483.95 |

| Shareholder Name | Claim No. | Filed Claim Amount |
|---|---|---|
| RICHARD W HALE<br>LISA M HALE<br>JENNIFER L HALE JT TEN<br>37 RIDGEWOOD RD<br>ELK GROVE VILLAGE, IL  60007-1411 | 664 | BLANK |
| ROBERTA GROSS AS ADMINISTOR<br>FOR THE ESTATE OF JOSEPH H<br>REEVESMAN<br>13553 CHELTENHAM DR<br>SHERMAN OAKS, CA  91423-4817 | 938 | $30.38 |
| ROBERTA K FRITZ<br>PO BOX 477<br>KILLDEER, ND  58640-0477 | 1053 | BLANK |
| ROSE MARIE JACOBS<br>6103 NAVAL AVE<br>LANHAM, MD  20706-2807 | 880 | UNKNOWN |
| SHARON K BARTLETT<br>1102 N BLACKWELDER AVE<br>EDMOND, OK  73034 | 818 | UNASCERTAINABLE |
| SHIRLEY A MCCOY TOD<br>MICHAEL MCCOY<br>SUBJECT TO STA TOD RULES<br>415 5TH AVE SW<br>GREAT FALLS, MT  59404-3241 | 747 | BLANK |
| SHIRLEY G TAYLOR<br>1447 IVYWOOD ROAD<br>VA BEACH, VA  23453 | 787 | UNASCERTAINABLE |
| THOMAS MONTGOMERY EX<br>EST LEE VERSA MONTGOMERY<br>1508 E AVENUE J3<br>LANCASTER, CA  93535-4355 | 907 | $107.68 |
| THOMAS RAY MASON<br>JANICE GAULDIN MASON JT TEN<br>6 SUNRISE CT<br>CAROLINA SHORES, NC  28467-2645 | 791 | BLANK |
| TIM BROWN<br>1716 N PROSPECT AVE, 2<br>MILWAUKEE, WI  53202-1959 | 386 | $2.48 |

| **Shareholder Name** | **Claim No.** | **Filed Claim Amount** |
|---|---|---|
| VERA E OTTINGER<br>14484 MOORGATE DR<br>CHESTERFIELD, MO  63017-8100 | 788 | UNASCERTAINABLE |
| WOODIE R DEANS<br>8340 S DAMEN AVE<br>CHICAGO, IL  60620-6020 | 806 | $175.00 |