IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                         :  Chapter 11
                                                               :
OSH 1 Liquidating Corporation (f/k/a In re:                    :  Case No. 13-11565 (CSS)
Orchard Supply Hardware Stores Corporation),                   :
et al.,[1]                                                     :  (Jointly Administered)
                                                               :
           Reorganized Debtors.                                :  Related to Docket No. 1223
---------------------------------------------------------------:

ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date for the above-captioned cases.

| DATE | TIME |
|---|---|
| January 26, 2015 | 11:00 a.m. prevailing Eastern Time |

Dated: 12-11, 2014
       Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The reorganized debtors are the following three entities (the last four digits of their respective taxpayer identification numbers, follow in parentheses): OSH 1 Liquidating Corporation f/k/a Orchard Supply Hardware Stores Corporation (4109), OSH 2 Liquidating LLC f/k/a Orchard Supply Hardware LLC (3395) and OSH 3 Liquidating LLC f/k/a OSH Properties LLC (3391). The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew J. Hinkelman).

EAST\68237210.7