# EXHIBIT A

# EXHIBIT A

## Satisfied Claims (Paid by Purchaser)

| Claimant | Proof of Claim No. | Total Claim Amount | Explanation |
|---|---|---|---|
| CENTRAL GARDEN & PET<br>DANIEL J GOLDBERG, ESQ.<br>RUBERTO, ISRAEL & WEINER, P.C.<br>255 STATE STREET, 7TH FLOOR<br>BOSTON, MA 02109 | 948 | $110,159.78 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| COMMERCIAL MECHANICAL SERVICE INC<br>BOB RUBY<br>981 BING ST<br>SAN CARLOS, CA 94070 | 585 | $140,803.45 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| DURA PLASTIC PRODUCTS INC<br>PO BOX 2097<br>BEAUMONT, CA 92223-2715 | 66 | $223,783.87 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| EXTRA EXPRESS CERRITOS, INC.<br>PO BOX 5100<br>CERRITOS, CA 90703-5100 | 32 | $187,079.04 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| FISKARS BRANDS INC<br>ATTN: KELLY PETERSON<br>2537 DANIELS STREET<br>MADISON, WI 53718 | 377 | $117,280.62 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| FOUR WINDS GROWERS<br>PO BOX 3538<br>FREMONT, CA 94539 | 187 | $203,263.40 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| GENERAL TOOLS MFG CO LLC<br>80 WHITE ST<br>NEW YORK, NY 10013 | 764 | $104,950.75 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| GEO GLOBAL PARTNERS<br>ATTN: A/R<br>1727 OLD OKEECHOBEE RD<br>SUITE A<br>WEST PALM BEACH, FL 33409 | 72 | $209,995.20 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| GOLDEN EAGLE DISTRIBUTING CORPORATION<br>DOUG BAXTER CREDIT MANAGER<br>1251 TINKER ROAD<br>ROCKLIN, CA 95765 | 541 | $225,694.24 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| JAMES W COINER<br>DBA COINER NURSERY<br>PO BOX 7217<br>LA VERNE, CA 91750-7217 | 651 | $135,712.65 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |

| Claimant | Proof of Claim No. | Total Claim Amount | Explanation |
|---|---|---|---|
| KELLOGG SUPPLY INC.<br>350 WEST SEPULVEDA<br>CARSON, CA 90745 | 560 | $176,990.31 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| KNOX FERTILIZER CO<br>PO BOX 248<br>KNOX, IN 46534 | 1013 | $116,177.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| LUCENT ACE MANUFACTURING<br>15253 DON JULIAN RD<br>CITY OF INDUSTRY, CA 91745 | 10 | $107,456.39 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| MCCORDUCK PROPERTIES<br>STEPHEN M FLYNN<br>1010 B STREET SUITE 200<br>SAN RAFAEL, CA 94901 | 983 | $72,271.66 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| M-D BUILDING PRODUCTS<br>ATTN: CREDIT<br>PO BOX 25188<br>OKLAHOMA CITY, OK 73125-0188 | 145 | $190,807.38 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| MOTOMCO LTD<br>MAUREEN MULROY<br>3699 KINSMAN BLVD<br>MADISON, WI 53704 | 679 | $107,198.13 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| NMHG FINANCIAL SERVICES<br>ATTN: KIMBERLY LEVELLE<br>1010 THOMAS EDISON BLVD. SW<br>CEDAR RAPIDS, IA 52404 | 597 | $908,683.80 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| PETERKORT TOWNE SQUARE LLC<br>ROBERT L CARLTON<br>SUSSMAN SHANK LLP<br>1000 SW BROADWAY STE 1400<br>PORTLAND, OR 97205 | 974 | $118,083.63 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| PLATINUM SECURITY INC<br>1640 S SEPULVEDA BLVD STE 510<br>LOS ANGELES, CA 90025 | 22 | $137,810.25 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| PRIMARY COLOR SYSTEMS<br>265 BRIGGS AVE<br>COSTA MESA, CA 92626 | 554 | $132,860.99 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| RAIN BIRD CORPORATION<br>KEVIN MCQUADE - CORPORATE CONTROLLER<br>6991 EAST SOUTHPOINT ROAD<br>TUCSON, AZ 85756 | 390 | $118,263.56 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| RENEE'S GARDEN, LLC<br>6060 GRAHAM HILL RD<br>FELTON, CA 95018 | 126 | $211,206.78 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |

| Claimant | Proof of Claim No. | Total Claim Amount | Explanation |
|---|---|---|---|
| ROBERT BOSCH TOOL CORPORATION<br>1800 WEST CENTRAL RD<br>MOUNT PROSPECT, IL 60056 | 564 | $208,378.42 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| SIERRA NURSERY SALES<br>9060 TUDSBURY ROAD<br>LOOMIS, CA 95650 | 119 | $115,133.35 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| T. CHRISTY ENTERPRISES INC.<br>655 E BALL RD<br>ANAHEIM, CA 92805 | 450 | $116,391.68 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| THE BERNARD GROUP, INC.<br>102 JONATHAN BLVD. NORTH<br>CHASKA, MN 55318 | 35 | $166,952.21 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| THE SHERWIN-WILLIAMS CO<br>PO BOX 6399<br>CLEVELAND, OH 44101-1399 | 607 | $139,710.59 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| THE STEP2 COMPANY LLC<br>ATTN: PATTI WELCH<br>10010 AURORA-HUDSON RD<br>STREETSBORO, OH 44241 | 583 | $103,239.84 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| TIME VALUE LIMITED<br>4FL NO. 1-3 CHUNG HSIAO EAST ROAD SEC 5<br>TAIPEI TAIWAN ROC | 157 | $106,032.46 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| TRICAM INDUSTRIES INC<br>CHRIS ROYAL<br>SAPIENTIA LAW GROUP<br>12 SOUTH SIXTH STREET #1242<br>MINNEAPOLIS, MN 55402 | 155 | $129,852.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| UNIVERSAL SITE SERVICES INC<br>760 E CAPITOL AVE<br>MILPITAS, CA 95035 | 141 | $105,880.79 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| VALLEY FORGE FLAG COMPANY, INC.<br>875 BERKSHIRE BLVD STE 101<br>WYOMISSING, PA 19610 | 761 | $124,299.55 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| WESTERN FORGE, INC.<br>4607 FORGE ROAD<br>COLORADO SPRINGS, CO 80907 | 393 | $199,438.54 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| WOODARD-CM LLC<br>3401 TRINITY BOULEVARD<br>GRAND PRAIRIE, TX 75050 | 60 | $174,855.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |