# EXHIBIT A

# EXHIBIT A

## Satisfied Claims (Paid by Purchaser)

| Claimant | Proof of Claim and/or Schedule No. | Total Claim Amount | Explanation |
|---|---|---|---|
| 1010 METRO LLC<br>C/O TRANSPACIFIC DEVELOPMENT SW<br>5110 N 40TH ST, STE 238<br>PHOENIX, AZ 85018 | s2402 | $9,557.06 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| ACCOUNTEMPS/ROBERT HALF INTL<br>PO BOX 743295<br>LOS ANGELES, CA 90074-3295 | 312 | $8,157.65 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| AMS ASSOCIATES INV<br>801 YGNACIO VALLEY RD STE 220<br>WALNUT CREEK, CA 94596-3833 | 957 | $94,053.20 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| ARDEN WAY LLC<br>C/O MACLAUGHLIN AND CO<br>1401 SHORE ST<br>WEST SACRAMENTO, CA 95691-3512 | s1485 | $99,642.62 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| ASSEMBLERS, INC.<br>7155 LEE HIGHWAY, SUITE 200<br>CHATTANOOGA HAMILTON, TN 37421 | s1505 | $3,238.60 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| AT&T<br>PO BOX 5094<br>CAROL STREAM, IL 60197-5094 | 733 | $3,728.23 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| BAY ALARM COMPANY<br>PO BOX 7137<br>SAN FRANCISCO, CA 94120-7137 | 678 | $692.68 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| BENJAMIN MOORE<br>101 PARAGON DR<br>MONTVALE, NJ 07645-1727 | s1274 | $14,275.05 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| BULLSEYE TELECOM, INC.<br>25925 TELEGRAPH RD, SUITE 210<br>SOUTHFIELD, MI 48033 | s1494 | $42,106.14 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| CANON FINANCIAL SERVICES<br>158 GAITHER DRIVE, # 200<br>MT. LAUREL, NJ 08054 | 47 | $2,479.68 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| CAROUSEL INDUSTRIES OF N A<br>659 SOUTH COUNTY TRL<br>EXETER, RI 02822-3412 | s1363 | $10,055.17 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| CTS ADVANTAGE LOGISTICS<br>PO BOX 612438<br>SAN JOSE, CA 95161-2438 | s1404 | $2,345.94 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| DEPENDABLE HIGHWAY EXPRESS<br>PO BOX 58047<br>LOS ANGELES, CA 90058-0047 | s1032 | $27,414.80 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |

| Claimant | Proof of Claim and/or Schedule No. | Total Claim Amount | Explanation |
|---|---|---|---|
| EDWARD J & DOLORES M CARDOZA<br>PO BOX 1022<br>MANTECA, CA 95336 | s1027 | $9,320.07 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| EGENCIA LLC<br>PO BOX 847677<br>DALLAS, TX 75284-7677 | s1372 | $1,500.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| ELEVEN WESTERN BUILDERS INC<br>2862 EXECUTIVE PL<br>ESCONDIDO, CA 92029-1524 | s1097 | $5,397.17 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| EMPOWER SOFTWARE SOLUTIONS INC<br>315 E ROBINSON ST STE 450<br>ORLANDO, FL 32801-1607 | 21 | $3,446.97 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| EXPERIAN MARKETING SOLUTIONS<br>21221 NETWORK PL<br>CHICAGO, IL 60673-1212 | s600 | $268,924.83 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| EXPRESSIT LOGISTICS<br>575 MENLO DR STE 3<br>ROCKLIN, CA 95765-3709 | 151 | $44,521.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| FORD CREDIT COMMERCIAL LEASING<br>PO BOX 31001-1351<br>PASADENA, CA 91110-1351 | s439 | $899.69 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| HYBRIS US CORPORATION<br>1000 N WEST ST STE 1200<br>WILMINGTON, DE 19801-1058 | s1406 | $83,730.02 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| IRON MOUNTAIN RECORDS MANAGEME<br>PO BOX 601002<br>PASADENA, CA 91189-1002 | 1033 | $3,906.26 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| ITEK SERVICES INC<br>20432 BARENTS SEA CIR<br>LAKE FOREST, CA 92630-8807 | s1147 | $5,233.56 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| JOAN E & MILTON F BRUZZONE<br>899 HOPE LN<br>LAFAYETTE, CA 94549-5131 | s1024 | $1,389.46 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| KINGS PLAZA SHOPPING CENTER<br>1601 41ST AVE, Suite 202<br>CAPITOLA, CA 95010 | 919 | $463.28 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| LANE MARKETING COMMUNICATIONS<br>905 SW 16TH AVE<br>PORTLAND, OR 97205 | s1360 | $2,658.38 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| LOS ANGELES NEWSPAPER GROUP<br>PO BOX 54880<br>LOS ANGELES, CA 90054-0880 | s534 | $95,471.13 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| MANHATTAN ASSOCIATES INC<br>PO BOX 405696<br>ATLANTA, GA 30384-5696 | s606 | $74,776.58 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |

