IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OSH 1 Liquidating Corporation (f/k/a In re: Orchard Supply Hardware Stores Corporation), et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11565 (CSS)<br>(Jointly Administered) |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 1250

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to *The GUC Trust's Objection to Claim No. 49 Filed by Toyota Lease Trust, Pursuant to Section 502 of the Bankruptcy Code, and Bankruptcy Rules 3003 and 3007* (the "Objection") filed on January 28, 2015. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the notice, responses to the Objection were to be filed and served no later than February 11, 2015 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors are the following three entities: OSH 1 Liquidating Corporation, OSH 2 Liquidating LLC, and OSH 3 Liquidating LLC f/k/a Orchard Supply Hardware Stores Corporation. The mailing address of each of the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew Hinkelman).

DOCS_DE:188873.8 64885/001

Accordingly, it is hereby respectfully requested that the proposed order attached to the Objection be entered at the Court's convenience.

Dated: February 13, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Bradford J. Sandler (DE Bar No. 4142)
John D. Fiero (CA Bar No. 136557)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: bsandler@pszjlaw.com
       jfiero@pszjlaw.com
       joneill@pszjlaw.com
       pkeane@pszjlaw.com

Counsel to the GUC Trust