**EXHIBIT A**

**EXHIBIT A**

**Duplicate Claims to be Disallowed**

| Name & Address of Claimant | Disputed Claim No. to be Disallowed | Surviving Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| STAN BOYETT & SON, INC. DBA BOYETT PETROLEUM PO BOX 3748 MODESTO, CA 95352-3748 | 940 | 941 | $28,362.37 plus unliquidated amounts | The Plan effected a substantive consolidation of the Debtors for claim distribution purposes. As such, all liabilities of the Debtors are deemed asserted against one Debtor only.  Thus, the same claim filed against multiple Debtors, whether based on joint and several liability, guaranty, or any other similar legal theory, is deemed by law to be asserted only once against the Debtors |
| KELLOGG SUPPLY INC. 350 WEST SEPULVEDA CARSON, CA 90745 | 581 | 560 | $176,990.31 | Duplicative of another claim filed by the same creditor |

**EXHIBIT B**

## EXHIBIT B

## Claims Without Sufficient Supporting Documentation to Be Disallowed

| Name & Address of Claimant | Claim No. to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| HEARST TELEVISION KCRA<br>ATTN D COOKE<br>HEARST SERVICES CENTER<br>214 NORTH TRYON STREET, 33RD FLOOR<br>CHARLOTTE, NC 28255 | 600 | $19,414.00 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| HEARST TELEVISION KSBW ABC<br>ATTN D COOKE<br>HEARST SERVICES CENTER<br>214 NORTH TRYON STREET, 33RD FLOOR<br>CHARLOTTE, NC 28255 | 601 | $15,680.80 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| HEARST TELEVISION KSBW<br>ATTN D COOKE<br>HEARST SERVICES CENTER<br>214 NORTH TRYON STREET, 33RD FLOOR<br>CHARLOTTE, NC 28255 | 599 | $1,728.90 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| KELLEY, JUDITH A.<br>10114 BROMONT AVE.<br>SUN VALLEY, CA 91352-1110<br><br>SCOTT SOLIS, ESQ.<br>PO BOX 2008<br>GLENDALE, CA 91209 | 939 | UNLIQUIDATED | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| MOFFAT, RICK<br>SESSIONS & KIMBALL LLP<br>23456 MADERO, STE 170<br>MISSION VIEJO, CA 92691 | 220 | $400,000.00 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| OLSEN, STEPHEN<br>9704 AVENEL FARM DRIVE<br>POTOMAC, MD 20854 | 149 | $131,538.46 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| WARE, DENISE A.<br>PO BOX 2133<br>LIVERMORE, CA 94551-2133<br><br>JONATHAN M. BRAND, ESQ.<br>1777 BOTELHO DRIVE<br>SUITE 22<br>WALNUT CREEK, CA 94596 | 857 | UNLIQUIDATED | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| WYRSCH, CHRISTIE<br>C/O ROGER HAHN, ESQ.<br>430 THIRD STREET<br>WOODLAND, CA 95695 | 864 | $275,000.00 | Insufficient documentation attached to the proof of claim to establish its validity and no basis for the claim exists in the Debtors' books and records |
| EVEREST NATIONAL INSURANCE COMPANY | 867 | $200,000 EST. | Insufficient documentation attached to the proof of claim to establish its validity and no |

| Name & Address of Claimant | Claim No. to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| C/O STEPHEN ROBERSON, ESQ. ROBERSON, KIMBALL & JALTOROSSIAN 3251 OLD CONEJO ROAD NEWBURY PARK, CA 91320 | | | basis for the claim exists in the Debtors' books and records |