| Claimant | Proof of Claim and/or Schedule No. | Total Claim Amount | Explanation |
|---|---|---|---|
| MEDIASPOT INC<br>ACCOUNTS RECEIVABLE<br>1550 BAYSIDE DR<br>CORONA DEL MAR, CA 92625-1711 | s371 | $1,501,265.03 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| MOUNTAIN VALLEY EXPRESS INC<br>PO BOX 2569<br>MANTECA, CA 95336-1167 | s1280 | $8,845.38 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| NATIONAL RETAIL PROPERTIES LLC<br>450 S ORANGE AVE STE 900<br>ORLANDO, FL 32801 | 959 | $24,578.99 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| NATIONWIDE BUILDING MAINTENANC<br>899 PARK AVE<br>SAN JOSE, CA 95126-3031 | s409 | $210,171.44 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| NEWPORT GROUP SECURITIES INC<br>DEPOSITORY<br>PO BOX 402077<br>ATLANTA, GA 30384-2077 | s1249 | $9,092.20 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| PHILLIP J CULMONE<br>DBA THE JASPER GROUP<br>1264 PUTNAM CIR<br>ROCHESTER, MI 48307-6045 | s583 | $4,589.40 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| PITNEY BOWES GLOBAL FINANCIAL<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | 45 | $3,928.79 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| PRX COMMUNICATION STRATEGISTS<br>991 WEST HEDDING ST<br>SAN JOSE, CA 95126 | 30 | $16,050.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| PSC ENVIRONMENTAL SERVICES LLC<br>PO BOX 3069<br>HOUSTON, TX 77253-3069 | 467 | $38,394.95 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| SABAH INTERNATIONAL INC<br>5925 STONERIDGE DR<br>PLEASANTON, CA 94588-2705 | s512 | $827.55 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| SAN JOSE SHARKS LLC<br>525 W SANTA CLARA ST<br>SAN JOSE, CA 95113-1520 | 81 | $77,630.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| SAVE MART SUPERMARKETS<br>C/O SMS MANAGEMENT COMPANY<br>PO BOX 5234<br>MODESTO, CA 95352-5234 | s1023 | $6,828.93 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| SEVENTY FIFTH LLC<br>PO BOX 402947-010<br>ATLANTA, GA 30384-2947 | s1225 | $77,653.71 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| THE FRESNO BEE<br>1626 E ST<br>FRESNO, CA 93786-0001 | s423 | $101,835.25 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |

| Claimant | Proof of Claim and/or Schedule No. | Total Claim Amount | Explanation |
|---|---|---|---|
| THE RETAIL EQUATION<br>6430 OAK CYN STE 250<br>IRVINE, CA 92618-5228 | s1059 | $64,080.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| THE SACRAMENTO BEE<br>PO BOX 11967<br>FRESNO, CA 93776-1967 | s434 | $66,191.32 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| THE ULTIMATE SOFTWARE GROUP<br>ATTN ACCOUNTING DEPT<br>1485 N PARK DR<br>WESTON, FL 33326-3215 | s1227 | $1,082.40 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| TOYOTA FINANCIAL SERVICES<br>PO BOX 4102<br>CAROL STREAM, IL 60197-4102 | s1336 | $4,074.72 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| US LINES LLC<br>5701 LAKE WRIGHT DR<br>NORFOLK, VA 23502-1868 | s1399 | $10,769.00 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| USF REDDAWAY<br>26401 NETWORK PL<br>CHICAGO, IL 60673-1264 | s504 | $5,683.72 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| W AND D ANDERSON VINTNER SQUAR<br>C/O GALLAGHER & MIERSCH INC<br>1390 WILLOW PASS RD STE 220<br>CONCORD, CA 94520-7989 | s1021 | $10,772.26 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| XTRA LEASE INC<br>PO BOX 99262<br>CHICAGO, IL 60693-9262 | s1624 | $19,457.25 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |
| YRC INC<br>PO BOX 100129<br>PASADENA, CA 91189-0129 | s1109 | $39,829.44 | Upon information and belief, this claim has been paid by the Purchaser pursuant to the APA |